IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 1-26,<br><br>*Plaintiffs*<br><br>v.<br><br>ELON MUSK, in his official capacity, UNITED STATES DOGE SERVICE, *and* the DEPARTMENT OF GOVERNMENT EFFICIENCY,<br><br>*Defendants*. | Case No. 25 8:25-cv-00462-TDC |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion to Proceed Under Pseudonyms and its accompanying memorandum, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the Plaintiffs may proceed using pseudonyms until such time as the Court orders otherwise or the Parties agree.

**SO ORDERED** this day _____ of February 2025.

_____
United States District Judge