UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

J. DOES 1-26,

    Plaintiffs,

v.

ELON MUSK,
*in his official capacity*,
UNITED STATES DOGE SERVICE,
and
THE DEPARTMENT OF GOVERNMENT
EFFICIENCY,

    Defendants.

Civil Action No. TDC-25-0462

## ORDER

Plaintiffs have filed a Complaint that does not comply with the Local Rules of the United States District Court for the District of Maryland ("Local Rules"), which state that "[p]leadings should be no longer than necessary and, except in removals of a state action, shall not exceed forty (40) pages in length." D. Md. Local R. 103.1(d). Plaintiffs' Complaint includes 43 pages of text, which exceeds the page limit set forth in the Local Rules.

Accordingly, it is hereby ORDERED that:

1.    Plaintiffs' Complaint, ECF No. 4, is STRICKEN.

2.    Plaintiffs are granted leave to file, within **7 days** of the date of this Order, an Amended Complaint that complies with the Local Rules.

Date: February 14, 2025



THEODORE D. CHUANG
United States District Judge