IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 1, *et al.*, <br>     *Plaintiffs* v. <br><br> ELON MUSK, *et al.*, <br><br>     *Defendants* | Case No. 8:25-cv-00462-TDC |

### PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

  Plaintiffs, represented as J. Does ("Plaintiffs"), are current or recently terminated employees or contractors of the U.S. Agency for International Development ("USAID"). For the reasons set forth in the accompanying Memorandum of Law, this Motion for a Preliminary Injunction is necessary to revert to the long-held *status quo* and to prevent continued and future irreparable harm. Moreover, the Motion is proper because Plaintiffs satisfy the requirements for emergency injunctive relief. Plaintiffs thus respectfully request that the Court grant this Motion pursuant to Fed. R. Civ. P. 65(b), and issue an order:

1. Enjoining Defendants from accessing, utilizing, distributing, sharing, or otherwise disclosing Plaintiffs' sensitive information outside of USAID, including all information in USAID employees', PSCs', and other contractors' personnel files as well as other non-public information that Defendants unlawfully accessed or to which they have access;

2. Directing Defendants to reinstate access to email, payment, security notification, and other systems for all USAID current employees and PSCs within 24 hours;

3. Directing Defendants to restore email communications that were deleted when access was removed for all USAID current employees and PSCs;

4. Enjoining Defendants from destroying or otherwise mislaying the personal belongings of USAID employees and contractors who have been restricted from accessing their offices;

5. Enjoining Defendants from "[i]ssuing, implementing, enforcing, or otherwise giving effect to terminations, suspensions, or stop-work orders in connection with any contracts, grants, cooperative agreements, loans, or other federal foreign assistance award that was in existence as of January 19, 2025," similar to the relief granted against the Department of State in *AIDS Vaccine Advoc. Coal. v. U.S. Dep't of State*, No. 25-CV-00400, Order at 14 (D.D.C. Feb. 13, 2025) (ECF No. 21), and clarifying that the relief extends to USAID PSCs.

6. Directing Defendants to confirm in a written status report filed with the Court within 24 hours that the steps set out above have been implemented and specifically confirm application as to all USAID PSCs.

7. Setting aside as unlawful and setting aside any actions undertaken or directed by Defendants in connection with USAID.

8. Enjoining Defendants from undertaking or directing any further action in connection with USAID unless and until Defendant Musk is properly appointed pursuant to the Appointments Clause and provided that such action conforms with the Constitutional Separation of Powers and federal statutes, including the Foreign Affairs Reform and Restructuring Act of 1998 and the Further Consolidated Appropriations Act of 2024.

9. Enjoining Defendants from undertaking or directing any further action in connection with USAID that exceeds DOGE's stated mission of "modernizing Federal technology and software," pursuant to Executive Order 14158, unless and until Defendant Musk is properly appointed pursuant to the Appointments Clause and provided that such action conforms with the Constitutional Separation of Powers and applicable federal statutes.

Dated: February 18, 2025

Respectfully submitted,

*/s/ Tianna J. Mays*
Norman L. Eisen, [9112170186]
Tianna J. Mays, [1112140221]
**STATE DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Avenue SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Tianna@statedemocracydefenders.org

Mimi Marziani**
Rebecca (Beth)Stevens**
Joaquin Gonzalez**
**MARZIANI, STEVENS & GONZALEZ PLLC**
1533 Austin Highway, Suite 102-402
San Antonio, TX 78218
Tel: (210) 343-5604
mmarziani@msgpllc.com
bstevens@msgpllc.com
jgonzalez@msgpllc.com

*Attorneys for Plaintiffs*

**Application for admission *pro hac vice* pending

2

## CERTIFICATE OF SERVICE

I hereby certify that, on February 18, 2025, I electronically filed and served the foregoing Motion, the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction, Exhibits 1-24, and Proposed Order, on Christopher Hall, counsel for Defendants, via email.


*/s/ Tianna J. Mays*
Norman L. Eisen, [9112170186]
Tianna J. Mays, [1112140221]
**STATE DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Avenue SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Tianna@statedemocracydefenders.org