IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **J. DOE 1,** *et al.*, <br>       *Plaintiffs* v. <br><br> **ELON MUSK,** *et al.*, <br><br>       *Defendants* | Case No. 8:25-cv-00462-TDC |

# [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for an expedited Preliminary Injunction and its accompanying memorandum, and for the reasons more fully laid out in accompanying Memorandum Opinion, the Court finds that the Plaintiffs have established that they are likely to prevail on the merits, that they are likely to suffer irreparable harm in the absence of injunctive relief, and that the balance of the equities and the public interest favor an injunction.

Therefore, it is hereby

ORDERED that the Motion is GRANTED; it is further

ORDERED that Defendants are:

1. Enjoined from accessing, utilizing, distributing, sharing, or otherwise disclosing Plaintiffs' sensitive information outside of USAID, including all information in USAID employees', PSCs', and other contractors' personnel files as well as other non-public information that Defendants unlawfully accessed or to which they have access;

2. Directed to reinstate access to email, payment, security notification, and other systems for all USAID current employees and PSCs within 24 hours;

3. Directed to restore email communications that were deleted when access was removed for all USAID current employees and PSCs;

4. Enjoined from destroying or otherwise mislaying the personal belongings of USAID employees and contractors who have been restricted from accessing their offices;

5. Enjoined from "[i]ssuing, implementing, enforcing, or otherwise giving effect to terminations, suspensions, or stop-work orders in connection with any contracts, grants, cooperative agreements, loans, or other federal foreign assistance award that was in existence as of January 19, 2025," similar to the relief granted against the Department of State in *AIDS Vaccine Advoc. Coal. v. U.S. Dep't of State*, No. 25-CV-00400, Order at 14 (D.D.C. Feb. 13, 2025) (ECF No. 21), and this relief extends to USAID PSCs.

6. Directed to confirm in a written status report filed with the Court within 24 hours that the steps set out above have been implemented and specifically confirm application as to all USAID PSCs.

7. Enjoined from undertaking or directing any further action in connection with USAID unless and until Defendant Musk is properly appointed pursuant to the Appointments Clause and provided that such action conforms with the Constitutional Separation of Powers and federal statutes, including the Foreign Affairs Reform and Restructuring Act of 1998 and the Further Consolidated Appropriations Act of 2024.

8. Enjoined from undertaking or directing any further action in connection with USAID that exceeds DOGE's stated mission of "modernizing Federal technology and software," pursuant to Executive Order 14158, unless and until Defendant Musk is properly appointed pursuant to the Appointments Clause and provided that such action conforms with the Constitutional Separation of Powers and applicable federal statutes.

It is further ORDERED that:

9. Actions undertaken or directed by Defendants in connection with USAID are set aside.

SO ORDERED this day _____ of February 2025.

_____
United States District Judge