UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

J. DOES 1-26,

    Plaintiffs,

v.

ELON MUSK,
*in his official capacity*,
UNITED STATES DOGE SERVICE,
and
THE DEPARTMENT OF GOVERNMENT
EFFICIENCY,

    Defendants.

Civil Action No. 25-0462-TDC

## ORDER

Plaintiffs have filed a Motion for a Preliminary Injunction, a brief in support of the Motion, and a partial Joint Record (J.R.) that contains copies of the exhibits relied upon in the brief. ECF Nos. 17, 17-1, 17-2. Pursuant to § B.2.d of the Case Management Order, ECF No. 6, all citations to exhibits in briefs shall be to both the relevant exhibit and J.R. page numbers. ECF No. 6. Plaintiffs' brief, ECF No. 17-1, is not in compliance with this requirement because it does not contain citations to the J.R. page numbers. Accordingly, it is hereby ORDERED that:

1. Plaintiffs shall submit a correctly cited brief by **Thursday, February 20, 2025 at 4:00 p.m.**

2. In light of the expedited nature of the Motion, the parties shall submit courtesy copies of their briefs and accompanying exhibits as generally required by Local Rule 105.1 within 12 hours of electronic filing.

Date: February 19, 2025



THEODORE D. CHUANG
United States District Judge