UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

J. DOES 1-26,

    Plaintiffs,

v.

ELON MUSK,
*in his official capacity*,
UNITED STATES DOGE SERVICE,
and
THE DEPARTMENT OF GOVERNMENT
EFFICIENCY,

    Defendants.

Civil Action No. 25-0462-TDC

## ORDER

For the reasons stated during the February 18, 2025 Case Management Conference, it is hereby ORDERED that:

1. Plaintiffs' Motion to Proceed Under Pseudonyms, ECF No. 3, is GRANTED.

2. Plaintiffs are granted leave to file the Motion for a Preliminary Injunction proposed in ECF No. 13. The Motion will be deemed timely if filed by **Tuesday, February 18, 2025**. The Government's Opposition to the Motion is due by **Monday, February 24, 2025 at 12:00 noon**. Plaintiff's reply brief is due by **Wednesday, February 26, 2025 at 12:00 noon**.

3. The briefs shall be accompanied by copies of the portions of the Joint Record referenced in the briefs. Plaintiffs shall submit a courtesy copy of the Joint Record for the Motion, as described in §§ II.B.2.j, k of the Case Management Order, ECF No. 6, by **Wednesday, February 26, 2025 at 4:00 p.m.**

4. A hearing on the Motion shall be scheduled for **Friday, February 28, 2025 at 2:00 p.m.**

Date: February 20, 2025



THEODORE D. CHUANG
United States District Judge