IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**J. Doe 1, et al.**
Plaintiff,

v.

**Musk, et al.**
Defendant.

Case No. 8:25-cv-00462-TDC

## REQUEST FOR ENTRY OF APPEARANCE
## ON BEHALF OF A FEDERAL GOVERNMENT AGENCY

Please enter my appearance in this case on behalf of **the Defendants**.

I have been admitted to practice law in the following jurisdictions (states or the District of Columbia):

| State Court | Date of Admission |
|---|---|
| **District of Columbia** | **09/09/2011** |
| | |
| | |

I am an active member in good standing of the bars of each of the jurisdictions listed above.

I understand that this entry of appearance is for this case only and does not constitute formal admission to the bar of this Court.

I understand that I must register to use the electronic filing system and will be issued a login and password for use in this case only.

I understand that I must immediately notify this Court of any change in my address, phone number, and email address and that if I fail to do so, my appearance in this case will be terminated.

Feb. 20, 2025
Date

*[Signature]*
Signature

Jacob S. Siler (D.C. Bar No. 1003383)
Printed name and bar number

1100 L Street, Washington DC 20005
Address

**jacob.s.siler@usdoj.gov**
Email address

**(202) 353-4556**
Telephone number

**(202) 616-8470**
Fax number

---

If you are <u>not</u> a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance.**