UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 1, et al.,<br><br>　　　　　*Plaintiffs*,<br><br>　　v.<br><br>ELON MUSK, *et al.*,<br><br>　　　　　*Defendants*. | Case No. 8:25-cv-00462-TDC |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion for a preliminary injunction, Defendants' opposition, and Plaintiffs' reply, it is hereby:

ORDERED that Plaintiffs' motion for a preliminary injunction be and is hereby, DENIED.


Dated: _____         _____
　　　　　　　　　　　　　　　　HONORABLE JUDGE THEODORE D. CHAUNG
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE