

February 25, 2025

The Honorable Judge Theodore D. Chuang
District Judge
U.S. District Court for the District of Maryland
6500 Cherrywood Lane, Suite 245
Greenbelt, MD  20770

Re: *J. Does 1-26 v. Musk and DOGE,* No. TDC-25-0462

Dear Judge Chuang,

We write to seek leave to file a Consent Motion for an Extension of Pages for Plaintiffs' Reply Brief. Pursuant to L.R. 105.3, reply memoranda are limited to fifteen (15) pages. In proposing this motion, Plaintiffs will comply with the Court's Case Management Order, ECF No. 6 at page 3, which provides that "No reply brief may be longer than the brief to which it is responding." Plaintiffs have corresponded with Defendants, who have agreed that the length of Plaintiffs' reply may match the length of Defendants' memorandum in opposition. The Defendants' opposition brief, filed yesterday, ECF No. 28, is thirty (30) pages long.

The additional pages are also responsive to the Court's request, made during last week's status conference, for parties to further develop the factual record. Plaintiffs require additional pages to fully inform the Court of myriad factual developments over the last week.

Again, all parties agree Plaintiffs' reply brief may be thirty (30) pages in length, matching Defendants' opposition brief. The correspondence indicating the agreement is attached hereto.

If leave to file this motion is granted, Plaintiffs would promptly file the Consent Motion and Proposed Order attached to this letter.

 Respectfully submitted,

 */s/ Norman L. Eisen*
 Norman L. Eisen, [9112170186]
 Tianna J. Mays, [1112140221]
 **STATE DEMOCRACY DEFENDERS FUND**

600 Pennsylvania Avenue SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Tianna@statedemocracydefenders.org

Mimi Marziani*
Rebecca (Beth) Stevens*
Joaquin Gonzalez**
**MARZIANI, STEVENS & GONZALEZ PLLC**
1533 Austin Highway, Suite
102-402 San Antonio, TX 78218
Tel: (210) 343-5604
mmarziani@msgpllc.com
bstevens@msgpllc.com
jgonzalez@msgpllc.com

*Attorneys for Plaintiffs*

*\*Admitted pro hac vice*.