# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOES 1-26,<br><br>    Plaintiffs,<br><br>    v.<br><br>ELON MUSK,<br>*in his official capacity*,<br>UNITED STATES DOGE SERVICE<br>and<br>THE DEPARTMENT OF GOVERNMENT EFFICIENCY,<br><br>    Defendants. | Civil Action No. 25-0462-TDC |

## ORDER

Having reviewed Plaintiffs' Notice, ECF No. 30, the Court hereby grants leave for Plaintiffs to file the proposed Consent Motion for an Extension of Pages for Plaintiffs' Reply Brief.

Date: February 25, 2025

                                               /s/
                                   THEODORE D. CHUANG
                                   United States District Judge