IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **J. DOE 1,** *et al.*,<br>*Plaintiffs* v.<br><br>**ELON MUSK,** *et al.*,<br><br>*Defendants.* | Case No. 8:25-cv-00462-TDC |

**PLAINTIFFS' CONSENT MOTION FOR AN EXTENSION OF PAGES FOR PLAINTIFFS' REPLY BRIEF**

Plaintiffs respectfully request an extension of pages for their reply brief in this case to match the number of pages in Defendants' opposition brief, ECF No. 28, which is thirty (30) pages in total. This page extension is responsive to the Court's request, made during last week's status conference, for the parties to further develop the factual record, as additional pages are necessary to fully inform the Court of developments over the last week.

Defendants' counsel and Plaintiffs' counsel conferred and Defendants' counsel consents to the extension of pages. If this motion is granted, Plaintiffs' reply brief will comply with the Court's Case Management Order, ECF No. 6 at page 3, as Plaintiffs' reply will match, but not exceed, the length of the opposition brief. A proposed Order also accompanies this Motion.

Respectfully Submitted,

*/s/ Norman L. Eisen*
Norman L. Eisen, [9112170186]
Tianna J. Mays, [1112140221]
**STATE DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Avenue SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Tianna@statedemocracydefenders.org


Mimi Marziani*
Rebecca (Beth) Stevens*
Joaquin Gonzalez*
**MARZIANI, STEVENS & GONZALEZ PLLC**
1533 Austin Highway, Suite 102-402
San Antonio, TX 78218
Tel: (210) 343-5604
mmarziani@msgpllc.com
bstevens@msgpllc.com
jgonzalez@msgpllc.com
*Attorneys for Plaintiffs*

*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court for the United States Court of the District of Maryland by using the CM/ECF system. I also certify that the foregoing document is being served on Defendant's counsel of record and that service will be accomplished by the CM/ECF system.

This  day of February 2025,

    /s/ Tianna Mays
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
Tianna@statedemocracydefenders.org