IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **J. DOE 1**, *et al.*,<br>         *Plaintiffs* v.<br><br>**ELON MUSK**, *et al.*,<br><br>         *Defendants.* | Case No. 8:25-cv-00462-TDC |

**[PROPOSED] ORDER**

The Court, having considered Plaintiffs' Consent Motion for an Extension of Pages for Plaintiffs' Reply Brief, and the entire record herein, it is hereby,

ORDERED, that Plaintiffs' reply brief is permitted to match but not exceed Defendants' opposition brief, ECF No. 28, page length which is thirty (30) pages in total.

SO ORDERED this ___ day of February 2025.

_____
UNITED STATES DISTRICT JUDGE