# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **J. DOE 1,** *et al.*,<br>    *Plaintiffs* v.<br><br>**ELON MUSK,** *et al.*,<br><br>    *Defendants.* | Case No. 8:25-cv-00462-TDC |

## ORDER

The Court, having considered Plaintiffs' Consent Motion for an Extension of Pages for Plaintiffs' Reply Brief, and the entire record herein, it is hereby,

ORDERED, that Plaintiffs' reply brief is permitted to match but not exceed Defendants' opposition brief, ECF No. 28, page length which is thirty (30) pages in total.

SO ORDERED this 25th day of February 2025.

                                   /s/
UNITED STATES DISTRICT JUDGE
THE HONORABLE THEODORE D. CHUANG