# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 1, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>ELON MUSK, *et al.*,<br><br>*Defendants.* | Case No. 8:25-cv-00462-TDC |

## NOTICE OF APPEARANCE

Please take notice that Joshua E. Gardner, Special Counsel at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel for Defendants.

Dated: February 27, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Branch Director, Federal Programs Branch

_____/s/___*Joshua E. Gardner*_____
JOSHUA E. GARDNER
    (FL Bar No. 302820)
Special Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-7583
Email:  Joshua.E.Gardner@usdoj.gov

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2025, I electronically filed the foregoing Notice of

Appearance using the Court's CM/ECF system, causing a notice of filing to be served upon all

counsel of record.

Dated: February 27, 2025        ____/s/___ *Joshua E. Gardner*_____
                                JOSHUA E. GARDNER
                                    (FL Bar No. 302820)
                                Special Counsel
                                U.S. Department of Justice
                                Civil Division, Federal Programs Branch
                                1100 L Street, NW
                                Washington, DC 20005
                                Phone: (202) 305-7583
                                Email: Joshua.E.Gardner@usdoj.gov

                                *Attorney for Defendants*