**CERTIFICATE OF SERVICE**

      I hereby certify that on the date below, I electronically served Plaintiffs' Motion to Seal and proceed under Pseudonyms with the Clerk of the Court for the United States Court of the District of Maryland by using the CM/ECF system. I also certify that the foregoing document is being served on Defendants' counsel of record and that service will be accomplished via email. This 27th day of February 2025,

      /s/ Tianna Mays
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
Tianna@statedemocracydefenders.org