

February 27, 2025

The Honorable Judge Theodore D. Chuang
District Judge
U.S. District Court for the District of Maryland
6500 Cherrywood Lane, Suite 245
Greenbelt, MD  20770

Re: *J. Does 1-26 v. Musk and DOGE,* No. TDC-25-0462

Dear Judge Chuang,

We write to respectfully request a short status conference by phone at your earliest convenience prior to tomorrow's hearing. Defendants' counsel has consented to this request. Parties are available this evening at 5:00 p.m. EST. Alternatively, we will make ourselves available at the Court's convenience tomorrow morning.

 Respectfully submitted,

*/s/ Norman L. Eisen*
 Norman L. Eisen, [9112170186]
 Tianna J. Mays, [1112140221]
**STATE DEMOCRACY DEFENDERS FUND**
 600 Pennsylvania Avenue SE, Suite 15180
 Washington, DC 20003
 Tel: (202) 594-9958
 Norman@statedemocracydefenders.org
 Tianna@statedemocracydefenders.org

 Mimi Marziani**
 Rebecca (Beth) Stevens**
 Joaquin Gonzalez**
 **MARZIANI, STEVENS & GONZALEZ PLLC**
 1533 Austin Highway, Suite
 102-402 San Antonio, TX 78218
 Tel: (210) 343-5604

mmarziani@msgpllc.com
bstevens@msgpllc.com
jgonzalez@msgpllc.com

*Attorneys for Plaintiffs*

**Admitted *pro hac vice*