UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

J. DOES 1-26,

    Plaintiffs,

v.

ELON MUSK,
*in his official capacity*,
UNITED STATES DOGE SERVICE
and
THE DEPARTMENT OF GOVERNMENT
EFFICIENCY,

    Defendants.

Civil Action No. 25-0462-TDC

**ORDER**

Having reviewed Plaintiffs' Notice of New Evidence Not Previously Available, ECF No. 48, it is hereby ORDERED that Plaintiffs are granted leave to file a Motion for Leave to Supplement the Record. In the Motion, Plaintiffs shall inform the Court as to whether Defendants consent to the Motion.

Date: March 3, 2025

_____
THEODORE D. CHUANG
United States District Judge