IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 1, *et al.*, <br>     *Plaintiffs* <br><br> v. <br><br> ELON MUSK, *et al.*, <br>     *Defendants.* | Case No. 8:25-cv-00462-TDC |

### **[PROPOSED] ORDER**

The Court, having considered the Plaintiffs' Motion for Leave to Supplement the Record, and the entire record herein, it is hereby,

ORDERED that Plaintiffs' Motion for Leave to Supplement the Record with Sealed Exhibits for witnesses: J. Roe 6, J. Roe 7, and J. Roe 8 is GRANTED.

SO ORDERED this ___ day of March 2025.

_____
UNITED STATES DISTRICT JUDGE