AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| J. Doe 1, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-CV-462-TDC |
| Elon Musk, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: 03/04/2025

/s/ James J. Wen
*Attorney's signature*

James J. Wen, NY #5422126
*Printed name and bar number*

United States Department of Justice
Civil Division - Federal Programs Branch
1100 L Street Northwest
Washington, D.C. 20005
*Address*

james.j.wen@usdoj.gov
*E-mail address*

(202) 532-4142
*Telephone number*

(202) 305-7000
*FAX number*