IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 1, *et al.*, <br>     *Plaintiffs* <br><br> v. <br><br> ELON MUSK, *et al.*, <br><br>     *Defendants.* | Case No. 8:25-cv-00462-TDC |

### [PROPOSED] ORDER

The Court, having considered Plaintiffs' Unopposed Second Motion for Leave to Supplement the Record, it is hereby,

ORDERED that Plaintiffs' Motion for Leave to Supplement the Record with judicially noticed admissions by President Trump is GRANTED. The Court hereby takes judicial notice of the facts referenced in Plaintiffs' Second Motion for Leave to Supplement the Record and the accompanying Exhibit 74 to the Joint Record.

SO ORDERED this ___ day of March 2025.

_____
THEODORE D. CHUANG
United States District Judge