UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

J. DOES 1-26,

    Plaintiffs,

v.

ELON MUSK,
*in his official capacity,*
UNITED STATES DOGE SERVICE
and
THE DEPARTMENT OF GOVERNMENT
EFFICIENCY,

    Defendants.

Civil Action No. 25-0462-TDC

**ORDER**

Plaintiffs have filed a Second Motion for Leave to Supplement the Record, which Defendants do not oppose. ECF No. 57. However, the Court has not received a response from Defendants as to Plaintiffs' first Motion for Leave to Supplement the Record, ECF No. 51.

Upon consideration of the Motions, it is hereby ORDERED that:

1. Plaintiffs' Second Motion for Leave to Supplement the Record, ECF No. 57, is GRANTED.

2. Defendants shall inform the Court as to whether they consent to Plaintiffs' first Motion for Leave to Supplement the Record, ECF No. 51, by **Friday, March 7, 2025 at 12:00 noon.**

Date: March 6, 2025

THEODORE D. CHUANG
United States District Judge