UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 1, *et al.*,<br><br>   *Plaintiffs*,<br><br> v.<br><br>ELON MUSK, *et al.*,<br><br>   *Defendants*. | Case No. 8:25-cv-00462-TDC |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants hereby submit the transcript reflecting the denial of a temporary restraining order in *Personal Services Contractor Association v. Trump, et al.*, No. 1:25-469 (D.D.C. Mar. 6, 2025). In *Personal Services*, Judge Nichols rejected United States Agency for International Development personal services contractors' claimed irreparable harms, many which are alleged by Plaintiffs in this case. *See* Transcript pp. 7-11. Defendants contend that Judge Nichols' decision further supports the denial of Plaintiffs' motion for a preliminary injunction.

Dated: March 7, 2025   Respectfully submitted,

             YAAKOV M. ROTH
             Acting Assistant Attorney General

             DIANE KELLEHER
             Director, Federal Programs Branch

             CHRISTOPHER R. HALL
             Assistant Branch Director, Federal Programs Branch

             /s/ *Joshua E. Gardner*
             JOSHUA E. GARDNER (FL Bar No. 302820)
             Special Counsel

             JACOB S. SILER

JAMES J. WEN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 305-7583
joshua.e.gardner@usdoj.gov