UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

J. DOES 1-26,

    Plaintiffs,

v.

ELON MUSK,
*in his official capacity*,
UNITED STATES DOGE SERVICE
and
THE DEPARTMENT OF GOVERNMENT
EFFICIENCY,

    Defendants.

Civil Action No. 25-0462-TDC

## ORDER

Pursuant to the Court's March 6, 2025 Order, Defendants have filed a Response to Plaintiffs' first Motion for Leave to Supplement the Record. ECF No. 59. Defendants state they do not oppose the Motion to Supplement the Record, ECF No. 51, but do not have access to the accompanying Motion to Seal, ECF No. 49, as Plaintiffs have filed that Motion under seal. Upon consideration of the Response, it is hereby ORDERED that:

1. Plaintiffs' first Motion for Leave to Supplement the Record, ECF No. 51, is GRANTED IN PART. The record shall be supplemented with additional witness declarations from J. Roe 6, J. Roe 7, and J. Roe 8. These witness declarations shall remain under seal and witnesses may proceed under pseudonym until Plaintiffs' pending second Motion to Seal and to Proceed Under Pseudonyms, ECF No. 49, is resolved.

2. Plaintiffs shall provide Defendants with their second Motion to Seal and to Proceed Under Pseudonyms, ECF No. 49, by **Friday, March 7, 2025 at 3:00 pm.**

3. Defendants shall inform the Court as to whether they consent to Plaintiffs' second Motion to Seal and to Proceed Under Pseudonyms, ECF No. 49, by **Monday, March 10, 2025 at 12:00 noon.**

Date: March 7, 2025

THEODORE D. CHUANG
United States District Judge