UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 1, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> ELON MUSK, *et al.*, <br><br> *Defendants*. | Case No. 8:25-cv-00462-TDC |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' second Motion to Seal and to Proceed Under Pseudonyms, ECF No. 49, Defendants' opposition, ECF No. 62, and any reply, it is hereby ORDERED that:

1. Plaintiffs' second Motion to Seal and to Proceed Under Pseudonyms, ECF No. 49, be and is hereby GRANTED in part and DENIED in part. Plaintiffs' motion is GRANTED to the extent that it requests that witnesses J. Roe 6, J. Roe 7, and J. Roe 8 be allowed to proceed under pseudonym. Plaintiffs' motion is DENIED to the extent that it requests leave to file the witness declarations of J. Roe 6, J. Roe 7, and J. Roe 8 under seal.

Dated: _____            _____
                                                                HONORABLE JUDGE THEODORE D. CHUANG
                                                                UNITED STATES DISTRICT JUDGE