# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

J. DOES 1-26,

    Plaintiffs,

v.

ELON MUSK,
*in his official capacity*,
UNITED STATES DOGE SERVICE
and
THE DEPARTMENT OF GOVERNMENT
EFFICIENCY,

    Defendants.

Civil Action No. 25-0462-TDC

# ORDER

For the purposes of addressing Plaintiffs' Motion for a Preliminary Injunction, ECF No. 17, it is hereby ORDERED that by **Thursday, March 13, 2025 at 12:00 noon**, Defendants shall supplement the record by filing copies of the specific orders or other decision documents, signed by the authorizing government official, that authorized each of the following decisions:

1. To place 58 USAID employees on administrative leave on January 27, 2025.
2. To place 57 USAID employees on administrative leave on February 1, 2025.
3. To shut down USAID headquarters and remove USAID signage from the building beginning on January 31, 2025.
4. To transfer USAID headquarters to U.S. Customs and Border Protection.
5. To take USAID's website offline on February 1, 2025.
6. To place 606 USAID employees on administrative leave on February 3, 2025.
7. To place 1,416 USAID employees on administrative leave on February 4, 2025.

8. To place 2,104 USAID employees on administrative leave on February 7, 2025.

9. To terminate "nearly 800 personal service contractors" at USAID as described at Joint Record 410, ECF No. 37.

Date: March 10, 2025

THEODORE D. CHUANG
United States District Judge