– 1 –

# Category 1: Decision to put USAID employees on administrative leave on January 27, 2025



Jason Gray <██████@usaid.gov>

## (SBU) Administrative Leave Notice

**Joel Borkert** ████@usaid.gov>                                    Mon, Jan 27, 2025 at 3:53 PM
To: ██████ <██████@usaid.gov>, <████@usaid.gov>, ██████
██████@usaid.gov>, ██████ <████@usaid.gov>
Cc: ██████ <████@usaid.gov>, ██████ <██████@usaid.gov>, ██████
<████@usaid.gov>

Gentlemen,

(SBU) In addition to below, please add the following:

████████████████████

Respectfully,

**Joel M. Borkert**
Deputy Chief of Staff
U.S. Agency for International Development
Office: ████████
Cell: ████████

On Mon, Jan 27, 2025 at 3:41 PM Joel Borkert <████@usaid.gov> wrote:
> Hi ████████████████,
>
> (SBU) Please see the list below of employees being placed on administrative leave approved by Acting Administrator
> Gray. Please complete all actions necessary to place each one on administrative leave NLT 5PM today (27 JAN 25).
> Once you have completed all the actions, reply all to this email confirming all actions are complete. To reiterate, all
> accounts must be turned off and building access revoked. If you have any questions, please call me.
>
> Respectfully,
>
> **Joel M. Borkert**
> Deputy Chief of Staff
> U.S. Agency for International Development
> Office: ████████
> Cell: ████████
>
>
> (SBU) List of Employees to be Placed on Admin Leave
>
> -
>



10.





53.

57.

All employees on administrative leave should have email access cut, and building access cut- including employees previously placed on admin leave