# – 3 –

# Category 3: Decision to shut down USAID Headquarters on January 31, 2025



U.S. General Services Administration

February 7, 2025

Dear Mr. Jackson,

We are contacting you today regarding the following three U.S. Agency for International Development (USAID) occupancies at the Ronald Reagan Building and International Trade Center in Washington, DC:

| OA Number | Building Name | Location | City | State | USF | RSF | Structured Parking |
|---|---|---|---|---|---|---|---|
| ADC00178 | Reagan Building FOB | 1300 Pennsylvania Ave NW | Washington | D.C. | 388,418 | 552,788 | 0 |
| ADC07435 | Reagan Building Garage | 1300 Pennsylvania Ave NW | Washington | D.C. | 0 | 0 | 375 |
| ADC00376 | Reagan Building Trade Center | 1300 Pennsylvania Ave NW | Washington | D.C. | 13,033 | 18,549 | 0 |

In accordance with §41 CFR 102-85.75, as of today, February 7, 2025, these occupancies are cancelled and will be repurposed for other government needs. GSA will secure the space today, and coordinate with your agency for the retrieval of any personal property or other belongings that currently remain there.

Your cooperation with this matter is appreciated. If you have any questions, please contact ███████████████████████.

Thank you,

Michael Peters
Commissioner
Public Buildings Service

Cc:
Dr. Deborah Schneider
Office of Operations
Bureau of Administration
U.S. Department of State