# – 5 –

# Category 5: Decision to take USAID's website offline on February 1, 2025

# USAID.gov is offline

▇▇▇@usaid.gov Gregory Your  Saturday, February 1, 2025 at 2:14:20 PM Eastern Standard Time

To: ▇▇▇@usaid.gov ▇▇▇, ▇▇▇@usaid.gov ▇▇▇, ▇▇▇@usaid.gov ▇▇▇, ▇▇▇@usaid.gov

▇▇▇

r/g
G. P. Your
Acting Deputy Assistant Administrator for Program Operations/
Director of Web Management
Bureau of Legislative and Public Affairs (LPA)
U. S. Agency for International Development
cell ▇▇▇