# – 8 –

# Category 8: Decision to put USAID employees on administrative leave on February 7, 2025

| | |
|---|---|
| **From:** | Marocco, Peter W |
| **To:** | (HCTM/AA); (M/CIO) |
| **Subject:** | Re: Admin Leave Letters |
| **Date:** | Tuesday, February 4, 2025 4:47:01 PM |

███, please issue the administrative leave orders immediately.

Thank you.

Get Outlook for iOS



 

@usaid.gov>

# The Path Forward

**USAID Internal Communications** <internalcomms@subscribe.usaid.gov>  Tue, Feb 4, 2025 at 9:04 PM
To: ████@usaid.gov



On Friday, February 7, 2025, at 11:59 p.m. (EST) all USAID direct hire personnel will be placed on administrative leave globally, with the exception of designated personnel responsible for mission-critical functions, core leadership and specially designated programs. Essential personnel expected to continue working will be informed by Agency leadership by Thursday, February 6, at 3:00 p.m. (EST).

For USAID personnel currently posted outside the United States, the Agency, in coordination with missions and the Department of State, is currently preparing a plan, in accordance with all applicable requirements and laws, under which the Agency would arrange and pay for return travel to the United States within 30 days and provide for the termination of PSC and ISC contracts that are not determined to be essential. The Agency will consider case-by-case exceptions and return travel extensions based on personal or family hardship, mobility or safety concerns, or other reasons. For example, the Agency will consider exceptions based on the timing of dependents' school term, personal or familial medical needs, pregnancy, and other reasons. Further guidance on how to request an exception will be forthcoming.

Thank you for your service.

---

Update your subscriptions, modify your password or email address, or stop subscriptions at any time on your Subscriber Preferences Page. You will need to use your email address to log in. If you have questions or problems with the subscription service, please visit subscriberhelp.govdelivery.com.

This service is provided to you at no charge by United States Agency for International Development.

This email was sent to ▮▮▮▮▮▮▮▮▮▮ using govDelivery Communications Cloud on behalf of: United States Agency for International Development · 1300 Pennsylvania Avenue NW · Washington, DC · 20004

