– 1 –

# Category 1: Decision to put USAID employees on administrative leave on January 27, 2025



Jason Gray <▮▮▮@usaid.gov>

## (SBU) Administrative Leave Notice

**Joel Borkert** <▮▮▮@usaid.gov>　　　　　　　　　　　　　　　Mon, Jan 27, 2025 at 3:53 PM
To: ▮▮▮ <▮▮▮@usaid.gov>, ▮▮▮ <▮▮▮@usaid.gov>, ▮▮▮@usaid.gov>, ▮▮▮ <▮▮▮@usaid.gov>
Cc: ▮▮▮ <▮▮▮@usaid.gov>, ▮▮▮ <▮▮▮@usaid.gov>, ▮▮▮ <▮▮▮@usaid.gov>

Gentlemen,

(SBU) In addition to below, please add the following:

▮▮▮

Respectfully,

**Joel M. Borkert**
Deputy Chief of Staff
U.S. Agency for International Development
Office: ▮▮▮
Cell: ▮▮▮

On Mon, Jan 27, 2025 at 3:41 PM Joel Borkert <▮▮▮@usaid.gov> wrote:

Hi ▮▮▮,

(SBU) Please see the list below of employees being placed on administrative leave approved by Acting Administrator Gray. Please complete all actions necessary to place each one on administrative leave NLT 5PM today (27 JAN 25). Once you have completed all the actions, reply all to this email confirming all actions are complete. To reiterate, all accounts must be turned off and building access revoked. If you have any questions, please call me.

Respectfully,

**Joel M. Borkert**
Deputy Chief of Staff
U.S. Agency for International Development
Office: ▮▮▮
Cell: ▮▮▮

(SBU) List of Employees to be Placed on Admin Leave

1. 

10. 

53. ███████████████████████████████████████

57. ███████████████████████████████████████

████████████████████

All employees on administrative leave should have email access cut, and building access cut- including employees previously placed on admin leave