# – 2 –

# Category 2: Decision to put USAID employees on administrative leave on February 1, 2025



MEMORANDUM

Date:　　　　　　　January 31, 2025

From:　　　　　　　Ken Jackson
　　　　　　　　　　Assistant to the Administrator for Management and Resources

Subject:　　　　　　PLACEMENT ON ADMINISTRATIVE LEAVE

The purpose of this memorandum is to inform you that you are being placed on excused absence (also known as administrative leave) with pay effective immediately, pursuant to ADS 480. You will remain on administrative leave with pay until otherwise notified.

While you are on administrative leave with pay, you must be available by telephone and e-mail during your normal duty hours, as it may be necessary for Agency officials to contact you. To that end, at the bottom of this document, please provide your current phone number, e-mail address, and mailing address. Any change to these contacts must be reported to me so that the Agency may continue to communicate with you regarding the status of your employment.

You also must remain available to report to work if directed to do so. If you wish to request other leave (annual, sick or leave without pay) during this period, you should contact ▓▓▓▓▓▓▓▓▓▓ to make your request.

During the period that you are on administrative leave you are not to enter USAID premises, access USAID systems, or attempt to use your position or authority with USAID in any way without my prior permission or the prior permission of a supervisor in your chain of command.

The agency's Staff Care Program is available to you during this time for free, confidential counseling and assistance. You can obtain assistance by calling 1-877-988-7243. Participation in this program is voluntary.

Any questions regarding the above information should be directed to ▓▓▓▓▓▓▓▓▓▓, Chief Human Capital Officer, ▓▓▓▓▓▓▓▓▓▓.

**USAID ███████ Intended Administrative Leave**



