– 4 –

# Category 4: Decision to transfer USAID headquarters to U.S. Customs and Border Protection

## Temporary License to Occupy Government Space

This License Agreement ("License") is entered into on this 7th day of February, 2025, by and between the United States General Services Administration ("GSA"), to be referred to as "Licensor" and U.S Customs and Border Protection ("CBP"), to be referred to as "Licensee."

1. **Premises:**
   GSA hereby grants to the Licensee a non-exclusive right to use and occupy the space located at 1300 Pennsylvania Avenue, NW, Washington, DC. Further defined:

| Building Name | Location | City | State | USF | RSF | Structured Parking |
|---|---|---|---|---|---|---|
| Reagan Building FOB | 1300 Pennsylvania Ave NW | Washington | D.C. | 388,418 | 552,788 | 0 |
| Reagan Building Garage | 1300 Pennsylvania Ave NW | Washington | D.C. | 0 | 0 | 375 |
| Reagan Building Trade Center | 1300 Pennsylvania Ave NW | Washington | D.C. | 13,033 | 18,549 | 0 |

2. **Term:**
   This license shall commence on February 7, 2025, and shall continue for a period of ninety (90) days, ending on May 8, 2025, unless sooner terminated or extended by mutual agreement in writing.

3. **Rent:**
   No rent or other payments shall be due from the Licensee to GSA for the use of the Premises during the term of this License.

4. **Purpose:**
   The Premises shall be used by the Licensee solely for administrative offices and for no other use without the prior written consent of the GSA.

5. **Condition of the Premises:**
   The Licensee accepts the Premises in its current "as-is" condition. No alterations or improvements may be made without GSA's prior written consent.

6. **Negotiations for Permanent Agreement:**
   During the term of this License, GSA and the Licensee agree to negotiate in good faith towards a permanent Occupancy Agreement. This includes, but is not limited to, confirming the exact square footage to be occupied, establishing the rent, and agreeing to all other applicable terms and conditions.

7. **Termination:**
   This license may be terminated by either party upon thirty (30) days written notice. Upon termination, the Licensee shall vacate the Premises and restore it to its original condition, normal wear and tear.

8. **Compliance with Laws:**
   The Licensee shall comply with all applicable federal, state and local laws, regulations, and ordinances during the occupancy of the Premises.

9. **Indemnification:**

The Licensee shall indemnify, defend, and hold harmless GSA from and against any and all claims, damages, losses, and expenses arising out of or resulting from the Licensee's use or occupancy of the Premises.

10. **No Warranty:**

GSA makes no warranties, express or implied, regarding the suitability of the Premises for the Licensee's use.

11. **Governing Law:**

This License shall be governed by the laws of the United States of America.

12. **Entire Agreement:**

This document constitutes the entire agreement between the parties regarding the subject matter hereof and supersedes all prior or contemporaneous agreements, written or oral.

**IN WITNESS WHEREOF, the parties hereto have executed this License on the date first above written.**

**GSA/Licensor:**

Michael P. Peters
Commissioner, PBS

**CBP/Licensee:**

YVONNE R MEDINA
Digitally signed by YVONNE R MEDINA
Date: 2025.02.07 14:29:46 -05'00'

Yvonne R. Medina, Assistant Commissioner
Office of Facilities and Asset Management
U.S. Customs and Border Protection

RYAN L BRUCE
Digitally signed by RYAN L BRUCE
Date: 2025.02.07 13:12:07 -06'00'

Ryan L. Bruce, Lease Contracting Officer
Office of Facilities and Asset Management
U.S. Customs and Border Protection