# – 6 –

# Category 6: Decision to put USAID employees on administrative leave on February 3, 2025



INTERNAL MEMORANDUM | PII SENSITIVE – NOT FOR EXTERNAL DISTRIBUTION

Date:          February 2, 2025

To:            William Malyszka, Chief Human Capital Officer;
               Ken Jackson, Assistant to the Administrator for Management and Resources

From:          Pete Marocco
               Acting Deputy Administrator for Policy and Planning and Acting Deputy
               Administrator for Management and Resources

Subject:       PERSONNEL PLACED ON ADMINISTRATIVE LEAVE

Tonight, I placed the following 633 USAID personnel on excused absence (also known as administrative leave) with pay effective immediately, pursuant to ADS 480. These personnel will remain on paid administrative leave until otherwise notified.

Accordingly, I have also authorized the restriction of their access to enter any USAID premises, access any USAID systems, or otherwise attempt to use their position or authority with USAID in any way without my prior permission.

The affected personnel will receive the following communication regarding this action from an HR email address in advance of additional attempts to reach them at personal e-mail addresses and phone numbers:

> "At the direction of appropriate Agency leadership, you are being placed on paid administrative leave, effective immediately, until otherwise notified. While on administrative leave, you are not permitted to enter agency premises, access agency systems, or attempt to use your position or authority with USAID in any way. Further guidance will be forthcoming."

Sincerely,

Pete Marocco

| Bureau | Name | Clearance Status |
|--------|------|------------------|
| GSA/A \| AID/A | ██████████ | Drafted & Cleared |
| STATE/F \| AID/A | Pete Marocco | Clear |

1



**Employees Placed on Administrative Leave**











































































