# – 7 –

# Category 7: Decision to put USAID employees on administrative leave on February 4, 2025



INTERNAL MEMORANDUM | PII SENSITIVE – NOT FOR EXTERNAL DISTRIBUTION

Date:        February 3, 2025

To:          William Malyszka, Chief Human Capital Officer;
             Ken Jackson, Assistant to the Administrator for Management and Resources

From:        Pete Marocco
             Acting Deputy Administrator for Policy and Planning and Acting Deputy
             Administrator for Management and Resources

Subject:     PERSONNEL PLACED ON ADMINISTRATIVE LEAVE

Today, pursuant to ADS 480, I am placing the following 1412 USAID personnel on excused absence (also known as administrative leave) with pay, effective immediately. These personnel will remain on paid administrative leave until otherwise notified.

Accordingly, I am authorizing the restriction of their access to enter any USAID premises, access any USAID systems, or otherwise attempt to use their position or authority with USAID in any way without my prior permission.

Sincerely,

Pete Marocco

| Bureau | Name | Clearance Status |
|---|---|---|
| GSA/A | AID/A | ███████ | Drafted & Clear |
| STATE/F | AID/A | Pete Marocco | Clear |
| | | |
| | | |

1



**Employees Placed on Administrative Leave**

    **A.** **DC-Based Bureau of Democracy, Human Rights and Governance Staff**











**B. DC-Based Bureau for Resilience, Environment and Food Security**























**C. DC-Based Bureau of Management (ex. IT)**

























**D.  Management Bureau IT Staff**











**E. Office of Civil Rights & Office of Small and Disadvantaged Business Utilization (Key Staff Remain for Statutory Obligations)**







**F. Bureau of Humanitarian Assistance DC-Based (Ex. Field Operations and Mission-Critical Staff)**













































**G. DC-Based Bureau of Global Health (ex. most of Infectious Disease, some of HIV & Other Mission Critical)**































USAID
FROM THE AMERICAN PEOPLE

[redacted]

**H. Executive Secretary**



**I. HTCM**













**J. OGC**





MEMORANDUM

DATE:        February 4, 2025

FROM:        Pete Marocco
             Acting Deputy Administrator for Policy and Planning and Acting Deputy
             Administrator for Management and Resources

SUBJECT:     PLACEMENT ON ADMINISTRATIVE LEAVE


        The purpose of this memorandum is to inform you that you are being placed on excused absence (also known as administrative leave) with pay effective immediately, pursuant to ADS 480. You will remain on administrative leave with pay until otherwise notified.

        While you are on administrative leave with pay, you must be available by telephone and e-mail during normal business hours, as it may be necessary for Agency officials to contact you. To that end, as soon as possible from your personal email, please email ███████████ your personal contact information, including your phone number, email and mailing address.

        You also must remain available to report to work if directed to do so. If you wish to request other leave (annual, sick or leave without pay) during this period, you should contact me to make your request.

        During the period that you are on administrative leave you are not to enter USAID premises, access USAID systems, or attempt to use your position or authority with USAID in any way without my prior permission or prior permission of a supervisor in your chain of command.

        The agency's Staff Care Program is available to you during this time for free, confidential counseling and assistance. You can obtain assistance by calling 1-877-988-7243. Participation in this program is voluntary.

        Any questions regarding the above information should be directed to me.