# Ex. A
# USAID ADS Chapter 101 (2024)



# ADS Chapter 101

# Agency Programs and Functions

Partial Revision Date: 08/07/2024
Responsible Office: HCTM/PPSM
File Name: 101_080724

**Functional Series 100 – Agency Organization and Legal Affairs**
**ADS 101 – Agency Programs and Functions**
**POC for ADS 101: See ADS 501maa, ADS Chapters and Point of Contact List**

## Table of Contents

**101.1        OVERVIEW ........................................................................................ 4**

**101.2        PRIMARY RESPONSIBILITIES .......................................................... 4**

**101.3        POLICY DIRECTIVES AND REQUIRED PROCEDURES ...................... 5**

**101.3.1      Agency Creation and Authority .................................................... 5**
101.3.1.1    Office of the Administrator (A/AID)................................................. 5
101.3.1.2    Office of the Chief Economist (OCE) ........................................... 10
101.3.1.3    Office of Civil Rights (OCR) ...................................................... 11
101.3.1.4    Office of the Executive Secretariat (ES)........................................ 18
101.3.1.5    Office of the General Counsel (GC) ............................................. 19
101.3.1.6    Office of Human Capital and Talent  Management (HCTM) ................. 24
101.3.1.7    Office of the Inspector General (OIG) .......................................... 31
101.3.1.8    Office of Policy (POL) ............................................................. 33
101.3.1.9    Office of Security (SEC) .......................................................... 34
101.3.1.10   Office of Small and Disadvantaged Business Utilization/Minority ........... 40
             Resource Center (OSDBU/MRC) ............................................... 40
101.3.1.11   Bureau for Foreign Assistance (FA)............................................ 41
101.3.1.12   Bureau for Legislative and Public Affairs (LPA) .............................. 49
101.3.1.13   Bureau for Management (M Bureau) ............................................ 54
101.3.1.14   Bureau for Planning, Learning, and Resource Management (PLR)......... 88
101.3.1.15   Pillar Bureaus ..................................................................... 94
101.3.1.16   Bureau for Conflict Prevention and Stabilization (CPS) ..................... 94
101.3.1.17   Bureau for Democracy, Human Rights, and Governance (DRG)........... 99
101.3.1.18   Bureau for Global Health (GH).................................................. 102
101.3.1.19   Bureau for Humanitarian Assistance (BHA)................................... 124
101.3.1.20   Bureau for Inclusive Growth, Partnerships, and Innovation (IPI) ........... 130
101.3.1.21   Bureau for Resilience, Environment, and Food Security (REFS)........... 137
101.3.1.22   Regional Bureaus ................................................................ 147
101.3.1.23   Bureau for Africa (AFR) ......................................................... 148
101.3.1.24   Bureau for Asia (ASIA)........................................................... 154
101.3.1.25   Bureau for Europe and Eurasia (E&E) ........................................ 157
101.3.1.26   Bureau for Latin America and the Caribbean (LAC) ......................... 164
101.3.1.2    Bureau for the Middle East (ME)................................................ 166

**101.3.2      Overseas Organizations........................................................... 169**

101.3.2.1    USAID Bilateral Country Missions ...................................................... 169
101.3.2.2    Offices of the USAID Representative............................................... 169
101.3.2.3    USAID Centers for Multi-Country Programs and Support ................. 170
101.3.2.4    USAID Bureau for Humanitarian Assistance Presence ........................ 170
101.3.2.5    USAID Representation Offices ...................................................... 170
101.3.2.6    Field Offices of the Inspector General............................................ 170

**101.3.3**    **Overall Organizational Approaches for USAID** ................................. **171**
101.3.3.1    Country Focus ............................................................................. 171
101.3.3.2    Allocation of USAID Resources ..................................................... 171
101.3.3.3    Policy Framework for Bilateral Foreign Aid ................................... 172

**101.4**    **MANDATORY REFERENCES** ...................................................... **172**

**101.4.1**    **External Mandatory References** ................................................. **172**

**101.4.2**    **Internal Mandatory References** ................................................ **173**

**101.5**    **ADDITIONAL HELP** ................................................................... **173**

**101.6**    **DEFINITIONS** ........................................................................... **174**

*Text highlighted in yellow indicates that the material is new or substantively revised.*    3

08/07/2024 Partial Revision

## ADS 101 – Agency Programs and Functions

### 101.1    OVERVIEW
Effective Date: 09/19/2000

This chapter defines the authorities within which USAID operates and provides the necessary policy regarding the Agency's programs, functions, and methods of operations. In addition, this chapter provides the functional statements for all of USAID's operating units.

### 101.2    PRIMARY RESPONSIBILITIES
Effective Date: 03/01/2022

**a.** The **Administrator (A/AID)** formulates and executes U.S. foreign economic and development assistance policies and programs, subject to the foreign policy guidance of the President, the Secretary of State, and the National Security Council. Under the direct authority and foreign policy guidance of the Secretary of State, the Administrator serves as a principal advisor to the President and the Secretary of State regarding international development and humanitarian assistance. The A/AID administers appropriations made available under the **Foreign Assistance Act of 1961**, as amended and supervises and directs overall Agency activities in the United States and abroad.

**b.** The **Deputy Administrator for Management and Resources (DAMR/AID)** serves as the principal deputy and alter ego to the Administrator and as the Agency's Chief Operating Officer (COO), who is the Senior Accountable Official responsible for leading performance and management reforms and for reducing wasteful or ineffective programs, policies, and procedures. (see **ADS 103.3.4.2**). The Deputy provides oversight and direction to the Assistant Administrators and Assistants to the Administrator within the Deputy's span of control.

**c.** The **Deputy Administrator for Policy and Programming (DAPP/AID)** serves as Deputy and alter ego to the Administrator. The DAPP provides overall strategic guidance to Bureaus that are at the forefront of U.S. national security interests to improve the Agency's effectiveness in addressing crises and building resilience and to strengthen cohesive engagement on high-level policy and planning issues common to two or more of the Bureaus. The Deputy provides oversight and direction to the Assistant Administrators and Assistants to the Administrator within the Deputy's span of control.

**d.** The **Assistant Administrators (AAs)** and **Assistants to the Administrator (AtAs)** of the Bureaus/Independent Offices (B/IOs) administer programs within delegated authorities and in accordance with policies and standards established by the Administrator.

08/07/2024 Partial Revision

e. The **Director, Office of Civil Rights (OCR)** serves as the Agency's Equal Employment Opportunity (EEO) Officer and advises on all aspects of equal employment opportunity and Civil Rights. In addition, the Director formulates policy and supervises the administration of EEO and Civil Rights programs and activities to assess the effectiveness of Agency implementation efforts.

f. The **Office of the General Counsel (GC)** serves as the Agency's Chief Legal Officer, providing legal advice, counsel, and services, and ensures that USAID programs are administered in accordance with legislative authorities.

g. The **Office of the Inspector General (OIG)** serves as the principal advisor regarding matters affecting the integrity of Agency operations.

h. The **Director, Office of Small and Disadvantaged Business Utilization/ Minority Resource Center (OSDBU/MRC)** serves as the principal Agency advisor regarding U.S. small and disadvantaged enterprises utilization in USAID-financed development assistance activities and programs.

i. The **Director, Office of Security (SEC)** serves as the Agency's Senior Security Official and advises on all aspects of security. The Director formulates policy and administers the USAID security program.

## 101.3    POLICY DIRECTIVES AND REQUIRED PROCEDURES

### 101.3.1    Agency Creation and Authority
Effective Date: 09/19/2000

The **Foreign Affairs Reform and Restructuring Act of 1998**, as contained in Public Law 105-277, abolished IDCA and established the U.S. Agency for International Development as an executive agency effective April 1, 1999. The President delegated to the Secretary of State in Executive Order 12163 authority for foreign assistance programs authorized in the Foreign Assistance Act. The Secretary delegated to the USAID Administrator authority for USAID programs in **Department of State Delegation of Authority No. 293**, as amended December 20, 2006.

### 101.3.1.1    Office of the Administrator (A/AID)
Effective Date: 11/14/2023

a. The **Office of the Administrator, Immediate Office (A/AID)** provides overall direction to the Agency in its administration of the U.S. foreign economic assistance programs and the appropriations made available for such purposes under the **Foreign Assistance Act of 1961**, as amended. The A/AID has the authority to establish and dissolve Agency Leadership Councils to provide an Agency-wide platform for leadership, oversight, and coordination in instances where the resource and decision-making authority for a technical focus area are dispersed across multiple Washington operating units (see section **101.3.1.1.e**

and **ADS 101maa**). A/AID also houses two Deputy Administrators; the Chief of Staff; and the Agency Counselor. The following positions report directly to the Administrator:

- The Deputy Administrator for Management and Resources
- The Deputy Administrator for Policy and Programming
- The Global Malaria Coordinator
- The Counselor
- The Agency Chief Economist
- The Chief Diversity, Equity, Inclusion, and Accessibility Officer
- The Chief Financial Officer
- The Chief Information Officer
- The Director of the Office of Civil Rights
- The Director of the Office of Policy
- The Executive Secretariat
- The General Counsel

**b.** The **Deputy Administrator for Management and Resources (DAMR/AID)** serves as the principal deputy and alter ego to the Administrator, and also serves as the Agency's Chief Operating Officer, the Senior Accountable Official responsible for leading performance and management reform efforts and for reducing wasteful or ineffective programs, policies, and procedures. As the principal adviser to the Administrator on issues related to management and resources, the Deputy assists the Administrator in carrying out the Administrator's authority and responsibility for the overall direction, coordination, and supervision of Agency operations at Headquarters and abroad. Within their portfolio, the Deputy assists the Administrator in directing the Agency's participation in the National Security Council (NSC), represents the Agency at international meetings, and performs other representational assignments, including the presentation of the Agency's position before congressional committees. The Deputy provides recommendations to the Administrator on important personnel appointments and engages with Mission Directors and Agency Bureaus and offices under the Deputy's span of control. The Deputy Administrator for Management and Resources oversees the following Bureaus and Offices:

- The Bureau for Foreign Assistance (FA)
- The Bureau for Legislative and Public Affairs (LPA)
- The Bureau for Management (M)
- The Bureau for Planning, Learning, and Resource Management (PLR)
- The Office of Civil Rights (OCR)
- The Office of Human Capital and Talent Management (HCTM)
- The Office of Security (SEC)
- The Office of Small and Disadvantaged Business Utilization (OSDBU)

c.  The **Deputy Administrator for Policy and Programming (DAPP/AID)** serves as Deputy and alter ego to the Administrator. As the principal adviser to the Administrator on issues related to policy and programming, the DAPP assists the Administrator in carrying out the Administrator's authority and responsibility for the overall direction, coordination, and supervision of Agency operations at Headquarters and abroad. Within their portfolio, the DAPP assists the Administrator in directing the Agency's participation in the National Security Council (NSC), represents the Agency at international meetings, and performs other representational assignments, including the presentation of the Agency's position before congressional committees. The DAPP provides recommendations to the Administrator on important personnel appointments and engages with Mission Directors and Agency Bureaus and Offices under the Deputy's span of control. The DAPP oversees the following Bureaus and Offices:

- The Bureau for Africa (AFR)
- The Bureau for Asia (Asia)
- The Bureau for Conflict Prevention and Stabilization (CPS)
- The Bureau for Democracy, Human Rights, and Governance (DRG)
- The Bureau for Europe and Eurasia (EE)
- The Bureau for Global Health (GH)
- The Bureau for Humanitarian Assistance (BHA)
- The Bureau for Inclusive Growth, Partnerships, and Innovation (IPI)
- The Bureau for Latin America and the Caribbean (LAC)
- The Bureau for Middle East (ME)
- The Bureau for Resilience, Environment, and Food Security (REFS)

d.  The **Agency Counselor**.  Reports to the Administrator and, in the absence of the Administrator and Deputy Administrators, may be designated by the Administrator to carry out all necessary authorities to manage the day-to-day operations of the Agency.  The Counselor is principally responsible for counseling the members of the Office of the Administrator on the role of the foreign service, Missions, and other career staff member issues that should be considered when managing the Agency.

e.  **Agency Leadership Councils (ALCs)**. ALCs provide an Agency-wide platform for leadership, oversight, and coordination in instances where the resources and decision-making authority for a technical focus area are dispersed across multiple Washington operating units (e.g., pillar or regional Bureaus).  ALCs create a formal coordination structure to enable executive, cross-Bureau guidance and strategic leadership in technical focus areas and the resources allocated to advance them.  The ALC model is consistent with the Agency objective of ensuring the most effective use of government resources through its coordination role while balancing the needs of the Agency's mission, efficiency of

operations, and effective employee utilization across a specific technical focus area (see **ADS 101maa**, for establishing, governing, and dissolving ALCs).

f.  The **Office of the Chief Diversity, Equity, Inclusion, and Accessibility Officer (A/AID/DEIA)**. Pursuant to Executive Order 14035 and making DEIA a priority component of the Agency's management agenda and the Agency's strategic planning, the Chief DEIA Officer works to embed DEIA in USAID's work at every level, ensuring that USAID's programs, people, processes, policies, and practices reflect the diversity of our nation and are inclusive and consider equity in all decisions.

The Office of the Chief DEIA Officer implements, at the direction of the Administrator, the Government-wide DEIA Plan prepared pursuant to Executive Order 14035, and such other Agency and interagency DEIA efforts. The Chief DEIA Officer serves as the Agency's representative to interagency and external DEIA engagements, including, but not limited to, the Domestic Policy Council, Office of Management and Budget (OMB), National Security Council (NSC), and the President's Management Council.

Additionally, the Office of the Chief DEIA Officer engages with the Bureau for Planning, Learning and Resource Management (PLR), the M Bureau, HCTM, Bureau for Inclusive Growth, Partnerships, and Innovation (IPI), as well as other relevant stakeholders, to coordinate approaches to diversify partners; analyze and assess the effectiveness of DEIA actions on development and humanitarian assistance programming; and synchronize DEIA-related content in the Agency's strategic documents.

Specifically, the Office of the Chief DEIA Officer is responsible for:

- Managing the Agency's DEIA Program in accordance with Executive Orders 14035 and 13583 and other relevant laws, regulations, directives, Executive Orders, guidance, and Agency policies and priorities.

- Leading the development, implementation, and monitoring and evaluation of the USAID Diversity and Inclusion Strategic Plan.

- Managing the Agency's Employee Resource Group Program, which fosters USAID's diversity, equity, and inclusion values and strategic goals and objectives.

- Chairing the Agency's Executive Diversity Council and Agency Equity Team (AET) and serving as Executive Secretariat for the Agency's Executive Diversity Council (EDC) and AET.

- Coordinating with OCR and HCTM to support the Agency's Special Emphasis Program, which is managed by OCR, to increase awareness,

sensitivity to, and understanding of the special issues affecting employment of protected groups.

- Developing Agency policy for development and humanitarian programs and related program guidance for workforce barrier identification.

- Advising Agency leadership and managers on policies and practices to encourage equity, fairness, and inclusion in the workplace and workforce.

- Collaborating with OCR to identify and organize programs and observances to promote diversity.

- Analyzing DEIA data, and other complementary data sets, to recommend policy and procedural changes for the workforce, programming, and culture.

- Setting standards for DEIA data and analysis, including what is collected, utilized, and visualized through personnel systems.

- Collaborating across USAID, and particularly with HCTM and OCR. Working with HCTM and OCR to identify personnel policies and practices that increase workforce diversity and expand the representative workforce, through measures to accommodate employees with disabilities. Actively supports USAID through expanding recruitment to increase employment and internship opportunities for women, racial and ethnic minority groups, and individuals with disabilities in both the Civil and Foreign Service.

- Developing and sustaining a pro-active program of diversity awareness, education, and related communication for USAID's global workforce within and outside the Agency, employee affinity groups, Web sites, and the USAID Executive Diversity Council (EDC) on Diversity and Inclusion (Diversity Council).

- Overseeing coordination of the Respectful, Inclusive, and Safe Environments (RISE) Program, including Core Training; Events; Leadership Seminars; and Champions & Resources.

- Developing training plans and capacity building, including to Bureau, Mission, and Independent Office councils.

- Advising, collaborating, and coordinating with Agency leadership and managers on policies and practices to encourage equity, fairness, and inclusion in the Agency's development programming.

- Overseeing the collection and response to the deliverables set out in Executive Orders 13985 (Equity) and 14035 (DEIA).

### 101.3.1.2    Office of the Chief Economist (OCE)
Effective Date: 08/07/2023

The Office of the Chief Economist (OCE) supports the Agency in improving the effectiveness of its programming and broader global engagement by bringing strong economic theory and evidence to bear on USAID's work. The Office, led by the Agency Chief Economist (ACE), focuses on three strategic pillars: (1) promoting the use of cost-effectiveness evidence in Agency decision making, (2) promoting the generation of cost-effectiveness evidence that the Agency is uniquely placed to catalyze, and (3) providing macroeconomic analysis and advice to Agency leadership. Recognizing the wide range of economic matters that bear on USAID's work and the relevance of economic theory and evidence to the Agency's work broadly, the Office also provides counsel directly to Agency leadership on high-priority economic matters and economics-based advice and input on Agency strategies, policies, and initiatives.

OCE leads USAID's efforts to shift toward more cost-effective approaches by increasing the use of evidence of cost-effectiveness, including from behavioral science, in Agency decision making. To do this, OCE:

- Advises Agency leadership on opportunities to strengthen the use of cost-effectiveness evidence in policy and strategy formulation and execution;

- Advises Bureaus and Missions on using cost-effectiveness evidence in program design and implementation;

- Compiles information about the cost-effectiveness of interventions and the quality of underlying evidence to guide program design and implementation;

- Provides timely, user-friendly guidance and technical assistance related to cost-effectiveness evidence to USAID technical officers, program officers, and other critical stakeholders;

- Develops Agency-wide standards, policies, processes, and guidance on use of cost-effectiveness evidence, including in the Program Cycle, and facilitates change-management processes to support the effective rollout of such standards, policies, and guidance, in collaboration with PLR; and

- Where appropriate, uses cost-benefit analysis as a complementary analytical tool.

OCE also supports the Agency to generate high-quality cost-effectiveness evidence, including related to behavioral science, that USAID is uniquely situated to create by leveraging its global programmatic scale. Not only can this enable the Agency to strengthen its current and future programming, but it can also produce knowledge public

goods that can improve policy and programming of other development actors, enabling progress beyond USAID programs. To do this, OCE:

- Supports Bureaus and Missions to identify strategic opportunities to incorporate cost-effectiveness evidence generation into program design and implementation, including randomized impact evaluations and randomized evaluations to compare alternative program design and implementation approaches that are informed by behavioral science;

- Provides technical assistance to Bureaus and Missions to execute on strategic cost-effectiveness evidence generation opportunities; and

- Creates and facilitates a network of external researchers and research partners, from which OCE facilitates matching of researchers with Bureaus and Missions that seek support in strategic evidence generation.

OCE also leads the Agency's efforts to engage on urgent, high-impact macroeconomic policy questions, such as debt distress, to achieve progress beyond USAID programs. To do this, OCE:

- Coordinates USAID's engagement on pressing macroeconomic issues and leads USAID's engagement within the interagency in coordination with the independent office of Policy, and

- Supports Missions' efforts to advise partner-country governments on pressing macroeconomic issues.

Across these focus areas, OCE leverages the skills and expertise of, and elevates, the Agency economics and evidence community. To do this, OCE:

- Serves as the coordinator for USAID's Foreign Service Backstop 11-Economics;

- Leads on BS-11 cadre development, in coordination with other Bureaus on joint cadre development activities; and

- Creates and leads a community of practice of technical experts across the Agency with expertise in cost-effectiveness evidence and ensure they play a meaningful role throughout USAID's work, including the Program Cycle, in collaboration with PLR.

### 101.3.1.3    Office of Civil Rights (OCR)
Effective Date: 03/01/2022

The **Office of Civil Rights (OCR)** is an Independent Office overseen by the Deputy Administrator for Management and Resources and headed by a Director who reports directly to the Administrator. OCR is a neutral office designed to help enforce

discrimination laws and to promote equal and fair opportunities for all segments of the workforce regardless of their differences. The Director is the Agency's Equal Employment Opportunity and Settlement Official.

OCR is responsible for providing leadership, strategic direction, guidance, and technical expertise and advisory services to carry out USAID's EEO programs and responsibilities. OCR plays a neutral, advisory role in the Agency to help foster and support a work environment free from discrimination, harassment, and retaliation that promotes equitable, fair, and inclusive policies and practices.

OCR carries out its responsibilities and conducts its programs in accordance with the following federal laws, statutes, regulations, directives, Executive Orders, and Agency policies with the purpose of establishing and maintaining a model EEO program (list is not exhaustive):

- Title VII of the Civil Rights Act of 1964, as amended;

- Equal Pay Act of 1963;

- Age Discrimination Act of 1967, as amended;

- Section 501 and 505 of the Rehabilitation Act of 1973 as amended;

- Notification and Federal Employee Antidiscrimination and Retaliation Act of 2002;

- Title II of the Genetic Information Nondiscrimination Act of 2008;

- Executive Order 12067;

- Executive Order 11478;

- Executive Order 12106;

- 29 Code of Federal Regulations Part 1614;

- Equal Employment Opportunity Commission (EEOC) Management Directives
- 715 and 110;

- **ADS 110, Equal Employment Opportunity Program**;

- **ADS 111, Procedures for Providing Reasonable Accommodation for Individuals with Disabilities**; and

- **ADS 114, Anti-Harassment Program**.

The Office has four functional divisions to support its programmatic and management

*Text highlighted in yellow indicates that the material is new or substantively revised.*    12

operations functions: Complaints and Resolution (CR); Affirmative Employment (AE); Disability Employment (DE); and Support Program Operations (SPO).

    **a.** The **Complaints and Resolution Division (OCR/CR)** is responsible for:

        **1.** Administering the Agency's EEO Complaints Program in accordance with 29 CFR Part 1614, EEOC Management Directive 110, EEOC Management Directive 715 and related laws, regulations, directives, Executive Orders, guidance, and Agency policies;

        **2.** Administering the Agency's Anti-Harassment Program in accordance with 29 CFR Part 1614, EEOC Management Directive 110, EEOC Management Directive 715, and related laws, EEOC guidance and Agency policies;

        **3.** Administering the Agency's Alternative Dispute Resolution Program consistent with 29 CFR 1614.102 and 105, EEOC Management Directive 110, Chapter 3 and Agency policies;

        **4.** Managing the Collateral-Duty Counselor Program in accordance with 29 CFR Part 1614, EEOC Management Directive 110, and related laws, regulations, directives, guidance, and Agency policies;

        **5.** Preparing and submitting to the EEOC, Department of Justice (DOJ), Office of Personnel Management (OPM), and Member of Congress the Annual Federal Equal Employment Opportunity Statistical Report of Discrimination Complaints (462 Report) and the Notification and Federal Employee Antidiscrimination and Retaliation Act of 2002 (No FEAR Act) Report;

        **6.** Developing and implementing internal procedures for the timely processing of EEO and harassment complaints;

        **7.** Managing and monitoring the case-tracking systems to ensure all EEO and harassment complaints are accountable and accurate;

        **8.** Conducting awareness and technical EEO training and education to the workforce at all levels of the Agency; and

        **9.** Working in collaboration with GC and HCTM's Office of Employee Labor Relations to address employment matters pertaining to the workforce.

    **b.** The **Affirmative Employment Division (OCR/AE)** is responsible for:

        **1.** Assisting the Agency in establishing and maintaining a Model EEO program that fosters a work environment free from discrimination and

*Text highlighted in yellow indicates that the material is new or substantively revised.*    13

promotes equal, fair, and inclusive employment opportunities for the best and brightest talent available regardless of their differences;

2. Administering the Agency's Affirmative Employment Program (AEP) in accordance with EEOC regulations and guidelines including Management Directive 715 and relevant laws, regulations, and Agency policies and priorities;

3. Overseeing the preparation, presentation to Agency leadership, submission to the EEOC, and public dissemination of the mandatory Annual EEO Program Status Report (MD-715 Report);

4. Assessing the Agency's EEO performance against EEOC's Six Essential Elements of a Model EEO Program for a given fiscal year;

5. Managing the Agency's barrier analysis process by analyzing workforce data to identify triggers leading to barriers to EEO of disadvantaged groups, minorities, women, and individuals with disabilities throughout the employment lifecycle as it relates to outreach, recruitment, hiring, career development, promotion, and retention in the workplace;

6. Developing effective strategies for implementation to address the barriers to employment in Agency policies, programs, processes, and practices (*e.g.,* through their modification, including adoption or retirement.

7. Managing the Agency's Special Emphasis Programs to include the Federal Women's Program, Hispanic Employment Program, Black Employment Program, LGBTQI+ Program, Asian American/Pacific Islander Program, American Indian/Alaska Native Program, and other related programs as described in EEOC regulation and directives;

8. Conducting outreach activities in the community and maintaining liaison with appropriate constituent professional organizations to support the outreach, recruitment, and hiring efforts of USAID's program offices and Missions;

9. Collaborating with Agency leaders to help establish hiring goals and objectives based on workforce under representation levels and Agency needs;

10. Reviewing personnel and management policies, procedures, and processes to identify employment barriers to the hiring and advancement of target groups;

11. Conducting periodic EEO assessments for all Bureaus, Independent Offices, and Missions (B/IO/Ms) and reporting findings to Agency leaders;

**12.** Conducting EEO awareness training and education for the USAID workforce at all levels;

**13.** Collaborating across USAID, and in particular with HCTM and the Office of the Chief Diversity Officer, to identify personnel policies, procedures, and practices that create disparities among groups including through expanding recruitment to increase employment and internship opportunities for women, racial and ethnic minority groups, and individuals with disabilities in both the Civil and Foreign Service;

**14.** Developing and sustaining a proactive program that supports awareness education and communication for USAID's global workforce; and

**15.** Working with the Agency's Employee Resource Groups (ERGs) and bargaining units on efforts to advance and assist the Agency in implementing USAID's strategies to ensure equality of opportunity.

**c.** The **Disability Employment Division (OCR/DE)** is responsible for:

**1.** Administering the Agency's Disability Employment Program by developing and implementing strategies to recruit, hire, advance, and retain individuals with disabilities including individuals with targeted disabilities;

**2.** Overseeing the preparation and presentation to Agency leadership, submission to the EEOC, and public dissemination of the mandatory Annual EEO Program Status Report (MD-715 Report) Part J (Special Program Plan for the Recruitment, Hiring, Advancement, and Retention of Persons with Disabilities);

**3.** Administering the Agency's Reasonable Accommodation (RA) Program in accordance with the Rehabilitation Act of 1973 as amended, and related laws, regulations, directives, Executive Orders, guidance, and Agency policy (see **ADS Chapter 111, Procedures for Providing Reasonable Accommodation for Individuals with Disabilities**);

**4.** Developing and disseminating information, guidance, and other RA resources to USAID B/IO/Ms as well as external audiences, on RA for employees and applicants for employment, including researching and identifying possible accommodation(s) and consulting appropriate resources for assistance;

**5.** Developing and providing training to Agency managers, supervisors, and the global workforce regarding their responsibilities and rights with regard to RA, accessibility, and other disability matters in the workplace;

6.  Determining whether a USAID employee or job applicant who requests an accommodation is a qualified individual with a disability and is entitled to an RA pursuant to Federal law;

7.  Making recommendations to managers and supervisors about reasonable job accommodations for USAID employees and job applicants;

8.  Managing the American Sign Language Interpreting contract globally;

9.  Administering the Computer Assisted Technology services to the Agency;

10. Conducting outreach and recruitment activities in the community and maintaining liaison with appropriate constituent professional organizations to support the outreach, recruitment, and hiring efforts of individuals with disabilities in USAID's program offices and Missions;

11. Monitoring the Schedule A employees conversion status and assisting Agency leadership with developmental opportunities for individuals with disabilities;

12. Participating as a recruiter with the Workforce Recruitment Program;

13. Collaborating with Agency leaders to help establish hiring goals and objectives to recruit and hire qualified individuals with disabilities;

14. Reviewing personnel and management policies, procedures, and processes to identify employment barriers to the hiring and advancement of individuals with disabilities;

15. Providing guidance and assistance in targeted outreach and recruitment of individuals with disabilities;

16. Assisting in the development of action plans, as required by law, on the employment status of individuals with disabilities as well as reasonable accommodations status;

17. Collaborating across USAID, and in particular with HCTM and the Office of the Chief Diversity Officer, to identify personnel policies, procedures, and practices to increase the participation rate of individuals with disabilities including internship opportunities and other hiring authorities in both the Civil and Foreign Services;

18. Developing and sustaining a proactive program that supports awareness education and communication for the USAID's global workforce; and

**19.** Working with the Agency's ERGs to help advance employment opportunities and assist the Agency in implementing USAID's efforts to ensure equality of opportunity.

**d.** The **Support Program Operations Division (OCR/SPO)** is responsible for:

**1.** Managing OCR's operational and administrative support for a wide range of functions in accordance with Federal laws, regulations, Executive Orders, directives, guidance, and Agency policies;

**2.** Formulating, justifying, and executing the office's Operating Expense (OE) budget, and providing technical guidance and assistance on administrative/budgetary matters related to OE;

**3.** Providing personnel management support (classification of Position Descriptions, recruitment, hiring, reassignments, promotions, details, etc.);

**4.** Overseeing on-boarding and off-boarding procedures;

**5.** Tracking mandatory training;

**6.** Maintaining staffing pattern accuracy and currency;

**7.** Preparing and submitting the annual Office Federal Managers' Financial Integrity Act report;

**8.** Overseeing property management;

**9.** Ensuring all support services and facilities are established and maintained;

**10.** Managing E2 Travel user requests;

**11.** Managing OCR's WebTA responsibilities;

**12.** Managing contracts and performing the duties and responsibilities of a Contracting Officer's Representative (COR);

**13.** Serving as the office's Continuity of Operations (COOP) Coordinator and resource for security and emergency preparation; and

**14.** Managing the office's internal and external communications, including the following:

    **i.** Managing the office's incoming and outgoing taskers;

> **ii.** Overseeing correspondence development and clearance;
>
> **iii.** Drafting Agency Notices and Executive Messages;
>
> **iv.** Maintaining OCR's external and internal Web sites; and
>
> **v.** Maintaining OCR's media accounts.

### 101.3.1.4    Office of the Executive Secretariat (ES)
Effective Date: 01/06/2021

The **Office of the Executive Secretariat (ES)** provides administrative, human resource, security, management, budget, information technology (IT), and motor-pool services to the Front Office.  The Executive Secretary serves as the designated USAID official authorized to accept service of notice in legal actions against USAID or any USAID officer serving in an official capacity.  ES functions as the Office of the Administrator's coordination and communications mechanism.  It develops Agency standards and instructions that govern the preparation and handling of executive communications. It is the authoritative channel for official communications and transmission of documents between USAID and the White House and the interagency, including but not limited to, the Departments of State, Defense, and Health and Human Services, and the NSC.  ES facilitates and expedites the Agency's decision-making process, ensuring that the Office of the Administrator:

- Receives information and recommendations needed to make informed and timely decisions on Agency policy, programs, and management; and

- Is able to defend those decisions to the Executive Branch and congressional and public fora.

ES reviews Agency-prepared documents going to the Administrator, Deputy Administrator, Counselor, and Chief of Staff to ensure that:

- The information supplied is sufficient for decision-making or briefing purposes;

- The views or concerns of the B/IOs are accurately incorporated; and

- The documents follow the appropriate templates. Working with stakeholder B/IOs, ES identifies issues that require the attention of the Administrator and Deputy Administrator and alerts them accordingly.

ES also assists in resolving issues at the B/IO level and raises irreconcilable issues to the Administrator or Deputy Administrator for a decision.

Additionally, ES is the administrative home for USAID employees that are detailed to the NSC.  ES manages the selection of employees for details, coordinates the

Administrator's approval of details, and provides funding (as required) for each USAID employee detailed to the NSC.

The **Executive Secretariat After-Hours Operations**.  ES provides timely responses to Agency emergencies that occur after Agency business hours.  It prepares timely briefings for the Office of the Administrator on immediate issues that affect USAID's operations and objectives.

### 101.3.1.5    Office of the General Counsel (GC)
Effective Date: 03/16/2020

The **Office of the General Counsel (GC)** provides legal advice, counsel, and services to the Agency and its officials and ensures that USAID programs are administered in accordance with legislative authorities. GC provides advice and guidance on congressional investigations and determines what legal courses of action are appropriate for the Agency. GC also maintains liaison with other government organizations to provide advice or assistance in interpreting or applying the legal authorities of the Agency and represents USAID in connection with legal matters affecting it.

There are 11 subordinate operating units/practice groups.

a.  The **General Counsel (GC)** serves as the Agency's chief legal officer and is supported by two Deputy General Counsels (DGCs). The GC and DGCs advise the Administrator and other senior Agency officials on Agency-wide policy matters and advises on legal matters arising in the operation and administration of USAID programs, and on matters relating to legislation or proposed legislation affecting USAID.

b.  The **Administrative Management Staff (GC/AMS)** reviews internal office operations and provides management, administrative, and logistic support to all elements of GC. GC/AMS manages the office's OE budget and FTEs and provides services for travel, training, space planning, administrative procurement, and reproduction and printing services. The Staff develops recruitment requirements, recommends selections, and represents GC in the personnel decision-making process. GC/AMS administers the automation program and develops and maintains the GC law library.

c.  The **Assistant General Counsel for Litigation and Enforcement (GC/LE)** represents USAID in contract disputes appealed to the Civilian Board of Contract Appeals and works in conjunction with the Department of Justice in all other litigation (except employment litigation) to which the Agency is a party. With respect to bid protest matters, GC/LE represents USAID before the Comptroller General of the United States. In addition, GC/LE serves as the primary attorney for the Agency's Suspension and Debarment Official.  In that role GC/LE provides advice on a full range of enforcement matters as well as issues

08/07/2024 Partial Revision

regarding contractor and grantee responsibility and issues of corporate compliance and internal controls. GC/LE provides legal advice on the enforcement of all Agency claims against non-governmental entities; makes recommendations for referral of claims to the Department of Justice and assists in the civil litigation of such claims; and participates in and defends USAID actions with respect to suspension and debarment matters.

In addition, GC/LE coordinates with the Department of Justice and Missions with respect to overseas adversarial proceedings initiated before foreign tribunals, and prepares or furnishes guidance and advice to USAID officials with respect to matters in litigation or potential litigation issues and the preparation of USAID decisions on bid protests.

d.  The **Assistant General Counsel for Global Health (GC/GH)** provides legal advice and guidance relating to the programs of the Bureau for Global Health senior management, office directors and staff. GC/GH also coordinates with regional GC counterparts to provide advice on global health matters in Mission field programs. GC/GH provides legal interpretation of and assists in negotiating, drafting, and reviewing program and project implementation documents, including authorizations, agreements, and contracts. GC/GH reviews Bureau activities with respect to U.S. legislation; U.S, international and foreign law issues; applicable USAID policies; and GAO and other audit reports, and prepares legal opinions on questions arising from reviews.  GC/GH reviews Bureau working relationships with other U.S. Government agencies and international organizations involved in global health activities.  GC/GH recommends or advises on new legislation, Executive Orders, regulations, and related policies as they pertain to global health matters.

e.  The **Assistant General Counsel for Afghanistan, Pakistan and Asia (GC/APA)** provides legal advice relating to the programs of the Office of Afghanistan and Pakistan Affairs and the Asia Bureau. GC/APA reviews Bureau/Office activities with respect to U.S. legislation; U.S., international and foreign law issues; applicable USAID policies; and GAO and other audit reports; and prepares legal opinions on questions arising from reviews.  GC/APA reviews working relationships with other U.S. Government agencies and international institutions and prepares or advises on agreements reflecting those relationships. GC/APA renders opinions and provides advice on a broad variety of agreements and questions under APA programs and USAID-related military assistance and recommends or advises on new legislation, Executive Orders, and regulations. GC/APA also advises on the legal implications of self-help funds, reform measures, and human rights positions undertaken by aid-recipient countries. GC/APA also assists in negotiating bilateral and multi-lateral agreements; assists in preparing implementation documents; and provides legal interpretation of such documents. The office also collaborates with, and provides guidance to, the Resident Legal Officers in the APA regions.

f.  The **Division for Acquisition and Assistance (GC/A&A)** provides legal and policy advice to the Agency Procurement/ Assistance Executive, M/OAA, and other bureaus and offices on all aspects relating to the award and administration of contracts for the supply of commodities and services, and the award and administration of grants and other implementation mechanisms (including those to for-profit, not-for-profit, host government, and multilateral and bilateral development partners). GC/A&A:

- Provides legal advice to Agency officials on matters involving application of Federal laws and regulations to USAID-financed contractors and grantees;

- Provides GC representation to Agency and M/OAA review boards on proposed awards;

- Advises M/OAA/P and M/OAA Ombudsman and Competition Advocate on legal aspects of acquisition and assistance policies and operational matters;

- Provides advice and maintains Agency policies on source, nationality, and untying requirements and intellectual property rights under acquisition and assistance;

- Advises Agency staff on policy and operational matters relating to grants to host governments, public international organizations, and bilateral development partners; provides legal advice on claims arising from commodity-related transactions and similar legislation; and

- Consults with GC/LE and M/OAA concerning recommendations to the Procurement/Assistance Executive for suspending or debarring suppliers, contractors, and grantees.

g.  The **Assistant General Counsel for the Bureaus of Europe & Eurasia, Latin America and the Caribbean, and the Middle East (GC/E&E, LAC & ME)** provides legal advice relating to the programs of these three geographical Bureaus. GC/E&E, LAC & ME reviews activities of the Bureaus with respect to U.S. legislation; U.S., international and foreign law issues; applicable USAID and U.S. policies; and GAO and other audit reports; and prepares legal opinions on questions arising from reviews. GC/E&E, LAC & ME assists in compliance with U.S. legislation and all applicable laws, regulations and policies, reviews working relationships with other U.S. Government agencies and international institutions, and prepares or advises on agreements reflecting those relationships. GC/E&E, LAC & ME renders opinions and provides advice on a broad variety of agreements and questions on USAID-related law enforcement and military assistance, and recommends or advises on new legislation, Executive Orders,

regulations and policies.  GC/E&E, LAC & ME advises on the legal implications of self-help funds, reform measures, and human rights positions undertaken by aid-recipient countries. GC/E&E, LAC & ME assists in negotiating, drafting and reviewing bilateral, multi-lateral, international organization, public-private and interagency agreements; assists in preparing other types of implementation documents, including authorizations, agreements and contracts; and provides legal interpretation of such documents. The office also collaborates with, and provides guidance to, the Resident Legal Officers in the E&E, LAC and ME regions.

h. **The Assistant General Counsel for the Bureau of Democracy, Conflict, and Humanitarian Assistance and the Bureau for Resilience and Food Security (GC/DCHA-RFS)** provides legal advice to senior management office leadership and staff. GH/DCHA-RFS provides guidance on a wide-variety of issues that affect the implementation of DCHA and REFS programming, including matters related to program legislation, appropriations, grants, contracts, and interagency agreements, administrative matters, compliance with applicable laws, regulations, and policies, and audits and oversight. In carrying out its responsibilities, GH/DCHA-RFS regularly interacts with the White House National Security Council and Office of Management and Budget, other Federal agencies/departments, and non-governmental and public international organization partners.

GC/DCHA-RFS serves as the primary GC backstop for the Agency's humanitarian assistance activities. It also supports GC offices and Resident Legal Officers on sanctions issues. GC/DCHA-RFS provides advice related to USAID's role as the U.S. Government lead for the Feed the Future initiative, the Board for International Food and Agricultural Development, and USAID's food aid programs. GC/DCHA-RFS also supports the Agency's mission to help USAID advance democracy, human rights and governance. Additionally, GC/DCHA-RFS provides guidance on issues involving transition assistance, civil-military affairs, crisis surge support, and the American Schools and Hospitals abroad program.

i. The **Assistant General Counsel for Africa (GC/AFR)** provides legal advice relating to the programs of the Africa Bureau (AFR). GC/AFR assists in negotiating bilateral and multi-lateral agreements, including MOUs, public-private partnerships, interagency agreements, and PIO agreements; preparing implementation documents; and providing legal interpretation of such documents. GC/AFR reviews AFR activities with respect to U.S. legislation; U.S., international and foreign law issues; applicable USAID policies; and GAO and other audit reports; and prepares legal opinions and provides advice on questions arising from reviews. GC/AFR reviews working relationships with other U.S. Government agencies and international institutions and prepares or advises on agreements reflecting those relationships. GC/AFR also supports multiple presidential initiatives, including the Young African Leaders and Power Africa Trade Africa Initiatives.  GC/AFR renders opinions and provides advice on a

08/07/2024 Partial Revision

broad variety of agreements and questions including regarding new legislation, Executive Orders, and regulations. The office also collaborates with, and provides guidance to, the Regional Legal Officers in the AFR region.

**j.** The **Assistant General Counsel for Ethics and Administration (GC/EA)** serves as USAID's Designated Agency Ethics Official (DAEO), and is responsible for all aspects of the Agency's statutorily-mandated ethics program, including the collection and review of financial disclosure forms, the ethics training program, and individual counseling. The office also collaborates with the White House Liaison and LPA on nominations, provides guidance and oversight on ethics issues to Regional Legal Advisors, who serve as Deputy Ethics Officials, and collaborates with the Office of Inspector General on ethics compliance and enforcement. GC/EA is responsible for all of the Agency's personnel-related litigation, including representation before the Merit Systems Protection Board, the Equal Employment Opportunity Commission, the Foreign Service Grievance Board, the Office of Special Counsel, and the Federal Labor Relations Authority. GC/EA also represents the Agency in federal court litigation, in collaboration with the Office of the United States Attorney, and provides legal guidance in labor negotiations.

In addition to handling ethics and personnel matters Agency-wide, GC/EA is the primary legal backstop for the independent offices of HCTM, Civil Rights and Diversity, and Security, as well as the Executive Secretariat.  It also backstops the Management Bureau offices of the Chief Information Officer and Travel and Transportation. GC/EA is the primary legal advisor on Federal Advisory Committee Act and Vacancies Reform Act matters.

**k.** The **Assistant General Counsel for Legislation and Policy (GC/LP)** drafts all proposals for foreign assistance legislation originating in USAID. GC/LP reviews and comments on legislation proposed by Members of Congress and other agencies, and obtains OMB approval on matters of Agency budget or policy, as necessary. GC/LP provides advice to LPA on matters relating to legislation, legislative strategy, and public affairs; to M/CFO, M/MPBP, FA, and PLR/BRM on fiscal and budgetary problems and matters pertaining to the implications of legislation on Agency programs and operations for issues including appropriations accounts, apportionment of funds, and transfers and allocations of funds between accounts and agencies; to PLR on the legal implications of Agency policy and strategy, and Agency engagement with the bilateral and multilateral donor community.

**l.** The **Assistant General Counsel for the Lab & E3 (GC/LAB-E3)** provides legal advice relating to the programs of the Lab & E3. GC/Lab-E3 advises senior officials at all levels in the Agency on issues relating to innovation, science and technology, and operation of the Lab, and economic growth, education, environment, including Development Credit Authority (DCA) matters. GC/Lab-E3 advises on critical Lab and E3 programs, including those to develop and

implement new uses of technology and innovative ideas. GC/Lab-E3 interacts with private sector legal counterparts at the senior level and assists in the establishment of public-private partnerships. They handle complex intellectual property issues, including preserving, maintaining, and managing Government rights. GC/Lab-E3 reviews activities of the Lab and the Bureau with respect to U.S. legislation; U.S., international and foreign law issues; applicable USAID and U.S. policies; and GAO and other audit reports; and prepares legal opinions on questions arising from reviews. GC/Lab-E3 assists in compliance with U.S. legislation and all applicable laws, regulations and policies. GC/Lab & E3 assists in negotiating, drafting and reviewing bilateral, multilateral, international organization, public-private and interagency agreements; assists in preparing other types of implementation documents, including authorizations, agreements and contracts; and provides legal interpretation of such documents.

### 101.3.1.6    Office of Human Capital and Talent  Management (HCTM)
Effective Date: 11/08/2021

The **Office of Human Capital and Talent Management (HCTM)** manages the human capital and talent management functions of the Agency. The Office is headed by an Assistant to the Administrator (AtA). The AtA serves as USAID's chief policy advisor on all human resources management issues and is charged with selecting, developing, training, and managing a high-quality, productive workforce.  The AtA's principal deputy and holder of the AA's alter-ego delegation of authority is the Agency Chief Human Capital Officer (CHCO), a career reserved position in the Senior Executive Service. The CHCO serves as the Acting Assistant to the Administrator in the AA's absence or if the position is vacant.

In accordance with the Chief Human Capital Officers Act of 2002, the CHCO is responsible for advising and assisting the head of the agency and other agency officials in carrying out the agency's responsibilities for selecting, developing, training, and managing a high-quality, productive workforce in accordance with merit system principles and for setting the workforce development strategy of the Agency.  In all instances where the Foreign Affairs Manual, the Foreign Affairs Handbook, or the Department of State Standard Regulations references the USAID Director, Office of Human Resources (HR/OD), the CHCO will perform those functions.

HCTM has three primary roles: internal operations, partnerships, and support of other government and inter-agency initiatives. Within these roles, HCTM strives to deliver premier services and exceptional customer experiences using innovation, best practices, and provision of modern employment services and programs.  It provides consultative, analytical, and strategic approaches to talent management at USAID by applying a "best fit" model and partnering on Agency initiatives to improve organizational performance and staff productivity. Additionally, HCTM aims to lead the Federal Government in overall personnel excellence, actively engaging with other government and interagency initiatives.

HCTM's goal is to get the right people with the right skills in the right place doing the right work at the right time, at the right cost to create a more secure, democratic, and prosperous world for the benefit of the American people and the international community. This goal includes the activities recognized by the Office of Personnel Management (OPM) and the Office of Management and Budget (OMB) as necessary for recruiting and retaining a high quality workforce:

- Human Capital Strategy and Plans,
- Staff Acquisition,
- Organization and Position Management,
- Compensation Management,
- Benefits Management,
- Performance Management,
- Employee Relations,
- Labor Relations,
- Separation Management, and
- Human Resources Management.

Together, these activities provide a firm basis for managing USAID's most important resource, its people.

HCTM is composed of the Office of the Assistant to the Administrator and ten subordinate units. The Office of the Assistant to the Administrator provides leadership and direction for all aspects of human capital management and oversees the full range of human resource services to support Agency operations. The Office of the Assistant to the Administrator ensures that the planning, development, management, and administration of human capital for the Agency is aligned with and supports the Agency's Strategic Plan and Administration goals and priorities. The Office of the Assistant to the Administrator also provides leadership and general direction to all of the functional units of HCTM. The Assistant to the Administrator and the CHCO are supported by two deputies with the rank of Deputy Assistants to the Administrator (DAA), who oversee the subordinate units. The Senior Deputy is a career Senior Foreign Service (SFS) officer. The second Deputy is designated as the Deputy CHCO and is a career member of the SES. HCTM's subordinate units include:

a. The **Operations Staff (HCTM/OPS)** provides operational and logistical support to HCTM and consists of three teams:

   1. The **Administrative Management Support Team (AMS)** provides the full range of administrative management support services, including coordination and management of supplies, space, new employee processing, exit clearances, and service requests. The AMS team manages personnel action request submissions and tracking, records and files, and Continuity of Operations and emergency management.

2. The **Budget Execution and Contracts Team (BC)** executes HCTM's complex operational budget accounts and contracts, including three large cost centers: direct costs, personnel support, and staff training. The team executes and manages HCTM's budgets and funding, as well as provides contract management services, purchasing support, and financial management support to all HCTM units while coordinating the overall procurement plan for HCTM.

3. **The Communications and Engagement Team (CE)** leads internal and external HCTM communications including development and implementation of a comprehensive HCTM strategic communications plan and speeches and public events for senior management. The team liaises with the Agency Internal Communications team, the Bureau for Legislative and Public Affairs (LPA), including responding to Congressional inquiries, and the Office of the Executive Secretariat (ES), regarding executive messages and executive correspondence. The team also coordinates front office customer service and scheduling, receptionist duties, and correspondence. The team also manages and updates Web site content and multimedia postings, in accordance with Agency approved standards and branding.

b. The **Office of Workforce Planning, Policy and Systems Management (HCTM/PPSM)** provides leadership and direction in defining and managing the USAID workforce planning process and provides organizational design support to ensure optimal organizational functioning in the field and in Washington. The Office acts as the principal advisor in the development and interpretation of policy, legislative proposals, statutes, and regulatory issuances affecting the personnel management systems of USAID. The Office is responsible for coordinating interdisciplinary teams to launch key initiatives within HCTM, including supporting continuous process improvement efforts and ensuring that special projects are effectively coordinated and managed to meet Agency requirements. The Office has three divisions:

1. The **Workforce Planning and Program (WPP) Division** supports the Agency's Strategic Plan requirement for active workforce planning and leads internal HCTM strategic planning, learning, and budget formulation. It leads HCTM's portfolio review process; consolidation and monitoring of HCB metrics; and coordinates the operational unit's input into systems (MMAs, budget formulation, etc,). For the Agency at-large, it directs workforce planning program and provides staff support to the CHCO for workforce and human capital requirements. The ODWP collects and analyzes workforce analytics and is responsible for planning, reviewing, and approving all Bureau and Independent Office reorganizations, providing organizational development support to both Washington and field Missions. The Division is responsible for deploying and analyzing employee engagement surveys, analyzing workforce metrics, and

providing recommendations to continually improve employee morale and engagement.

2. The **Policy and Accountability (PA) Division** serves as the program manager for the human capital accountability system and has oversight responsibility for assessment, audit management, and compliance activities for this system and under the Federal Managers' Financial Integrity Act (FMFIA). The Division ensures the currency of human capital policy and procedures; coordinates the development and evaluation of all relevant policies and regulations, including regulations and procedural issuances; and maintains the specific Automated Directives Systems (ADS) chapters in both the 100 and 400 series. The PA Division provides personnel policy leadership and direction for all categories of direct hire staff, including Civil Service (CS), Foreign Service (FS), and Foreign Service Nationals (FSNs). It formulates and recommends USAID policy regarding both FSN and Third Country National (TCN) employees. The Division also manages the Agency's FAIR Act inventory process.

3. The **Systems Management (SM) Division** leads strategic planning as it relates to HCTM's automated systems. The Division leads HCTM's effort on data quality, coordinating with other HCTM units to ensure joint accountability and ownership of data that is housed in HCTM's automated systems. The Division develops, administers, and maintains surveillance over automated systems and procedures and coordinates with other Agency operating units, such as the Bureau for Management's Offices of the Chief Financial Officer and Chief Information Officer, on matters involving the automated data portion of the personnel systems and its interface with the automated payroll and accounting systems. This Division provides systems management, systems education, and systems integration support as well as IM/IT knowledge management. This unit also coordinates the bureau-wide effort to provide necessary reports and business intelligence.

c. The **Foreign Service Center (HCTM/FSC)** provides leadership and direction in the effective utilization of FS personnel worldwide. HCTM/FSC places emphasis on sustaining a competent core workforce through cradle to grave career management and assignment of employees consistent with the long-range staffing and workforce requirements of USAID. HCTM/FSC is responsible for staffing, assignments, deployments, support, and counseling of FS personnel. The Center provides service support and oversight for all FS staffing requirements including recruitment, onboarding, assignments, and career counseling. FSC also provides surge support as needed for evacuations and other short-term priorities. The Center comprises two formal teams:

1. The **Foreign Service Staffing Team (FSS)** manages recruitment and staffing services for FS officers worldwide, including overseas position

classification; onboarding of new employees; processing of deployments and transfers; allowances and benefits determinations and status conversions; processing of FS employee personnel actions, and processing of commissioning documentation. The Team is divided into two units, one focusing primarily on Critical Priority Countries (CPC), and one focusing on all other countries. Both units provide quick turn-around staff augmentation for countries and Missions in crisis and evacuation support services.

2. The **Assignments and Career Counseling Team (ACC)** provides assignment and career development guidance and advice to all career FS and SFS officers, including Senior Leadership Group (SLG) positions and Ambassadorial nominations. This Team provides assignment counseling, performs assignments and reassignments including the Crossover Assignment Program, manages appointment types, oversees time-in-class, and chairs the Exceptions Committee.

d. The **Office of Overseas Human Capital Initiatives (HCTM/OHCI)** provides programmatic and operational support to overseas FS officers and their family members and FSN employees. Support includes eligible family member professional career opportunity support in coordination with the Office of Training and Education and the State Department's Family Liaison Office. The Office also supports the Agency's expeditious naturalization programs, NSDD-38 approvals, overseas Mission support for FS performance evaluation and conduct issues, and FS language training support. In coordination with the Bureau for Management, HCTM/OHC is responsible for Personal Services Contractor (PSC) and Foreign Service Limited (FSL) approvals and for managing the FSL Program. The office also classifies FSN positions, oversees the FSN Fellowship program, coordinates with HCTM/PPSM/PA on FSN policy, coordinates with the State Department for pay and benefits, and manages the FSN Senior Executive Corps and FSN working groups. This office also provides FSN surge support, when required, and implements the Agency's telework program overseas.

e. The **Center for Professional Development (HCTM/CPD)** provides learning opportunities, career guidance, leadership training, and educational support services to USAID's global workforce. The Center operates the Washington Learning Center (WLC) and manages the Agency's Learning Management System (LMS) and Learning Reference Center (LRC). CPD implements legislative and executive branch mandates that govern training programs for federal employees, and coordinates with HCTM/PPSM/PA to develop policies and regulations that govern learning and staff development programs for all categories of USAID employees, including FSNs and PSCs. The Center has two teams:

1. The **Career and Leadership Development Team (CLD)** represents the Agency on employee learning and training related matters; assesses the

*Text highlighted in yellow indicates that the material is new or substantively revised.*      28

learning and training needs of the Agency workforce; develops competencies and mission critical competency-based training; designs and implements traditional and selected state-of-the-art training programs and events to enhance the knowledge, skills, and performance of the Agency's workforce; and undertakes training initiatives in support of federal and Agency reform efforts. This team manages and provides mandatory and technical training, New Employee Orientations, leadership training and education, and career counseling to help guide employees in achieving professional development career goals. CLD manages contracts that deliver training and education services to Agency employees and manages the Tuition Assistance Program.

2. The **Training and Support Services Team (TSS)** procures and manages equipment, supplies, and facilities in support of employee training programs, including the WLC, LMS, and the LRC. The team is also responsible for the scheduling and administration of all training services at the WLC.

f. The **Office of External Outreach and Strategic Recruitment (HCTM/XOSR)** provides Agency outreach and marketing support to source talent in support of various recruitment efforts. This office conducts strategic recruitment and manages special recruitment programs including Federal Intern/Pathways, Presidential Management Fellows, Donald Payne International Development Fellows, and Persons with Disability Recruitment. XOSR also manages the Veterans Employment program and incorporates the Disabled Veterans Affirmative Action Program and the Federal Equal Opportunity Recruitment Program into its recruitment strategies; and supports diversity and inclusion efforts by liaising with the Office of Civil Rights and Diversity and Agency Employee Resource Groups (ERG).

g. The **Human Capital Services Center (HCTM/HCSC)** provides a dedicated, integrated suite of services for the Agency workforce, including joint services for CS, FS, and other hiring categories. The HCSC provides leadership and direction on the effective utilization of federal employee rules, regulations, and laws to ensure appropriate application. The HCSC oversees personnel management programs and services via the following structured teams:

1. The **Human Capital Services Team (HCS)** leads the HCB customer service initiative by tracking and responding to employee customer service inquiries. HCS also serves as a liaison with the Office of the Chief Financial Officer for payroll services and oversees separations processing and centralized records room management for direct hire employees. HCS serves as a hub for e-OPF quality assurance, management, and disposition in compliance with National Archives and Records Administration and OPM guidelines.

2. The **Employee Services and Benefits Team (ESB)** provides advisory services on the various federal retirement programs, and the full complement of federal employee benefits programs (Federal Employee Health Benefits, Federal Employee Group Life Insurance, Flexible Spending Account, Federal Long Term Care Insurance, etc.) for all direct hire employees. ESB also administers Family Medical Leave Act operational support and the Agency Student Loan Reimbursement Program.

3. The **Classification Team (C)** implements the Agency's comprehensive classification program in accordance with OPM policies and Agency procedures. CT provides position management advice and assistance on staffing patterns, design and structuring of positions, and the classification aspects of reorganizations, in support of HCB/PPSM. CT also conducts job evaluations for positions, including evaluation of Classification Act positions through the senior level (SES, SLG, and AD) and Washington-based FS positions at all grade levels; conducts classification surveys and maintenance reviews; assists in studies in connection with OPM standards and USAID guides; adjudicates first-level employee classification appeals; and develops and maintains a current position description library.

4. The **Civil Service Staffing Team (CSS)** provides management and advisory services on a wide variety of CS staffing matters. CSS initiates recruitment actions and implements onboarding services. The team administers merit promotion, as well as delegated examining staffing services, for CS and advises on the full complement of competitive and excepted service staffing authorities. CSS also leads the conduct of formal internal quality assurance program reviews to help ensure accurate and timely processing of HCSC transactions and program services.

h. The **Staff Care Center (HCTM/SCC)** provides a wide variety of employee assistance, wellness, work/life, and resilience related services to all Agency employees, regardless of hiring mechanism, and provides oversight and coordination to program clinicians. The SCC also sets the policy for the USAID Telework program and implements the program in Washington.

i. The **Center for Performance Excellence (HCTM/CPE)** is responsible for managing and awarding exemplary performance, as well as providing Executive Resource Services. This includes managing all matters pertaining to the Agency's FS, CS, SFS, SES, SL/ST, and AD performance evaluation systems; as well as the administration of USAID's incentive, performance, and Presidential award programs, and pay for performance for the SES and the SFS. The Center is divided into three teams:

1. The **Performance Management Team (PM)** is responsible for all aspects of performance management, including management of performance

planning and appraisal, executive performance management, and FS promotions and tenure.

**2.** The **Executive Resources Team (ER)** is responsible for managing all components of the Executive Resources program. This team conducts position management and oversees the recruitment, hiring, staffing, onboarding, and processing of personnel actions for non-SFS executives (e.g., SES, AD, ST/SL, PAS). The team is also responsible for White House liaison coordination.

**3.** The **Awards and Recognition Team (AR)** provides coordination and oversight of employee awards and recognition, including performance-based awards, incentive awards, Presidential Rank and Service awards, and non-governmental awards. The team is responsible for managing both monetary and non-monetary awards.

**j.** The **Office of Employee and Labor Relations (HCTM/ELR)** provides leadership, direction, and guidance for the Agency on labor management and employee relations. The office adjudicates grievances presented under the Administrative Grievance Procedures, the Foreign Service Grievance System, and the Negotiated Grievance Procedure. The ELR office manages all suitability, performance, and conduct based actions, and investigates, evaluates, and addresses a broad range of employee concerns, providing conflict resolution, advice, and guidance to management to facilitate fulfillment of managerial and supervisory responsibilities.

ELR manages third party proceedings and arbitrations and represents the Agency in grievance appeals before the Foreign Service Grievance Board and arbitrators, the Federal Labor Relations Authority, the Foreign Service Labor Relations Board, the Federal Service Impasses Panel, the Federal Mediation and Conciliation Service, the Foreign Service Impasse Dispute Panel, and other tribunals concerning cases involving negotiability, unfair labor practices, unit determinations, representation, and negotiating impasses. ELR administers the provisions of Title VII of the Civil Service Reform Act of 1979 and Chapter 10 of the Foreign Service Act of 1980.

ELR is responsible for contract negotiations and labor notifications. The office manages collective bargaining with employee representatives and represents the Agency in all matters relating to labor relations; and maintains and administers the labor relations process, the implementation of collective bargaining agreements, and the administration of grievance management procedures. ELR also facilitates collaboration through the Labor-Management forum and the AFGE Partnership Council on Employee and Labor Relations matters.

### 101.3.1.7    Office of the Inspector General (OIG)
Effective Date: 10/12/2016

*Text highlighted in yellow indicates that the material is new or substantively revised.*    31

08/07/2024 Partial Revision

The Office of the Inspector General (OIG) provides independent oversight to promote the efficiency, effectiveness, and integrity of foreign assistance programs under USAID, the Millennium Challenge Corporation (MCC), the Overseas Private Investment Corporation (OPIC), the U.S. African Development Foundation (USADF), and the Inter-American Foundation (IAF). OIG conducts and supervises audits and investigations of these organizations' programs and operations, providing a means for keeping agency heads and Congress fully and currently informed about problems, deficiencies, and the necessity for and progress of corrective action. OIG makes recommendations to improve performance and compliance, recoup agency funds, and prevent fraud and abuse. It works to prevent, detect, and deter fraud, waste, and abuse affecting foreign assistance programs and agency operations. OIG conducts its operations from Washington, as well as from overseas regional offices.

OIG is an independent office that derives its authority from the Inspector General Act of 1978, as amended. To conduct its work independently and objectively, OIG is authorized to "have access to all records, reports, audits, reviews, documents, papers, recommendations or other material available to [USAID] . . . which relate to programs and operations...." **5 USC App. 3 § 6(a)(1)**. Pursuant to the Inspector General Act, all USAID employees must cooperate fully with the OIG in executing its statutory mandate, as reiterated in **Agency Notice 0261, Cooperation with the Office of Inspector General**. Additional information regarding agency employees' obligation to cooperate with the OIG appears on USAID's **Office of General Counsel's MyUSAID Page**.

OIG has its own Office of Legal Counsel, which provides dedicated legal advice and services to the Inspector General, and budget, information technology, and human capital divisions that operate separately from agency management. OIG also undertakes its own congressional and public affairs activities.

The Inspector General provides leadership to the office, along with a Deputy Inspector General, who oversees policy and operations of the office. OIG has three Assistant Inspectors General, for Audit, Investigations, and Management.

a. The **Assistant Inspector General for Audit (OIG/AIG/A)** provides leadership and general direction for all audit activities related to USAID, MCC, OPIC, USADF, and IAF programs and operations worldwide. These activities include conducting and reviewing performance, financial, and information technology audits.

b. The **Assistant Inspector General for Investigations (OIG/AIG/I)** provides leadership and general direction for OIG investigations into alleged violations of federal laws, rules, and regulations involving USAID, MCC, OPIC, IAF, and USADF.

*Text highlighted in yellow indicates that the material is new or substantively revised.*    32

The AIG/I also conducts fraud awareness briefings for Agency employees, contractors, and grantees to promote awareness of fraudulent practices and schemes and to provide guidance on reporting fraud.

c. The **Assistant Inspector General for Management (OIG/AIG/M)** provides leadership and general direction to OIG divisions that provide administrative services and management support for OIG operations. These services include budgeting and financial management activities, human capital programs, information technology programs, and records and property management.

### 101.3.1.8    Office of Policy (POL)
Effective Date: 08/07/2023

The Office of Policy (POL) is responsible for leading the Agency in elevating USAID's policy voice and engagement on development and wider U.S. foreign policy and national security. The Director serves as the principal advisor to the Administrator, Deputy Administrator for Policy and Programming (DA-PP), and Agency leadership on policy planning and priority setting. POL serves as the Agency's policy lead on key cross-cutting issues and supports and streamlines related engagement with other U.S. government departments and agencies and with multilateral and other external partners. It does this through:

- Overseeing the process for setting and executing Agency-wide policy priorities, at the direction of the Administrator and DA-PP and in partnership with PLR and in coordination with other USAID bureaus and independent offices (B/IOs).

- Policy planning, including articulating critical cross-cutting policy goals, informing prioritization among them, analyzing evolving or emerging trends to strengthen the overarching strategic direction and positioning of the Agency, such as by managing USAID's engagement on the National Security Strategy (NSS), working with B/IOs to develop policy positions on critical or emerging national security priorities, and collaborating with policy leaders and experts inside and outside the Agency to identify and analyze emerging trends and potential contingencies and delineate policy options and inform leadership decision-making.

- Policy coordination, including advancing strategic initiatives, supporting their coherence and connectivity, and institutionalizing their objectives into Agency systems and processes for widespread and lasting impact, such as by spearheading cross-cutting policy efforts through time-bound, action-oriented task teams and working closely with the OCE to ensure policy development and engagement incorporates and builds on evidence, including on cost-effectiveness and macroeconomic analysis.

- Policy engagement, including in the interagency, multilateral, and wider development community to help advance USAID policy priorities beyond the

08/07/2024 Partial Revision

reach of our programs, such as by developing cross-cutting policy outreach plans around a strategic calendar and supporting leadership positioning and messaging on policy priorities around major events, in partnership with relevant B/IOs.

As part of ensuring policy planning, coordination, engagement, and broader coherence, POL, jointly with PLR, manages the Policy Advisory Council (PAC), chaired by the DA-PP, and serves as the Council's Secretariat. POL collaborates closely with PLR, with POL providing leadership for policy development for cross-cutting priorities and PLR continuing to manage the policy formulation process as defined in ADS 200 for those and other related issues according to the policy agenda set by the PAC. POL also helps shepherd time-bound, action-oriented task teams under the PAC to support more unified, corporate stances on timely issues at the nexus of major policy goals, where USAID can be more proactive in the policy space, elevate development and humanitarian diplomacy, and engage in strategic outreach and communications.

POL regularly engages with other strategy and policy leadership across the U.S. Government, including at the National Security Council (NSC) and Department of State's Office of Policy Planning, and with multilateral organizations to ensure effective policy engagement, cross-understanding, and alignment on priority issues. POL houses a Director whose primary responsibilities include providing thought leadership, driving the policy priority-setting process, and maintaining strong linkages with policy leads across the Agency, interagency, development and multilateral partners, and wider development community. The Deputy Director supports the Director and is also primarily responsible for managing POL, to include its personnel, budget, and work planning.

The focus areas  of POL will shift according to changes in leadership priorities, emerging or evolving trends, the onset of unexpected challenges and/or opportunities, and new research and analysis that changes USAID's understanding of its comparative advantage and good development practice. Despite shifting substantive priorities, the work of POL can be grouped into three broad categories: (1) policy planning, (2) policy coordination, and (3) policy engagement. Given the need to provide expert advice to leadership; engage regularly with senior officials through the Agency, interagency, and externally; and lead the work of task teams and other policy initiatives, POL maintains a diverse and highly capable staff of seasoned and dynamic policy experts who work in agile and cross-cutting teams aligned with these functions and Agency priorities, and in close coordination with leadership across USAID and key partners.

### 101.3.1.9    Office of Security (SEC)
Effective Date: 05/09/2011

The **Office of Security (SEC)** provides centralized security support to the Agency and ensures that appropriate liaison with the Department of State's Bureau of Intelligence, Bureau of Research, and Bureau of Diplomatic Security is conducted on a daily basis.

08/07/2024 Partial Revision

The **Director of Security (SEC/OD)** supervises, directs, and controls all security activities relating to the programs and operations of USAID, with the exception of unclassified automated systems security. The Director:

- Advises the Administrator and USAID senior staff on all security, technical security, and intelligence matters;

- Develops and publishes security and intelligence policy for USAID in accordance with Public Laws, Executive Orders, appropriate Department of State regulations, and the direction of the Administrator of USAID; and

- Administers a program of centralized security and counterintelligence support to USAID operations worldwide, including overseas and domestic physical security, national security (classified) information, personnel security, industrial security, counterterrorism, and counterintelligence.

The Director serves as a key participant in the defense of the Agency's security resource requests before the Office of Management and Budget (OMB) and Congress. In addition, SEC/OD serves as the USAID focal point on security and technical security matters when dealing with the heads of all security, intelligence, and law enforcement agencies and offices throughout the Federal Government. These responsibilities include the negotiation of operating agreements with intelligence, law enforcement, investigative, and security agencies for the performance of security-oriented, investigative services for USAID.

The Director of SEC also serves as the senior Agency official responsible for implementation of **E.O. 12968, Access to Classified Information**, **E.O. 13526, Classified National Security Information**, **E.O. 12829, National Industrial Security Program**, **E.O. 12333, United States Intelligence Activities**, and **E.O.13224** as it relates to the screening of implementing partners for ties to terrorism.

The Director serves as Chairman of the Security Clearance Review Panel. In addition to the above, SEC/OD is responsible for procuring, securing, and maintaining unique security and intelligence data collection and processing systems used exclusively by the security staff to support operations. There are three divisions within the Office of Security.

a. The **Personnel Security Division (SEC/PS)** develops policies, criteria, and procedures for USAID regarding the scope and conduct of personnel security investigations as prescribed by **E.O. 10450, Security Requirements for Government Employment**, and **E.O. 12968, Access to Classified Information**. SEC/PS conducts, controls, and directs:

- Personnel security, suitability, and HSPD-12 background investigations;

- Periodic reinvestigations, special investigations, and limited inquiry investigation; and

- Evaluations of integrity, trustworthiness, and loyalty of USAID employees, prospective employees, and contractors.

This Division also investigates complaints of personal misconduct of significance to the continuation of employment and retention of security clearances. SEC/PS provides the Deputy Assistant Administrator, Office of Human Capital and Talent Management (HCTM), who has primary responsibility for decisions as to appropriate actions in suitability cases, with information on significant suitability and employability factors developed during investigations. This Division provides SEC/OD with information regarding significant security issues, which are developed during investigations, and makes appropriate recommendations. SEC/PS develops and maintains effective liaison and counterpart officers in the Director of National Intelligence (DNI), the Office of Personnel Management (OPM), the Federal Bureau of Investigation (FBI), the Department of State's Bureau of Diplomatic Security, and other appropriate Government agencies. The Division is comprised of four branches:

1. **Field Investigations Branch (SEC/PS/FI)** manages the team of independent contract investigators conducting investigative work in the field. The FI Branch recruits and trains field investigators (agents) to ensure investigative coverage throughout the United States, assigns case work, and monitors the quality of the reports of investigation to ensure the work product meets the investigative standards. The FI Branch also manages the contract mechanism for independent contract investigations, including obligations and payments.

2. **Adjudications Branch (SEC/PS/A)** adjudicates cases involving access to classified national security information and HSPD-12 credentialing decisions. The A Branch reviews investigative files to ensure compliance with investigative standards, analyzes security concerns and mitigating factors, prepares adjudicative recommendations, and monitors the progression of cases. SEC/PS/A also notifies the hiring/contracting authority of issues which may impact an individual's suitability for government employment (or ability to represent the Agency as a contractor or personal services contractor).

3. **Background Investigations Branch (SEC/PS/BI)** provides investigative program support by performing case control functions. The BI Branch conducts the initial review of all security requests for compliance with standards and reviews cases for an initial determination regarding eligibility for a temporary clearance. SEC/PS/BI also initiates electronic investigative records, dispatches and reviews investigative leads, requests

investigative field work, and monitors the progression of cases until investigative work is complete.

4. **Quality Assurance and Periodic Reinvestigations Branch (SEC/PS/QAPR)** manages the Division-wide quality assurance program and the periodic reinvestigations program. The QAPR Branch conducts quality assurance reviews of cases to ensure investigative standards are met, the adjudicative guidelines are applied consistently, and that Division policies, procedures, and timelines are applied to case work. SEC/PS/QAPR also initiates periodic reinvestigations on employees, dispatches and reviews investigative leads or automated records checks, and monitors the progression of cases until the case is complete.

b. The **International Security Programs Division (SEC/ISP)** provides oversight, assistance, coordination, and consultation on all security-related functions at all overseas Missions. In addition, within the continental United States, the Division develops and maintains a domestic physical security program, establishing physical security safeguards in USAID/Washington (USAID/W) for information, personnel, and facilities. The Security Safety program also sits within the Division's front office, focusing on implementing partner support of security safety programs at Missions overseas and conducting inspections of security at missions. SEC/ISP provides USAID with security guidance to implement effective overseas activities when confronted with the challenge of having demanding development and humanitarian programs in high threat environments.

There are two teams within the Division, (the **ASIA/ME/LAC Security Support Team** and the **AFR/EUR Security Support Team**) reporting to the Division Chief, which provide support to all USAID Missions in assigned geographic areas, to include:

- Travel,
- Inspections,
- Reports,
- Security design, and
- Security project management.

Specific functions of the teams include design, installation, and oversight of security systems to counter terrorist attacks and other acts of violence against USAID facilities and personnel. This consists of administering an emergency, voice-radio communications program to support USAID operations overseas; and assisting in the decision process and implementation phase for new, surge and expanded programs in overseas locations. The teams develop policy promulgating physical security standards in accordance with the Omnibus Anti-Terrorism and Diplomatic Security Act of 1986. In addition, they provide USAID with guidelines to implement an effective USAID security program with emphasis

on the protection of personnel, office facilities and employee residences, and the employment of appropriate countermeasures to mitigate vulnerabilities.

The two teams:

- Conduct security inspections of USAID facilities overseas to ensure compliance with Overseas Security Policy Board standards and joint foreign affairs security regulations;

- Conduct quality assurance evaluations of USAID security systems overseas to ensure they are functioning as designed;

- Arrange for appropriate security coverage for USAID conferences overseas;

- Arrange and/or provide appropriate security for the Administrator's travel;

- Develop and conduct security awareness training for USAID employees in all matters pertaining to the protection of personnel, facilities, and classified national security information;

- Coordinate special briefing requirements with other US agencies and departments for USAID personnel destined for overseas assignments; and

- Develop and maintain liaison with counterpart security and intelligence agencies to ensure acquisition of threat and activity information necessary to support agency decisions regarding overseas activities.

There are additional two branches within the International Security Programs Division.

1. The **Domestic Security Branch (SEC/ISP/DS)** operates and controls the physical security programs for the USAID headquarters building and other USAID facilities in the Washington, DC Metropolitan area.  The programs include the headquarters building guard force, building pass office, access control system, and the alarm and CCTV systems.  The Branch also oversees the operation of the USAID Visiting Diplomat Protection Program. SEC/ISP/DS serves as a technical authority in assignments requiring the application of theories and developments unique to physical security problems. The Branch performs key decision-making and policy-developing responsibilities in the subject area and advises top-level Agency security and subject matter managers on new developments and advances in security techniques in physical security. In addition, it recommends methods for enhancing efficiencies of security systems through modifications and applications of evolving technology and

evaluates and makes recommendations concerning overall plans and proposals for major agency and interagency security projects. Finally, the Branch implements national level guidance in Agency standards, guidelines, or policies for major security programs.

2. The **Security Engineering Branch (SEC/ISP/SE)** is responsible for worldwide technical security projects and conducts in-depth technical security analysis, provides technical security countermeasure recommendations, and provides advice on all technical security operations. The Branch implements the security electronic program, the armor vehicle program, and the repair and maintenance program; and provides technical installation support for security projects.

c. The **Counterterrorism and Information Security Division (SEC/CTIS)**

- Develops policies and procedures for USAID regarding the screening of USAID's implementing partners for terrorism ties;

- Manages the counterintelligence, classified national security information, and national industrial security programs;

- Oversees the handling and storage of classified information; and

- Implements an Agency inspection program for storage of classified national security information.

The Division houses the Counterterrorism Team, overseeing the Agency's counterterrorism program at the Terrorist Screening Center. This team manages, conducts, and coordinates the screening activities for all USAID organizations, to include:

- Coordinating with the law enforcement and intelligence communities supporting the screening efforts;

- Overseeing the work of CTIS personnel detailed to outside elements for screening purposes; and

- Evaluating information uncovered during the screening process and providing recommendations regarding the impact of the information on USAID programs.

The Counterintelligence Team develops and implements policies and procedures governing the USAID counterintelligence program. This includes coordinating and investigating issues of extreme sensitivity and complexity affecting national security; coordinating technical surveillance countermeasures requirements at

USAID facilities; advising Agency leadership on intelligence threats to domestic and international operations; and developing and conducting travel related pre-briefings and debriefings and conducting counterintelligence training for new and existing employees.

The Information and Industrial Security Team, also housed in this Division, develops policies, criteria, and procedures for USAID governing the preparation, handling, and protection of classified national security information as prescribed by statute, Executive Orders, and other regulations. The team arranges for appropriate security coverage for USAID classified conferences within the United States. In addition, it approves space housing Sensitive Compartmented Information Facilities (SCIF) for the processing, handling, and storage of classified information. The team satisfies all reporting responsibilities required by the Information Security Oversight Office (ISOO) in accordance with Executive Order 13526, developing and implementing an Agency inspection program to detect, document, and correct problems with the marking, handling, and storage of classified national security information and also administers the USAID security violation program.

Additional functions of this Division include developing and conducting information security orientation and recurring security training for USAID Washington employees; and developing policies, criteria, and procedures regarding the protection of classified material from compromise.  Finally, the Division

- Manages the National Industrial Security Program (NISP), which includes interacting with Contracting Officer's Representatives (CORs) and Foreign Service Officers to ensure proper security language is included in contracts and issuing the resulting DD254 forms;

- Interfaces with SEC/PS to ensure seamless operation of the visit request system;

- Resolves issues affecting contractor clearances and access; and

- Serves as a point of contact for contractors and Agency organizations for NISP administrative requirements.

### 101.3.1.10   Office of Small and Disadvantaged Business Utilization/Minority Resource Center (OSDBU/MRC)
Effective Date: 01/10/2000

The **Office of Small and Disadvantaged Business Utilization/Minority Resource Center (OSDBU/MRC)** oversees the formulation, implementation, and administration of Agency programs and activities relating to the participation and utilization of U.S. small and disadvantaged enterprises in USAID-financed development assistance activities

and programs. OSDBU/MRC enhances the use of small and disadvantaged enterprises in USAID programs and activities. The Office provides professional leadership and substantive advice to ensure that Agency use of these enterprises is accomplished effectively and complies with legislative provisions.

The OSDBU formulates USAID policies and develops systematic procedures designed to encourage the effective participation of U.S. small and disadvantaged enterprises in USAID-financed development assistance activities and programs. The OSDBU

- Serves as the central point of contact and coordination for oral and written queries from businesses and institutions,

- Advises and counsels U.S. small and disadvantaged enterprises on those areas related to establishing and/or expanding their participation in USAID-financed development assistance activities and programs,

- Guides the Agency's approach to more effectively integrate U.S. small and disadvantaged enterprises into programming and procurement systems, and

- Assists in the early identification of alternative methods of designing projects that will help create increased opportunities for the involvement of these enterprises.

The OSDBU also administers the programs of the Minority Resource Center (MRC) to establish, maintain, and disseminate information to and for U.S. small disadvantaged enterprises regarding opportunities in USAID-financed development assistance programs. The MRC:

- Designs formal and informal systems to encourage, promote and assist U.S. small and disadvantaged enterprises to participate in USAID programs;

- Conducts market research, planning, economic, and business analyses and feasibility studies to identify business opportunities; and

- Enters into such contracts, cooperation agreements, or other transactions as may be necessary in the conduct of its function under **Section 123 of Public Law 95-53**.

The MRC also oversees the administration of the Women's Business Program in accordance with **Executive Order 12138** and related initiatives; and designs and maintains automated statistical and other reporting systems including the subcontracting monitoring system (PL 100-656), the Agency Consultant Registry Information System (ACRIS), and the Procurement Information Access System (PIAS).

### 101.3.1.11   Bureau for Foreign Assistance (FA)
Effective Date: 11/03/2023

The **Bureau for Foreign Assistance (FA)** has been established to receive, manage and account for USAID human resource, contract and budgetary support for the Department of State Office of the Director of Foreign Assistance (State F) as it creates and directs the policy, planning, budget and implementation mechanisms required to provide coordination for foreign assistance in support of transformational diplomacy. The Bureau is USAID's adjunct to F, and reports directly through the AtA/PLR to the DAMR. PLR is F's USAID counterpart on all policy, budget, and performance management activities. FA includes all USAID personnel, positions, allocated funds and other resources directed to support F. The Office of Foreign Assistance (State F) has government-wide responsibility for foreign assistance funding and programs, including USAID's FA funding and programs. FA will continue to participate in program planning, implementation, and oversight, as directed, with various Bureaus and Offices within State and in coordination with PLR at USAID, as part of the integrated interagency planning, coordination and implementation mechanisms. USAID FA staff work with State F colleagues jointly to

- Develop a coordinated United States Government (USG) foreign assistance strategy, including multi-year country specific assistance strategies and annual country-specific assistance operational plans;

- Create and direct consolidated policy, planning, budget and implementation mechanisms and staff functions required to provide coordination to foreign assistance; and

- Provide guidance to foreign assistance delivered through other agencies and entities of the USG, including the Millennium Challenge Corporation and the Office of the Global AIDS Coordinator.

The administrative staff of FA advises the Bureau on management priorities and obligations and provides consultation, advice, administrative and logistical support, and related services. This staff coordinates the deployment and re-deployment of staff to State F and manages the process. The Bureau has eight Offices.

a. The **Global/Functional Office (FA/GF)** reports directly to the Deputy Director of F and provides USAID staff to State F to promote achievement of transformational diplomacy across five functional areas by effectively coordinating the provision of USG foreign assistance. The GF Office provides intellectual leadership, promotes the coherence of USG assistance efforts by building consensus among implementers, and exercises oversight to ensure that USG assistance for functional objectives is being spent efficiently and effectively. The Office establishes, leads and coordinates inter-bureau/inter-agency functional teams, comprised of both USAID FA and State F personnel, for

- Peace and Security,
- Governing Justly and Democratically,

08/07/2024 Partial Revision

- Economic Growth,
- Investing in People, and
- Humanitarian Assistance.

Of these five teams, only three contain USAID personnel at the present time. Through these teams, the Office builds consensus among the many stakeholders, ensuring an effective and efficient package of assistance to achieve transformational diplomacy goals. The teams

- Assess and track progress achieved towards functional objectives with foreign assistance;

- Develop and refine the foreign assistance strategy, including developing targets and indicators; and

- Review and recommend functional Bureau budget requests and allocations according to the Foreign Assistance Strategic Framework.

FA/GF guides the process of developing operational plans and reviews and assesses programmatic aspects of country operational plans to ensure that the programs produce progress toward transformational diplomacy goals. Finally, this Office works with other donors and international organizations to convey the USG foreign assistance framework and priorities and to improve coordination with those organizations and USG offices utilizing foreign assistance.

**b.** The **Office of the Chief Operating Officer for F (FA/COO) has** overall responsibility for the oversight and administration of broad and emerging programs which coordinate USG foreign assistance throughout the world. This Office also oversees the Program Management Office, which is responsible for coordinating foreign assistance planning; budgeting; operations management; information systems development and maintenance; monitoring; evaluating; and reporting on USG foreign assistance. Under the direction of the Director (and Deputy Director) of Foreign Assistance, FA/COO has general responsibility and authority for all activities carried out by the Office of the Director of Foreign Assistance to achieve specified foreign assistance goals and objectives. There are 6 Offices subordinate to the FA/COO.

   **1.** The **Program Management Office (FA/COO/PM)** facilitates the achievement of the Secretary of State's transformational diplomacy goal by coordinating USAID foreign assistance planning, budgeting, operations management, information systems development and maintenance, monitoring, evaluating and reporting on USG foreign assistance in USAID with State F. The Office is comprised of 3 Divisions.

(a) The **Resource and Appropriations Division (FA/COO/PM/RA)** coordinates the development and justification of resource plans and budgets; manages the efficient execution of operating budgets to achieve foreign assistance objectives and assures programmatic results; and coordinates reporting on resource plans, policies and allocations, and budgetary execution.  Functions of the Division include coordinating the formulation of annual budget requests; tracking and analyzing Congressional action on budget, appropriations and authorizing legislation; managing the execution of the foreign assistance budget in USAID, including the development of country and Bureau allocations for the annual Operational Plan guidance; and tracking, monitoring and reporting on foreign assistance budget implementation within USAID. The Division responds to customers, serving as the principal point of contact between F, FA, USAID and external customers.

(b) The **Program Integration Division (FA/COO/PM/PI)** plays a critical role in operationalizing foreign assistance plans and budgets within USAID. FA/COO/PM/PI works closely with other FA units and teams in both State F and USAID which are involved in planning, budgeting, programming, monitoring and evaluating the use of foreign assistance resources. FA/COO/PM/PI develops FA oversight systems within USAID; sets and coordinates overall schedules of work on programming, reporting, reviewing and budgeting foreign assistance; prepares operational plan guidance and training materials, and conducts training on major business processes initiated by State F; improves business processes with regional and function teams; manages GPRA reporting requirements and integrates GPRA into FA oversight systems and business processes within USAID; and leads FA liaison with the management side of OMB regarding the President's Management Agenda.

(c) The **Strategic Information, Monitoring & Evaluation Division (FA/COO/PM/SIM&E)** plays a critical role in articulating what is being done with U.S. foreign assistance resources, and assesses the success of foreign assistance programs in achieving the transformational development goal and related specific objectives of foreign assistance. FA/COO/PM/SIM&E works closely with State F and USAID offices that manage information systems related to foreign assistance. The Division ensures that information is compatible across systems and is collected as economically and efficiently as possible. FA/COO/PM/SIM&E helps to set standards for data quality and information systems to ensure accuracy of reporting. The Division staff, in concert with State F, also updates and maintains the F *Standardized Program Structure and*

*Definitions* ("Program Hierarchy"), which provides detailed information on U.S. foreign assistance objectives, areas under the objectives in which the U.S. works, and the elements and sub-elements of programs we fund. The Division staff also is responsible for assessing whether foreign assistance is being appropriately evaluated by program managers, whether additional studies and analytical agendas should be defined, assigned and funded, and ensure that evaluations meet acceptable standards. FA/COO/PM/SIM&E also engages other donors and organizations on evaluation standards, best practices, and the turning of lessons identified into widely shared and recognized lessons learned.

2. The **Africa Regional Office (FA/COO/AFR)** provides USAID staff to State F to ensure the effective coordination of USG foreign assistance in the Africa region. The Office staff, comprised of both State F and USAID FA personnel, work together to ensure that assistance programs are tightly linked with transformational diplomacy objectives; promote the coherence of USG assistance efforts by building consensus among implementers and between Washington and posts on common USG goals; and exercise oversight to ensure that USG assistance in the Africa region is being spent efficiently and effectively.  FA/COO/AFR:

- Provides intellectual leadership for the development of country assistance strategies;

- Guides the process of developing country operational plans and out-year budget requests in such a way that they support the country assistance strategies;

- Reviews budget allocations according to the F strategic framework;

- Serves as a source for expert advice within USAID FA on all policy and assistance matters concerning the Africa region;

- Serves as a resource for posts in the region to help them better understand and participate in F-led processes; and

- Develops close collaborative relationships with all relevant Bureaus within State and USAID, with other USG agencies involved in assistance in the region, and with non-governmental partners.

Finally, the Office serves as a neutral arbiter and consensus builder among the many stakeholders, with the goal of establishing the most effective and efficient package of assistance to support U.S. foreign policy objectives in the Africa region.

3. The **Near East Asia Regional Office (FA/COO/NEA)** provides USAID staff to State F to ensure the effective coordination of USG foreign assistance in the Near East Asia region. The Office staff, comprised of both State F and USAID FA personnel, work together to ensure that assistance programs are tightly linked with transformational diplomacy objectives; promote the coherence of USG assistance efforts by building consensus among implementers and between Washington and posts on common USG goals; and exercise oversight to ensure that USG assistance in the Near East Asia region is being spent efficiently and effectively. FA/COO/NEA

- Provides intellectual leadership for the development of country assistance strategies;

- Guides the process of developing country operational plans and out-year budget requests in such a way that they support the country assistance strategies;

- Reviews budget allocations according to the F strategic framework;

- Serves as a source for expert advice within USAID FA on all policy and assistance matters concerning the Near East Asia region;

- Serves as a resource for posts in the region to help them better understand and participate in F-led processes; and

- Develops close collaborative relationships with all relevant Bureaus within State and USAID, with other USG agencies involved in assistance in the region, and with non-governmental partners.

Finally, the Office serves as a neutral arbiter and consensus builder among the many stakeholders, with the goal of establishing the most effective and efficient package of assistance to support U.S. foreign policy objectives in the Near East Asia region.

4. The **Europe Regional Office (FA/COO/EUR)** provides USAID staff to State F to ensure the effective coordination of USG foreign assistance in the European region. The Office staff, comprised of both State F and USAID FA personnel, work together to ensure that assistance programs are tightly linked with transformational diplomacy objectives; promote the coherence of USG assistance efforts by building consensus among implementers and between Washington and posts on common USG goals; and exercise oversight to ensure that USG assistance in the Europe region is being spent efficiently and effectively. FA/COO/EUR

- Provides intellectual leadership for the development of country assistance strategies;

- Guides the process of developing country operational plans and out-year budget requests in such a way that they support the country assistance strategies;

- Reviews budget allocations according to the F strategic framework;

- Serves as a source for expert advice within USAID FA on all policy and assistance matters concerning the Europe region;

- Serves as a resource for posts in the region to help them better understand and participate in F-led processes; and

- Develops close collaborative relationships with all relevant Bureaus within State and USAID, with other USG agencies involved in assistance in the region, and with non-governmental partners.

Finally, the Office serves as a neutral arbiter and consensus builder among the many stakeholders, with the goal of establishing the most effective and efficient package of assistance to support U.S. foreign policy objectives in the Europe region.

5. The **East Asia Pacific and South Central Asia Regional Office (FA/COO/EAP&SCA)** provides USAID staff to State F to ensure the effective coordination of USG foreign assistance in the East Asia Pacific and South Central Asia regions. The Office staff, comprised of both State F and USAID FA personnel, work together to ensure that assistance programs are tightly linked with transformational diplomacy objectives; promote the coherence of USG assistance efforts by building consensus among implementers and between Washington and posts on common USG goals; and exercise oversight to ensure that USG assistance in the EAP and SCA regions is being spent efficiently and effectively. FA/COO/EAP&SCA:

- Provides intellectual leadership for the development of country assistance strategies;

- Guides the process of developing country operational plans and out-year budget requests in such a way that they support the country assistance strategies;

- Reviews budget allocations according to the F strategic framework;

- Serves as a source for expert advice within USAID FA on all policy and assistance matters concerning the EAP and SCA regions;

- Serves as a resource for posts in the region to help them better understand and participate in F-led processes; and

- Develops close collaborative relationships with all relevant Bureaus within State and USAID, with other USG agencies involved in assistance in the region, and with non-governmental partners.

Finally, the Office serves as a neutral arbiter and consensus builder among the many stakeholders, with the goal of establishing the most effective and efficient package of assistance to support U.S. foreign policy objectives in the East Asia Pacific and South Central Asia regions.

6. The **Western Hemisphere Affairs Regional Office (FA/COO/WHA)** provides USAID staff to State F to ensure the effective coordination of USG foreign assistance in the Western Hemisphere. The Office staff, composed of both State F and USAID FA employees, work together to ensure that assistance programs are tightly linked with transformational diplomacy objectives; promote the coherence of USG assistance efforts by building consensus among implementers and between Washington and posts on common USG goals; and exercise oversight to ensure that USG assistance in the Western hemisphere is being spent efficiently and effectively. FA/COO/WHA:

- Provides intellectual leadership for the development of country assistance strategies;

- Guides the process of developing country operational plans and out-year budget requests in such a way that they support the country assistance strategies;

- Reviews budget allocations according to the F strategic framework;

- Serves as a source for expert advice within USAID FA on all policy and assistance matters concerning the Western hemisphere;

- Serves as a resource for posts in the region to help them better understand and participate in F-led processes; and

- Develops close collaborative relationships with all relevant Bureaus within State and USAID, with other USG agencies involved in assistance in the region, and with non-governmental partners.

Finally, the Office serves as a neutral arbiter and consensus builder among the many stakeholders, with the goal of establishing the most effective and efficient package of assistance to support U.S. foreign policy objectives in the Western hemisphere.

### 101.3.1.12    Bureau for Legislative and Public Affairs (LPA)
Effective Date: 02/07/2014

The Bureau for Legislative and Public Affairs (LPA) is responsible for managing the Agency's external affairs and provides central Agency focus and overall coordination for all aspects of legislative and public affairs matters for the Agency. LPA serves as the central point of contact with Congress, the media, interested stakeholders from the international development community, and the American people regarding the Agency's international development programs and policies.

Among LPA's principal responsibilities are:

- Coordinating the Agency's legislative programs;

- Securing Congressional appropriations;

- Providing information to Congress related to legislation;

- Advising the Administrator and the Agency regarding the status of pending legislation and related concerns of Members of Congress;

- Directing the Agency's external communications strategy;

- Communicating positioning, messaging and branding;

- Developing outreach and educational programs for key audiences;

- Leading the Agency's digital communications strategy;

- Managing the external and internal Web site;

- Ensuring appropriate protocol for senior-level and/or diplomatic engagements;

- Advising the Administrator and senior officials regarding strategic external engagement opportunities; and

- Producing events and promotional products to generate support for USAID's mission.

LPA coordinates these Agency outreach and information programs across the various sectors of American society including the media, non-governmental and private voluntary organizations, international development companies, think tanks, universities, the private sector and diaspora communities. In short, LPA serves as the liaison between the Agency and the American people, Congress, the media, and the Agency's other key constituencies. In exercising this leadership role, LPA works closely with Bureaus and Offices of the Agency as well as its federal advisory committees. The Bureau is divided into the following operating units.

a. The **Office of the Assistant Administrator (AA/LPA)** serves as the Agency's principal advisor on all aspects of legislative and public affairs relating to USAID policies, programs, and operations, and on the technical and operational matters relating to the mission of the Bureau. AA/LPA is responsible for the strategic positioning of the Agency, especially on Capitol Hill, in the media, and among external stakeholders, with regard to USAID's role in foreign policy and as the lead Agency providing U.S. economic and humanitarian assistance to foster sustainable international development.

The AA/LPA directs and supervises the Bureau, approving programs and initiatives and approving the appropriate allocation of resources among the Bureau's priorities and needs. Three DAAs for Legislative Affairs (DAA/LPA-LEG); for Public Affairs (DAA/LPA-PA); and for Program Operations (DAA/LPA-PO) assist in directing and supervising the Bureau in addition to providing critical technical liaison and expertise in the areas that they manage. The AA/LPA is also comprised of a Senior Advisor to the AA/LPA, a Secretary to the AA/LPA, a Secretary to the DAAs/LPA, and two Special Assistants. The Press Director, a Department of State official who serves as Press Spokesperson, reports directly to the AA/LPA with day-to-day guidance and oversight provided by the DAA/LPA-PA.

b. Under LPA's Legislative Affairs Section, the **Office of Legislative Affairs (LPA/LEG)** maintains continuous liaison with Members of Congress, congressional staff, and committees to inform them about USAID programs and policies and to obtain their views on issues associated with USAID, which are then communicated to the Agency. As the primary advisor regarding relations with the Congress on programs, policies, and issues, LPA/LEG assists in the development of Bureau strategies with regard to USAID's legislative objectives – be they related to funding or authorities, and makes recommendations regarding the preparation of materials representing the Agency's position on issues before Congress and congressional meetings and consultation as issues arise. LPA/LEG negotiates USAID legislative issues with Members of Congress, their committees, and staff. LPA/LEG is comprised of three divisions which report to the Office Director of LPA/LEG, namely, the **Division of House Affairs**, which carries out the preceding functions, with a particular focus on strategic engagement with the House of Representatives; the **Division of Senate Affairs**, which does so with a particular focus on strategic engagement with the U.S.

Senate; and the **Legislative Reference Division**. The **Legislative Reference Division** handles the Agency's Congressional notifications, reports, and correspondence as well as serving as a liaison with the Office of Management and Budget with regard to testimony and legislative reference memoranda.  In consultation with the Divisions of House and Senate Affairs, and the Office of Executive Secretariat, the unit manages preparation and tasking of materials related to the Administrator's Congressional testimony, legislative training, biographical information, Congressional travel, and outreach programming.

c. **LPA's Public Affairs section** comprises two offices responsible for positioning the Agency with external audiences and increasing public awareness and understanding of USAID. Together, these offices develop and implement strategies to provide information about the Agency's policies, mission, and programs to the American people, the media, and a variety of stakeholders as well as establish the Agency's communications policies and procedures.

 1. The **Office of Strategic Communications (LPA/SC)** is responsible for creating communications campaigns and associated content to promote the Agency's priorities across various communications platforms. The content and campaigns are used to engage key audiences including Congress, key stakeholders, the media and audiences engaged through the Development Outreach Communicators in Missions overseas. This office has two divisions.

  (a) The **Division of Content Strategy (LPA/SC/CS)** is responsible for creating, producing and editing content including, but not limited to, web content, stories, videos, fact sheets and infographics to promote Agency priorities. The Division coordinates content from across the Agency and manages USAID's blog and online newsletter.

  (b) The **Division of Communications (LPA/SC/C)** is responsible for developing and implementing cross-cutting communications campaigns to engage the public. The Division also works closely with Bureau communicators to identify and manage communications opportunities and ensure that the flow of outgoing communications is coordinated. This Division develops and executes rapid response plans for crisis communications. It also manages a development outreach communications team whose functions and mandates are coordinated with overall Agency's communications strategies.

 2. The **Office of Public Engagement (LPA/PE)** develops and implements the Agency's outreach strategies and education programs with specific audiences. This office manages relationships with the NGO community, the broader international development community, private sector

*Text highlighted in yellow indicates that the material is new or substantively revised.*    51

coalitions, think tanks, universities and youth and other notable individuals. This office vets the Agency's speaking engagements and makes recommendations about strategic opportunities for engagement at events, conferences and related to domestic travel and after foreign travel. The Protocol and Special Events (LPA/PE-PSE) Team is housed in LPA/PE and ensures that proper international protocol for diplomatic engagements is executed to the highest standard. The Team is also responsible for the overall strategic implementation of Agency special events and ceremonies. The Office of Public Engagement manages the Agency's official speakers' bureau and public information requests.

3. LPA's **Program Operations Section** includes three offices, which together cover the management (budget and procurement, administrative support, human resources) functions of the bureau, website management, branding, and engagement with partners around potential business opportunities. The DAA/LPA-PO serves as the Agency's branding champion.

**d. Office of Program and Management Operations (LPA/PMO)**
LPA's Office of Program and Management Operations provides guidance, advice and administrative support to LPA in the areas of management (budget and procurement), human resources and administration, developing and interpreting relevant policies and regulations for the Bureau in each of these areas.

Specifically, LPA/PMO serves as the principal advisor to LPA's leadership, managers and staff in the areas of Budget Planning and Execution, Procurement, and Management Advisory and Administrative Management Support Services.

1. Budget: LPA/PMO ensures that OYB allocations are consistent with the Bureau's budget and adjusted throughout the year to ensure maximum opportunity for carrying out Agency priorities and initiatives, takes appropriate action to ensure funds are available for implementation of the priorities and initiatives, staff travel and training; and is responsible for:

    **(a)** Development and oversight of LPA's budgets (program and OE) and civil service salaries and benefits for future-year planning;

    **(b)** Preparation of all LPA budget documents, liaising with M/MPBP (for OE) and PLR/BRM (for Program) on all aspects of the Bureau's budget formulation and execution;

    **(c)** Regular and timely review and completion of obligations/expenditures actions/pipeline information for the Bureau;

**(d)** Contributing to draft Annual Performance Reports and other related reports, collaborating with respective LPA operating units; and

**(e)** Quarterly and annual budget review processes.

**2.** Procurement: LPA/PMO is responsible for the development and oversight of LPA's Acquisition and Assistance (A&A—procurement) plans for both program- and OE-related actions. The staff:

**(a)** Ensures timely completion of all A&A obligating documents (contracts, purchase orders, task orders and other related documentation);

**(b)** Liaises with M/OAA staff on the implementation of A&A plan and requirements;

**(c)** Provides oversight and guidance on procurement requirements and on databases that track LPA's procurement actions and plans, particularly as they relate to Minority Serving Institutions and Small Disadvantaged Business; and

**(d)** Ensures that CORs and AOs remain current in their functions and that their training needs are identified and met.

**3.** Management Advisory and Administrative Management Support Services responsibilities include:

**(a)** Management analysis;

**(b)** Program Management;

**(c)** Human Resources;

**(d)** Administration of security regulations and procedures;

**(e)** Ethics and financial disclosure programs;

**(f)** Administrative services and logistics (i.e. space planning, furniture acquisition and moves, equipment maintenance and servicing, electrical installation and maintenance, supplies, parking and transit (Metrochek) program oversight);

**(g)** IT support (computer, phone, mobile devices, equipment maintenance); and

**(h)** Travel and transportation

e. The **Office of Web site Management (LPA/WM)** provides management and oversight for the Agency's internal and external Web sites. The Office of Web site Management (WM) is responsible for optimizing web functionality and usability, producing web analytics and making recommendations for improving content, and ensuring that web infrastructure is properly organized and maintained in a timely manner. The Office of Web site Management works closely with the Office of Strategic Communications to manage content on the Web site. The Office of Website Management also manages and directs the Agency's internal Web site.

f. The **USAID OPEN Team (LPA/OPEN)** ensures that the Agency is more accessible, responsive and easier to work with as a partner. The Team facilitates timely responses to inquiries from potential partner organizations, provides a customer-friendly "front door" to the Agency to help partner organizations more easily engage the Agency and navigate to the right points of contact, and ensures accountability in the Agency's interactions with potential partners.

### 101.3.1.13    Bureau for Management (M Bureau)
Effective Date: 11/22/2021

The Assistant Administrator for Management (AA/M) provides centralized program and management support services for the Agency. The AA/M represents the Agency before the Office of Management and Budget (OMB), other Federal agencies, Congress, and the public on matters pertaining to Agency program and management operations.  The Bureau is divided into the following operating units.

a. The **Office of the Assistant Administrator (AA/M)** serves as the Agency's principal advisor on matters relating to management and administration.  The AA/M houses an Assistant Administrator and three Deputy Assistant Administrators (DAA), who oversee, coordinate, and align general policy and direction to Bureau for Management offices.  The AA/M administers a program of centralized support for Agency operations worldwide that include:

- Accounting and finance;

- The Agency's operating expense budget;

- Management policy, control, and audit coordination;

- Administrative services;

- Procurement policy and operations;

- Information resources management; and

- Overseas support,

The AA/M also encourages business systems modernization throughout the Agency.  In addition, the AA/M ensures the integrity of administrative, financial, and information resources management operations and oversees the Procurement Executive.  The AA/M serves as the Audit Follow-up Official, Regulatory Policy Officer, Chief Sustainability Officer, Senior Agency Official for Managing Government Records, Safety and Health Official, Competitive Sourcing Official, and the Chief Freedom of Information Act (FOIA) Officer. AA/M also performs the functions of the Suspending Official and Debarring Official (SDO) related to procurement and non-procurement debarment and suspension.  The Senior DAA/M serves as the Agency Performance Improvement Officer appointed by the Chief Operating Officer.  In addition, a second DAA/M is designated by AA/M as the Senior Agency Official for Privacy and delegated responsibility as the Agency Continuity Coordinator.

The AA/M additionally provides administrative support to the Office of the Chief Financial Officer and the Office of the Chief Information Officer.

b.  The **Office of the Chief Information Officer (M/CIO)** is responsible for the oversight of the Agency's Information-Resources Management (IRM), as defined in the **E-Government Act of 2002** and **OMB Circular A-130**; and the Agency's IT resources, as defined in **OMB Circular A-130** and the Federal Information Technology Acquisition Reform Act (**FITARA**), as well as for all CIO functions mandated by the **Clinger-Cohen Act of 1996** and **FITARA**.  The CIO directly manages the Office of the CIO and is the USAID Senior Accountable Official for Risk Management (SAORM).  To align Agency-wide operations strategically across the management platform, maximize programmatic synergies, and prevent duplication, M/CIO receives administrative support from the M Bureau.  M/CIO's functions include the following:

- Develops, implements, and oversees Agency strategic and operational planning for all IT resources and management functions;

- Performs and oversees workforce planning in conjunction with HCTM to help the Agency meet its IT/IRM workforce and human-capital needs;

- Conducts and oversees the capital planning for, and the prioritization and management of, the Agency's investments in IT;

- Performs and oversees the acquisition, development, and integration of the Agency's  IT systems;

- Undertakes e-Government initiatives to improve the Agency's

*Text highlighted in yellow indicates that the material is new or substantively revised.*      55

operations and services to implementing partners and the public;

- Develops and maintains enterprise architectures as blueprints to guide the modernization of the Agency's IT;

- Protects the Agency's data and information and IT systems;

- Minimizes the public "paperwork" burden associated with the Agency's collection of information;

- Implements and enforces the Agency's records-management policies and procedures;

- Facilitates timely and equitable public access to the Agency's data and information;

- Complies with information-access requirements outlined in the Paperwork Reduction Act, the Freedom of Information Act, and related laws; and

- Oversees the Agency's statistical-policy and coordination functions related to IT.

The Office also oversees the Agency's knowledge-management, by maintaining and enhancing business practices through the timely exchange across the Agency of techniques and information on international development, and with stakeholders in foreign assistance and diplomacy.  Each of M/CIO's operational Divisions and Branches has specific responsibilities for maintaining modern, secure, user-friendly technology support for USAID's Bureaus and global Missions.

1. The **Immediate Office of the CIO (M/CIO/OCIO)** houses the Agency's CIO, Chief Privacy Officer (CPO), Chief Information-Security Officer (CISO), and Chief Data Officer (CDO).

   In accordance with requirements established in the **Clinger-Cohen Act**, **FITARA**, the **E-Government Act of 2002**, and **OMB Circular A-130**, the CIO reports directly to the Administrator.  The CIO has overall responsibility for the Agency's IRM, as defined in the **E-Government Act of 2002** and  **OMB Circular A-130**, and the Agency's IT resources, as defined in **OMB Circular A-130** and **FITARA**, as well as for all CIO functions mandated by the **Clinger-Cohen Act of 1996** and **FITARA**.  The CIO provides leadership in IT governance and strategic planning, the review and approval of the Agency-wide IT budget, the

oversight and approval of IT acquisitions across the Agency, and the management of the Agency's IT operations. The CIO, in conjunction with the Agency's budget and procurement executives, is responsible for defining the level of detail used to describe IT resources, distinct from other resources, in the Agency's planning, programming, budgeting, execution, and reporting processes.

The CIO's responsibilities include the following:

- Oversees all Agency annual and multi-year planning, programming, budgeting, and execution decisions and reports related to IT resources;

- Reviews and approves the portion of the Agency's budget requests and allocations that involve Major IT Investments (as defined in **OMB Memorandum M-15-14**), including by providing the CIO affirmations in the Agency's budget-justification materials required by FITARA;

- Develops and implements Agency-wide policy for the level of detail all B/IOs and the Agency must use to describe IT resource levels, distinct from other resources, throughout the Agency's planning, programming, budgeting, and reporting processes;

- Defines the development processes, milestones, review gates, and overall policies for all capital, enterprise architecture, and project-planning and reporting for IT resources;

- Oversees the Agency's efforts to ensure the transparency of all of its IT investments and acquisitions, and to prevent, detect, and correct shadow or hidden IT created, procured, managed, or maintained by B/IOs;

- Serves as a member of all Agency governance boards that include IT resources, including B/IO-level boards that review IT investments;

- Monitors the performance of the major IT programs of the Agency, and has direct authority regarding whether or not to continue, modify, or terminate an IT program or project;

- Reviews all cost estimates of IT-related costs, and ensures all acquisition strategies and plans that include IT apply the

principles of Adequate Incremental Development (as defined in **OMB Memorandum M-15-14**);

- Reviews and approves all acquisition strategies and plans and interagency agreements that include IT and/or IT services. For contract actions that contain IT and/or IT services and are not included in an approved acquisition strategy or plan, reviews and approves the contract action;

- Reviews and approves any reprogramming of funds made available to the Agency for IT programs prior to submission of the reprogramming request to OMB;

- Approves the appointment of any employee who functions in the capacity of a CIO for any component part of the Agency, and the selection of any employee designated as B/IO IT Liaison;

- Establishes, jointly with the Agency's Chief Human Capital Officer (CHCO), Agency-wide critical elements for the performance evaluation of all officers at the B/IO level (including at USAID Missions) with the title or duties of a CIO or IT Liaison;

- Establishes and maintains a directory of all officials at the B/IO level (including at USAID Missions) with the title or duties of a CIO or IT Liaison;

- Establishes, jointly with the Agency's CHCO, Agency-wide competency standards for all Agency IT staff, including IT leadership positions and B/IO Liaisons;

- Reviews and prioritizes all requests and demands for M/CIO IT support services, to ensure such services support the Agency's mission; and

- Provides management and oversight of all work efforts managed throughout the M/CIO organization.

The CIO may designate, in a rules-based manner, other Agency officials to act as a representative of the CIO with regard to the performance of the responsibilities listed above but shall retain accountability for the assigned role/responsibility. Such rules may include but are not limited to a dollar threshold, type of planned IT activity, or Bureau/Independent Office.

*Text highlighted in yellow indicates that the material is new or substantively revised.*    58

2.  The **Planning & Administration Division (M/CIO/PAD)** is responsible for overall Agency IT planning functions as well as the management, oversight, performance tracking and reporting of OCIO programs and projects. This Division includes three Branches: Program and Contract Management, Acquisition Management and Budget, and Capital Investment Planning.

    (a)  The **Program and Contract Management Branch (M/CIO/PAD/PCM)** manages current year budget execution for M/CIO. The Branch performs contract cost analysis for IT projects and ongoing programs.  The Branch is responsible for establishing contract performance reporting processes and ensuring reporting consistency from all Contracting Officer Representatives (CORs) within M/CIO.  The Branch acts as the M/CIO liaison to the USAID Chief Financial Officer for recurring financial reconciliation and reporting.  Other responsibilities include:

    - Develops and oversees M/CIO IT project spend plans; manages processes and resources to accommodate necessary deviations from current year IT project budget allocations; manages the allocation of Capital Improvement Fund (CIF) and operating expense (OE) resources; manages M/CIO accrual requirements; and manages the M/CIO training and travel budget.  PCM is also responsible for establishing and maintaining the cost allocation model to capture the cost of IT assets and services across M/CIO and inform BCIP's Cost Recovery efforts;

    - Maintains CORs for oversight of M/CIO's major IT contracts and ongoing programs;

    - Provides contract support for major contracts, reconciling milestones activities, managing contract funding balances, and supporting vendor invoicing; and

    - Facilitates management and development of the M/CIO Acquisition & Assistance (A&A) Plan coordinating updates required to meet M Bureau data entry and data quality requirements.

    (b)  The **Acquisition Management Branch (M/CIO/PAD/AM)** is responsible for acquiring Federal resources, commodities, and services for USAID in support of General Support Services (GSS), programs, and projects.  Acquisition activities include solicitation, negotiation, award, administration, and closeout of USAID awards including contracts, grants, and cooperative agreements. Other

responsibilities include:

- Works with the Office of Acquisition and Assistance (M/OAA) to establish and update policies, procedures, and practices that ensure the use of full and open competition to the maximum practicable extent and the appropriate use of performance-based contracting.

- Provides acquisition related advice and assistance to M/CIO program and project teams on appropriate contract vehicles for technology tasks or acquisitions;

- Manages and oversees competitive selections for M/CIO acquisitions and procurements, develops request for proposals (RFP), request for quotes (RFQs), assists with the development of Statements of Work (SOWs), and issues task orders and task order modifications;

- The resident Contracting Officer (CO) has the authority to enter into, administer, and/or terminate contracts and make related determinations and findings for M/CIO contracts and awards;

- Works with other M/CIO organizations to obligate contract funds, authorize scope of work changes to statements of work and task orders, and prepare and implement service level agreements (SLAs). The CO delegates specific aspects of authority over day-to-day contract operations to M/CIO staff that are designated as Contracting Officer Representatives (CORs);

- Consults with other M/CIO organizations regarding the status and priority of actions in the Acquisition and Assistance (A&A) plan and assists M/CIO organizations in establishing milestone schedules for actions; and

- Adheres to applicable policies, procedures and regulations set forth in the Federal Acquisition Regulations (FAR), the Agency Acquisition Regulations (AIDAR), the Automated Directives System (ADS), Acquisition and Assistance Policy Directives (AAPDs), Procurement Executive Bulletins (PEBs), OMB Circulars, and the Code of Federal Regulations (CFR).

**(c)** The **Budget and Capital Investment Planning Branch (M/CIO/PAD/BCIP)** provides guidance and support to the Agency's

IT executive sponsors and investment and project analysts and managers in preparing IT capital planning materials, formulating budgets, managing funds, developing business cases, and conducting cost-benefit analysis.  Other responsibilities include:

- Supports the Information Technology Steering Subcommittee (ITSS) regarding investment ranking, and monitoring investment status;

- Implements cost recovery, charge-back, cost savings and cost allocation methods, salaries and benefits budgeting, mission IT budget analysis, and capital planning and investment control;

- Reports Agency progress in achieving IT investment goals to the Office of Management and Budget (OMB) and Congress; and

- Coordinates within M/CIO, with the Assistant Administrator for Management (AA/M), and the Office of Management Policy, Budget, and Performance (M/MPBP) to ensure that financial and budget plans are linked to the Agency's IT strategic and tactical plans.

3.  The **Information and Process Management Division (M/CIO/IPM)** is responsible for the development and management of standards, business process improvement, enterprise architecture, and system engineering.  It leads IT governance and control boards, participates in committees that set the technical direction for the Agency, and communicates technology policies and business rules.  IPM consists of three branches: Process & Quality Management, Enterprise Change Management, and Engineering Management.

   (a) The **Process and Quality Management Branch (M/CIO/IPM/PQM)** is responsible for standardizing processes and improving process efficiency in order to reduce cost and increase productivity across the Bureau for Management/Office of the Chief Information Officer (M/CIO).  PQM is also responsible for ensuring quality across all USAID Information Technology (IT) projects.  Other responsibilities include:

   - Supports M/CIO by providing guidance, best practice standards, and process modeling expertise in developing processes based on industry frameworks

such as COBIT, the Information Technology Infrastructure Library (ITIL), the standards and protocols issued by the Institute of Electronics and Electrical Engineers (IEEE), and the Software Engineering Institute's (SEI's) Capability Maturity Model (CMMI);

● Oversees process integration across M/CIO;

● Maintains IT project governance and the IT governance framework which integrates all of the processes that control IT execution within M/CIO;

● Maintains the USAID SDLC and engages in the operational aspect of the governance process through the management of the tailoring process and project gate reviews; and

● Develops and oversees USAID Quality Management (QM) Plan for IT Projects. The QM plan includes testing methodologies and standards, testing processes, oversight of testing per the USAID SDLC and industry best practices, and independent verification and validation. PQM is also responsible for conducting audits of USAID IT Projects to ensure that solutions meet user requirements and quality standards.

**(b)** The **Enterprise Change Management Branch (M/CIO/IPM/ECM)** is responsible for Enterprise Architecture, IT Change Management, Configuration Management, and IT policy. The branch is also responsible for developing the Agency's Information Technology Strategic Plan (ITSP), which establishes the strategic direction, goals, and objectives for the Agency's information resources.  The ITSP includes the target architecture and enterprise transition roadmap, authored through collaboration with business owners and other divisions of M/CIO.  Other responsibilities include:

● Using business capabilities of the Program Cycle as the organizing structure, EA ensures rigor in the execution of long-range strategy.  To speed delivery and improve efficiency, EA creates reference architectures that cover a broad percentage of the IT portfolio.

08/07/2024 Partial Revision

- Interfaces with customer-facing divisions in M/CIO to determine architectural requirements and defines the policy, data, application, technical, and implementation standards used by the organization in order to promote efficiency and standardization;

- ECM manages all of the change management processes and control boards, including the Architecture Review Board (ARB), the Engineering Review Board (ERB), the Technical Review Board (TRB), and all other boards that control change within the IT environment;

- Manages Configuration Management (CM) including defining the policies, procedures, techniques, and tools that are required to manage and evaluate proposed changes to configurable items.  This includes maintaining an inventory of configurable items and tracking the status of approved changes; and

- Creates, modifies, and facilitates all IT policies for the Agency, including ADS policies, mandatory references, supporting references, policy working groups, policy libraries and research, standardized processes, and policy communications.

**(c)** The **Engineering Management Branch (M/CIO/IPM/EM)** is responsible for developing proofs of concepts, introducing new technologies into the USAID environment, to align with the target enterprise architecture.  The purpose of the branch is to engineer IT solutions and identify new technology that has the potential to reduce costs, increase operational efficiency, and support business needs.  Other responsibilities include:

- Provides technical resources to assist in the development of very rough order of magnitude estimates during the investigation phase and develops proof of concepts for evaluating the technical feasibility and compliance with the USAID technical architecture and technology standards;

- Once a concept is approved, EM serves as a technical resource on the project team and is

accountable for the completion of technical deliverables for projects introducing new technology. This involves the elicitation and documentation of system requirements, design specifications and testing new systems.  Testing includes unit, system, stress, performance; and integration testing, where possible and provides support for users conducting user acceptance testing (UAT);

- Provides guidance on best practices for system and interface design, and ensures that solution specifications meet the functional needs of the business;

- Consults with Enterprise Change Management (ECM) regarding enterprise architecture implications and is the conduit between ECM and the project team.  The branch is a member of the USAID Architecture Review Board (ARB), Technical Review Board (TRB), and Configuration Change Boards (CCB); and

- Provides the Information Technology Operations Division (ITO) with technical expertise and assistance in the resolution of complex Service Desk problems, which cannot be resolved within the standard escalation process.

**4.** The **IT Operations Division (M/CIO/ITO)** is responsible for development, implementation, operation, and enhancement of enterprise business and infrastructure applications as per customer requirements as provided by the Engineering Branch. This division is also responsible for operating and maintaining USAID infrastructure and its components as well as USAID data administration functions.  IT Operations consists of three branches: System Development, Infrastructure/Operations and Database Administration.

**(a)** The **System Development Branch (M/CIO/ITO/SD)** is responsible for the operations and maintenance of applications that support the mission, goals, and objectives of USAID.  SD owns the operations and maintenance phases for customer software development of the M/CIO System Development Lifecycle (SDLC) and is responsible for managing enhancements and defect resolution for products that already exist in the USAID production

environment.  Other responsibilities include:

- Ensures that all USAID customer application services are continuously available and operational for conducting the Agency's business. This includes application upgrades and updates, disaster recovery, sustainability, and security risk management;

- Makes minor enhancements to existing systems and enhancements on current USAID platforms. Significant enhancements are the responsibility of Engineering Management and managed out of the Project Management Branch. SD performs testing for existing applications and infrastructure. This includes unit, system, and integration testing for minor application enhancements and upgrades and small applications; and

- Packages software programs for distribution on the USAID network and for the resolution of Service Desk Tier 2 and Tier 3 applications problems and incidents in conjunction with the vendor.  The SD Branch collaborates with other M/CIO organizations to ensure timely resolution of problems and incidents.

**(b)** The **Infrastructure/Operations Branch (M/CIO/ITO/IO)** is responsible for operation and maintenance of the infrastructure that supports the mission, goals, and objectives of the Agency. IO ensures that USAID Information Technology (IT) infrastructure is continuously available and operational, allowing the Agency to conduct business.  This includes continuity of infrastructure services including infrastructure upgrades and updates, disaster recovery, continuity of operations, sustainability, security risk management and information security at USAID.  The organization is the ISSO for a large number of FISMA reportable systems. Other responsibilities include:

- Operates and maintains the USAID IT operations and production systems including overall general support systems (GSS), wide area network/metropolitan area network/local area network (WAN/MAN/LAN/Wireless LAN), Internet service provider (ISP) connectivity, and network services.  The IO branch is responsible for desktop and mobile computers, phones, and wireless.  In

addition, the IO Branch is responsible for managing infrastructure enhancements and defect resolution for existing USAID infrastructure;

● Manages IT infrastructure implementation, integration, testing, and deployment. Accountable for maintaining the integrity of the test, development, and production environments at USAID, and oversees deployment readiness for all new systems and infrastructure changes before release into the production environment; and

● Provides asset inventory management and establishes the Agency's infrastructure capacity planning methodology, reviews current capacity needs and metrics, and forecasts future capacity needs.

**(c)** The **Database Administration Branch (M/CIO/ITO/DA)** is responsible for administration, operation, and availability of enterprise-wide transaction processing services including day-to-day operations and maintenance of data, databases, and middleware applications. The branch is also responsible for reporting, document management, workflow database operational support, and associated tool maintenance. Other responsibilities include:

● Operates and maintains the Agency's database systems and middleware infrastructure; provides database testing; translates data storage and retention requirements into procedures; and provides backup and recovery services for Agency enterprise data according to defined policy and schemas;

● Establishes and maintains policies, processes, and schedules for data standardization and data entity relationship diagrams. In addition, DA performs database creation, configuration, performance analysis tuning, and upgrades. The branch develops methods and processes for data extraction, data transformation, and data loading to support the Agency's business services;

● Supports other M/CIO organizations with business concept initiation requests and assists with analysis of solutions for new projects; and

● Handles Service Desk Tier 2 and 3 incidents and requests, and assists with diagnosis and resolution of operations performance problems.

5. The **IT Service Delivery Division (M/CIO/ITSD)** is responsible for providing sound project management discipline and integrated PMO for the management and delivery of USAID IT systems. This division is also responsible for maintaining effective continuous communication with its business stakeholders to ensure proper IT applicability. The division provides an interface to users via help desk support and user training, and maintains overall USAID knowledge resources and ensures interagency collaboration via knowledge management tools.

(a) The **Project Management Branch (M/CIO/ITSD/PM)** is responsible for planning, implementing, and deploying IT solutions that support the mission, goals, and objectives of the Agency. The PM Branch is the owner of the project and program management processes, templates, and tools. Other responsibilities include:

● Develops and maintains the project management body of knowledge for use at USAID;

● Oversees project management activities and reporting of the portfolio of projects. This includes monitoring IT project performance and providing cost and other project information to M/CIO;

● Supports acquisition and contract management and investment reporting of IT projects; and

● Supplies M/CIO with Project Managers (PMs), responsible for executing projects using the IT Governance framework including the USAID System Development Lifecycle (SDLC) methodology. The PM serves as the primary point of contact for the IT project within M/CIO, coordinating all activities for the completion of the project. The PM is also responsible for establishing multidisciplinary integrated project teams (IPTs) from across M/CIO to ensure the successful delivery of IT projects.

(b) The **Knowledge Management Branch (M/CIO/ITSD/KM)** is responsible for generating value from USAID's intellectual

and knowledge-based assets. This is accomplished by promoting an integrated approach to identifying, capturing, evaluating, retrieving, and sharing all of USAID's knowledge and information assets. These assets include documents, policies, procedures, and previously un-captured expertise and experience in individual workers. To accomplish these goals, KM has the primary responsibility for three major processes: Research and Library Services, Reporting and Analytics, and Training and Learning. Other responsibilities include:

- Research & Library Services: The USAID Library is a comprehensive online and in-person library service. These services include library management, interlibrary loan, electronic search and discovery, acquisitions, cataloging, marketing, and outreach and interaction;

- The Development Experience Clearinghouse (DEC) is the largest online resource for USAID-funded technical and project materials, with nearly 200,000 items available for review or download. More than 1,000 new items are added each month;

- The Analytic Research Service responds to requests on core developmental issues across the globe and provides this analysis to the Administrator and other senior officials;

- Reporting and Analytics: The Enterprise Reporting Service provides support for ad-hoc reporting, report standardization, quality assurance, and reporting governance;

- Economic Analysis and Data Services (EADS) maintains a suite of statistical databases containing US foreign assistance data going as far back as 1946;

- The Analytic Research Service responds to requests on core developmental issues across the globe and provides this analysis to the Administrator and other senior officials; and

- Training and Learning: Training and Learning Service provides training to USAID on M/CIO tools and

*Text highlighted in yellow indicates that the material is new or substantively revised.*     68

products. The service is tightly integrated with the key M/CIO projects, and staff members are often part of Integrated Project Teams (IPTs).

**(c)** The **Client Services Branch (M/CIO/ITSD/CS)** is the primary liaison between the M/CIO organization, client organizations, and external Agencies. CS works with client organizations to identify efficiencies and enterprise cost-effective opportunities in support of the mission, goals, and objectives of the Agency. CS provides advice to clients in identifying necessary updates or additions to core services and standards. Other responsibilities include:

- Works with clients to define high-level business objectives, articulate and refine business requirements, and develop needs assessments;

- Assists in the identification of IT concept definitions and solutions;

- Obtains initial specifications that are used to develop the Service Level Agreements (SLAs);

- Confers with other M/CIO organizations to determine the viability of IT concept solutions and advises clients regarding the current IT portfolio. The branch coordinates with other M/CIO organizations and subject matter experts to develop an initial high-level cost estimate for the IT concept solution and subsequently assists the business in refining the business requirements; and

- Manages and monitors Tier I Service Desk incidents and service requests and user questions regarding operational support.

**6.** The **Information Assurance Division (M/CIO/IA)** is responsible for overall IT security management, regulatory compliance, risk management and independent IT system audit functions. It is comprised of three Branches: Compliance and Risk Management, Security Operations, and Validation and Verification.

**(a)** The **Compliance and Risk Management Branch (M/CIO/IA/CRM)** identifies, mitigates and eliminates threats to, and vulnerabilities of, USAID information systems. It also identifies IT-related Federal regulations; ensures that

*Text highlighted in yellow indicates that the material is new or substantively revised.*     69

OCIO personnel are aware of and take steps to comply with them; and evaluates and documents compliance and corrective actions taken. The Branch is responsible for identifying and addressing security and other enterprise risks related to IT.

**(b)** The **Security Operations Branch (M/CIO/IA/SO)** develops, enforces, and promotes USAID information security policies, procedures, and standards, and implements tools, processes and procedures to monitor and evaluate IT security performance. The Branch also manages information systems security incidents, supports Agency's privacy standards and monitors and reports on Agency privacy performance, and establishes identity management policies, guidelines, and monitoring. The Branch maintains the Agency's communications security (COMSEC) and cable room operations.

**(c)** The **Validation and Verification Branch (M/CIO/IA/VV)** ensures V&V compliance with OCIO policies, standards, and procedures for all project and GSS operations, supplies independent security tests and evaluation procedures, tools, and equipment needed to establish acceptance for the use of the Agency's IT systems, and conducts independent audits on IT projects.

**c.** The **Office of Acquisition and Assistance (M/OAA)** oversees the procurement function of USAID. It comprises the Office of the Director and 13 divisions.

**1.** The **Office of the Director (M/OAA/OD)** manages and directs the Agency's Acquisition and Assistance (A&A) system and commodity transportation. The Director performs the functions of the Agency's Chief Acquisition Officer (CAO) and serves as the Senior Procurement Executive (SPE).

In carrying out the functions of the CAO, the Director advises and assists the Administrator, the Assistant Administrator for Management, and other Agency officials to ensure that the mission of the Agency is achieved through the effective management of acquisition activities.

Specifically, the Director:

- Monitors the performance of acquisition activities and programs of the Agency and advises the Administrator regarding the appropriate business strategy to achieve the mission of the Agency.

- Ensures the use of full and open competition by establishing and updating as necessary policies, procedures, and practices to ensure that the Agency receives a sufficient number of sealed bids or competitive proposals from responsible sources to fulfill requirements at the lowest cost or best value.

- Ensures the appropriate use of performance-based contracting and performance specifications.

- Establishes clear lines of authority, accountability, and responsibility for acquisition decision-making within the Agency.

- Manages the direction of acquisition policy, including implementation of unique acquisition policies, regulations, and standards.

- In accordance with Section 849 of the National Defense Authorization Act of 2013, advises the Agency on the applicability of relevant policies on contracts for overseas contingency operations and ensures the compliance of contracts and contracting activities with such policy. Overseas contingency operations are military operations outside the U.S. and its territories and possessions that are a contingency operation as defined in section 101(a)(13) of Title 10.

- Develops and maintains an acquisition career management program to ensure that there is an adequate professional workforce.

- As part of the Agency's strategic planning and performance management process, develops and assesses requirements for Agency personnel regarding knowledge and skills in acquisition resource management and develops strategies and specific plans for training and professional development.

As the SPE, the Director:

- Oversees the development of procurement goals, guidelines, and innovation.

- Measures and evaluates procurement office performance against stated goals.

- Enhances career development of the procurement workforce.

- Advises the Administrator and other senior agency officials whether goals are being achieved.

The Director oversees the Agency A&A Ombudsman function, which provides a liaison point between the Agency and external grantees, contractors, and Private/Voluntary Organizations (PVOs) to address procurement-related concerns. This Office recruits, trains, and assigns Contracting Officers and Commodity Management Officers.

2. **Washington Operations** includes seven divisions, which provide professional, advisory, and operational support to the technical and program components of the Agency that are related to developing and managing the variety of procurement instruments, including contracts, grants, and participating agency agreements.

The seven Washington Operations Divisions are listed below:

a. **Humanitarian Assistance Division (M/OAA/BHA-CPS)** provides acquisition and assistance services to the offices in the BHA and CPS Bureaus.

b. **Development, Democracy & Innovation I Division (M/OAA/DDI I)** provides acquisition and assistance services to the offices in the DDI Bureau.

c. **Development, Democracy & Innovation II Division (M/OAA/DDI II)** provides acquisition and assistance services to the offices in the DDI Bureau.

d. **Global Health Division (M/OAA/GH)** provides acquisition and assistance services to the offices in the Global Health Bureau.

e. **Regional & Management Division (M/OAA/RM)** provides acquisition and assistance services to Regional Bureaus, the Bureau for Management, and other independent offices.

f. **Resilience & Food Security Division (M/OAA/RFS)** provides acquisition and assistance services to the offices in the REFS Bureau.

g. **HIV & AIDS (M/OAA/OHA) Division** provides acquisition and assistance services to the Office of HIV & AIDS in the Global Health Bureau.

3. **Accountability, Compliance, Transparency, and Systems Support**

**(ACTS)** includes five divisions and the **Contract Review Board (CRB)**, which provides technical assistance to Agency procurement officials to identify potential acquisition problems related to major agency acquisitions ($25,000,000 and above) and recommend corrective actions. M/OAA/ACTS also houses the Agency Competition Advocate, who has responsibility for promoting full and open competition in Agency procurement actions.

The four ACTS Divisions are listed below:

**(a)** The **Cost, Audit and Support Division (M/OAA/CAS)** develops and implements policies and procedures in the areas of contractor/grantee financial audits, audit resolution, indirect cost and rate agreements, contract closeouts, contractor/grantee novation, and name changes. The Division is responsible for identifying financial audit requirements for Agency contractors and grantees, monitoring the performance of required audits, and for negotiating indirect cost rate agreements. In addition, the Division collects Agency contracts data and submits required reports, manages and operates A&A systems, such as the contract writing system, the audit resolution status system, and the indirect cost rate system, and serves as the focal point for FedBizOpps Notices.

**(b)** The **Evaluation Division (M/OAA/EVAL)** conducts evaluations of worldwide procurement and assistance operations as required to support the Procurement Executive's periodic certifications of the Agency's procurement system.

The Division:

- Evaluates contracting requirements of USAID overseas organizations and recommends delegations of authority,

- Reviews direct and host-country contracts and grants and cooperative agreements for conformance with established acquisition and assistance policies and procedures,

- Administers the Procurement Management Certification Program, and

- Formulates policy on contractor/grantee and marine insurance matters.

**(c)** The **Policy Division (M/OAA/POL)** reviews and interprets the Federal Acquisition Regulations (FAR) and develops and issues the USAID Acquisition Regulations (AIDAR), setting forth policy

standards, guidelines, procedures, and instructions regarding USAID contracts. M/OAA/POL develops policy and provides advice and assistance on matters concerning contracting for personal services.

**(d)** The **Professional Development & Training Division (M/OAA/PDT)** serves as the principal backstop responsible for collaborating with the Agency's training quality assurance council, maintaining the training catalog in Learning Management System (LMS) and with Federal Acquisition Institute (FAI), providing information for the A&A toolkit, representing the Agency in interagency meetings, and developing a cadre of internal trainers. The Division manages the peer-to-peer mentoring and coaching and telework function for M/OAA.

The Division:

- Augments mandated technical certification training;

- Improves and accelerates the Agency's ability to train personnel new to the A&A field;

- Facilitates and enhances the A&A workforce's ability to implement procurement improvements;

- Utilizes A&A professional expertise to produce a cadre of in-house trainers through a train the trainer program;

- Supports the Agency's new business strategies and builds a training program that is aligned with organizational business goals; and

- Assists M/OAA to deliver and track essential training tied to compliance, regulatory, job role, and on-boarding requirements.

**4. Foreign Operations** provides strategic vision and leadership to meet Agency priorities through efforts such as global workforce planning, new hire coordination, solutions-oriented contracting, and special projects. This unit also includes the Transportation Division.

**(a)** The **Transportation Division (M/OAA/T)** serves as the principal backstop for all issues related to transportation and commodity management. M/OAA/T provides A&A services for the offices in the DCHA Bureau and for the Air Force, as requested, and is

responsible for administering, developing, and monitoring the policies, regulations, and statutes governing the transportation of commodities financed by USAID and those financed under Title II and Title III of P.L. 480. The Division administers compliance with the shipping provisions of the Foreign Assistance Act and the requirements of the Cargo Preference Act. The Transportation Division also:

- Provides guidance and assistance on the procurement of commodities and implements policies, and

- Manages the provision of excess government property to PVOs.

**d.** The **Office of the Chief Financial Officer (M/CFO)** is composed of the Immediate Office of the CFO and seven Divisions.

In accordance with the CFO Act of 1990, the CFO reports directly to the Administrator. To align Agency-wide operations strategically across the management platform, maximize programmatic synergies, and prevent duplication, M/CFO receives administrative support from the M Bureau.  In addition to the responsibilities conveyed by the **CFO Act**, the **Immediate Office of the CFO (M/CFO/ICFO)** directs USAID financial management operations worldwide; directs the development of financial management information for the Agency strategic plan, annual performance plan, annual performance and accountability report and Congressional Presentation; and, in consultation with the Bureau for Foreign Assistance, ensures that reliable, consistent and timely information on program performance is available to meet CFO reporting requirements.  M/CFO/ICFO:

- Represents the Agency in external settings to discuss areas under the CFO's authority, including the General Accountability Office (GAO), Office of Management and Budget (OMB), Department of the Treasury, and the CFO Council;

- Participates as a member of Agency senior management teams such as the Management Control Review Committee (MCRC);

- Establishes policy guidance and standards for management controls and audit management;

- Ensures quality in the performance of all overseas controller operations, functions and responsibilities;

- Provides leadership in the assignment process of Foreign Service controller personnel;

- Provides leadership in the formulation of policy and operational responsibilities for the Agency's credit programs; and

- Serves as the Executive Member of the Credit Review Board.

  M/CFO/ICFO works with the appropriate staff to create, develop and incorporate advances in electronic commerce, outsourcing linkages, and other innovations into the financial systems of the Agency; and develops policies and guidance on administration and program management. M/CFO/ICFO:

- Drafts procedures/guidelines for implementation by the Office of the CFO's component offices;

- Directs and oversees CFO budget preparation, justification, and execution; and

- Serves as the liaison with administrative management staff and human resources management.

1. The **Financial Systems Division (M/CFO/FS)** manages the development and implementation of USAID's worldwide financial system, Phoenix. M/CFO/FS continually coordinates with the M/CIO staff, Department of State, OIG, contractors, system owners, etc., as necessary to implement and maintain financial systems. M/CFO/FS provides steady-state security administration and operational support for Agency financial systems worldwide, including external feeder systems.

2. The **Central Accounting and Reporting Division (M/CFO/CAR)** administers the financial control and reporting, at the appropriation and account level, of all foreign assistance funds appropriated for Agency program activities and operating expenses. These funds include:

   - U.S. dollar and foreign currency appropriations;

   - Special deposit, trust fund, and miscellaneous receipt accounts;

   - Treasury suspense accounts; and

   - Funds appropriated to other government agencies serviced by USAID.

M/CFO/CAR manages the Agency's automated on-line systems for administrative control of funds, as well as the Standard General Ledger and Accounts Receivable.  The Division:

- Controls the Cash Journal, the pipeline information system, the Buy American Reporting System, and the foreign currency system; and

- Consolidates the financial information from overseas accounting stations, performing summary accounting functions for the Agency, reconciling all cash accounts with the Department of Treasury, and providing reports to Treasury as required.

M/CFO/CAR designates Agency cashiers and certifying officers worldwide; provides collection and disbursing services for the Agency through the USAID/W cashier, and authorizes the write-off of uncollectible claims within the dollar authorities of the Agency. The **Accounting Systems Team (M/CFO/CAR/AST)** houses the credit-funded employees of this Division.

3. The **Washington Financial Services Division (M/CFO/WFS)** serves as the accounting station for USAID/Washington; manages the USAID accruals process and reporting; conducts ongoing reviews for de-obligation of funds; and processes upward adjustments to obligations. The Division:

- Processes centrally funded commitments and obligations;

- Prepares Agency-wide spending reports (i.e., Iraq Program and Tsunami reports);

- Processes Bills for Collection;

- Researches and applies collections to obligations and advances;

- Records incoming reimbursable agreements and collections; and

- Records commitments and obligations for miscellaneous obligations and for payroll.

The Division also manages the Agency's direct loan and guaranty programs, including

- Debt collection,

- Rescheduling of debts receivable from both foreign and private borrowers,

- Credit management, and

- Projections of debt receivables for budget purposes.

In addition, all U.S. dollars and foreign currency payments received for USAID credit programs are monitored as well as sovereign debtor conformance to Section 620(q) of the **Foreign Assistance Act of 1961**. The **Credit Team (M/CFO/WFS/CT)** houses the credit-funded employees of the Division.

4. The **Cash Management and Payment Division (M/CFO/CMP)** maintains the official record of incoming invoices/bills/vouchers and obligations and monitors and obtains administrative approval for headquarters vouchers to ensure delivery of goods and services. M/CFO/CMP:

- Processes requests for stop-payment actions through the Department of Treasury; and

- Provides continuous monitoring and management of cash resources flowing to grantees through cash advances, reimbursements, interagency billings, and Letters of Credit.

The Division ensures that U.S. Treasury funds drawn by or disbursed to contractors, other government agencies, and grantees are the minimum necessary to cover current operational costs and demands; issues bills for collection, records refunds, and processes adjustments; administers related follow-up actions; and provides financial accounting for contracts, grants, interagency agreements, and other miscellaneous documents, as required.

5. The **Payroll Division (M/CFO/P)** manages payroll and provides technical guidance on payroll matters for all USAID direct hires. The Division maintains official USAID payroll records and coordinates with the payroll service provider, USDA's National Finance Center (NFC). M/CFO/P manages the Labor Cost System and an effective time and attendance system, currently the American Electronic Time and Attendance System (AETA).

6. The **Audit, Performance and Compliance Division (M/CFO/APC)** serves as liaison to the Office of the Inspector General and other staff regarding the development and audit of the Agency's consolidated financial statements. M/CFO/APC leads a coordinated Agency effort to develop the annual Performance and Accountability Report (PAR),

*Text highlighted in yellow indicates that the material is new or substantively revised.*      78

required by the **Government Performance and Results Act (GPRA)** and the **CFO Act**. M/CFO/APC:

- Manages agency-wide implementation of the Federal Managers Financial Integrity Act (FMFIA), including providing staff support to the Agency's Management Control Review Committee (MCRC);

- Develops guidelines for ongoing evaluations;

- Reports on the adequacy of systems of internal accounting and administrative control; and

- Performs risk analyses and assessments of management control activities.

M/CFO/APC also manages the Agency's Audit Management and Follow-up Program, which includes serving as the Agency focal point for the analysis, tracking, and follow-up of OIG audits and other reports/reviews. Finally, the Division serves as the Agency's liaison with the General Accountability Office (GAO), providing staff support, scheduling meetings, facilitating the GAO review process at USAID, responding to draft and final reports, and answering Congressional and other inquiries regarding GAO reports.

7. The **Financial Policy and Support Division (M/CFO/FPS)** provides a broad array of support to overseas Mission Controller operations, including Foreign Service Officer recruitment, training, and assignments. World-wide assignments are made in conjunction with HCTM, the geographic Bureaus, and Mission management. M/CFO/FPS is responsible for the formulation of CFO strategic initiatives related to world-wide financial functions and for aligning Mission Controllers' priorities with the CFO strategy, proactively managing financial management modernization initiatives and best practices. The Division:

- Establishes training standards and coordinates Controller staff training world-wide;

- Advises Mission Controllers on a wide range of finance-related issues, such as audit management, cash management, methods of payments, and the appropriate uses of U.S. Government funds;

- Develops and directs a program for assessing Missions' financial operations, internal controls, and financial management capabilities; and

● Develops and issues Agency-wide financial management policies and procedures, including the establishment of standard accounting practices.

M/CFO/FPS is responsible for financial policy reviews and guidance to other Agency organizational elements world-wide upon request and in response to specific program or operations issues. Finally, M/CFO/FPS manages the employee credit/debit card program.

**e.** The **Office of Management Services (M/MS)** provides logistical support services and administrative services in USAID/W. It comprises the Office of the Director and four Divisions.

The **Office of the Director (M/MS/OD)** establishes policies, standards, and guidelines for administrative and logistical support services and oversees the development and provision of such services; serves as the Agency's environmental executive, promoting an affirmative program for use of environmentally sound, energy-efficient products; and serves as the Agency's Senior Real Property Officer and FOIA Appeals Officer. M/MS/OD:

● Conducts long-term planning for Agency facilities and other logistic and administrative support requirements;

● Administers the occupational safety, environmental health, emergency preparedness, recycling, parking, and metrication programs;

● Develops and directs the Agency's general administrative support services budget;

● Prepares budgetary documentation and contracts; and

● Performs related actions necessary to ensure program success.

M/MS/OD  provides leadership and general direction to M/MS.

**1.** The **Headquarters Management Division (M/MS/HMD)** provides project coordination for construction, space management and design, and relocation/consolidation activities, including moving property and personnel. M/MS/HMD:

● Manages real property;

● Acquires, controls, and distributes personal and nonexpendable property;

- Negotiates with private sector organizations and GSA on acquisition and leasing arrangements for USAID/W real property;

- Advises the senior property official in developing property management policies and programs;

- Provides services for mail distribution, the diplomatic pouch, printing, graphics, and the dissemination of classified documents;

- Operates the USAID/W motor pool;

- Develops and implements the USAID/W copy management system and program;

- Administers the Metrochek program; and

- Establishes artistic standards for exhibits, publications, and graphic services, and controls Agency exhibits.

M/MS/HMD coordinates the Agency Occupational Safety and Health Program (OSHA); the employee environmental health and wellness program; and emergency preparedness through the development of policies and procedures and providing oversight of these functions. The Division encompasses the function entailed within the Emergency Preparedness Program, Continuity of Operations Plan (COOP), providing technical guidance and monitoring compliance with government policy.

2. The **Travel and Transportation Division (M/MS/TTD)** establishes USAID travel and transportation policies, provides policy guidance, and manages the travel of USAID employees and the transportation of personal and household effects. M/MS/TTD:

- Provides customer service by processing travel authorizations, visas, passports, and personal property claims;

- Assists employees in arranging for the movement of household effects, consumables, unaccompanied air baggage, and vehicles;

- Manages the Travel Management Center, coordinating the payment system for Government Travel Services; and

- Assists in the shipment of the remains of employees or their dependents who passed away while working overseas or in travel status.

3. The **Information and Records Division (M/MS/IRD)** provides technical and policy direction and training in the areas of records management, directives development and dissemination, mandatory and systematic declassification, information collection activities, reports and correspondence management, the Privacy Act (PA), and the Freedom of Information Act (FOIA). M/MS/IRD is the central processing point for PA and FOIA requests received by the Agency and for the publication of Agency Federal Register notices. The chief of M/MS/IRD serves as the Agency Records Officer, the FOIA Public Liaison, and as the alternate Advisory Committee Management Officer.

4. The **Overseas Management Division (M/MS/OMD)** supports the management functions that underpin USAID's field offices overseas and are generally managed by Backstop 03, Executive Officers. In that effort, M/MS/OMD serves as the business advisor to AA/M and M Bureau Offices in promulgating sound management choices. M/MS/OMD represents the field at senior and working levels with several organizations outside USAID regarding numerous administrative management issues that impact field offices; USAID at the Interagency Working Group of the International Cooperative of Administrative Support Services (ICASS) to ensure equity in financial and administrative dealings with State and other agencies participating in ICASS; and the Agency with the Department of State, Bureau of Administration, to ensure that USAID operational management standards and needs are represented in interagency regulations and procedures.

M/MS/OMD represents field Missions and regional Bureaus with the Department of State, Overseas Building Operations, by providing the appropriate office and residential space needs for employees overseas. M/MS/OMD:

- Formulates policies on the technical qualifications, recruitment, performance, training, and retention of all Executive Officer (EXO) personnel and recommends assignment of EXOs;

- Arranges for coverage of gaps in EXO positions with temporary personnel and oversees and manages the selection, development, orientation, and training of newly appointed EXOs and new entry professionals (NEPs);

- Provides assistance to geographic Bureaus in opening or closing overseas Missions;

- Evaluates Mission administrative and logistics services through periodic on-site reviews;

- Conducts periodic training for U.S. and FSN staff on operational management topics such as ICASS, motor pool, and warehousing; and

- Works with the field Missions to establish standards, policies, and procedures for overseas Mission operations and for the use of overseas administrative resources.

M/MS/OMD provides guidance and support for all administrative management personnel overseas; advises and counsels Missions on the establishment and implementation of enhanced technology and administrative systems; manages overseas nonexpendable property; and serves as the operational manager of the Agency's overseas real property program (FAA 636c) and the revolving fund.

f. The **Office of Management Policy, Budget, and Performance  (M/MPBP)** functions as the Bureau for Management's central unit for the Agency's OE budget planning and implementation, management policy formulation, management performance monitoring and evaluation, administrative support services, and compliance and oversight to implement the USAID suspension and debarment program. This Office:

- Ensures that the Agency's administrative and management services are provided in accordance with established guidelines and policies;

- Is responsible for Agency-wide management policy and performance functions;

- Performs business process and function analysis;

- Responds to Congressional inquiries and concerns on management issues and ensures compliance with related legislative directives;

- Prepares senior Agency officials to testify before Congress about management issues;

- Provides staff support and advisory services to the AA/M to address management priorities and emerging issues;

- Works across M Bureau offices to promote integration and coordination;

- Provides oversight and ensures compliance for the Agency's suspension and debarment program; and

- In managing the budget function, M/MPBP prepares the Bureau's budget submission, as well as the Agency's annual OE budget submissions, and coordinates long and short term budget planning. This Office

  - Disperses resources and tracks their utilization,

  - Provides OE budget-related technical guidance and assistance to all Agency Bureaus and Independent Offices, and

  - Implements and monitors compliance with AA/M decisions on Bureau for Management allocation and expenditure of resources.

As appropriate, M/MPBP provides leadership, guidance and advice to the Bureau, and as indicated, to the Agency, on overall strategic direction, as well as monitors and promotes the effectiveness of management operations by monitoring performance and by conducting operational assessments. The Director of M/MPBP serves as the Agency's Advisory Committee Management Officer pursuant to the Federal Advisory Committee Act. In addition to the Office of the Director, which contains a communications function, the Office is comprised of five divisions.

1. The **Administrative Management Division (M/MPBP/AMD)** is responsible for the development and execution of the Bureau's Operating Expense Budget and works with Bureau office directors in the preparation and presentation of their operating budgets. The Division:

   - Serves as the focal point for coordinating all administrative matters for the Bureau for Management's direct hire and non-direct hire staff,

   - Provides administrative support functions to the Bureau, and

   - Serves as liaison between Bureau offices and Agency service providers to facilitate and address overall Bureau for Management requirements.

   The Division provides direct administrative and management support to the Bureau for Management, to include:

   - Designing and maintaining the Bureau and office organizational structures; and

   - Providing position and personnel management support, personnel security related services, office systems and automation and general administrative support services.

Under the "Manage-to-Budget" initiative this Division oversees and monitors the Bureau's day-to-day financial activities, informing the Director of all activities which may become potentially disruptive to the Bureau's daily functions. M/MPBP/AMD serves as the principal contact for Agency administrative operations and communicates with other Bureau Administrative Offices to ensure operational and administrative support services are provided in accordance with established organizational and Federal administrative statutes, policies, procedures and regulations.

2.  The **Budget Division (M/MPBP/BUD)** prepares the Agency's OE budget. It also prepares and oversees the budget justification, execution and status reporting. The Division ensures the compilation of financial data to enable effective performance measurement and management decision-making. M/MPBP/BUD plans, coordinates, evaluates, and advises senior Agency and Bureau for Management managers on the formulation, development, and execution of Agency-wide policies, planning and programming guidelines, objectives, and standards relating to OE, administrative expenses, and workforce budget. The Division

   ●  Develops workforce budgets for presentation to senior Agency officials, the Office of Management and Budget, and Congress;

   ●  Plans, develops and maintains automated budget systems and OE budget processes for all USAID activities in Washington (including the Congressional Budget Justification (CBJ)), Operational Year Budget (OYB), and Congressional Notifications (CNs);

   ●  Prepares Congressionally mandated reports;

   ●  Coordinates responses to Congressional inquiries regarding Agency budgetary activities and the Agency use of financial resources;

   ●  Participates in the preparation of the annual Performance and Accountability Report (PAR);

   ●  Serves as the principal liaison on budget implementation issues; and

   ●  Provides support and resources for Phoenix users.

3.  The **Compliance Division (M/MPBP/COMP)** develops and provides leadership in implementing the USAID suspension and debarment

08/07/2024 Partial Revision

program both in USAID/W and overseas. The Division ensures that USAID suspension and debarment activities are managed under procedures which are supportive of the Agency's mission and are consistent with sound business principles and responsibilities of stewardship of public funds. The Division also formulates and develops innovative suspension and debarment techniques tailored to effectively carry out the Agency's charge to curb waste, fraud, abuse, and poor or no performance on federally-funded projects. The Division supports the Agency's Suspending and Debarring Official.

4. The **Performance Division (M/MPBP/PERF)** oversees USAID's central functions related to operational management planning, performance, and reporting.  The Division coordinates and conducts a wide range of management assessments and analyses, using a variety of methods, including field-based assessments, desk studies, secondary data analyses, business process reviews, and systems analyses. M/MPBP/PERF is responsible for developing policies and guidance on management performance; providing guidance and services related to data visualization and integration; providing technical assistance to strengthen operational capacity; and overseeing Agency compliance with monitoring and reporting of OMB management initiatives. This Division performs two broad functions:

- Management performance strengthening to enable USAID to better monitor and assess its business and operational functions and processes.  The Division:

  - Develops policies and guidance on management performance, including guidelines on data standards and collection;

  - Facilitates the Bureau for Management's strategic planning and operational performance management processes;

  - Coordinates management performance monitoring and evaluation activities with other offices within the Agency and manages related support services;

  - Designs and conducts training courses and workshops to strengthen the Agency's capacity in operational performance management;

  - Provides management performance liaison with related agencies (e.g.,  Department of State), OMB, and with other development donors and institutions; and

- Provides technical assistance to USAID missions, bureaus and offices on long-term operational planning and performance management.

● Management performance analysis and reporting to enable USAID to have relevant and robust information to make sound decisions on management improvements and inform its stakeholders of progress achieved. The Division:

- Reviews and assesses Agency functions and makes recommendations for improving the efficiency and effectiveness of operations;

- Develops and applies innovative strategies to improve the performance of individuals, organizations, and systems for the sustainable delivery of quality management services;

- Provides support to the Agency's Performance Improvement Officer;

- Reports on the Agency's management performance progress to internal and external stakeholders; and

- Develops innovative tools, such as dashboards and STAT reviews, to inform and conduct executive management reviews.

5. The **Policy Division (M/MPBP/POL)** interprets Agency programming policies, develops standard operating procedures and guidance, and coordinates the issuance of specific operational guidance to the Agency. The Division:

● Issues guidance that defines the parameters of operation related to Federal law, Presidential initiative or directive, and international agreements governing the use of foreign assistance;

● Updates the Agency's Automated Directive System (ADS) as it relates to program operations guidance and procedures and monitors the work of operating units for compliance with program guidance; and

● Prepares Agency-level analyses of emerging issues, trends and patterns that support U.S. foreign assistance objectives and strategy.

The Division serves as the Bureau's central unit for policy integration and coordination, ensuring that boundaries are established and consistent

with the Agency's approved strategic priorities and with implementation guidelines and resource allocation decisions. M/MPBP/POL leads the Agency's efforts to coordinate management policy integration and to provide an Agency-wide perspective. Finally, this Division houses the competitive sourcing program for the Agency.

### 101.3.1.14    Bureau for Planning, Learning, and Resource Management (PLR)
Effective Date: 11/03/2023

The **Bureau for Planning, Learning, and Resource Management (PLR)** is responsible for directing the Agency's program and resource planning to shape overall strategic investments and performance. The Bureau promotes a culture of effective and coherent policy implementation, program planning, design and evaluation, innovation, knowledge management, program budget formulation and execution, strategic donor engagement, and support for the Agency to adopt best practices in these areas.

The Bureau has the following objectives:

- Plan strategically for informed policy formulation and implementation and programmatic decisions, including through innovative, evidence-based design, adaptive management, and sharing of best practices across the Agency;

- Share analysis, evaluation, and research for better policy decisions and continuous organizational learning;

- Create stronger linkages between the Agency's program budget, policy priorities, country-level strategies, and the Agency's results management and learning functions;

- Engage key stakeholders including bilateral, multilateral, and foundation donors to enhance innovation and collaboration, leverage resources and amplify results, and position USAID to lead globally in development diplomacy and thought leadership;

- Create and strengthen the enabling conditions and systems for USAID to be an effective learning organization that uses evidence to better achieve development outcomes; and

- Ensure effective communication and coordination with State/F across all relevant areas.

PLR consists of the following offices:

- Office of the Assistant to the Administrator (AtA/PLR);

- Program Office (PLR/PO);

08/07/2024 Partial Revision

- Office of Budget and Resource Management (PLR/BRM);

- Office of Policy Implementation and Analytics (PLR/PIA);

- Office of Development Cooperation (PLR/DC);

- Office of Strategic and Program Planning (PLR/SPP); and the

- Office of Learning, Evaluation, and Research (PLR/LER).

a. The **Office of the Assistant to the Administrator (AtA/PLR)** serves as the principal advisor to the Agency and the Administrator on developing and implementing Agency strategy, planning, resource management, donor coordination, and learning and evaluation essential to the Agency's mission. The Office is responsible for aligning policy and strategic planning with resource allocations. AtA/PLR advises the Administrator and Agency senior leadership on matters relating to development issues and approaches, policy implementation, program planning and design, evaluation and performance monitoring, program budget formulation and execution, development effectiveness, and engagement with donor partner organizations and other key stakeholders. The Office represents the Agency in high-level interagency and external settings and establishes the Agency as a learning organization.

AtA/PLR houses the AtA and four DAAs whose primary responsibilities include maintaining strong linkages among the PLR offices, POL, OCE, and other USAID OUs and external partners. Guided by USAID's Equity Action Plan (EAP), AtA/PLR is responsible for implementing a consistent approach to incorporate racial and ethnic equity and diversity into policy formulation and implementation, planning, budgeting, and learning. AtA/PLR also promotes DEIA principles into the Bureau's policies and practices and supports the Bureau's DEIA Committee. PLR's Communications Team also sits in this office. The Communications Team is responsible for external and internal strategic communications, public engagement, and coordination with LPA and others, in support of the Bureau's priorities and work.

b. The **Program Office (PLR/PO)** provides critical, cross-cutting support and guidance for the planning and implementation of PLR programs and initiatives, and oversees Bureau management and administrative operations, ensuring compliance with all relevant Agency policies and procedures. On behalf of PLR, the PO serves as the technical and operational home for the Program Officer Foreign Service (02) backstop to enhance career and professional development opportunities for the cadre, and engages with the broader Program Officer community, inclusive of all hiring mechanisms, to advance USAID policy priorities and promote best development practice across the Agency.

In support of AtA/PLR, the PO facilitates internal Bureau strategic and program planning, performance management, and learning to ensure programmatic effectiveness. The PO also manages the Bureau's financial, human, and operational resources in alignment with PLR priorities. This includes planning and executing Operating Expense and Program budgets, and developing workforce requirements, for PLR headquarters and overseas components. The PO houses the Bureau's Administrative Management Services (AMS) Team, which provides the full range of AMS functions, including staffing, workforce development, logistics, and management services to PLR offices.

In close coordination with HCTM and USAID's Regional and Pillar Bureaus, the PO provides technical expertise and support for recruitment, assignments, professional development, and career management of the 02 backstop. This includes maintaining mandatory training guidelines, supporting the development of new training, and organizing periodic workshops, conferences, and events to provide continuous learning opportunities for the cadre. This support ensures Program Officers have the tools necessary to serve as inclusive leaders and advance Agency priorities. PLR also convenes Program Officer communities of practice, with representatives from Washington Bureaus and Missions, to share Program and Budget Cycle-related information, engage with issue owners, support peer-to-peer learning and identify opportunities to more efficiently and effectively implement Agency priorities and reforms.

c. The **Office of Budget and Resource Management (PLR/BRM)** is responsible for leading all aspects of USAID's program resource processes and budget capabilities that prioritize investments and are informed by policy priorities and anticipated impacts. PLR/BRM supports USAID leadership to recommend program budgets and resource allocations and manage USAID's budget formulation and execution processes and advocate for USAID in these processes with the State Department. Specifically, PLR/BRM objectives are to:

- Establish resource planning parameters, frameworks, and guidance to inform development priorities and Agency priorities at the corporate, country, regional, and functional initiative level;

- Recommend an annual development budget based on reviews of plans and Bureau recommendations;

- Recommend an allocation of program resources, and help ensure that program funds are allotted and reprogrammed quickly for implementation; and

- Ensure linkage between program and operating expenses.

d. The **Office of Policy Implementation and Analytics (PLR/PIA)** coordinates processes, conducts analyses, supports the establishment of Agency

development and humanitarian policies, in close coordination with POL, and connects related issues across the Agency to promote coherence. The priorities of PIA shift according to changes in leadership priorities, new research, fluctuating trends in global development, and sudden challenges or crises. Despite shifting substantive priorities, the work of PIA can be grouped into three broad categories: Agency development and humanitarian policy planning and coordination; policy implementation; and research and data analysis to inform those functions and country or sub-national planning.

The Office maintains a highly capable team that is responsible for managing the expertise, relationships and systems to plan, coordinate and implement policy, as well as maintain and design corresponding analytical functions. This includes but is not limited to Agency definitions and protocols around those activities as identified in **ADS 200**, as well as other key internal-facing bodies and processes, such as **ADS 205,** Integrating Gender Equality and Women's Empowerment in USAID's Program Cycle. This Office is also the co-lead of the Secretariat of the Policy Advisory Committee (PAC) and works closely with POL in that role. All of these functions enable PIA to support PLR and provide services to technical and regional policy leaders across the Agency in order to contribute to cohesive and coherent policy.

e.  The **Office of Development Cooperation (PLR/DC)** serves as the focal point and lead within USAID in forging and driving relationships with key bilateral donors, most multilateral organizations, and philanthropic partners to pursue policy alignment and mobilize collective action to galvanize resource commitments, address crises, and deepen the Agency's development and humanitarian impact – and in doing so advance Agency, USG, and American national interests. DC likewise represents the Agency (and at times the USG) in multilateral and international fora to advance and protect USG and USAID priorities, build coalitions, push for policy reforms, deploy USG leadership, and work to frame the agenda for the international development community. These include coordinating the Agency's active engagement at both the Group of Seven (G7) and Group of Twenty (G20), specifically on the development tracks.

DC provides technical and policy expertise across the interagency on Official Development Assistance (ODA), other forms of concessional and non-concessional development finance, U.S. foreign assistance reporting, as well as aid transparency and effective development cooperation. DC likewise projects this thought leadership internationally, including through leading USG representation at the Organization for Economic Cooperation and Development's (OECD) Development Assistance Committee.

DC coordinates across USAID to strengthen the Agency's risk management framework and institutional oversight of multilateral organizations and the multilateral system in order to improve accountability and effectiveness. The

Office likewise coordinates across the USG to collect, analyze, report, and utilize data on all USG development assistance.

f.  The **Office of Strategic and Program Planning (PLR/SPP)** leads the Agency's strategic planning and program design processes for Missions and OUs. SPP also supports USAID OUs in designing, implementing, and assessing progress and adjusting strategies and projects/activities based on evidence to achieve and sustain development results. SPP co-manages two chapters of the Agency's Automated Directives System (ADS): Chapter 201, Program Cycle Operational Policy (with LER) and Chapter 220, Strengthening the Capacity of Partner Governments through Government-to-Government (G2G) Assistance (with M/CFO). SPP applies technical knowledge of the Program Cycle and provides targeted technical assistance to enhance strategy formulation, promote impactful project and activity design and implementation, address development challenges and pivot to respond to shifts in policies, and help Missions design programs that advance Agency priorities. SPP promotes continuous learning and adapting by working with Missions to integrate "pause and reflect" moments to examine evidence from implementation and make strategic shifts as part of strategy Mid-course Stocktakings and Portfolio Reviews. SPP provides guidance to and supports the Agency's Contracting/Agreement Officer's Representatives (CORs/AORs) and Government Agreement Technical Representatives (GATRs), who are the front-line staff that manage Agency programming executed through acquisition, assistance, and government-to-government (G2G) activity-based awards/agreements. SPP efforts are focused on three lines of work:

1.  Establish and maintain program planning and design policy and procedures, help Missions integrate key Agency reforms and policy priorities into strategies, activities, and projects; support their implementation; and assess their effectiveness (in collaboration with LER). In addition, continually promote innovative design and amplify best practices across the Agency;

2.  Build Agency capacity to develop, implement, and adaptively manage Country/Regional Development Cooperation Strategies (CDCSs/RDCSs), Strategic Frameworks, projects and activities in alignment with the Program Management Improvement Accountability Act (PMIAA) of 2016 through targeted training, tools, technical assistance and peer-to-peer learning, in partnership with key Agency stakeholders; and

3.  Support Missions as they reconcile country context with Agency policies and priorities (in collaboration with PIA) and streamline the Program Cycle business processes in support of that decision-making. Guide Missions to identify innovative design approaches, in particular those that prioritize local stakeholders and communities.

In addition, SPP collaborates within PLR and with Regional and Pillar Bureaus to improve planning and enhance strategy-budget alignment; coordinates with State/F on G2G legislative requirements and processes, and on issues related to interagency planning and reporting processes (including the Operational Plan and Integrated Country Strategies); and leads efforts to streamline Agency program data collection and reporting processes. SPP also manages ProgramNet, an online Agency resource supporting all aspects of USAID's Program Cycle.

g.  The **Office of Learning, Evaluation, and Research (PLR/LER)** supports the Agency's work to be a learning organization that generates key information and evidence through monitoring, research, and evaluation for what does and does not work in development; sets policy and promotes best practices in knowledge management to maintain Agency leadership in the development arena; and develops and uses evidence to guide program and policy decisions. LER establishes policy guidance on evaluations and evidence use, coordinates the Agency's evidence generation and use related to the Agency Learning Agenda and Agency performance reporting systems, provides technical assistance to support program cycle implementation and evaluation, and strengthens the capacity of USAID staff, partners and local actors in monitoring, evaluation, and learning. LER manages Learning Lab, the Agency's public facing online monitoring, evaluation, and Collaborating, Learning and Adapting resource for development practitioners and partners. LER is the home of the Agency Evaluation Officer and the Agency Knowledge Management and Organizational Learning Officer. Working with B/IOs, and in coordination with OCE, the Chief Data Officer, Agency Statistical Official, Chief Scientist, and Performance Improvement Officer, among others, LER has three main objectives:

1.  Integrate evaluation, monitoring, and learning throughout the USAID Program Cycle and in accordance with the Foreign Aid Transparency and Accountability Act;

2.  Strengthen Agency learning and the generation and use of evidence for more effective policies and programs. Support Agency efforts to create, organize, share, and use evidence within technical practice areas to improve the effectiveness of development programs. Implement Title I of the Foundations for Evidence-based Policymaking Act and support USAID compliance with the Government Performance and Results Modernization Act; and

3.  Partner with other donors and organizations to strengthen local monitoring, evaluation, and learning capacity; synthesize learning relevant to development programs; and identify gaps and develop new approaches for monitoring, evaluation, and learning.

### 101.3.1.15    Pillar Bureaus
Effective Date: 11/14/2023

The **Pillar Bureaus** provide technical advice and support to the Regional Bureaus and field Missions on design, implementation, and evaluation of Mission technical strategies and programs.  The Pillar Bureaus are:

   **a.**  Bureau for Conflict Prevention and Stabilization (CPS);

   **b.**  Bureau for Democracy, Human Rights, and Governance (DRG);

   **c.**  Bureau for Global Health (GH);

   **d.**  Bureau for Humanitarian Assistance (BHA);

   **e.**  Bureau for Inclusive Growth, Partnerships, and Innovation (IPI); and

   **f.**  Bureau for Resilience, Environment, and Food Security (REFS).

### 101.3.1.16    Bureau for Conflict Prevention and Stabilization (CPS)
Effective Date: 10/03/2023

The Bureau for Conflict Prevention and Stabilization (CPS) is the technical and analytical lead at USAID for peace building; preventing conflict and violence; and implementing programs in political transition, stabilization, and civilian-military coordination to support U.S. foreign- and national-security policy priorities in high-priority countries.  In addition to making investments overseas to respond to acute crises and emerging threats, CPS provides analytics and tools in the field to help identify and respond to emerging transnational issues.

CPS leads USAID's participation in the interagency Stabilization Assistance Review (SAR), which defines roles in the U.S. Government for stabilization efforts.  According to the SAR, the U.S. Department of State is the overall lead for stabilization; USAID is the lead implementing Agency for non-security stabilization assistance; and, the U.S. Department of Defense (DoD) is a supporting element that provides requisite security and reinforces civilian efforts where appropriate.  CPS is also a lead unit within USAID for the implementation of the Global Fragility Act (GFA), which seeks to enhance the U.S. Government's efforts to stabilize conflict-affected areas and prevent violence and fragility globally.

CPS provides technical advice and policy support to the other Pillar Bureaus, the Administrator and Deputy Administrators, the Regional Bureaus, field Missions, and other USAID Independent Offices or OUs with regard to these programs and issues.

   **a.**  The **Office of the Assistant to the Administrator (AA/CPS)** provides overall strategic guidance to integrate the activities and policies of the CPS Bureau and

technical guidance for programs and activities within its areas of responsibility. The Assistant to the Administrator (AtA) reports directly to the Deputy Administrator for Policy and Planning. The Office serves as the principal advisor to the Agency and the Deputy Administrator for Policy and Planning on the policies and broad technical and operational matters related to the Bureau's mandate. The Office ensures that the activities of CPS complement and support the broader goals of the Agency, and that the Bureau's technical expertise and analysis supports Bureaus and Missions in furthering the Agency's objectives. The Office includes the AtA and two DAAs and the function of the Coordinator for Countering Violent Extremism (CVE).

b.  The **Office of Administrative Management Services (CPS/AMS)** oversees and facilitates the Bureau's full range of administrative and financial operations to include the coordination and management of physical space, personnel, OE budget, strategic workforce guidance, and administrative policies and procedures to ensure maximum integration. CPS/AMS is primarily responsible for OE assets, which include developing the annual OE budget, allocating funds to CPS units, managing travel funds, and purchasing equipment and supplies. For staffing and personnel, CPS/AMS serves as the liaison between all CPS units and HCTM and the M/OAA. CPS/AMS assists CPS managers in developing workforce analyses and plans, processing recruitments and selections, and coordinating staff evaluations and awards. CPS/AMS manage Bureau-wide responses to audits conducted by the OIG, requests under FOIA, data calls for the Congressional Staffing Report, and data and reporting on Non-Direct-Hires (NDHs). CPS/AMS provides support to the Bureau on training and learning and establishes policies and procedures related to professional development.

c.  The **Program Office (CPS/PO)** provides advice, guidance, and operational support to the AtA/CPS and the Bureau's senior staff to integrate the strategy and management of CPS' programs and operations through the effective and efficient use of Program funds; policy coordination, interpretation, and compliance; programmatic planning; technical training, learning, and evaluation; and communication and reporting.

Program Budget, Finance, and Reporting:  CPS/PO manages and coordinates the Bureau's Program budget and financial processes, including the annual Bureau Resource Request; Congressional Budget Justification; the process required by Section 653(a) of the Foreign Assistance Act, as amended; Operational Plan; and Bureau Congressional Notifications (CNs); as well as reclama and reprogramming processes related to Program funds. The Office is the primary contact within CPS for the PLR/BRM, the State Department's Office of U.S. Foreign Assistance (State/F), and the Office of Management and Budget (OMB) to ensure the consistency of messaging and information.

Policy, Guidance, Compliance, and Procurement:  The Office provides policy support to the Bureau's leadership and units to promote a unified CPS approach

to compliance and key policy issues of interest, including gender integration and the management of environmental and climate risks (CRM). The Office provides technical support and management on the Agency's Program Cycle, acquisition and assistance (in coordination with M/OAA), and Bureau programs as needed. CPS/PO serves as a key integration and coordination role with the REFS and BHA, GC, M/OAA, the Regional Bureaus and their Program Offices, PLR, LPA, and others.

Learning and Knowledge-Management: CPS/PO provides support to the Bureau on training and learning, primarily related to policy and technical issues, and establishes policies and procedures for capturing results and evaluating the Bureau's overall programmatic activities and technical assistance. The Office's staff conduct monitoring and evaluation and knowledge-management activities. They also aggregate learning from the Bureau and disseminate overall lessons-learned from CPS' programming, assessments, monitoring, and evaluations (either from CPS-managed awards or from Mission awards supported by CPS) to ensure effective efforts worldwide.

Communications: CPS/PO provides internal and external communications and reporting to the Bureau's leadership and units. The Office's staff develop and execute a Bureau-wide communications strategy. They work with the Bureau's leadership and units to coordinate internal and external outreach, including briefing and communications materials, with LPA, other USAID Bureaus, Congress, and external partners. The Office's staff coordinate the Bureau's participation in cross-office and high-level events and might represent CPS with USAID interlocutors, partners, and other stakeholders.

d. **The Office of Transition Initiatives (CPS/OTI)** works along the spectrum of conflict and in select political transitions to seize emerging windows of opportunity to promote stability, peace, citizen-responsive governance, and democracy by catalyzing local initiatives through adaptive and agile programming. As a rapid-response office, CPS/OTI develops unique protocols and processes that enable staff to meet short- to medium-term U.S. foreign-policy objectives while ensuring compliance with Federal policy and regulations. At the request of, and in coordination with, USAID colleagues in Washington, the Department of State, and relevant U.S. Embassies and USAID field Missions, CPS/OTI provides on-the-ground, responsive, agile limited-term assistance during critical junctures and/or to test and model approaches for complex political programs that require other partners' sustained, longer-term engagement and align with the Journey to Self-Reliance. To that end, CPS/OTI's programs commence with notional exit strategies, which factor in others' longer-term development efforts, and usually continue until reasonable progress or stability occurs.

To ensure robust response capabilities and an integrated CPS approach, CPS/OTI maintains a wide array of internal technical and operational support functions, including the following:

Country Programs: Dedicated staff develop and oversee CPS/OTI's programs, including country-level assessments and strategies, programmatic design, implementation, and donor coordination.  This unit has geographic regional teams, including Contracting/Agreement Officer's Representatives in Washington; country teams overseas; and a group of intermittently deployed Transition Advisors (surge staff), who work closely with USAID's Bureaus, Missions, and other U.S. Government Departments and Agencies to ensure program effectiveness, policy compliance and coordination.

Administrative Operational Support: CPS/OTI's staff establish and execute office-wide administrative operations, procedures, systems, and processes, and maintain an enhanced response capability through flexible mechanisms, processes and systems, teamwork, and fiscal responsibility.  The Office coordinates with CPS/AMS on the management of resources (human and financial), travel, information technology, and recruitment.

Programmatic Effectiveness and Learning: In-house expertise strengthens CPS/OTI's programs and operations through improved monitoring, evaluation, and learning; effective planning; and innovative programmatic approaches.  CPS/OTI's staff facilitate learning in country programs and across the organization, and support the evolution and application of the Office's business model through training, management support, and innovative tools and approaches.

Strategic Planning, Policy, and Budget: CPS/OTI's staff engage in strategic planning and policy formulation at the Office and country levels to manage awards.  Activities include the development of budgets; conceptualization, design, and guidance for procurement; strategic outreach and communications; and policy planning and decision-making.

e. The **Center for Conflict and Violence Prevention (CPS/CVP)** works with USAID's Missions and other Agency actors to prevent and respond to conflict and violence and promote peace.  CPS/CVP serves as the Agency's technical lead for dealing with conflict and violence, including CVE.  CPS/CVP facilitates a smooth handoff following programming in acute crises and advocates for allocating resources, both personnel and funding, to prevent and respond to conflict and violence.  CPS/CVP is responsible for helping the Agency adhere to a conflict-sensitive approach to development across all technical areas.  CPS/CVP ensures USAID's development programs are not contributing to conflict and violence and are promoting peace.  Through technical assistance, flexible procurement mechanisms, adaptive management approaches, and state-of-the-art assessment and analytical tools, the Center provides USAID's Missions

and others what they need to be agile and responsive in complex, high-priority environments.  To ensure timely capabilities and an integrated CPS approach, CPS/CVP provides an array of support, including the following:

<u>Assessment and Analysis</u>: CPS/CVP works with Missions and Regional Bureaus to assess conflict and violence and provide field-focused, field-driven analysis and support on how best to prevent and respond.  CPS/CVP also provides analysis of regional and transnational problem sets and helps Missions and Bureaus apply the information to their work.

<u>Adaptive Management and Learning</u>: CPS/CVP uses and supports adaptive management and continuous learning.  CPS/CVP is a learning and adapting operating unit that provides useful, timely information and support to USAID Missions.

<u>Strategic Planning, Policy, and Budget</u>: CPS/CVP supports relevant technical strategic planning and policy engagement at the Agency, regional, and country or Mission levels through development of budgets; conceptualization, design, and guidance for procurement; strategic outreach and communications; and policy planning and decision-making.  CPS/CVP consolidates, evaluates, and disseminates development experience in conflict and violence settings to improve USAID's work and inform U.S. Government policy-makers.

f. The **Office of Civilian-Military Cooperation (CPS/CMC)** facilitates and strengthens USAID's coordination, collaboration, and communications with DoD on long-term strategies, policy, planning, training, and outreach.  CPS/CMC advocates for USAID's interests in DoD's policy and planning, and aims to align development and defense by leveraging the unique capabilities and skill sets of both organizations to advance the U.S. national-security goals and values through joint/combined planning (steady-state and crisis/contingency); the joint development of policy/doctrine; and joint/combined training, education, and engagement.

<u>Geographically Aligned Focus</u>:  CPS/CMC facilitates and strengthens USAID's relationship with geographically aligned DoD agencies and offices.  Activities include providing leadership and representation on USAID's equities as they relate to the plans, operations, and joint exercises of DoD's Geographical Combatant Commands (GCCs), including by deploying and managing a cadre of Senior Foreign Service Officers embedded in the GCCs as Senior Development Advisors (SDAs), Deputy Development Advisors (DDAs), and Development Advisors; establishing strategic regional civilian-military priorities in conjunction with key Agency stakeholders; acting as an information conduit on DoD's activities for USAID's Missions, Country Offices, Bureaus, and Independent Offices; coordinating all Mission Civilian-Military Coordinators (MC2) in collaboration with USAID's Regional Bureaus; and managing the integration of military representatives, including from GCCs, on assignment to USAID.

<u>Transnational/Cross-Sectoral Focus</u>: CPS/CMC facilitates and strengthens USAID's relationship with DoD agencies and offices focused on transnational or cross-sectoral technical matters. Activities include coordinating USAID's policy, strategy, planning, and programming efforts with the Office of the Secretary of Defense and the Joint Staff at the pentagon and Special Operations Command (SOCOM); leading the Agency's efforts to advance global development interests in DoD's policy, doctrine, and strategy; leading the Agency's policy development related to interacting with DoD; ensuring the representation of USAID's equities during military planning and operations; providing technical support to all MC2s, in conjunction with technical/pillar Bureaus (Global Health, Resilience and Food Security, Humanitarian Assistance, etc.); and managing the integration of military officers who are serving with USAID on global issues.

<u>Learning and Outreach</u>: CPS/CMC facilitates and strengthens operational, learning, and outreach efforts to target the improvement of USAID and DoD's understanding of each other's capabilities and overlapping areas that affect development and U.S. national security. CPS/CMC serves as the base for Agency personnel who are serving as faculty at the National Defense University and its branches (the War Colleges) or other DoD academic and training institutes.

### 101.3.1.17   Bureau for Democracy, Human Rights, and Governance (DRG)
Effective Date: 09/27/2023

The Bureau for Democracy, Human Rights, and Governance (DRG) is the technical lead at USAID for DRG assistance and policy to improve the resilience of democratic societies. Through the DRG Bureau, USAID embeds DRG and anti-corruption as critical components of inclusive and sustainable development and ensures that democracy, human rights, and anti-corruption considerations are infused into policy decisions, programming, public outreach, and partner engagement.

The DRG Bureau provides technical advice and policy guidance to the Administrator and Deputy Administrators, Regional Bureaus, Pillar Bureaus, Missions, and central B/IOs on matters related to DRG. It elevates and unifies USAID's DRG equities in the USG interagency, as well as coordinates to advance DRG objectives with a range of partners such as donors, international organizations, implementing and civil society partners, and the private sector.

The DRG Bureau is led by an AtA and three DAAs. The AtA provides counsel directly to Agency leadership on critical developments on DRG, represents USAID in senior-level decision making fora, and aligns resources to meet emerging threats to and opportunities for democratic development around the world.

   **a. The Office of the Assistant to the Administrator (AtA/DRG),** referred to as the DRG Front Office (FO), contains the principals leading the DRG Bureau (AtA and

08/07/2024 Partial Revision

DAAs), as well as the Senior Advisors and general support staff. The DRG FO leads the Bureau, ensuring that USAID is seizing opportunities to elevate DRG, anticipating and getting ahead of future threats and challenges to democratic development, and bringing its deep expertise and diverse perspectives into policy debates, programming decisions, and resource allocation. The AtA and DAAs in the DRG FO oversight of offices in the Bureau ensures tangible results in the advancement of democracy and the accomplishment of DRG's mission.

b. **The Office of Global Trends and Technology (DRG/GTT)** responds to emerging trends and threats to democracy, including digital repression, polarization, information manipulation, and transnational authoritarianism, and develops new ways to advance the development and dissemination of democracy-enhancing technology. This office supplies intellectual leadership on democratic resilience and countering authoritarianism, and helps to infuse new approaches and methods across the DRG Bureau.

c. **The Office of Elections and Political Processes (DRG/EPP)** provides technical leadership and support on elections and political transitions to USAID Missions, Washington Bureaus, other USG entities, and the broader DRG community. This office supports specific USAID development programs in areas including democratic and transparent elections, political processes through strengthened electoral administration, domestic and international election observation and monitoring, mitigating or preventing electoral violence, civic and voter education, electoral cybersecurity and disinformation program designs, political party strengthening, and political participation.

d. **The Office of Justice, Rights, and Security (DRG/JRS)** focuses on the rule of law, human rights, and security sector reform. It supports the independent, efficient, and transparent administration of people-centered justice; improves access to justice; prevents and ensures accountability for human rights violations, including trafficking in persons and mass atrocities; and constrains the arbitrary exercise of power by governments and security forces.

e. **The Governance Office (DRG/GOV)** supports resilient, transparent, and accountable executive and legislative institutions at all levels of government. It strengthens governments' capacity to provide responsive services, mobilize and spend public resources, and promote locally-owned development and inclusive economic growth.

f. **The Office of Civil Society, Labor, and Media (DRG/CLM)** provides technical leadership and support on strengthening capacity, effectiveness, and sustainability of civil society, media, and labor to USAID Missions and Washington Bureaus, other USG entities, and the broader DRG community. This office supports specific USAID development programs that promote respect for the freedoms of association, assembly, and expression, including those that

advance internet freedom, positive youth development, and digital democracy, and that prevent and mitigate mis-dis-mal-information.

g. **The Anti-Corruption Center (DRG/ACC)** leads USAID's efforts to tackle the fight against corruption within countries and transnationally through a multipronged, multisectoral approach. To advance this mandate, the Center mobilizes broad-based coalitions and partnerships, elevates anti-corruption considerations in policy making, catalyzes innovation and experimentation, and serves Missions and the broader community with cutting-edge and responsive technical support and thought leadership.

h. **The Office of Policy, Learning, and Integration (DRG/PLI)** leads on and coordinates the Bureau's engagement on USG-wide, Agency-wide, and sector-wide policies, strategies, and initiatives. The office advances the thoughtful integration of DRG and other sectors in order to promote democratic resilience in concert with other Agency goals. It offers the global DRG staff access to high-quality data, evidence, and learning – and supports that staff in making use of these for activity design, implementation, and evaluation. In addition, the office houses regional experts who will shape regional strategies, advocate for the alignment of DRG resources to needs and opportunities, and serve as key interlocutors with DRG staff in USAID Missions and Bureaus.

i. **The Office of Management and Cadre Support (DRG/MCS)** serves as the hub for management support and engagement with USAID's global DRG staff (the "cadre"), by promoting resilience, DEIA, as well as professional development for DRG staff across all hiring mechanisms. In addition to broad support to the cadre, this office houses the Backstop 76 Coordinator for Foreign Service Democratic Governance and Peacebuilding Officers.

j. The **Program Office (DRG/PO)** manages program functions for the DRG Bureau to operate efficiently and effectively. The PO leads, coordinates, and provides guidance for the Bureau on: a) strategic planning, project design, and procurement management; b) all aspects of budgeting and financial management; c) statutory compliance (including environment), performance monitoring and reporting; and d) strategic communications and outreach. The PO defines Bureau-wide processes, sets standards, develops systems, and liaises with intra/interagency stakeholders (e.g. State/F, PLR/BRM, M/OAA, LPA, Congress, etc.).

08/07/2024 Partial Revision

**101.3.1.18    Bureau for Global Health (GH)**
Effective Date: 11/03/2023

The **Bureau for Global Health (GH)** is the Agency's center of excellence and focal point in providing worldwide leadership and technical expertise in the areas of child and maternal health and nutrition, HIV/AIDS, infectious disease, population, family planning and related reproductive health, and health systems. As such, the Bureau aligns resources with identified public health and development needs, and influences the global health priorities of the U.S. private sector, U.S.-based foundations, other donor organizations, host country governments, and host country civil society organizations. It also serves as the primary source of technical expertise and intellectual capital to the Agency and other U.S. foreign affairs agencies. The Bureau is the Agency repository for state-of-the-art thinking in biomedical, social science, and operations research and works to produce technical advances and innovations that can be disseminated and replicated at USAID Missions throughout the world.

The Bureau provides program mechanisms (such as grants, cooperative agreements, contracts, and indefinite quantity contracts) and technical expertise to carry out the Agency's global health goals and to facilitate programmatic technical support to field Missions. It also provides field offices the technical and logistical support needed to meet these goals, which includes collaboration with other donors and USG partners. In the sector, GH helps ensure compliance with congressional directives and legislative intentions, and contributes technical content for mechanisms for overall program evaluation and performance measurement. Finally, the Bureau assists HR in workforce planning, recruitment, development, and assignment of headquarters and field staff in the population, health, and nutrition (PHN) sector. It serves as the "home" for PHN sector professionals and ensures that they are provided with the career support, training, and mentoring needed to meet sector requirements.

  a.  The **Office of the Assistant Administrator (AA/GH)** serves as the principal advisor to the Agency and the Administrator on broad technical and operational matters relating to the mandate of the Bureau. The AA/GH directs and supervises the Bureau, approving projects and programs and allocating resources among the Offices. The Office has ultimate responsibility for the quality of the Bureau's programs and the capacity of its workforce. It provides leadership on the design, implementation, review, coordination, and evaluation of GH initiatives, programs, and activities. It also ensures that the activities of the Bureau complement and support the broader goals of the Agency and are in compliance with legislation and Agency rules and regulations.

  b.  The **Office of Policy, Program, and Planning (GH/OPPP)** facilitates and supports the development of health sector strategies and action plans; develops annual budget requests, performance and Operational Plans, performance reports, and Congressionally mandated sector-wide reports; and develops and implements procurement plans that result in timely completion of Bureau

acquisition and assistance actions and facilitate worldwide use of GH-managed contracts, agreements, and grants. The Office ensures Bureau compliance with Congressional and Agency budget guidance, while supporting technical offices in planning, tracking, and obligating funds, and serves as the Bureau's primary liaison with M/OAA. The Office:

- Provides leadership, advice, and support for GH's overall strategic direction, resource allocation, and procurement planning;

- Works across the Bureau's technical offices to promote program integration and coordination;

- Supports efforts to monitor and promote effective programs and the achieving GH objectives;

- Is fully engaged in appropriate Bureau performance monitoring and evaluations;

- Serves as a central repository and Bureau-wide disseminator of relevant cross-cutting trends, issues and information for the sector; and

- Provides critical advice and support for the Bureau's donor coordination activities and serves as a focal point of contact for bilateral and multilateral donors, foundations, universities, and the commercial sector.

GH/OPPP's organizational structure consists of two Divisions plus the Bureau Environmental Officer. The Bureau Environmental Officer reports to the Director and carries out the Agency Regulatory 216 requirements concerning environment assessment and compliance. The Office is composed of two Divisions:

1. The **Strategy, Analysis, Evaluation and Outreach Division (GH/OPPP/SAEO)** leads the Bureau review of strategic plans and coordinates their approval. The Division:

   - Liaises with State/F regarding Agency strategy, policy development, and implementation;

   - Conducts analyses and provides written inputs for annual reports and other Agency performance reporting requirements;

   - Serves as the primary GH resource for USAID evaluation policies and practices;

- Oversees implementation of the Bureau evaluation plan and analyzes and disseminates evaluation findings, conclusions, recommendations and best practices, as appropriate; and

- Provides analyses for GH planning and portfolio reviews.

SAEO provides Bureau-wide communications and knowledge management services.  The Division develops communications strategies; manages assigned Bureau actions; tracks written communications from A/AID and other sources; makes recommendations on meetings for A/AID and AA/GH related to GH programs; works with LPA to prepare and edit speeches, presentations, and reports; serves as liaison with LPA on congressional and public communications and manages the Bureau web sites.

2. The **Program Implementation and Budget Management Division (GH/OPPP/PIBM)** ensures that OYB allocations are consistent with the budget and adjusted throughout the year to ensure maximum opportunity for achieving objectives; rolls down funds through Phoenix for timely implementation of the program budget, staff travel, and training; and oversees the development of procurement plans for both program and OE acquisitions. The Division:

- Ensures the timely completion of obligating documents;

- Liaises with M/CFO and M/OAA;

- Consolidates fiscal information for Bureau programs;

- Provides oversight on databases that track Bureau instruments, especially with regard to Minority Serving Institutions and Small and Disadvantaged Businesses;

- Prepares analyses of the field support process; and

- Assists the SAEO Division with the annual portfolio review process for the Bureau.

GH/OPPP/PIBM oversees how OE budgets are used and monitors Bureau Cognizant Technical Officer's (CTO's) performance, while ensuring that their training needs have been identified and met. The Division is responsible for reviewing GH office program budgets and recommending adjustments based on overall insights, political priorities, and external factors.

c. The **Office of Country Support (GH/OCS)** is the Bureau for Global Health's hub to provide broad, strategic assistance and support to countries and Missions. OCS provides critical support for health teams to understand and manage new challenges and business practice changes as health initiatives evolve. The OCS interfaces with GH element offices, Regional Bureaus, other Pillar Bureaus and interagency colleagues to ensure coordinated strategic, technical and programmatic assistance to countries. OCS leads the Global Health Country Team System, drawing on GH staff expertise across offices, fostering country representation from a "whole of health" program perspective. The Office is composed of three main function areas.

   1. The **Core Country Assistance** area:

      ● Provides high-quality, strategic information and advice on country context;

      ● Ensures representation of an integrated approach to Mission programs and support Mission health teams with coordinated and integrated technical and programmatic assistance, particularly related to implementation of country strategies, and current operating principles and/or priorities;

      ● Arranges coordination of GH inputs into mandated country planning and reporting processes, including the Operational Plan (OP), Performance Plan and Report (PPR) and Country Development Cooperation Strategies (CDCS);

      ● Provides leadership internally and in the interagency on country support for the development and implementation of country strategies and new initiatives; and

      ● Collaborates with Regional Bureaus and relevant GH offices on resolution of programmatic, management and budget issues/concerns.

   2. The **Core Cross-Country Analytical** area:

      ● Documents salient health and development issues, (e.g., transitioning country programs, CDCS, represent country perspective on IPR);

      ● Supports critical south–to-south learning through analysis of better business practices within Global Health to support Missions in country strategic planning and programming decisions; and

- Supports countries and GH country teams with wide understanding of GH, Agency, and interagency-wide strategic reform and interface with and impact on country health programs.

3. The **Management of GH Country Team System** area ensures HQ country leads and teams stay up-to-date in Agency and GH program design and management priorities related to field programs. Country Teams are recognized as a critical conduit for ensuring up-to-date technical, policy, and strategic reform information to countries; coordinating technical expertise to support programs; implementation; and application of the current priorities and initiatives. This area:

- Assists field teams in strategic planning, procurement, implementation, evaluation, and reporting;

- Advocates and represents Mission health team interests in Washington to ensure appropriate resources and support are provided;

- Supports the field staff/professionals for coverage to help USG health teams cope with staff absences or work surges;

- Orient new staff and facilitate meetings for field staff on TDY in Washington, D.C;

- Work across the Agency (GH, Regional and other Bureaus) and across USG headquarters to ensure appropriate staffing, staff development and regular state-of-the-art updates/training; and

- Collaborates with Regional Bureaus to ensure coordinated seamless support drawing on the comparative resources that GH and Regional Bureaus can offer to support country teams.

d. The **Office of Professional Development and Management Support (GH/PDMS)** carries out the professional staff development, personnel, administration, and management functions of the Bureau for Global Health. GH/PDMS staff manage the professional development activities (including training) and work assignments in Washington and overseas.  GH/PDMS coordinates intra-Bureau teams in the areas of:

- Human resources and development programs;

- Personnel planning;

- Oversight of the Operating Expense budget;

- Management of essential records and Continuity of Operations Plan; and

- Management of administrative services, space planning, procurement, and office supplies.

It also works with Bureau offices and HR on the assignment, promotion, training, career development, and performance evaluation of Bureau employees, as well as those deployed in the PHN sector worldwide. GH/PDMS is composed of two teams that are respectively responsible for professional development and administrative services.

e. The **Office of Population and Reproductive Health (GH/PRH)** provides strategic direction, technical leadership, and support to field programs in population, voluntary family planning, and related reproductive health. It manages programs that advance and apply state-of-the-art technologies, expand access to quality services, promote healthy behaviors, broaden contraceptive availability and choices, and strengthen policies and systems to address family planning and reproductive health needs. USAID is the largest bilateral donor in the health sector in the world, and the Office plays a technical leadership role for the Agency at international conferences and high-level consultations with other donors on health, population, voluntary family planning, and reproductive health. The Office:

- Provides input to decisions concerning the strategic allocation of financial and human resources in the sector and assists in designing, implementing, monitoring, and evaluating programs;

- Provides a broad range of technical assistance to field Missions;

- Ensures compliance with congressional and Administration priorities, directives, and restrictions; and

- Provides information on USAID's population, family planning and reproductive health programs.

The Office is composed of four Divisions.

1. The **Research, Technology, and Utilization Division (GH/PRH/RTU)** provides technical leadership in building scientific and empirical knowledge and ensures its use in the design and implementation of effective, efficient, high-quality family planning, and reproductive health programs.

2. The **Commodities Security and Logistics Division (GH/PRH/CSL)** ensures the long-term availability of a range of high-quality contraceptives, condoms, and other essential health supplies.

3. The **Service Delivery Improvement Division (GH/PRH/SDI)** develops and applies innovative strategies that improve the performance of individuals, organizations, and systems for the sustainable delivery of quality reproductive health and family planning services.

4. The **Policy, Evaluation, and Communication Division (GH/PRH/PEC)** (with Bureau-wide responsibilities) works across the entire portfolio of Global Health activities to improve the collection, analysis, and use of data in policymaking and program planning; and promotes policies, behavior change and community norms that result in improved reproductive and health outcomes.

f. The **Office of HIV/AIDS (GH/OHA**) has overarching responsibility for the full range of USAID's HIV/AIDS programs and serves as the Agency's lead office for implementing the interagency President's Emergency Plan for AIDS Relief (PEPFAR). GH/OHA's primary functions are to provide strategic direction, technical leadership, and support to field programs, and to effectively manage headquarters programs devoted to ending the global HIV/AIDS epidemic. As a lead partner in the PEPFAR interagency process, GH/OHA makes decisions concerning the strategic allocation of financial and human resources in the sector and provides leadership in designing, implementing, monitoring, and evaluating HIV/AIDS programs. This entails:

- Ensuring the technical integrity of USAID's headquarters and mission strategies and programs;

- Providing global technical leadership on the full range of interventions related to HIV/AIDS prevention, care, and treatment;

- Leading HIV/AIDS research programs;

- Supporting USAID Missions in working with partners and other government agencies; and

- Monitoring, evaluating, and reporting on the impact of the Agency's HIV/AIDS programs in support of PEPFAR goals.

GH/OHA is composed of eight Divisions and 25 Branches:

1. The **Budget and Operations Division (GH/OHA/BOP)** is responsible for coordinating OHA's interactions with the GH Bureau's lead administrative

(GH/PDMS) and program (GH/PPP) offices. GH/OHA/BOP's role is to oversee administrative, financial, budget and program operations activities internally within OHA, and to provide GH/PDMS and GH/PPP with essential PEPFAR-specific context in addressing OHA's management needs. The Division:

- Liaises with GH/PDMS on all human resources matters related to OHA's direct-hire and non-direct-hire staff, providing technical and programmatic input uniquely relevant to the PEPFAR interagency context;

- Coordinates with GH/PPP regarding OHA's budget and resource management activities, to ensure that fiduciary responsibilities related to PEPFAR programs are funded and implemented in accordance with established interagency policies and procedures;

- Provides PEPFAR technical and programmatic context to GH/PPP for internal USAID financial and budgetary analysis; and

- Conducts PEPFAR interagency financial and budgetary analyses that extend beyond the scope of GH/PPP's Agency-level responsibilities.

GH/OHA/BOP contains one Branch:

(a) The **Budget Branch (GH/OHA/BOP/BUD)** leads OHA's internal budget analysis and financial oversight functions. The Branch provides USAID and USG budget and financial offices, including GH's lead policy office (GH/PPP), with PEPFAR-specific information to ensure that fiduciary responsibilities related to PEPFAR are carried out in accordance with established organizational and federal statutes, policies, procedures and regulations. The Branch oversees and monitors the Office's day-to-day financial activities, informing the OHA leadership of key financial and budgetary issues relevant to the effective and efficient operation of programs. The Branch leads in conducting analyses of the budgetary aspects of PEPFAR program planning and implementation, contributing to interagency analysis of obligation, outlay, and pipeline data. The Branch leads in all aspects of financial and budgetary reporting consistent with applicable procedures and regulations.

**2.** The **Strategic Coordination and Communication Division (GH/OHA/SCC)** serves as the primary liaison between OHA and key global HIV/AIDS implementers and stakeholders. The Division:

- Serves as the principal point of contact between USAID headquarters and Missions in supporting the planning and implementation of effective HIV/AIDS programs;

- Supports the communication needs of the Office of HIV/AIDS; and

- Nurtures external partnerships with multilateral entities such as UNAIDS, the Global Fund to Fight AIDS, Tuberculosis and Malaria and other international organizations and partners.

GH/OHA/SCC is composed of three branches:

**(a)** The **Multilateral Branch (GH/OHA/SCC/MUL)** focuses on facilitating and supporting USAID's partnerships with multilateral entities such as the Global Fund and UNAIDS. The Branch coordinates program and policy activities between USAID, USG agencies, the Global Fund, and UNAIDS, and supports USAID Missions on country-specific Global Fund and UNAIDS-related issues.  The Branch also provides technical leadership at headquarters on multilateral issues. The Branch is responsible for planning, managing, and monitoring HIV and cross-cutting technical assistance mechanisms to support Global Fund programming.

**(b)** The **Regional Advisors Branch (GH/OHA/SCC/RA)** serves as OHA's primary point of contact for USAID Missions seeking headquarters support for their full range of HIV and AIDS programming. Through ongoing advocacy and coordination of technical and management assistance, the Branch works across OHA, USG agencies, and the Missions to ensure effective outcome-driven PEPFAR programming. The Branch coordinates communications of PEPFAR policies and processes to the field and coordinates feedback on all aspects of program challenges from the field to headquarters.

**(c)** The **Communications Branch (GH/OHA/SCC/COM**) promotes consistent and effective messaging on USAID's role in PEPFAR programs and in creating an AIDS-free generation. The Branch is OHA's focal point for public affairs and communications support, working across USAID, USG agencies, and implementation partners. The Branch provides assistance for OHA events and announcements, manages the OHA Web and social media platforms, and coordinates with the USAID's Legislative and Public Affairs Bureau and Development Outreach Coordinators in USAID Missions.

3. The **Supply Chain for Health Division (GH/OHA/SCH)** leads OHA's commodities program in support of PEPFAR. The Division:

- Manages the procurement and supply of commodities;

- Provides technical leadership to ensure supply chain sustainability in countries by collaborating with USG and international partners; and

- Supports USAID Missions in their supply chain management programs and provides emergency supply chain assistance as requested by Agency leadership.

GH/OHA/SCH is composed of two Branches:

(a) The **Supply Chain Management Branch (GH/OHA/SCH/SCM)** manages the Global Health Supply Chain project in headquarters and supports HIV/AIDS supply chain programs in field Missions. The Branch reviews and monitors country procurement plans to ensure robust logistics strategies and technical assistance. The Branch conducts and coordinates supply chain market intelligence and analysis, and provides support to Missions on HIV-related commodity supply chain procurement and supply chain strategies. In addition, the Branch takes the lead in collaborating across USAID on supply chain public-private partnerships.

(b) The **Supply Chain Technical Branch (GH/OHA/SCH/SCT)** provides technical leadership in all aspects of supply chain management. The Branch promotes strategies for optimal procurement of laboratory and diagnostic products to support PEPFAR supply chain programs. The Branch also advocates for effective management information systems to monitor all aspects of supply chain functions, including warehousing and distribution of commodities. Through strong quality assurance policies, manufacture audits, and product testing, the Branch ensures that PEPFAR programs are sustainable and meet high technical supply chain industry standards.

4. The **Priority Populations, Integration and Rights Division (GH/OHA/PIR)** provides technical leadership and support to Missions in effectively planning, implementing, and monitoring cross-cutting approaches to the HIV/AIDS response. The PIR Division has a specific emphasis on priority and key populations, including orphans and vulnerable children (OVC), youth, integrated services (family planning/HIV, nutrition/HIV), gender, and human rights. The Division:

- Designs and manages projects that support implementation and scale up of country and regional programs to achieve PEPFAR goals and targets;

- Provides technical and programmatic expertise to develop sounds strategies, policy guidance, and plans for implementation of HIV/AIDS programs; and

- Participates on cross-cutting teams and collaborates closely with other USAID and USG agencies to plan, coordinate, and support service delivery programs for priority and key populations.

GH/OHA/PIR is composed of five Branches:

**(a)** The **Orphans and Vulnerable Children Branch (GH/OHA/PIR/OVC)** provides technical leadership to generate evidence and disseminate policies, tools, and other resources for effective OVC programming. These include socio-economic interventions to preserve families and strengthen child welfare and protection systems at the community and national levels. The Branch supports capacity building in the field for timely and accurate data reporting; recruitment and supervision of local OVC partners; and completion of strategic procurement actions in accordance with USAID, PEPFAR, and USG strategies and guidance.

**(b)** The **Gender and Sexual Diversity Branch (GH/OHA/PIR/GSD)** provides technical leadership to advance programs which achieve gender equality and support sexual diversity for improved HIV outcomes. The Branch builds capacity at headquarters, Missions, and implementing partners to identify and address issues affecting the vulnerability to HIV and access to HIV continuum of care of men and women, boys and girls, and gender and sexual minorities (GSM). The Branch generates and disseminates evidence, policies, and resources to implement gender and HIV interventions. The Branch leads USAID, PEPFAR, and multilateral efforts to provide guidance and collaboration on gender-equitable programming, gender based violence prevention and response, and stigma-reductions efforts for GSM and priority populations. The Branch also supports the broader PEPFAR human rights agenda.

**(c)** The **Youth Branch (GH/OHA/PIR/YTH)** provides technical leadership on policies and programs relating youth (primarily ages 10-24) at risk of, vulnerable to, and infected or affected by HIV/AIDS. The Branch builds capacity at headquarters and Missions to provide evidence-based, culturally and age-appropriate

programs to support the full continuum of prevention, care, and treatment responses for youth. The Branch maximizes collaboration across USAID, USG agencies, and other donors to support cross-sector interventions to meet the holistic needs of youth.

**(d)** The **Integrated Services Branch (GH/OHA/PIR/INT)** provides technical leadership and support to the field on integrated and multi-sector HIV and AIDS programs, including family planning/HIV, nutrition/HIV, and maternal and child health/HIV. The Branch collaborates across USAID and USG agencies to provide clinical, technical, and program management expertise to develop and disseminate multi-sector policy guidance and to maximize outcomes from integration of diverse services.

**(e)** The **Key Populations and Rights Branch (GH/OHA/PIR/KPR)** advances technical leadership to achieve PEPFAR goals for key populations, including men who have sex with men, transgender people, sex workers, and people who inject drugs. The Branch supports programs that work with civil society, key population networks, and development partners to promote policies that reflect rights-based approaches and to expand community engagement. The Branch works with USG agencies and governments to promote high quality prevention, care, and treatment programs for key populations. The Branch also leads on the broader PEPFAR human rights agenda to expand HIV services and to reduce violence for all people, including LGBT.

5.  **Strategic Information, Evaluation and Informatics Division (GH/OHA/SIEI)** provides strategic direction, technical leadership, and support to OHA and USAID Missions in managing and utilizing data systems. The Division focuses on building capacity in program monitoring, surveillance, and evaluation to increase the impact of programs on the HIV epidemic and to demonstrate accountability for PEPFAR funded programs at headquarters and in the field. The SIEI Division:

   ● Strengthens program and expenditure data reporting, quality, analysis, and use for strategic planning and program improvement;

   ● Provides technical expertise to develop and strengthen strategic information systems, including health information and surveillance systems;

   ● Builds the capacity of Missions to effectively manage their strategic information systems and use data for decision-making to provide accountability, oversight, and management of PEPFAR programs and partners;

- Provides technical expertise to advance the use of expenditure data for increasing transparency, oversight, and accountability across programs to achieve the greatest impact in the HIV/AIDS response; and

- Manages and coordinates in-country health information systems and health information technology through support of data standards and interoperability.

GH/OHA/SIEI is composed of four Branches:

**(a)** The **Health Informatics Branch (GH/OHA/SIEI/HI)** provides technical leadership to promote and implement a wide range of health information technology products, systems, tools, and research for improved HIV/AIDS outcomes. The Branch leads the development, deployment, and maintenance of USAID data management systems that support PEPFAR programs. The Branch strengthens the capacity of personnel to use advances in electronic health information systems. It facilitates effective use of country health data through the promotion of data standards and interoperability along with approaches for improved dissemination and accessibility of health data. The Branch also conducts research and evaluations to improve health information systems.

**(b)** The **Evaluation Branch (GH/OHA/SIEI/EVAL)** provides technical support to headquarters and Missions to plan, implement, and use evaluation findings to inform HIV/AIDS programs and accelerate epidemic control. The Branch increases USAID's capacity to plan, budget, and implement high-quality evaluations, and uses evaluation findings to improve PEPFAR programming.  The Branch also supports and provides technical leadership to set, promote, and monitor evaluation standards through partnership with host-country governments, implementing partners, multilateral institutions, and other stakeholders.

**(c)** The **Expenditure Analysis Branch (GH/OHA/SIEI/EA)** provides technical expertise to advance the use of expenditure data for increasing transparency, oversight, and accountability across PEPFAR programs and to achieve the greatest impact in the HIV/AIDS response. The Branch supports headquarters and Missions by building capacity for expenditure data collection, analysis and application for strategic program planning, budgeting and management. The Branch conducts interagency and intra-agency analyses to understand program costs and assess the potential for increased efficiencies in program implementation. The

Branch supports harmonizing PEPFAR expenditures for reporting to national/partner country resource tracking initiatives.

**(d)** The **Strategic Information Branch (GH/OHA/SIEI/SI)** provides technical expertise to support and promote data-informed decision-making, through program monitoring, reporting, and analysis in order to target resources appropriately to achieve HIV epidemic control. The Branch supports headquarters and Missions by building capacity for program monitoring and surveillance to improve HIV/AIDS programs and to provide accountability, oversight, and management of programs and partners. The Branch focuses on strengthening PEPFAR and USAID program data for use in interagency and intra-agency analyses.

**6.** The **Systems and Program Sustainability Division (GH/OHA/SPS)** provides technical leadership and strategic direction on issues related to systems strengthening and financing of HIV/AIDS programs. The Division:

● Provides technical expertise to support health finance and economics program design and implementation. By increasing partner country domestic resource mobilization and strategic investments, PEPFAR seeks to strengthen country impact, accountability, and shared responsibility for coverage of prevention, care, and treatment services;

● Provides technical support to the Missions on the development and implementation of best practices and innovations related to human resources for health to improve HIV/AIDS outcomes and to sustain national HIV/AIDS programs;

● Supports analyses, designs, and implementation of total market approaches to improve the sustainability of USAID commodity programs, including condom social marketing; and

● Builds the capacity of local organizations (public, private, and civil society) for improved and more sustainable HIV/AIDS service delivery.

GH/OHA/SPS is composed of three Branches:

**(a)** The **Health Finance and Economics Branch (GH/OHA/SPS/HFE)** directs programs to increase sustainable financing for HIV/AIDS. The Branch informs health finance and economics program design and implementation to increase partner country domestic resource mobilization, resource allocation and strategic investments for HIV/AIDS. It provides technical expertise

*Text highlighted in yellow indicates that the material is new or substantively revised.*     115

and guidance in health finance and economics in support of HIV/AIDS programming to strengthen impact, accountability, and shared responsibility for coverage of HIV/AIDS prevention, care, and treatment services. The Branch supports policy advocacy on financing issues; finance and economic analyses; resource mobilization and allocation; technical efficiency and effectiveness; and private sector and innovative financing.

(b) The **Health Workforce Branch (GH/OHA/SPS/HWF)** provides technical leadership on the Agency's strategic approach to Human Resources for Health (HRH) for HIV/AIDS. The Branch provides technical support to the Missions on best practices and innovations in the field of HRH to achieve PEPFAR goals. The Branch supports evidence-based activities for health workforce programming to improve HIV/AIDS outcomes and to build sustainable national HIV/AIDS programs. The Branch supports data analysis and monitoring and evaluation activities for HRH programs in the field. It works with other USG offices to ensure strategic planning, coordination of investments, and USAID engagement in HRH.

(c) The **Capacity Building and Partnerships Branch (GH/OHA/SPS/CBP)** supports Missions and provides technical leadership to promote sustainable approaches to HIV/AIDS programming with other USG offices, partner governments, private sector and civil society partners. The Branch supports capacity strengthening of local organizations (public, private, and civil society) for improved and more sustainable HIV/AIDS service delivery and greater local country ownership. The Branch partners across OHA to strengthen programming in other HIV/AIDS technical areas, with a focus on strengthening local partnerships for condom distribution; supporting enhanced engagement and partnerships with the private sector; as well as overall sustainability planning, implementation, monitoring and evaluation of country HIV/AIDS programs.

7. The **Prevention, Care and Treatment Division (GH/OHA/PCT)** provides a combination of HIV/AIDS medical, technical, and programmatic expertise to support PEPFAR goals and to improve health outcomes. The Division:

- Delivers clinical and program expertise for quality HIV/AIDS prevention, care, and treatment;

- Designs and maintains HIV/AIDS service delivery programs and platforms;

- Analyzes key medical, social science, and programmatic data for effective HIV/AIDS service implementation;

- Advances the medical and scientific knowledge base for HIV prevention, care and treatment;

- Creates and sustains strategic partnerships to expand, improve, and maintain HIV prevention, care, and treatment services; and

- Provides leadership for HIV/AIDS prevention, care and treatment policy and guidance.

GH/OHA/PCT is composed of four Branches:

(a) The **Adult Clinical Branch (GH/OHA/PCT/ADLT)** provides scientific and clinical expertise to minimize HIV mortality and reduce HIV transmission through the effective identification and treatment of people living with HIV/AIDS. The Branch provides clinical and program leadership to optimize the delivery of lifesaving therapies and health services, including effective and efficient models of HIV testing, care, and treatment across a variety of populations and contexts. The Branch analyzes scientific, medical, and research findings to continually improve service delivery and develops HIV clinical and program guidance, including monitoring protocols. The Branch supports Missions through its clinical expertise to strengthen health systems and provide quality medical care in a chronic disease framework. The Branch also supports initiatives to develop new HIV therapeutics and diagnostics.

(b) The **Pediatric and Maternal Clinical Branch (GH/OHA/PCT/PM)** provides scientific and clinical expertise to avert HIV mortality and reduce HIV transmission through the effective identification and treatment of people living with HIV/AIDS, with an emphasis on children, adolescents, and pregnant and breastfeeding parents. The Branch provides clinical leadership to deliver quality pediatric and maternal HIV/AIDS prevention, care, and treatment programs and platforms. It analyzes key medical and programmatic data to advance the knowledge base for effective pediatric, adolescent, and maternal HIV/AIDS services. The Branch sustains strategic partnerships and provides leadership to promote high quality services and effective policies to improve outcomes for pediatric, adolescent, and maternal populations affected by HIV/AIDS.

(c) The **Behavioral and Structural Interventions Branch (GH/OHA/PCT/BSI)** provides technical and programmatic expertise to address individual behaviors, social and cultural norms, and

broader contextual factors that influence HIV risk, vulnerability, and health seeking behaviors. The Branch guides development of effective social and behavior change interventions and promotes robust community-level responses, in order to expand and sustain the use of high impact services across the prevention, care, and treatment cascade and contribute to positive health outcomes. The Branch applies multidisciplinary technical expertise and social science research findings to advance behavioral and structural approaches. It supports the headquarters and the Missions in the design and implementation of sound and gender-sensitive strategies and programs to reduce risk and vulnerability and to maximize uptake of, retention in, and adherence to key HIV interventions.  The Branch advises on strategies for engaging communities to strengthen local HIV responses and create sustained demand for high impact HIV interventions. The Branch provides technical assistance in quality assurance, monitoring, and outcome and impact evaluation for behavioral and structural interventions. It collaborates on developing a behavioral agenda to ensure uptake and appropriate utilization of and adherence to promising new biomedical innovations; and promotes integration of behavioral, structural and biomedical strategies within a comprehensive, multilevel and multi-sectoral response.

**(d)** The **Biomedical Prevention Branch (GH/OHA/PCT/BMP)** supports the development and implementation of biomedical interventions to prevent the transmission of HIV. The Branch provides clinical and program expertise to ensure quality biomedical HIV prevention service delivery programs and platforms. The Branch analyzes key medical, scientific and program data to design effective biomedical HIV prevention policies. The Branch also works to sustain strategic partnerships and to expand medical and scientific knowledge on biomedical HIV prevention.

**8.** The **Research Division (GH/OHA/RES)** provides technical leadership HIV/AIDS research. The Division:

● Develops the HIV/AIDS research agenda and cultivates strategic partnerships to implement HIV/AIDS research and technology development programs;

● Designs and manages biomedical and implementation research;

● Disseminates research findings and supports their programmatic and policy applications, including responding to research inquiries; and

*Text highlighted in yellow indicates that the material is new or substantively revised.*    118

● Supports sustainable capacity building for HIV/AIDS research.

GH/OHA/RES is composed of three Branches:

(a) The **HIV Vaccine Research Branch (GH/OHA/RES/VAC)** leads on HIV vaccine research and development (R&D). The Branch provides recommendations on program and portfolio priorities for new HIV vaccine research, while maintaining USAID's leadership in HIV vaccine science. The Branch prepares in advance and strategically for the integrated introduction of a safe and effective HIV vaccine and other HIV prevention technologies. It represents USAID in key technical discussions, at relevant scientific fora and in donor meetings. The Branch guides alignment of HIV Vaccine R&D portfolio and coordinates between HIV vaccine clinical trial sites in developing countries and PEPFAR-supported HIV prevention, care, and treatment programs.

(b) The **Implementation Science Branch (GH/OHA/RES/IS)** provides implementation research leadership to assess and improve HIV/AIDS service delivery, interventions, products and technologies in real-world settings. The Branch collaborates with research partners, program implementers, and policymakers to conduct implementation research and program evaluation. It supports sustainable capacity building for research and implementation science, and collaborates in research platforms and partnerships in developing countries. The Branch also promotes open data, dissemination, and translation of research results into policies and programs.

(c) The **Microbicides Research Branch (GH/OHA/RES/MIC)** designs and manages the microbicides research program, including evidence-based and collaborative assessment of technical and programmatic needs and development of new biomedical technologies for HIV prevention. The Branch defines strategic research and product development priorities and designs procurements. It provides technical and financial management oversight of projects and assesses technical progress. The Branch advances innovative science and supports research and technology development with a focus on the prevention needs of women and girls. The Branch cultivates partnerships with government leaders, civil society, and other stakeholders to expedite use of microbicides as safe and effective HIV prevention technologies.

**g.** The **Office of Infectious Disease (GH/ID**) is the Agency's lead for infectious disease programs and issues, and manages the Global Health Bureau's activities

and engagement in infectious diseases, including tuberculosis (TB), Neglected Tropical Diseases (NTDs), malaria under the President's Malaria Initiative (PMI), and Emerging Threat/Pandemic Preparedness and Response. GH/ID is responsible for technical direction and leadership and external engagement on infectious disease issues, including working with external partners, providing technical support to USAID's field missions and programs, and managing programs and centrally-managed infectious disease funding.

The Office is composed of four divisions:

1. The **Tuberculosis Division (GH/ID/TB)** provides technical leadership, project management, country support, and supports Agency requirements to lead the U.S. Government's international TB program. GH/ID/TB strategically directs financial and human resources to achieve the USG global TB strategy as well as the USAID implementation plan goals and objectives. GH/ID/TB provides support through prevention and care programs in countries implementing USAID supported TB activities, focusing on accelerating detection and treatment of TB; expanding prevention and treatment of multidrug resistant TB programs; scaling-up of TB-HIV integration; and developing TB service delivery platforms. GH/ID/TB manages USAID's TB research programs to identify new and improved drug regimens, other technologies to prevent and treat TB, and improved approaches to implementing TB programs. GH/ID/TB represents USAID and the U.S. Government in international fora as well as leads international TB for the USG interagency.

2. The **Malaria Division (GH/ID/MAL)** has primary responsibility for establishing the strategic priorities for the President's Malaria Initiative (PMI) and for leading the planning, implementation, oversight and results reporting for the initiative. The Malaria Division is responsible for supporting the US Global Malaria Coordinator on the global stage and with Principle Actors across USG Agencies involved in international malaria control and elimination efforts. The Malaria Division provides technical guidance and implementation support to PMI priority programs across Africa, Southeast Asia, and Latin America. The Malaria Division is responsible for technical oversight of PMI country programs including oversight of the country malaria program's financial and implementation management. The Malaria Division also has responsibility for managing malaria cooperative agreements and contracts including malaria commodities procurement, vector control, and malaria case management activities and USG support to global programs and partnerships. In addition, the Division is responsible for managing operational research studies and new malaria drug, insecticide, and vaccine research investments.

   The Malaria Division is composed of three Branches:

(a) The **Malaria Prevention Branch (GH/ID/MAL/PREV)** develops technical guidance for PMI's prevention efforts and provides technical assistance and implementation support to malaria prevention activities in the field, including insecticide-based interventions to prevent malaria transmission and interventions designed to prevent malaria during pregnancy. GH/ID/MAL/PREV provides technical leadership to help countries monitor and address the threat of insecticide resistance and focuses on helping countries to scale up, maintain, and refine effective malaria prevention programs.

(b) The **Case Management, Monitoring and Evaluation, and Operations Research Branch (GH/ID/MAL/CMME)** develops technical guidance and provides technical assistance and implementation support for PMI's malaria diagnosis and treatment activities in the field and technical leadership to help countries minimize the threat of drug resistance. GH/ID/MAL/CMME is responsible for monitoring and reporting on the impact of the Division's activities and PMI's overall efforts. CMME also provides technical expertise for country-level survey implementation and surveillance strengthening activities. Finally, CMME provides leadership, technical assistance, and oversight to PMI's operational research studies that focus on how to improve the uptake and scale-up of interventions, cost-effectively implement combinations of interventions, preserve the effectiveness of interventions, and measure the success and impact of interventions.

(c) The **Commodities Procurement Branch (GH/ID/MAL/COM)** provides technical assistance, implementation support, and policy guidance to ensure the availability of high-quality antimalarial drugs, insecticide-treated materials, and other malaria commodities for PMI programs. GH/ID/MAL/COM directly manages and oversees PMI's malaria commodities procurement for PMI countries as well as provides technical and programmatic expertise in supply chain management strengthening.

3. The **Neglected Tropical Diseases Division (GH/ID/NTD)** provides the technical leadership, program implementation, and financial management for the Agency's centrally funded Neglected Tropical Diseases (NTDs) Program. GH/ID/NTD provides the direction concerning the strategic allocation of financial and human resources in the sector and in designing, implementing, monitoring, and evaluating programs. The primary focus of NTD funding is on activities that control and/or eliminate the burden of NTDs that can be addressed with effective and wide-scale strategies such as mass drug administration with preventive chemotherapy and other

proven interventions. GH/ID/NTD prioritizes neglected tropical diseases with proven interventions that benefit from drug donation programs, including lymphatic filariasis, schistosomiasis, trachoma, onchocerciasis, and three soil-transmitted helminths (hookworm, roundworm, and whipworm).

4. The **Emerging Threats Division (GH/ID/ETD)** provides the technical leadership, program implementation, and financial management for the Agency's centrally funded pandemic threats program, and provides support for response to other infectious disease emerging threats. The goal of the program is to minimize the global impact of existing pandemic threats and pre-empt the emergence and spread of future pandemic and major infectious disease threats. GH/ID/ETD draws on expertise from across the animal and human health sectors to build regional, national, and local "One Health" capacities for the promotion of measures and practices for prevention of disease emergence, and for early detection and rapid deployment of effective countermeasures should a new disease threat emerge.

h. The **Office of Maternal and Child Health and Nutrition (GH/MCHN)** serves as the Agency's technical and policy lead on maternal and newborn health; child survival; immunization; and nutrition, with a focus on ending preventable child and maternal deaths. Cross-cutting activities managed by the Office in support of this goal address private sector partnerships, community health systems, social and behavior change communication, multilateral partnerships, gender, and monitoring and evaluation. The MCHN office contributes to the achievement of the Agency's Feed the Future goals as well as those laid out in the Agency's Multi-sectoral Nutrition Strategy and Water and Development Strategy.

The Office consists of four divisions:

1. The **Maternal and Newborn Health Division (GH/MCHN/MNH)** provides technical and policy leadership, and support to the field, in state-of-the-art approaches to accelerating reductions in maternal and newborn mortality, focusing on the USAID assisted countries with the highest burdens of mortality and using evidence-based approaches to scale-up proven interventions to address the leading causes of mortality. The Division manages diverse activities to achieve this goal, including cross-cutting as well as focused technical assistance and multi-stakeholder partnerships with private sector, non-governmental organizations, and professional associations.

2. The **Child Health and Immunization Division (GH/MCHN/CHI)** provides technical and policy leadership addressing the leading killers of children in the post-neonatal period. This includes treatment of pneumonia and diarrhea, vaccine-preventable diseases, as well as emerging issues

brought about by the shifting disease burden. The Division also manages the Agency's significant investments in Gavi, the Vaccine Alliance as well as our contributions to the Global Polio Eradication Initiative.

3. The **Nutrition and Environmental Health Division (GH/MCHN/NEH)** provides technical leadership and direction in nutrition, micronutrients, food security, and a range of environmental health issues. The Division focuses on maternal, infant and young child nutrition, micronutrient supplementation, food fortification, and developing innovative products to improve diet quality for sustainable nutrition and food security programming. The Division also focuses on safe water, sanitation, and hygiene, as well as improvements in poor indoor air quality, with a strong emphasis on behavior and household-level interventions.

4. The **Research and Policy Division (GH/MCHN/RP)** is responsible for technical leadership, guidance, and coordination to advance the integrated use of policy, data, research, and development to accelerate the uptake, scale-up, and sustained effective use of maternal, newborn, child, nutrition and food security and environmental health programming. The Division brings together a multidisciplinary team of implementation research, community systems development, policy understanding, social and behavior change, and monitoring and evaluation experts who manage a portfolio of activities as well as work in conjunction with various stakeholders to use analytical and policy tools to reduce mortality, severe morbidity, and advance sustained development.

i. The **Office of Health Systems (GH/OHS)** is the Bureau and the Agency's center of excellence and focal point in providing worldwide leadership and technical expertise in health systems strengthening. Health systems strengthening is a process that concentrates on ensuring that people and institutions, both public and private, undertake core functions of the health system (governance, financing, service delivery, health workforce, information, and medicines/vaccines/other technologies) in a mutually enhancing way, to improve health outcomes, protect citizens from catastrophic financial loss and impoverishment due to illness, and ensure consumer satisfaction, in an equitable, efficient, and sustainable manner. The Office is responsible for the health systems strengthening strategy, knowledge and talent management, and field and program support. The Office is composed of two teams.

1. The **Strategic Direction and Network Team** leads a network of health systems strengthening colleagues throughout the Bureau in the development of USAID's agenda and strategy to promote effective, sustainable, country-owned health systems capable of advancing reproductive, maternal, neonatal and child health and nutrition; combating infectious diseases including HIV/AIDS, malaria, tuberculosis and neglected tropical diseases; and addressing emerging public health

priorities. The Team leads the Agency's health systems research efforts including development of a research portfolio and of metrics and tools for measuring health systems improvements. It tracks and works to align USAID resources, funds, and programs for health systems strengthening with this agenda. The Team also works to influence the priorities of others to support this agenda and strategy, including other USG agencies, host country governments, donors, firms, and civil society.

The Team is USAID's hub for generating, capturing, and sharing state-of-the-art knowledge on the factors that contribute to strengthening health systems, including experiential knowledge, and including complex systems thinking, service delivery, community engagement and outreach; governance, finance, human resources, drugs and technology including information and communications technology; information, and public-private partnerships. The Team works with other offices in the Bureau, Missions, Regional Bureaus, and partners to advance health systems strengthening knowledge and innovations and to promote country uptake. The Team serves as the hub of USAID's talent management in health systems strengthening. It works to grow and nurture USAID's technical expertise and intellectual capital in health systems strengthening within USAID for the Bureau, Missions, Regional Bureaus, and among health systems practitioners and health-related institutions in developing countries. The Team works with PDMS and others to ensure basic health systems strengthening knowledge among all health officers, and to build a cadre of USAID health systems strengthening specialists. To accomplish this, the Team develops and facilitates recruitment, training, professional development, staff rotations and exchanges, and networking opportunities.

2.  The **Program and Field Implementation Team** manages and supports USAID programming in health systems strengthening. To support field Missions, the office works with CSO, other GH offices, and Regional Bureaus to ensure expert technical support in health systems strengthening to Missions for health systems assessment, strategy development, project design, monitoring and evaluation. The Team manages activities and develops and manages central program mechanisms (such as partnerships, grants, cooperative agreements, and contracts) that are essential to enable USAID to achieve its vision of effective, sustainable, country-owned health systems and not available elsewhere in the Agency.

### 101.3.1.19   Bureau for Humanitarian Assistance (BHA)
Effective Date: 10/03/2023

The **Bureau for Humanitarian Assistance (BHA)** fulfills the role of USAID as the lead U.S. Government (USG) Agency for responding to emergencies and disasters overseas with both food and non-food emergency assistance.  As the successor to

the Offices of U.S. Foreign Disaster Assistance (OFDA) and Food for Peace (FFP) in the Bureau for Democracy, Conflict, and Humanitarian Assistance (DCHA), BHA provides a holistic approach to USAID's programming across the spectrum of preparing for, responding to, mitigating, and preventing disasters. The Bureau ensures the functionality of USAID's incident-command Response-Management System, which depends on the availability of the Agency's humanitarian staff from all hiring mechanisms for worldwide deployment and accountability for their technical qualifications and performance. BHA elevates, unifies, and strengthens USAID's humanitarian voice in the U.S. Government interagency, and with all international partners, and supports enhanced coordination with USAID Missions in the field. The Bureau also helps to broaden the Agency's base of donors to address global humanitarian needs more effectively to advance humanitarian action, improve coordination, and increase resources in the global system to respond to disasters, with the goal of reducing the USG's share of contributions to humanitarian crises.

BHA is headed by an Assistant to the Administrator (AtA) and provides technical advice and policy support on the full spectrum of humanitarian assistance activities to the Administrator and Deputy Administrators; the Regional and other technical Bureaus; USAID Missions; and other Agency Operating Units (OUs).

a.  The **Office of the Assistant to the Administrator (AA/BHA)** directs and supervises the Bureau's activities, oversees the key functions of the Bureau, and provides strategic and policy guidance to Office Directors. The Assistant to the Administrator (AtA) and Front Office staff offer senior-level advice and guidance on humanitarian assistance to the Administrator and Deputy Administrators of USAID; to other Federal Departments, Agencies, and stakeholders; as well as to other relevant counterparts. The Office includes three DAAs and a team focused on management and integration that will support communication and coordination. The Senior Foreign Service Officer is responsible for recruiting Foreign Service Officers for positions in both the Senior Leadership Group and below.

b.  The **Offices of Africa (BHA/AFR); Asia, Latin America, and the Caribbean (BHA/ALAC);** and **Middle East, North Africa, and Europe (BHA/MENAE)** design, provide, and assess humanitarian assistance, including aid related to responding to, recovering from, and reducing the risk of manmade and natural disasters, while linking with other USAID investments that build resilience. In responding to natural disasters and complex emergencies, BHA's humanitarian experts based overseas coordinate with local authorities, USAID's Missions, Regional and technical Bureaus, non-governmental organizations (NGOs), and other relevant counterparts. BHA staff from these Offices manage funding and programmatic activities overseas implemented by NGOs; international organizations, including United Nations (UN) agencies; and other partners in the region. Each Office is responsible for representing humanitarian programs within the U.S. Government interagency, as well as in interactions with beneficiary

08/07/2024 Partial Revision

populations, host-country governments, implementing partners, UN agencies, and other donors.  Each Office is also responsible for the provision of funding under the International Disaster Assistance (IDA) and Development Assistance (DA) accounts and authorized by Title II of the Food for Peace Act and focuses on the response to and recovery from disasters, reducing the risk of calamities, and humanitarian transitions.

The Divisions in each Office are as follows:

| **BHA/AFR Divisions** | **BHA/ALAC Divisions** | **BHA/MENAE Divisions** |
|---|---|---|
| 1. East Africa (EA);<br>2. Central Africa (CA);<br>3. Sudan and South Sudan (SSS);<br>4. Southern Africa (SA); and<br>5. West Africa (WA). | 1. Latin America and the Caribbean (LAC);<br>2. East Asia and the Pacific (EAP); and<br>3. South and Central Asia (SCA). | 1. Europe and North Africa (ENA);<br>2. Middle East, Arabian Peninsula, and Iran (MEAPI); and<br>3. Middle East and the Levant (MEL). |

**c.** The **Office of Field and Response Operations (BHA/FARO)** leads and manages direct operational assistance in response to international humanitarian needs.  FARO ensures the Bureau has the capacity to respond to international humanitarian needs through preparedness, planning, rapid mobilization, technical-operations capacity, the purchase and delivery of goods and services, the readiness of field-based response platforms, response systems, and human and institutional capacity-development.  FARO also maintains key operational relationships, including coordination with the U.S. military.  FARO has five Divisions:

**1.** The **Division for Supply-Chain Management (BHA/FARO/SCM)** is responsible for the planning, execution, monitoring, and continuous improvement of moving goods through the Bureau's supply-chain in support of programmatic and response objectives.  Its core functions are supply-chain planning and strategy, the management and analysis of data, sourcing, logistics, and the management of products.

**2.** The **Division for Civil-Military Disaster Operations (BHA/FARO/CMDO)** develops, facilitates, and coordinates operational relationships with the U.S. Department of Defense (DoD) and other relevant internal and external USG civil-military (civ-mil) stakeholders in Washington, DC, as well as with the DoD Geographic Combatant

Commands (GCCs), functional commands, and strategic forward locations critical to support humanitarian assistance response efforts. This coordination includes managing steady-state relationships with DoD; humanitarian civ-mil processes and notification systems; and chemical, biological, radiological, nuclear, and explosive technical-preparedness programs and systems.

3. The **Division of Response-Management Systems and Performance (BHA/FARO/RSP)** coordinates the Bureau's deployment systems, including Response-Management Teams (RMTs) in Washington, the professional development of practitioners and the management of their performance (including the assessment of the readiness of our workforce to respond to emergencies), and lessons-learned.

4. The **Division of Response Resources (BHA/FARO/RR)** plans, coordinates, and provides personnel, supplies, equipment, and facilities necessary to implement humanitarian programs and operations. The Division also coordinates rosters of surge staff USAID deploys in response to disasters and emergencies, and coordinates the readiness, activation, and maintenance of BHA's Operations Centers.

5. The **Division of Field Operations (BHA/FARO/FO)** coordinates expeditionary-response platforms and services to support the work of BHA's geographic Offices and enables staff to work safely and effectively overseas. This Division is also responsible for overseeing awards for Urban Search and Rescue (USAR) and related capacity-building.

d. The **Office of Technical and Program Quality (BHA/TPQ)** leads BHA's efforts to ensure high-quality programmatic and technical leadership, oversight, and guidance. TPQ captures, applies, and strengthens capacity in technical best practices and contextually appropriate programmatic approaches focused on all dimensions of humanitarian response and transition, as well as analyses of risk and early warning. TPQ has five Divisions:

1. The **Division of Risk Analysis (BHA/TPQ/RA)** leads BHA's technical efforts to provide early warning for, mitigate effectively, and respond appropriately to natural disasters and complex emergencies.

2. The **Division of Public Health and Nutrition (BHA/TPQ/PHN)** leads BHA's efforts to protect the public health of supported populations and encompasses expertise in the following technical sectors: health, pharmaceuticals and medical commodities, nutrition, food technology, and water, sanitation, and hygiene (WASH). This Division works closely with the Offices of Infectious Disease, Maternal and Child Health and Nutrition, and Population and Reproductive Health in the Bureau for Global Health (GH) to ensure the alignment of technical best practices and guidance.

3. The **Division of Food Security and Livelihoods (BHA/TPQ/FSL)** supports the full spectrum of programming, from reducing risk to humanitarian transition, by improving the quality, effectiveness, and efficiency of programming through technical guidance, capacity-building, and leadership.  The Division also coordinates with REFS.

4. The **Division of Design, Monitoring, Evaluation, and Applied Learning (BHA/TPQ/DMEL)** leads efforts to ensure high-quality programming and innovation through strategic design, consistent and effective performance-monitoring, comprehensive and appropriate evaluation, and purposeful learning that are appropriate for the humanitarian environment.

5. The **Division of Protection and Community Capacities (BHA/TPQ/PCC)** ensures the effective and sustainable assessment and application of the dimensions of protection, gender and youth, social dynamics, and local systems to all dimensions of BHA's programming. The Division coordinates with the Bureau for Economic Growth, Education, and the Environment and other key stakeholders throughout USAID to ensure alignment with the Agency's positions on protection, human life and dignity, and gender.

e. The **Office of Humanitarian Business and Management Operations (BHA/HBMO)** develops, maintains, and coordinates the Bureau's business functions and strategies in areas such as acquisition and assistance, AMS, workforce-planning, talent-management, internal training, the management of programmatic risk and audits, and information technology.  HBMO has five Divisions:

1. The **Division of Audit Risk and Performance-Management (BHA/HBMO/ARPM)** leads BHA's strategic approach to managing risk as part of USAID's Enterprise Risk-Management program, ensures compliance with internal controls, coordinates the response and follow-up to audits produced by the Office of the USAID Inspector General, the Special Inspector General for Afghan Reconstruction, and the Government Accountability Office, under the guidance of PLR.

2. The **Division of Acquisition and Assistance (BHA/HBMO/AA)** serves as a single point of contact for all offices in BHA on the process of contracting and grant-making, such as developing internal and external guidance and training, designing tools to streamline business processes, and ensuring quality assurance for procurement and assistance mechanisms.  The Division coordinates routinely with M/OAA.

3. The **Division of Budget and Finance (BHA/HBMO/BF)** is responsible for comprehensive, end-to-end budget and financial support for BHA, including the formulation, justification, and execution of budgets; and

financial management, reporting, and analysis.

4. The **Division of Human Resources and Administrative Management Services (BHA/HBMO/HRAMS)** provides personnel and AMS services across the Bureau. This Division also maintains a BHA-wide strategy for internal training, learning standards, and tools, as well as the Bureau's overall internal training calendar and data-management system.

5. The **Division of Information Technology Management (BHA/HBMO/ITM)** is responsible for maintaining and increasing the Bureau's operational capacity and ability to respond 24/7 by providing IT support, systems, services, and innovation. The Division collaborates closely with M/CIO.

f. The **Office of Global Policy, Partnerships, Programs, and Communications (BHA/GPPPC)** shapes and influences USAID's role within the international humanitarian system; leads engagement on a range of policy, programmatic, and operational issues; and positions the Agency to influence the collective response to emergency needs across the globe. Under guidance from the Office of Budget and Resource Management, GPPPC (or G3PC) ensures overall alignment of BHA's budget with policy and strategy, leads the Bureau's input into the Agency's regional and country-level strategies, and prepares key planning and reporting documents. G3PC is responsible for providing strategic-communications guidance to the Bureau, as well as managing and coordinating Bureau-level external and internal communications. G3PC coordinates with PLR and LPA, and will have seven Divisions:

1. The **Division of Humanitarian Policy and International Systems (BHA/GPPPC/HPIS)** directs BHA's leadership in global humanitarian policy, leads BHA's strategic engagement within the international humanitarian system, and supports the development of internal BHA policy and guidance.

2. The **Division of U.S. Engagement, Strategy, and Programs (BHA/GPPPC/USESP)** leads BHA's strategic approach to legislative engagement, the formulation of USG policy, interagency partnerships, strategy, and engagement.

3. The **Division of Humanitarian Multilateral (BHA/GPPPC/HM)** directs BHA's strategic engagement, policy, and funding for multilateral institutions and public international organizations, in close coordination with PLR.

4. The **Division of Global Policy and Leadership Development (BHA/GPPPC/GPLD)** leads education and training inside USAID and within the USG interagency on responding to disasters, humanitarian

assistance, and linkages to development.  The Division also manages training and capacity-building programming on the international humanitarian system and leadership for non-USG humanitarian actors.

5. The **Division of Humanitarian Organizations and Partnerships (BHA/GPPPC/HOP)** manages a wide array of institutional relationships on behalf of BHA, including with NGOs, foundations, academic institutions, and think tanks.

6. The **Division of Private-Sector Engagement, Diaspora, and Innovation (BHA/GPPPC/PEDI)** identifies opportunities for collaboration with commercial organizations and diaspora groups to enhance the efficiency, effectiveness, and sustainability of humanitarian-response activities in a principled manner.  The Division leads the effective management of public donations in support of disaster-relief efforts.

7. The **Division of Strategic Communications and Humanitarian Information (BHA/GPPPC/SCHI)** ensures that BHA's activities obtain favorable coverage from the media and communicates them to key stakeholders and the general public.  The Division, through the Humanitarian Information Teams and in close coordination with LPA, is responsible for a wide range of public and internal products that inform audiences of international humanitarian situations and the USG's response efforts.

**101.3.1.20    Bureau for Inclusive Growth, Partnerships, and Innovation (IPI)**
Effective Date: 11/14/2023

The **Bureau for Inclusive Growth, Partnerships, and Innovation (IPI)** advances USAID's work to end economic and social inequality, inequity and vulnerability, and to future-proof development assistance through innovation, experimentation, and more diverse partnerships. The Bureau advances a systems approach to deliver cutting-edge technical assistance to Missions and other parts of the Agency to advance longstanding and emerging priorities, including digital development, localization and non-traditional partnerships, gender equality and equity for marginalized populations, and educational and economic opportunities for all.

The Bureau comprises Centers, Offices, and the Agency's Hubs, each of which reports to the AA through a DAA. Centers are the home of technical leadership and sectoral expertise, as well as serving as a coordinator to occupational categories within USAID's Foreign Service (e.g. "Backstops" such as "Education Officers" or "Private Sector Enterprise Officer, etc.). Centers also provide expertise on cross-cutting priority areas within their sectors of focus, and interface with Hubs to integrate and leverage skills and state-of-the-art practices. Hubs focus on integration and provide Agency-wide support and services on cross-cutting, non-sectoral priorities. Through their "spokes" in other

Bureaus and Missions, they coordinate Communities of Practice, strategic planning, reporting, and integration into sector-led initiatives and activities.

a. The **Office of the Assistant Administrator (AA/IPI)** provides overall strategic guidance for the Bureau's activities and policy and technical guidance for programs and activities within IPI's areas of responsibility. The Office serves as the principal advisor to the Agency and the Administrator on policies and broad technical and operational matters related to the Bureau's mandate, ensures the Bureau's activities complement and support the broader goals of the Agency, and makes the Bureau's technical expertise and analysis available to the rest of the Agency. The Office also includes the Development Finance Partnerships Unit (DFPU) which serves as a central node to help support and tie together the Agency's work within development finance. DFPU does this by managing and supporting key private sector and interagency partnerships, including the USAID Administrator's role on the Board of Directors of the U.S. International Development Finance Corporation (DFC) and MCC. It also ensures IPI's compliance with USAID's environmental procedures in accordance with Part 216 of Title 22 of the Code of Federal Regulations. The Office includes a Senate-confirmed Assistant Administrator, who reports to the Deputy Administrator for Policy and Programming; four DAAs; and a Chief of Staff. One DAA is dual-hatted as the Coordinator for International Basic Education. The Chief of Staff designates leaders within IPI for emerging issues and directs other IPI components to make staff available to address these priorities and the Supervisory Senior Advisor supports continuity of operations during periods of leadership transition.

b. The **Program Office (IPI/PO)** leads, coordinates, and provides guidance for the Bureau for the following: a) planning, budgeting, spending, and reporting; b) the management and implementation of programs; c) information and communication; d) the delivery of client services, and, e) compliance. The Office provides cohesion for IPI by establishing Bureau-wide processes and systems, setting standards, and providing templates, and also manages IPI's allocation of OE and Program financial resources to ensure accountability and the fulfillment of Congressional directives and other funding requirements as shared Bureau and Agency resources. It is the lead interlocutor with PLR, ES, POL, LPA, and the M Bureau, including M/CFO and M/CIO. The IPI/PO ensures that Bureau communications are high-quality and comply with applicable rules or policies. It is responsible for monitoring Bureau-wide technical and operational performance and leading the implementation of performance-improvement initiatives. It manages the Bureau's overall plan for programmatic and operational monitoring, evaluation, and learning. The IPI/PO manages Bureau-wide data calls and requests for information, and coordinates IPI's fulfillment of Agency requirements, including policy, audit, and risk-management. It supports client-management systems, including the Unified Travel and Mission System (UTRAMS) under the Agency Approach to Field Services and associated training and knowledge- and change-management.

IPI/PO staff coordinate closely and meet regularly with program staff in IPI's Centers and Hubs. This central coordination ensures accountability in the management of the complex budgetary process. IPI/PO ensures that allocations to IPI's components of OE and Program funds are accurate; oversees the development of procurement plans; tracks the Bureau's resources and instruments; analyzes Fiscal Year reporting; records obligation, expenditure, and pipeline information for the Bureau; and facilitates the timely award and obligation of funds for the procurement of goods and services.

IPI/PO applies USAID's Knowledge Management Framework in the IPI Bureau and iterates the framework based on revisions to policy and best practices. IPI/PO provides knowledge-management services that include technical assistance and makes information technology based systems available to foster efficient and transparent information-sharing. IPI/PO provides coordination support to IPI's components so their staff can provide high-quality, timely, and responsive client services. It coordinates IPI's contributions to the formal process for developing Country and Regional Development Cooperation Strategies. Underpinning performance excellence, the IPI/PO is responsible for arranging technical training and competency-development for IPI staff and their clients, as well as ethics training, in consultation with GC/EA, other mandatory trainings, and developing and implementing the annual training plan for the Bureau. The IPI/PO also ensures all Bureau-managed mechanisms have certified CORs/AORs and COR/AOR alternates with sufficient project management skills and resources. It leads IPI's efforts to align with the Agency's Acquisition and Assistance Strategy and procurement reform initiatives through training and information-sharing. IPI/PO staff also provide direct technical assistance and surge support to IPI's components and the Program Offices at USAID's field Missions.

c.  The **Office of Administrative Management Services (IPI/AMS)** manages the core administrative functions of the Bureau. IPI/AMS advises senior Bureau management on strategic planning and workforce-management, in collaboration with HCTM, and identifies opportunities to gain efficiencies and improve operations. The Office collaborates across the Bureau to ensure the consistent application of workforce programs and promote effective strategies for evaluating and retaining staff with respect to a broad range of procedures, processes, and regulations, including talent-management and recruitment strategies; personnel classification, salary/benefit budgeting, performance appraisals, counseling, awards, telework policy, time and attendance; travel procedures; security clearances, verification, and badging; and reporting (ethics coordination [the filing of Office of Government Ethics Forms 278 and 450], WebPASS, Congressional data calls, IT recovery, Standard Form-311 for the management of security classification, etc.). IPI/AMS staff also serve as Unit Security Officers (USOs), Records Liaisons (RLs), and Continuity of Operations Coordinators. IPI/AMS staff can serve as AORs/CORs for Bureau-wide staffing contracts, and fulfill

master-timekeeper and other Bureau-level administrative roles. IPI/AMS advises the Bureau on civil rights, diversity, equity, and inclusion, in consultation with OCR and A/AID/DEIA. IPI/AMS also leads the coordination of activities related to the Bureau's facilities and workspace-management needs, management of IT assets, provision of office supplies, use of transit benefits, and other support accessed through Service Now. IPI/AMS also helps employees and managers gain access to support from Staff Care. IPI/AMS coordinates the annual employee performance-management process; serves as the Bureau's liaison with M Bureau, HCTM, and SEC for a range of administrative matters; and offers support and guidance to Foreign and Civil Service staff and staff hired through all other mechanisms.

d. The **Innovation, Technology, and Research Hub (IPI/ITR)** leads USAID's work to identify, research, explore, integrate, and experiment with innovative technologies, processes, and practices that amplify the success of USAID's programming. IPI/ITR develops and maintains technical expertise and partnerships critical to supporting and accelerating modern and ever-evolving approaches and solutions, from concept to common practice. The Hub's Development Innovation Ventures (DIV), USAID's tiered, evidence-based funding vehicle, is a major driver to achieve these goals, in addition to other initiatives that advance scientific research and explore new, enabling technologies. As early-stage testing validates ideas and innovations, the Hub works with clients to incorporate them into field programs.

In addition, the Hub provides thought-leadership and guides interagency technical and policy standards-making to build a global digital infrastructure and enabling environment. It catalyzes cross-Agency learning around critical, emerging, but not yet proven, technologies to deploy effective elements more widely across USAID's programming. It champions geospatial data analytics to help drive better business intelligence and inform USAID's investments. The Hub houses the Agency's Chief Geographer, Chief Scientist, and Chief Innovation Officer.

e. The **Local, Faith, and Transformative Partnerships Hub (IPI/LFT)** facilitates consistent engagement and deeper partnerships between USAID and strategic partners that advance the Agency's objective of self-reliance in our partner countries. IPI/LFT is USAID's lead resource for the New Partnerships Initiative and houses the Agency-wide lead on strategic religious engagement, as well as the Center for Faith Based and Neighborhood Partnerships, established by Executive Order 14015, and its Director, and the American Schools and Hospitals Abroad (ASHA) program. Additionally, IPI/LFT engages with diaspora organizations; corporations; and not-for-profit, volunteer-focused organizations, foundations, and other philanthropic organizations. IPI/LFT is also the home of the Congressionally-directed Local Works, and Cooperatives programs, which undertake extensive award-making throughout the world and increase mutual

understanding between the United States and people in USAID's partner countries.

IPI/LFT serves as a bridge for these groups by directing them to appropriate POCs within the Agency, offering resources to guide them through the partnership and procurement process, and providing information about new grant opportunities. IPI/LFT also ensures that USAID Missions, OUs, and decision-makers have the knowledge, skills, and tools to create interventions in direct partnership with new and underutilized global and local actors. Given the nature of many of its partners, IPI/LFT also manages the Limited Excess Property Program (LEPP) and the Ocean Freight Reimbursement Program (OFRP), including by confirming the eligibility of groups as Private Voluntary Organizations (PVO). IPI/LFT coordinates with the M Bureau in procuring and managing OFRP awards.

f.  The **Gender Equality and Women's Empowerment Hub (IPI/GenDev)** advances USAID's commitments to gender equality, advancing women's economic security and ending gender-based violence in accordance with the U.S. National Strategy on Gender Equity and Equality; USAID's Gender Equality and Women's Empowerment Policy; the Women's Equality and Economic Empowerment Act of 2010; the U.S. Global Women's Economic Security Strategy; and the U.S. Strategy to Prevent and Respond to Gender-Based Violence. The Hub undertakes extensive interagency coordination across the USG in these areas. The Hub, in collaboration with gender advisors and gender POCs throughout the Agency, ensures that all such investments meet the Agency's requirements and address the unique needs and the effect of differing roles, norms, and inequities between men and women, to ensure gender-equitable participation in development outcomes. The Hub will also serve as the home for the Gender Backstop.

The Hub is responsible for overseeing USAID's funding to combat gender-based violence and child marriage and implementing the Gender Equity and Equality Action Fund (GEEA Fund). The Hub's functions include providing technical assistance to the Agency's Missions and OUs to integrate gender considerations into their strategies, projects, and activities, and implementing programs, assessments and evaluations. The Hub works with clients to develop and update policies, strategies, and indicators related to gender. It actively improves USAID staff's gender-related skills, including through leading Agency-wide gender training; contributes to a repository of best practices, research, and evidence related to the effects of gender-integration; and facilitates coordination and learning among gender specialists across the Agency. Its interventions build the evidence base and implementation of effective interventions to empower women, girls, and gender-diverse individuals.

g.  The **Inclusive-Development Hub (IPI/ID)** leads on the issues of, and approaches to, Children in Adversity; Disability-Inclusive Development;

Indigenous Peoples; Lesbian, Gay, Bisexual, Transgender, Queer and Intersex (LGBTQI+) issues; Mental Health and Psychosocial Services; and Youth. The Hub houses a number of Senior Coordinators/Advisors with Agency-wide and interagency mandates. These include the Senior Youth Advisor, Senior LGBTQI+ Coordinator, Disability Rights Coordinator, Mental Health Coordinator and Indigenous Peoples' Advisor. All of these individuals are mandated to work with inclusive development or issue-specific advisors or POCs across the Agency, to lead on policy development and implementation, and to represent the Agency with interagency and external stakeholders. The Hub helps USAID's OUs address rights, equity, and inclusion with and for marginalized and underrepresented populations, including but not limited to LGBTQI+, Youth, persons with Disabilities, Indigenous Peoples, and those with Mental Health and Psychosocial Support needs, and advances new mandates on racial and ethnic equity in programming. It also advances protections for those in vulnerable situations and leads work to ensure implementation of USAID's Nondiscrimination for Beneficiaries policy. The Hub manages resources to advance rights and inclusion for these populations and supports the work of Missions and other OUs by providing tools, training, resources, and other technical support.

The Hub also houses the U.S. Special Advisor for Children in Adversity, who coordinates USAID's participation in Advancing Protection and Care for Children in Adversity: A U.S. Government Strategy for International Assistance. The Hub manages the Vulnerable Children's Fund, otherwise known as the Displaced Children and Orphans Fund, the Leahy War Victims Fund, the Wheelchair Program, the Disability Fund, and the Victims of Torture and Trauma fund. It ensures that the multiple funding streams and legislative mandates that involve foreign assistance for children coherently address the needs of children and youth and support policies and programs across all sectors that address the challenges and developmental needs of individuals in the transition to adulthood.

h. The **Private-Sector Engagement Hub (IPI/PSE)** supports the Agency in advancing the use of market-based approaches and PSE to deliver development and humanitarian results across all sectors. The Hub spearheads USAID's efforts to foster a major cultural and operational transformation in the way we conceive, design, and deliver our assistance in partnership with the private sector. The IPI/PSE Hub's goals include: 1) adopting more market-based solutions to development challenges; 2) being proactive to address market-failures; and 3) significantly increasing the expertise, innovation, and collaboration of USAID's staff with private enterprise across our programming. This includes developing USAID frameworks for working and co-investing with private companies, creating new tools, aligning staff incentives, and bolstering processes to facilitate PSE across the Agency's work, from design to evaluation. It includes mechanisms that aim to catalyze private-sector investment into early-stage enterprises and identify innovative models or approaches that help entrepreneurs secure funding.

08/07/2024 Partial Revision

The PSE Hub, along with the Center for Economics and Market Development, provides comprehensive PSE and economics training to USAID's staff and stakeholders. The PSE Hub is responsible for defining and advancing the Agency's learning agenda on effective PSE and maintaining reporting databases, including reporting on public-private partnerships. The PSE Hub is also the Agency's primary organizational interface with the U.S. International DFC, to make maximum effective use of the USG's development finance tools and approaches.

i.   The **Center for Economics and Market Development (IPI/EMD)** leads and supports USAID's Missions and OUs in working with civil society, the private sector, and governments to build better enabling environments and trade capacity to promote development and increase private-enterprise profitability. It focuses on advancing partners' capacity to design and implement effective regulations; remove trade barriers; advance e-commerce and platform-enabled trade; implement trade agreements that enable competition; improve customs procedures; develop structures for effective economic dispute-resolution and the protection of intellectual and other private property; and advance employment systems that create job opportunities. It also seeks to modernize markets and implement trade agreements that enable productivity-enhancing competition. The Center provides coordination for USAID's Foreign Service Backstop 21-Business, Industry and Private Enterprise.

j.   The **Center for Education (IPI/EDU)** leverages its expertise, partnerships, and global perspective to guide and influence the education sector, advancing USG development priorities. It provides Agency-wide technical leadership, thought-leadership, research, and technical assistance to support students, teachers, and public and private schools in partner countries in achieving sustained, measurable improvements in learning outcomes and skills-development. The Center provides technical leadership and assistance to USAID's Missions to support their education programming across all levels (from pre-primary through higher education), contexts (stable to crisis- and conflict-affected environments), settings (formal and non-formal), and providers (state and non-state). The Center provides coordination for Foreign Service Backstop 60-Education.

The Center leads the development and implementation of USAID's Agency-level education sector policies and strategy. The Center monitors the USG's support for, and progress toward, achieving internationally agreed-upon development goals for education. Staff from the Center coordinate on educational issues across sectors and policy areas, including youth, equality between women and men, women's empowerment, resilience, and humanitarian assistance. Additionally, the Center coordinates with the IPI/ITR Hub around the Agency's overall research strategy. It assists Agency stakeholders with engaging institutions of higher education in research and analysis, and in translating research findings to development programming.

### 101.3.1.21    Bureau for Resilience, Environment, and Food Security (REFS)
Effective Date: 10/03/2023

The **Bureau for Resilience, Environment, and Food Security (REFS)** is responsible for worldwide leadership and integrated technical expertise of the programming of USAID in agricultural-led growth and environmental sustainability. The Bureau's expertise encompasses resilience; environment; food security; nutrition; water security, sanitation, and hygiene; climate; infrastructure; and energy, with the goals of increasing resilience, sustainability, self-reliance, and enhancing U.S. national security and economic prosperity. REFS leads the Agency's efforts to help governments, civil society, the private sector, and communities in our partner countries break the cycle of crisis caused by climate change, environmental degradation and resource scarcity, leading to chronic vulnerability, poverty, and hunger.

REFS unifies food security, environment, water, nutrition, energy, infrastructure, climate, and resilience expertise to enhance synergies and improve the effectiveness and efficiency of programming and policy engagement across all sectors, especially given the growing impacts of a changing climate and the reversal in food security progress in recent years. REFS will also ensure that USAID maximizes the climate benefits of programming across all sectors and reduces carbon emissions to the greatest extent possible.

REFS leads the strategic planning, design, technical guidance, interagency coordination, oversight, monitoring, and evaluation of the USG's global hunger and food-security initiative, Feed the Future (FTF), guided by the whole-of-Government Global Food-Security Strategy (GFSS). It also implements the Agency's Climate Strategy; Biodiversity Policy; key portions of legislative mandates, such as the Save our Seas and Eliminate, Neutralize and Disrupt Wildlife Trafficking Acts; and a suite of climate and environmental Executive Orders. REFS is responsible for USAID's leadership on the U.S. Global Water Strategy (GWS), as stipulated in the Paul Simon Water for the World Act, houses the Agency's Global Water Coordinator, and chairs the Agency's Water-Security, Sanitation, and Hygiene Leadership Council (WLC). REFS manages the implementation of USAID's Multi-Sectoral Nutrition Strategy (MSNS) and is home of the Agency's Chief Nutritionist, who chairs the Agency's Nutrition Leadership Council (NLC). Similarly, REFS chairs USAID's Resilience Leadership Council (RLC), which strengthens connections between relief and development investments to facilitate inclusive growth, reduce chronic vulnerability, and decrease the need for recurrent humanitarian assistance in areas of repeated and protracted crises. REFS is the current home of the Agency's Chief Climate Officer, who chairs the Climate Change Leadership Council (CCLC), which oversees an all-of-Agency response to the climate crisis. REFS houses the Agency Environmental Coordinator who is responsible for ensuring the Agency fulfills its responsibility to complete environmental impact reviews per 22 CFR 216. REFS is the lead on technical core lines of work across the Agency, coordinates across sectors and engages the USG interagency, USAID's Bureaus, Independent Offices, Missions, public and private-sector actors, and civil-society partners.

08/07/2024 Partial Revision

An Assistant to the Administrator (AtA) leads the REFS Bureau and serves as the Global Food Crisis Coordinator, as well as the Deputy FTF Coordinator for Development. The AtA/REFS represents the Bureau's equities to the Deputy Administrator for Policy and Planning for FTF, the CCLC, the RLC, the NLC, and the WLC.

The Bureau comprises seven Centers and five Offices, each of which reports to the AtA, through a Deputy Assistant Administrator (DAA). The Centers are the home of technical leadership and sectoral expertise, as well as support to occupational categories ("backstops") within USAID's Foreign Service. The Offices perform cross-cutting technical and operational functions for the Bureau.

a.  The **Office of the Assistant to the Administrator (AtA/REFS)** provides senior-level strategic guidance on resilience; environment; food security; nutrition; water security, sanitation, and hygiene; climate; infrastructure; and energy, to the Deputy Administrator for Policy and Planning, and the Administrator of USAID, as well as to other federal departments and agencies and other stakeholders involved in these sectors. The Office leads the REFS staff in fulfilling the Bureau's Agency-wide responsibilities for all development aspects of the GFSS and GWS. As USAID's lead coordinator on multiple whole-of-government and Agency strategies and priorities, this Office leads interagency collaboration for the Bureau and provides strategic, policy, and technical support to the Presidentially appointed Board for International Food and Agricultural Development (BIFAD).

The Office includes four DAAs, including one DAA who also serves as the Chief Climate Officer, responsible for directing and overseeing all climate and environmental work across the Agency. The USAID Resilience Coordinator, dual-hatted as another REFS DAA, leads in setting USAID's resilience priorities and institutionalizing cross-Agency collaboration. A third REFS DAA serves as the Global Water Coordinator and guides, oversees, and directs water programming Agency-wide, as stipulated in the Water for the World Act. The Office includes the Chief Scientist for Food and Agricultural Development, who serves as the Bureau's Research Coordinator and leads the REFS Research Community of Practice. The Private-Sector Engagement Community of Practice reports to the Bureau's Front Office through their associated DAA. The Private-Sector Engagement Community of Practice promotes partnerships with commercial entities across REFS's relevant technical Centers and Offices with rotating coordinators. The Office includes the Chief Nutritionist, who chairs the Nutrition Leadership Council and coordinates the Multi-Sectoral Nutrition Strategy as stipulated in the Global Malnutrition Prevention and Treatment Act of 2021. The Office also includes the USAID Director of the President's Emergency Plan for Adaptation and Resilience (PREPARE) Secretariat who also serves as a Senior Advisor for Climate Change. The Office further houses the Bureau's DEIA Team, Communications and Outreach Team, and the Executive Secretariat for BIFAD:

*Text highlighted in yellow indicates that the material is new or substantively revised.*    138

1. The **DEIA Team** is in the Office of AtA/REFS. The DEIA team, under the direction of the Senior Advisor, manages Bureau-wide DEIA efforts in an international and geographically dispersed organization and leads the development and implementation of the Agency's DEIA initiatives to improve workplace diversity, workplace inclusion, workplace belonging, recruitment and retention, sustainability, and accountability at the corporate level. The Senior Advisor develops and communicates efforts to institutionalize USAID's diversity strategy and promotes the development and maintenance of effective relationships with U.S. private business and voluntary groups, international institutions, multilateral and bilateral donors, other government departments and agencies, and academic communities in all the disciplines related to Agency programs and projects.

2. The **Communications and Outreach Team** guides and directs Bureau strategic communications and outreach in coordination with the Bureau for Legislative and Public Affairs (LPA), and stakeholders elsewhere in the Bureau and the Agency, interagency, and external partners to promote the Agency's work in agriculture/food security; resilience; nutrition; water security, sanitation, and hygiene; environment; climate; infrastructure; and energy. The team coordinates internal communications and houses the taskers team within the Bureau and between REFS and other Bureaus, and serves as the external-affairs lead among USG departments and agencies engaged in REFS's multi-sectoral work. The team also coordinates the Bureau's legislative engagement, providing information to Congress related to legislation and advising Bureau Centers and Offices on the status of pending legislation and related concerns of Members of Congress.

3. The **BIFAD Executive Secretariat**, led by a Designated Federal Officer, supports BIFAD, a mandatory Federal advisory committee that comprises seven members appointed by the President pursuant to Title XII of the Foreign Assistance Act, as amended. The Executive Secretariat supports the Board's broad oversight and strategic engagement with the U.S. academic community, in particular land-grant universities, and the Board's statutory responsibilities and advisory functions under Title XII around development policy related to food security. The Executive Secretariat also supports strategic studies commissioned by the Board, plans public meetings, and manages the Board's outreach across the full range of constituencies in support of FTF and the USG's broader food-security goals.

b. The **Office of Administrative Management Services (REFS/AMS)** manages the core operational functions of the Bureau. The AMS Office advises Bureau senior management on strategic planning and workforce-management, in collaboration with HCTM, and identifies opportunities to gain efficiencies and

improve operations. AMS plays an integral role in ensuring organizational effectiveness and efficiency by linking REFS' programmatic needs to staffing requirements and streamlining its internal management processes. The Office collaborates across the Bureau to ensure the consistent application of workforce programs and promote effective strategies for evaluating and retaining staff with respect to a broad range of procedures, processes, and regulations, including talent-management and recruitment strategies; personnel classification, salary/benefit budgeting, performance appraisals, counseling, awards, telework policy, time and attendance; travel procedures; security clearances, verification, and badging; and reporting (ethics coordination [the filing of Office of Government Ethics Form 450]; Congressional data calls; IT recovery; and Standard Form-311 for the management of security classification, etc.).

REFS/AMS staff also serve as Unit Security Officers, Records Liaisons, and Continuity of Operations Coordinators. REFS/AMS staff can serve as AORs/CORs for Bureau-wide staffing contracts, and fulfill master-timekeeper and other Bureau-level administrative management roles. REFS/AMS advises the Bureau ethics requirements, in consultation with GC/EA. The Office leads the coordination of activities related to the Bureau's facilities and workspace-management needs, management of IT assets, provision of office supplies, use of transit benefits, and other support accessed through Service Now. REFS/AMS also helps employees and managers gain access to support from Staff Care. REFS/AMS coordinates the annual employee performance management process and serves as the Bureau's primary liaison with M Bureau, HCTM, and SEC, for a wide range of administrative management matters.

c.  The **Center for Agriculture-Led Growth (REFS/CA)** provides technical leadership for the design and implementation of programs across the Agency that foster inclusive, sustainable, agricultural-led economic growth. The Center engages USAID's Missions and partners to create an enabling environment for growth and investment by the private sector, and to deliver agriculture innovations that improve food security and the productivity and profitability of smallholder farmers. The Center curates evidence and learning products in agriculture-led growth and coordinates with the FTF-PAE Office on performance-management, analytics, and learning. The Center is responsible for the coordination of Foreign-Service Backstop 10 (Agriculture Officers). The Center is home to three Divisions:

  1.  The **Division for Input Systems (REFS/CA/IS)** supports the development of agricultural innovations and technologies and identifies and supports delivery pathways to ensure productivity, sustainability and profitability;

  2.  The **Division for Production Systems (REFS/CA/PS)** provides support to USAID's Missions and regional partners in developing resilient and sustainable farming and production strategies, solutions, and programs; and

08/07/2024 Partial Revision

3. The **Division for Markets-Systems and Finance (REFS/CA/MSF)** supports the design and implementation of activities that accelerate private sector investment; improve access to finance; enhance risk-management; and improve the inclusivity, efficiency, and competitiveness of, and facilitate access to, local, regional, and international markets.

d. The **Center for Climate Positive Development (REFS/CCPD)** advises Agency leadership and supports the development and implementation of the Agency's Climate Strategy to ensure a whole-of-Agency response to the climate crisis. The Center promotes climate-smart development through the integration of climate considerations into other Agency policies, strategies, and guidance, and by providing capacity building, finance mobilization, communications, monitoring, evaluation, and learning support across the Agency. The Center promotes systemic changes needed to put countries on a net-zero, climate-resilient and equitable development pathway through global policy engagement, advocacy, and thought leadership, program coordination, and technical assistance that promotes long-term and cross-cutting approaches. The Center co-leads strategic budgeting, planning, and performance review related to the climate adaptation, clean energy, and sustainable landscapes directives and promotes coordination across these pillars. The Center also promotes climate integration and risk management in project design and implementation.

e. **The Center for Energy, Infrastructure, and Cities (REFS/CEIC)** leads the Agency's work on energy, infrastructure, pollution, and urban environmental issues. Specifically, this Center supports Missions in expanding access to modern and sustainable energy services and accelerating the transition to renewable energy and resilient, net-zero development. The Center also provides professional engineering support to maximize the development impact of USAID's global construction portfolio, valued at over $1.5 billion, while managing construction risk. This Center leads the Agency's work on green, resilient urban development and a range of urban environmental issues including reducing ocean plastic pollution, air pollution, toxic chemical pollution, and greenhouse gas emissions through technical assistance, private sector partnerships, and global policy engagement.

1. The **Energy Division (REFS/CEIC/E)** is responsible for maximizing the impact of USAID's global energy programs, primarily by providing technical expertise and project design, implementation, and evaluation support to USAID field Missions managing energy programming. The Division oversees the congressional Clean Energy directive, working with the Department of State and Congress on optimal allocations of the funding in support of USAID's economic growth, energy security, and climate change mitigation objectives. The Division also supports global communications efforts and training for the staff of more than 45 OUs implementing energy programs.

   2. The **Infrastructure Division (REFS/CEIC/I)** provides professional engineering and infrastructure-related services to USAID's global programs and activities, and leads the implementation of USAID's construction risk management policies and practice. The Division also advances infrastructure priorities that ensure the USG maintains global leadership in quality infrastructure development.

   3. The **Green Cities Division (REFS/CEIC/GC)** provides technical leadership to USAID Missions, other Bureaus, and the interagency on issues of sustainable urban development, including accelerating net zero cities, urban resilience, reducing air pollution, improving solid waste management and a circular economy, green urban economic development, and sustainable municipal finance. The Division provides project design, implementation, and evaluation support to Missions, develops and manages global partnerships, and provides training and knowledge management for USAID staff. The Division oversees the congressional Ocean Plastics and Toxic Chemical Pollution directives.

f. The **Center for Nutrition (REFS/CN)** houses the Secretariat for the NLC. In support of the vision and guidance of the NLC, the Center provides leadership and technical assistance for nutrition strategies, policies, and programs. The Center is responsible for strengthening linkages between USAID's programs in agriculture, nutrition, and health, and for promoting investments that enhance the quality and diversity of diets, particularly in the first 1,000 days of a child's life. The Center is a central point of contact for consultation for USAID's Missions and with external partners and stakeholders on nutrition-related programs and projects. The Center engages a multitude of partners, including in the public and private sectors, to develop strategies, solutions, implementation research, and learning for multi-sectoral nutrition investments. The Center curates evidence and learning products in nutrition, and coordinates with the FTF-PAE Office on performance-management, analytics, and learning. The Center has two divisions:

   1. The **Division for Nutrition Technical Services (REFS/CN/NTS)** provides technical leadership in multi-sectoral nutrition with an emphasis on nutrition sensitive agriculture, nutritious food systems, and strengthening linkages across multi-sectoral nutrition; and

   2. The **Food-Safety Division (REFS/CN/FS)** provides technical leadership to improve safe food systems, food security, health and nutritional status, and international trade.

g. The **Center for Natural Environment (REFS/CNE)** leads the Agency's work on biodiversity conservation, natural climate solutions, land and resource governance, and addressing conservation crimes. This includes work to combat deforestation, manage or restore land to improve carbon storage, and protect

*Text highlighted in yellow indicates that the material is new or substantively revised.*     142

terrestrial and marine habitat and species. The Center prioritizes equitable, inclusive resource governance to empower women, youth, Indigenous Peoples, and marginalized or underrepresented groups throughout the portfolio. This Center also addresses the intertwined environmental and ethical issues linked to conservation crime caused by wildlife trafficking; illegal logging and associated trade; green mineral extraction; artisanal mining; and illegal, unregulated, and unreported fishing. It also oversees the Agency's biodiversity, combating wildlife trafficking, and sustainable landscapes directives. The Natural Environment Center includes three divisions:

1. The **Biodiversity Division (REFS/CNE/B)** leads the Agency's work on biodiversity conservation and provides oversight over the Biodiversity directive and its many sub-directives including those on Combating Wildlife Trafficking and Great Apes. The Division provides strategic, technical, and thought leadership on conserving biodiversity, addressing nature crimes, and integrating conservation with other Agency priorities including climate change and food security.

2. The **Natural Climate Solutions Division (REFS/CNE/NCS)** leads the Agency's work on Natural Climate Solutions and provides oversight over the Sustainable Landscapes directive. The Division provides strategic, technical, and thought leadership within the Agency and in the global natural climate solutions community-of-practice to reduce land-based greenhouse gas emissions and to integrate natural climate solutions into broader development objectives.

3. The **Land and Resource Governance Division (REFS/CNE/LRG)** leads the Agency's work on land and resource governance and property rights. It provides integrated and demand-driven field support services to USAID Missions and serves as a core Agency-wide resource for the promotion of equitable and inclusive land and resource governance; including related to land tenure, land use change or management and rights' recognition.

h. The **Center for Resilience (REFS/CR)** is the home to the Secretariat for the RLC. In support of the vision and guidance provided by the RLC, the Center provides strategic, programmatic, technical, and analytic leadership for the Agency's resilience priorities. The Center supports USAID's response to emerging threats, and helps reduce recurrent crises by promoting risk-management and resilience in the Agency's strategies and programming, and disseminates learning. The Center is responsible for ensuring the incorporation of resilience into Agency-level policies, strategies, and programs and leads on the Adaptation directive. The Center builds and maintains a cadre of staff with the capacity to develop, implement, evaluate, and scale field-led multi-sectoral programs that build resilience in partnership with governments, the private sector, and local communities. The Center serves as the technical lead and coordination platform for all resilience-related issues across the Agency, as well

as with other USG departments and agencies on resilience and resilience-related matters. The Center curates evidence and learning products for resilience, and coordinates with the FTF-PAE Office on performance-management, analytics, and learning. The Center has a Strategy and Learning Team and two Divisions:

1. The **Strategy and Learning Team** takes the lead in generating, capturing, and sharing information about USAID's resilience-related work in the field – so there is ongoing learning, effective engagement, and organizational improvement. The team promotes resilience as a goal for the Agency in coordination with internal and external stakeholders.

2. The **Division for Resilient Livelihoods and Markets (REFS/CR/RLM)** supports the design and implementation of resilient investments, and develops and promotes the latest advances in the design of strategies, programs, projects, and activities, including shock-responsive and flexible approaches to support the Agency's resilience goals in coordination with internal and external stakeholders, including M/OAA, BHA, implementing partners, donors, and other external partners.

3. The **Division for Resilient Communities and Systems (REFS/CR/RCS)** provides technical and thought-leadership to the Bureau and the Agency on areas related to the intersection of resilience with other technical domains, including the management of natural resources and the risk of disasters, social protection, and climate adaptation. The Division develops and disseminates technical guidance and related learning materials, and provides technical support to USAID's Missions as well as support and thought leadership to advance PREPARE.

i. The **Center for Water Security, Sanitation, and Hygiene (REFS/CW)** is the home to the Secretariat for the WLC. In support of the vision and guidance provided by the WLC, the CW provides strategic, programmatic, technical, and analytic leadership to advance sustainable results under the GWS. The Center is the strategic and technical lead on the Agency's work to implement the Water for the World Act of 2014; USAID's investments in water, sanitation, and hygiene; and the Agency's broader water-related activities through Washington OUs and Missions. The Center serves as the technical lead and coordination platform for all water-related issues across the Agency, and supports the USAID Global Water Coordinator to guide, oversee, and direct water programming Agency-wide. The Center curates evidence and learning products for water, and coordinates with the FTF-PAE Office on performance-management, analytics, and learning. The Center has two divisions:

1. The **Division for Water Sanitation Technical Services (REFS/CW/WSTS)** facilities state-of-the-art programming in water and sanitation across USAID's Missions and other OUs, by providing on-demand, evidence-based technical assistance across the Program Cycle;

*Text highlighted in yellow indicates that the material is new or substantively revised.*    144

generating sector-specific research and analytics; designing and delivering trainings; and managing central awards.

2. The **Division for Global Strategy and Leadership (REFS/CW/GSL)** strengthens measurable outcomes in water and sanitation externally and internally, coordinates engagement with the interagency and partners, and provides support for the vision and guidance provided by the WLC. The Division is also responsible for developing and communicating the Agency's strategic positions to facilitate and coordinate on water and sanitation at key internal and external fora.

j. **The Office of Environmental Compliance and Social Safeguarding (REFS/ECSS)**, led by the Agency Environmental Coordinator, leads the Bureau and Agency's efforts to ensure environmentally and socially responsible development through the implementation of three legal mandates: 22 CFR 216, Title XIII of the International Financial Institutions Act of 1977, and the Tropical Forest and Coral Reef Conservation Act. Each mandate serves to protect the environment and communities by avoiding or minimizing the environmental and social impacts of the Bureau's activities, and of high risk projects at the Multilateral Development Banks. The Agency Environmental Coordinator leads the implementation of 22 CFR 216 at the Agency. The Tropical Forest and Coral Reef Conservation Act promotes the preservation and conservation of important tropical forests and coral reefs through debt for nature conservation swaps.

k. The **FTF Office of Country Implementation (REFS/FTF-OCI)** offers assistance for regional and country strategic planning and programmatic implementation for USAID's investments in agriculture, resilience, nutrition, and water. The processes follow the guidance of the GFSS and the GWS and USAID's Leadership Councils for Resilience; Nutrition; and Water Security, Sanitation, and Hygiene. The Office works closely with the REFS FTF-PAE office to analyze performance data and disseminate learning, and to incorporate state-of-the-art approaches and innovations into country programs alongside the Centers for Resilience; Agricultural-Led Growth; Nutrition; and Water Security, Sanitation, and Hygiene. The Office has three divisions:

1. The **FTF Division for Africa and the FTF Division for Asia, Latin America and the Caribbean, and the Middle East (REFS/FTF-OCI/AFR and REFS/FTF-OCI/ALM)** serve as the focal points for disseminating information between Washington and the field, including through co-leading Bureau-level Country-Support Teams (CSTs) for FTF target, resilience focus, Water for the World priority, and Multi-Sectoral Nutrition Strategy priority countries. The FTF-OCI divisions facilitate demand-driven and timely technical support from across REFS to USAID's field Missions, the rest of USAID, and the USG interagency for programs in resilience, agriculture, food security, nutrition, and water. The divisions provide technical assistance to support the performance-monitoring systems for

investments by USAID's Missions in resilience, agriculture, nutrition, and water, and manage the oversight of programmatic performance at the country level for FTF.

2. The **FTF Inclusive Development Division (REFS/FTF-OCI/ID)** ensures the thoughtful incorporation of gender, youth, digital technology, and local partners in the development and implementation of the Agency's programs in agriculture/food security; resilience; nutrition; water security, sanitation, and hygiene; climate; environment; infrastructure; and energy through the sharing of best practices.

3. The **FTF Policy, Analysis and Engagement Office (REFS/FTF-PAE)** coordinates across REFS, the interagency, and external partners to set and adjust strategic and policy priorities, generate evidence, and disseminate learning. The Office leads the Bureau's efforts to mobilize diverse partners to engage in a shared agenda on resilience and food security. The Office provides thought-leadership on moving governments, civil society, and the private sector in USAID's partner countries to self-reliance through investments in food security, resilience, agriculture, nutrition, and water. The FTF-PAE Office consists of three divisions:

   (a) The **FTF Strategic Engagement Division (REFS/FTF-PAE/SE)** leads the Bureau's interactions with diverse partners that include, but are not limited to, philanthropic groups, traditional donors, multilateral organizations, foundations, and U.S. non-governmental organizations to develop and strengthen relationships to implement the GFSS and the GWS, and to deliver on USAID's agenda for resilience and food security.

   (b) The **FTF Strategy and Policy Division (REFS/FTF-PAE/SP)** provides thought-leadership among donors and guidance and technical expertise to USAID's Bureaus and Missions to strengthen national policy systems and public investments in resilience and food security.

   (c) The **FTF Division for Analysis, Data and Learning (REFS/FTF-PAE/ADL)** leads the Bureau's analytics, performance-management, and learning functions across offices and technical centers. The Division is responsible for analyzing a range of data and evidence streams to understand the impact of the Agency's investments in resilience and food security; inform the Bureau's decision-making; and contribute to strategic analytics and learning across the food-security, resilience, agriculture, nutrition, and water-related portfolios. The Division leads strategic forecasting, performance-management, monitoring, evaluation, and learning across the Bureau and the USG interagency for FTF, the

implementation of the GFSS and the GWS, resilience, and the Multi-Sectoral Nutrition Strategy.

l.  **The Program Office (REFS/PO)** oversees strategy, operational functions, resource-allocation, procurement, and programmatic support for REFS. The Office manages systems for efficient strategic planning and programming, including through offering innovative design advice for activities and projects, and coordinates the Bureau's input into Missions' programming through their Operational Plans. The Office works across the Bureau to facilitate all stages of the procurement process and serves as the primary liaison with M/OAA and technical Bureaus. The Office oversees the formulation, allocation, and execution of REFS's program and Operational Expense (OE) budgets, including compliance with Congressional directives and required reporting and notification. In support of the WLC, CCLC, NLC, and RLC, the Office works with the REFS Centers and the Secretariats of the Leadership Councils to support the coordination and approval of sector recommendations in the Agency's budget processes. The Office has two divisions:

   1.  The **Budget-Execution Division (REFS/PO/BE)** oversees the execution of centrally managed REFS funding; manages the review, approval, implementation, and central administration of the USG's Washington-based program funds for agriculture/food security; resilience; nutrition; water security, sanitation, and hygiene; environment; climate; infrastructure; and energy. BE works with the REFS Centers and other Offices to develop procurement plans; provides technical assistance to the Bureau's CORs and AORs; and facilitates all stages of the procurement process, including buy-ins from Missions, by working closely with M/OAA.

   2.  The **Strategic-Planning Division (REFS/PO/SP)** oversees strategic planning, the planning and formulation of program and OE budgets, the design of programs and activities, reporting for REFS and FTF, and the GFSS, Climate Strategy, Biodiversity Policy, the GWS, and the MSNS, including budget formulation, reporting, and responses to external and Congressional inquiries. The PO analyzes REFS programs managed in Washington and in Missions for their budget requirements; manages the preparation and review of all Agency cyclical documentation for REFS, such as Congressional presentations and testimony; tracks compliance with Congressional directives; and serves as the Bureau's audit and investigation liaison.

## 101.3.1.22    Regional Bureaus
Effective Date: 03/02/2008

The **Regional Bureaus** design, implement, and evaluate regional and country strategies and programs within five specific regions:

- Bureau for Africa (AFR);
- Bureau for Asia (ASIA);
- Bureau for Latin America and the Caribbean (LAC);
- Bureau for Europe and Eurasia (E&E); and
- Bureau for Middle East (ME).

### 101.3.1.23   Bureau for Africa (AFR)
Effective Date: 06/01/2005

**a.** The **Office of the Assistant Administrator (AA/AFR)** directs and supervises the activities of the Bureau and its overseas organizations. AA/AFR exercises responsibility for the formulation, approval, and authorization of:

- Economic assistance programs and projects,

- Presentation of the Bureau's program and budget to Congress,

- Approval and direction of the allocation of resources among AFR Offices and Missions,

- Implementation of AFR programs and projects, and

- The furtherance of diversity and increased opportunities for Bureau staff and sources contracted by the Bureau.

The Office includes the AA and two DAAs who serve as alter egos to the AA on matters affecting Bureau operations.

**b.** The **Administrative Management Staff (AFR/AMS)** provides advice regarding Bureau structure, administrative processes, and resources. AFR/AMS represents the Bureau in management activities such as personnel assignment, organization management, and administrative support. AFR/AMS develops administrative policies and procedures for the Bureau and implements actions regarding personnel; property and space planning and allocation; travel; security; responses to Freedom of Information Act inquiries; and telephone and personnel directories.

**c.** The **Office of Sudan Programs (AFR/SP)** serves as the locus of responsibility and coordination for all matters related to Sudan, including:

- Policy and strategy;

- Project and non-project assistance, analysis, monitoring, implementation, and review;

- Personnel and budgeting;

- External relations and information; and

- Donor coordination.

The Office manages USAID/W participation in the development process, conducts analyses, reviews activities for program impact and country performance, and coordinates with other donors. The Office Director has principal decision-making authority, as delegated from the AA/AFR, for project and non-project assistance proposals for Sudan. The Office Director also plays an active role in inter-Agency processes that determine USG assistance policy for Sudan, and coordinates closely with officials at the State Department, OMB, and NSC. The country development staff in the Office has the lead role in providing coordination and backstopping support for the Sudan mission in Nairobi, Kenya and Khartoum. The staff also coordinates support for country strategic plan development and manages the review and approval process as well as participates in and advises on donor relations and meetings.

**d.** The three **Geographic Offices** serve as the locus of responsibility and coordination for country-related matters, including:

- Policy and strategy;

- Project, non-project, and food aid development, analysis, monitoring, implementation, and review;

- Personnel and budgeting;

- External relations and information; and

- Donor coordination.

These offices manage USAID/W participation in the development process, conduct analyses, review activities for program impact and country performance, and coordinate with other donors. The Office Directors have principal decision-making authority, as delegated from the AA/AFR, for project and non-project assistance proposals. The country development staffs within the Geographic Offices have the lead role in providing coordination and backstopping support for Missions. These staffs coordinate support for country strategic plan development and manage the review and approval process.  They also participate in and advise on donor relations and meetings.

**1.** The **Office of East African Affairs (AFR/EA)** supports programs in Eritrea, Ethiopia, Kenya, Madagascar, Rwanda, Tanzania, Uganda, Democratic Republic of Congo, and the Regional Economic Development

08/07/2024 Partial Revision

Services Office in Nairobi, Kenya.

2. The **Office of West African Affairs (AFR/WA)** supports programs in Benin, Ghana, Guinea, Liberia, Mali, Nigeria, and Senegal.

The Program Analysis Staff in AFR/EA and the Program Support and Economic Analysis Staff in AFR/WA manage economic, sectoral, and cross-sectoral research and analysis, and develop and maintain economic and social databases for their respective Geographic Offices.  They:

- Coordinate all project and non-project assistance design activities in the AFR portfolio, ensuring compliance with established policies, procedures, and regulations as they relate to project design, approval, and implementation;

- Coordinate the preparation of individual country Congressional Presentation submissions;

- Coordinate the annual budget cycle; and

- Monitor country program financial data.

They work with AFR/AMS and other Bureau offices to meet Mission staffing requirements.

3. The **Office of Southern African Affairs (AFR/SA)** supports programs in Angola, Botswana, Malawi, Mozambique, Namibia, South Africa, Zambia, Zimbabwe, and the Regional Center for Southern Africa located in Botswana. There are three Teams providing coordination of AFR/SA programs.

- The Low-Income Countries Team coordinates bilateral programs in Angola, Malawi, Mozambique, and Zambia.

- The Middle Income Countries Team coordinates bilateral programs in Namibia, South Africa, and Zimbabwe.

- The Regional and Program Analysis Team manages economic, sectoral, and cross-sectoral research and analysis and develops and maintains economic and social databases for the southern African programs. It coordinates all project and non-project assistance design activities in the Southern Africa region, ensuring compliance with established policies, procedures, and regulations as they relate to project design, approval, and implementation. This Team coordinates inputs for key budget-cycle documents, including

the Annual Report and Congressional Notifications.  It also provides USAID/W coordination for the Initiative for Southern Africa that is implemented by the Regional Center for Southern Africa. This Team coordinates activities for non-presence programs in Lesotho and Swaziland and other multi-country programs such as disaster response.

e.  The **Office of Development Planning (AFR/DP)** provides leadership for Bureau strategy and policy development and oversees development and monitoring of the Development Fund for Africa (DFA) Action Plan.  AFR/DP:

- Identifies and addresses cross-cutting development issues,

- Manages the allocation and tracking of budget resources,

- Assesses the impact of assistance,

- Coordinates assistance with other donors, and

- Provides guidance on overall program and budgeting strategy and policies.

It is composed of two Divisions and two staff offices.

1.  The Project and Food Policy Staff manages and performs quality oversight of Bureau policies concerning project design and implementation, as well as food aid policy development. This unit monitors compliance with guidance on project issues and assesses the quality of implementation of delegations of authority. It establishes food aid policies and program strategy; prepares Africa-specific guidance; and negotiates, tracks, monitors, and maintains the Bureau food aid budget.

2.  The OE Budget and Financial Management Staff manages the OE budget allocation and tracking system and prepares OE budget allowances. The staff participates in budget responses and reclamas on OE for the Bureau for Management and OMB. It

- Provides financial management services and counsel and participates on design and evaluation assessment teams to provide financial management expertise;

- Serves as the Bureau's audit and investigation liaison;

- Oversees participation, response, and implementation of audit recommendations; and

- Manages the internal control assessment process and the audit management and resolution program.

3. The **Program Analysis and Budget Division (AFR/DP/PAB)** manages the Bureau budget processes and coordinates preparation of the Congressional Presentation. AFR/DP/PAB:

- Prepares budget responses and reclamas for the Bureau for Management and OMB,

- Monitors and tracks compliance with congressional interests,

- Coordinates preparation for and follow-up to congressional hearings and prepares responses to legislative reporting requirements, and

- Tracks and reports on the status of legislation and congressional views and organizes and participates in briefings for Hill staff.

4. The **Policy, Outreach, Strategy and Evaluation Division (AFR/DP/POSE)** develops and monitors implementation of the Bureau for Africa strategy, as set forth in the DFA Action Plan. AFR/DP/POSE develops program strategy and policy guidance for the region, adapting Agency policies for Africa. In addition, AFR/DP/POSE:

- Prepares issue papers and assists the field with strategic concept papers;

- Evaluates program performance and assists Missions in organizing a program assessment system; and

- Participates in country project/non-project reviews and assessments of program impact, coordinating with FA/PM/SIM&E on Agency program evaluation activities.

The Division also acts as the Bureau focal point for outreach activities, managing the Bureau for Africa Information Center.

f. The **Office of Sustainable Development (AFR/SD)** provides leadership on African development issues through analysis, strategy development, program design, technical assistance, advocacy, and information dissemination in areas of capacity building, institutional strengthening, partnership development, information technology, social sciences, democracy and governance, natural resources management and environment, agriculture, population, HIV/AIDS,

health, nutrition, education, and crisis mitigation and recovery. The Office:

- Manages a set of strategic objectives that help guide overseas operating units in making decisions about strategic choices, program design, implementation, and monitoring and evaluation;

- Supports, encourages, and strengthens the performance of African regional institutions and other international organizations;

- Leads the Bureau's strategic thinking in technical areas; and

- Reviews performance by operating units and programs within the Bureau and advises AFR/DP on appropriate allocation of resources to them.

AFR/SD is comprised of a staff office and three divisions.

1. The Health, Population, Nutrition and AIDS Staff engages in programs in policy research, capacity building, institutional strengthening, and dissemination of best practices, to ensure that Africans can build a healthy, sustainable future for themselves. Programs focus on extending healthcare services, protecting maternal and child health, conveying family planning information, expanding immunization, and directly confronting the HIV/AIDS crisis.

2. The **Economic Growth, Environment and Agriculture Division (AFR/SD/EGEA)** provides support for USAID Missions to accelerate growth and reduce poverty and to combat hunger and environmental degradation in Africa.  These include:

   - Promoting new agricultural methods and technologies;

   - Expansion of markets;

   - Use of innovative environmental measurement tools; and

   - Natural resources management techniques, aimed at sustainably increasing African incomes and social stability.

The Division builds local capacity, strengthens African institutions, and supports African networks of policy analysts, policy makers, and business people in order to promote policy relevant research. It also applies the Internet and related technologies to promote accelerated, sustainable, and equitable growth.

3. The **Education Division (AFR/SD/ED)** programs support education activities in Africa, with a special emphasis on the education of girls and women, distance learning and innovative technologies, education for democracy, and mitigating the impact of HIV/AIDS on students and teachers. Division programs engage in policy research, capacity building, institutional strengthening, and dissemination of best practices. The Division provides strategic guidance to Missions as they design and evaluate their basic education programs.

4. The **Communication, Peacebuilding and Governance Division (AFR/SD/CPG)** programs engage in policy research, capacity building, institutional strengthening, and dissemination of best practices. The Division works to prevent and mitigate the effects of conflict by linking crisis management with long-term development programs and by helping African nations integrate democracy and good governance principles across development sectors to consolidate democracy and good governance in their societies. These programs are designed to enable Africa to avoid crises, while ensuring more accountable, effective, and responsive public service systems.

### 101.3.1.24    Bureau for Asia (ASIA)
Effective Date: 08/07/2024

The Bureau for Asia provides leadership for the Agency's programs across a vast and diverse region that covers East, Southeast, South, and Central Asia, including Afghanistan, Pakistan, and the Pacific Island countries. The Bureau plays a key role in the interagency and with Congress to advance regional strategies as well as the Journey to Self-Reliance in Asia.

a. The **Office of the Assistant Administrator (AA/ASIA)** directs and supervises the activities of the Bureau and its overseas OUs. AA/ASIA formulates, approves, and authorizes U.S. development-assistance programs and projects; presents the Bureau for Asia's program and budget to Congress; and approves and directs the allocation of resources among the Bureau's Offices and Missions. AA/ASIA provides senior-level leadership, advice, and guidance on all matters related to the Asia region. The AA serves as the USAID representative on joint commissions, subcommittees, and working groups that involve the Asia region, and supports PLR to liaise with other Asia-Pacific donor governments.

The Office of the AA/ASIA includes four (4) Deputy Assistant Administrators (DAAs), including one Senior DAA, who oversees the country and regional portfolios; technical services, strategic planning and operations; and administrative management services.

b. The **Office of Technical Services (ASIA/TS)** is the Asia Bureau's technical thought-leader, providing its clients with creative and innovative solutions that

08/07/2024 Partial Revision

respond to Administration priorities, emerging challenges, and opportunities throughout Asia. To advance these priorities, ASIA/TS designs, procures, and manages regional and transboundary activities that complement field-based programming. ASIA/TS's five technical teams provide analytical support and technical guidance to Missions and Washington-based clients in key areas, such as climate change and natural resource management, agriculture and food security, education, global health security, democracy and governance, human rights, economic growth, energy, and infrastructure. ASIA/TS provides expertise to ensure a sound understanding of Asia's regional development context, trends, and priorities; coordinates with interagency partners; and informs Congressional testimony and inquiries. ASIA/TS provides technical direction on the Bureau's interactions with the interagency and the National Security Council, as well as other donor partners. Additionally, ASIA/TS ensures compliance and alignment with USG laws and regulations, including environmental safeguards, as well as host government laws and regulations applicable to USAID actions and programs.

c.  The **Office of Strategic Planning and Operations (ASIA/SPO)** is the Bureau's principal interlocutor for foreign assistance policy, strategic planning, and priorities; gender and inclusive development; budget formulation and execution; outreach, communications, and legislative affairs; monitoring, evaluation, and learning; audits, risk management, and partner vetting; and support across the program cycle. ASIA/SPO coordinates with the Department of State regional bureaus, State's Office of the Assistance Coordinator to Europe and Eurasia (EUR/ACE), the Office of U.S. Foreign Assistance (State/F), and USAID's LPA, PLR, M, and GC. ASIA/SPO provides guidance and assistance on policy, strategy, program management, outreach and budget to the Bureau and Asia OUs, and manages the OE account for the Asia Bureau and Missions.

d.  The **Office of Administrative Management Services (ASIA/AMS)** provides support on organizational structure, administrative processes, and resources. ASIA/AMS handles Bureau and Mission management activities, such as personnel assignments, workforce analytics, and organizational supervision. Consistent with Agency-wide policies, ASIA/AMS recommends and implements internal policies on personnel actions; performance-management; incentive and performance awards; planning for and the allocation of property and space; travel; and security and emergency preparation. ASIA/AMS manages the execution of the Bureau's OE budget and provides technical guidance and assistance on administrative/budgetary matters related to OE and personnel/human resources.

e.  The four **Geographic Offices** house the Country Desk Officers and provide liaison and backstopping functions for all USAID's Missions and other field posts in Asia. The Geographic Offices coordinate the review and approval of all proposed assistance in presence countries. The Offices also support the review and follow-up of country program strategies, annual report reviews,

08/07/2024 Partial Revision

Congressional Notifications, and other documentation presented for review and approval by USAID/Washington. The Offices work with PLR/BRM, through the ASIA/SPO, on the interagency review and approval of operational plans and budgets by State/F.

The Offices interact with the Regional Bureaus of the Department of State to ensure mutual understanding and alignment of foreign-policy goals, programmatic objectives, and individual Agency administrative requirements, and coordinate USAID's participation and representation at multilateral and other donor meetings (subject to the process for approval set out in ADS 580).

The Offices within the Office of Afghanistan and Pakistan Affairs have additional responsibilities, as described below, which result from their complex operating status and non-permissive environments.

1. The **Office of Multilateral and Regional Affairs (ASIA/MRA)** leads policy and program direction, interagency coordination, and donor engagement on regional and multilateral issues pertaining to the Indo-Pacific and the People's Republic of China (PRC). This includes USAID participation in and support of the Indo-Pacific Strategy (IPS), the Indo-Pacific Economic Framework for Prosperity (IPEF), the Association of Southeast Asian Nations (ASEAN), the Quadrilateral Security Dialogue (QSD or Quad), the Asia-Pacific Economic Cooperation Forum (APEC), the Lower Mekong Initiative, and the Mekong-U.S. Partnership (MUSP). MRA supports bilateral and regional activities in and concerning the PRC (including Tibet) and serves as the interface for other bilateral and multilateral donors working in Asia, including Australia, the Republic of Korea, Japan, and Taiwan.

2. The **Office of East Asia and the Pacific (ASIA/EAP)** coordinates with Asia Bureau offices, the Department of State, White House and external stakeholders. The Office maintains the most comprehensive and up-to-date information on country contexts, USAID programming, interagency, and external engagement in Washington. Desk Officers serve as their Missions' primary liaisons in Washington and act as authorities on development issues unique to the Mission or country, representing Missions to intra- and interagency stakeholders, Congress, and external partners. The Office supports bilateral and regional activities and provides policy coordination in the interagency for Burma, Cambodia, Indonesia, the Philippines, Laos, Mongolia, Timor-Leste, Vietnam, and Thailand. In addition, ASIA/EAP also supports activities in the 12 Pacific Island Countries of Palau, Micronesia, Marshall Islands, Papua New Guinea, Solomon Islands, Vanuatu, Fiji, Tonga, Tuvalu, Nauru, Kiribati, and Samoa.

3. The **Office of Central Asia and Afghanistan (ASIA/CAA)** coordinates with Asia Bureau offices, the Department of State, the White House, Missions, and stakeholders to collect comprehensive and up-to-date information on regional and bilateral activities in Kazakhstan, Turkmenistan, Uzbekistan, Tajikistan, Kyrgyz Republic, and Afghanistan. The desks track USAID programming, in-country contexts, interagency and external engagement in Washington. Central Asia and Afghanistan Desk Officers serve as their Missions' primary liaisons in Washington and act as authorities on development issues unique to the Mission or country, representing Missions to intra- and interagency stakeholders, Congress, and external partners.

4. The **Office of South Asia (ASIA/SA)** leads policy and program direction, State, NSC and other interagency coordination, Hill and donor engagement and coordinates across the Agency's various offices for the countries of India and Bhutan, Pakistan, Nepal, Bangladesh, Sri Lanka, and Maldives. ASIA/SA manages communication between Washington and the Mission and coordinates with external stakeholders. The Office supports bilateral and regional activities and provides policy coordination. The Office maintains the most comprehensive and up-to-date information on country contexts, USAID programming, interagency, and external engagement in Washington. South Asia Desk Officers serve as their Missions' primary liaisons in Washington and act as authorities on development issues unique to the Mission or country, representing Missions to intra- and interagency stakeholders, Congress, and external partners.

## 101.3.1.25    Bureau for Europe and Eurasia (E&E)
Effective Date: 06/06/2016

a. **The Office of the Assistant Administrator (AA/E&E)** directs and supervises the programs of the Bureau and its overseas organizations. AA/E&E formulates regional and sub-regional policies and strategies; approves bilateral and regional programs; together with the Department of State Coordinator, allocates program resources among countries and offices; presents the Bureau budget to Congress; acts as the spokesperson for USAID programs in Eastern E&E; and represents the E&E Bureau on the Senior Management Group Panel.

Two Deputy Assistant Administrators (DAAs) reporting to the AA oversee the daily work of the E&E Bureau. The Senior DAA is primarily responsible for the overall management and operation of the Bureau including programming, budget, and personnel. The Senior DAA oversees day-to-day management of the Bureau and acts as the Assistant Administrator in the absence of the incumbent. The second DAA is primarily responsible for legislative and public affairs and for interagency coordination, including representing the Bureau to Congress and the

National Security Council (NSC), and for government-to-government coordination.

**b.   The Administrative and Management Services staff (E&E/AMS)** is responsible for operational and administrative support and information management functions. The AMS team ensures that all support services and facilities are established and maintained. Working closely with USAID's Bureau for Management and the Department of State's Management Bureau, the AMS staff develops administrative policies and procedures for the Bureau and is responsible for human resources, including workforce planning, assignments, evaluations, awards, and training; logistical support, including facilities, IT, security, and clearances; emergency preparedness; Freedom of Information Act requests; and compliance with Agency-wide reporting requirements. AMS provides advice and assistance to senior Bureau management and field Missions and offices in support of Washington and overseas administrative management support activities.

**c.   The Program Office (E&E/PO)** ensures that USAID programs in the E&E region, and their supporting program and OE budgets, address foreign policy and administration assistance priorities, as well as Agency policies and the needs of the region. The Office ensures that resources align with strategic priorities. The Office also monitors country and program progress toward achieving transition objectives and works with the Department of State Assistance Coordinator to ensure appropriate program budget allocation. E&E/PO directs region-wide strategic planning, program policy development, program and OE budget management, performance monitoring, reporting, and evaluation, as well as support for project development and implementation, for active country programs and residual programs in non-presence and graduated countries in the E&E region. E&E/PO also:

- Manages the strategic budgeting process including out-year planning and formation of resource requests, and develops systems and guidance to prepare country program strategies and budgets;

- Tracks foreign assistance legislation, ensures responsiveness to legislative directives, prepares Bureau officials to testify and brief Congress, and coordinates Bureau responses to Congressional concerns and directives;

- Coordinates the Bureau's response to unsolicited proposals;

- Addresses issues raised in the context of USAID's relations with other donors;

- Supports program evaluation and knowledge-sharing about program results throughout the region; and

08/07/2024 Partial Revision

- Leads and coordinates Bureau's advocacy and outreach efforts.

There are two Divisions within this Office:

1. The **Strategic Planning and Analysis Division (E&E/PO/SPA)** develops the Bureau-wide strategic framework for E&E programs; provides advice and guidance in developing country strategic plans; manages the pre-strategy consultation process; prepares parameters guidance to Missions; and takes the lead in Bureau review and approval of these plans. SPA also ensures that USAID's regulatory requirements concerning environmental assessment and compliance actions are fulfilled.

   E&E/PO/SPA is responsible for broad implementation support for USAID activities. The Division also:

   - Monitors economic, democratic, and social trends in the region, and identifies emerging country performance trends across sectors;

   - Liaises with the Bureau for Foreign Assistance with regard to Agency strategy and policy development and implementation, reviews Agency policy, and crafts Bureau positions on policy;

   - Develops and implements Bureau analytical and evaluation agendas, and ensures dissemination of findings, and recommends program responses;

   - Conceptualizes options and strategic approaches for country graduation and analysis; and

   - Ensures an efficient, effective process by which relevant program knowledge can be shared across countries and used to improve programs.

   E&E/PO/SPA also leads the Bureau in performance monitoring, review, reporting, and project development and implementation, including:

   - Developing and disseminating information on "best practices" in the implementation of Bureau operating systems and procedures;

   - Providing assistance with designing activities for field Missions and E&E/Washington;

- Developing Bureau policy guidance and assisting Operating Units with activity design, graduation and program close-out planning, and post-presence program approval; and

- Providing advice, training, and assistance on performance monitoring plan preparation and on meeting Agency programming requirements as put forth in the Agency's Automated Directives System (ADS).

E&E/PO/SPA also ensures USAID's regulatory requirements are met for environmental assessment and compliance actions prescribed by **ADS 204** and 22 CFR 216. Core activities are the review and analysis of programs in the Bureau to determine compliance with legal and policy requirements related to environmental impact and sustainability. Related activities include:

- Conducting reviews of Missions and Bureau activities to determine compliance with U.S. environmental laws, regulations and best practices, and maintaining records to provide public access through the Agency's environmental compliance database;

- Providing technical guidance and training to Missions and implementing partners on effective environmental compliance, natural resource management, and program development;

- Conducting reviews of Multinational Development Bank proposals and recommending USG voting positions based on likely environmental impacts;

- Collaborating with other environment officers to develop Agency policies, strategies, and plans for environmental protection programs for Agency-wide application; and

- Providing analysis, advice, and coordination for environmentally relevant activities across the Bureau, especially energy, infrastructure, agriculture, and water resources, in close coordination with the Technical Support Office.

2. The **Financial Services Division (E&E/PO/FS)** is responsible for a wide range of financial support functions to include budget planning and implementation, accounting, and compliance with internal control procedures. FS leads the Bureau in program budget planning, financial analysis, budget implementation and reporting. FS provides input to the Congressional Budget Justification and various program budget analyses, working with Washington and field Missions and Offices and the Department of State's Assistance Coordinator to guide the Bureau in the

program budget formulation and maintenance process. The Division develops and maintains procedures, policies, financial information, and compensation tracking systems that streamline program operations and enhance the implementation of USAID programs in field Missions and Offices and in Washington. FS is responsible for budget formulation for program and OE funds and for the budget execution and management of funds as well as audit management for the Bureau, including GAO and OIG.

FS serves as the principal Bureau liaison with OMB, M/MPBP/BUD, and LPA on budget implementation issues; directs Bureau budget implementation processes, including the preparation of guidance on funds apportionment, allowance, distribution, and tracking; and takes the lead on Congressional Notifications. E&E/PO/FS:

- Develops and implements the processes by which E&E will work with Pillar Bureaus in funding E&E projects transferred to them;

- Coordinates Mission information on field support requests with Pillar Bureaus;

- Serves as a Bureau resource providing support on Phoenix, GLAA, and E2i; and

- Leads the Bureau in managing the Federal Managers Financial Integrity Act (FMFIA) issues and certification.

d. **The Office of European and Eurasian Country Affairs (E&E/EECA "The Desk")** serves as the representative in Washington for the USAID field Missions & Offices in the Europe and Eurasia region, providing resident expertise on country conditions. Country Development Officers (CDOs) inform USAID/Washington decisions, discussions, policies, and priorities. The Office (commonly referred to as "The Desk") consists of a Director, a Team Leader, and the CDOs. In addition to supporting field Missions and Offices, E&E/EECA  also leads the Bureau's Non-Presence and Limited Presence initiative, including support for programs in Cyprus, Ireland and Northern Ireland, and other countries including those that graduated from bilateral assistance but may receive continuing regional or legacy fund assistance. E&E/EECA addresses issues raised in the context of USAID's relations with other donors.

E&E/EECA provides programmatic and administrative support for E&E's field Missions and Offices in the region. E&E/EECA is responsible for communication and information flow between the field, E&E Bureau, other USG agencies, Congressional stakeholders, diaspora communities, and the general public. E&E/EECA undertakes outreach to think tanks, NGOs, and other who are interested or engaged in the E&E region. In addition to representational and

outreach responsibilities, CDOs provide input to program policy and strategy development, as well as program coordination. They provide critical country and program analysis and articulation of the Mission's issues and priorities to senior officials of the Agency, E&E Bureau, USG, and other stakeholders. E&E/EECA provides leadership on regional matters, including coordination with the European Union and emerging donors in the E&E region. E&E/EECA staff arranges introductory ("on-boarding") consultations with the interagency, host country embassies, implementing partners, and regionally involved organizations, for all USAID staff assigned to the region. The Desk also provides USAID orientation consultations for newly appointed Ambassadors and State FSO's assigned to the region.

e. **The Technical Support Office (E&E/TSO)** provides expertise, analysis, and project management in support of the Bureau's core objective of pursuing democratic governance and economic reform as mutually reinforcing objectives. Open, democratic, low-corruption societies are the most economically competitive, and elements of both are required for European Union accession. TSO is organized into three divisions, Democracy and Governance, Economic Growth, and Energy. The key functions of the TSO are to:

- Provide technical assistance and expertise to Missions, through TDYs and from Washington, for strategy development, assessments, evaluations, program designs, PAD development, technical evaluation committees (TECs), and staff coverage;

- Provide technical and policy expertise to Bureau and Agency leaders, as well as to interagency colleagues and Congress, collaborate and share information with Pillar Bureaus and multilateral organizations, and represent the Bureau on inter- and intra-agency working groups; and

- Design, manage, and arrange independent evaluations of regional programs, in coordination with Missions, other USG departments or agencies, and international colleagues such as bilateral and multi-lateral donors.

1. The **Democracy and Governance Division (E&E/TSO/DG)** provides a range of services and carries out functions in areas oriented towards strengthening democratic institutions, processes, practices, and values in the areas of civil society, political processes, independent media, the rule of law, good governance, human rights, and anti-corruption.

   In the support of these goals, the DG Division focuses on the following:

   - Management of Benchmarking Indices: Nations in Transit report, CSO Sustainability Index, and the Media Sustainability Index; and

- Management of regional programs including the Eurasia Non-Presence Portfolio (ENP).

2. The **Economic Growth Division (E&E/TSO/EG)** focuses on assisting countries and their productive sectors in moving toward Euro-Atlantic integration by developing reforms that create jobs, promote financial sector growth and stability, increase trade, and advance entrepreneurship. Key subsectors include economic governance (improving the business enabling environment, reducing corruption, establishing quality standards); competitiveness, particularly for Small and Medium Enterprises; workforce development; access to finance; international financial standards; regional trade facilitation; and access to global markets.

In addition, the Division manages grants to Enterprise Funds that invest in promising sectors and monitors the work of foundations formed from past grants.

3. The **Energy Division (E&E/TSO/E)** focuses on the development of economically and environmentally sound energy and infrastructure systems that can support economic growth and integrate with Western European systems. Work focuses on building capacity within European Energy Community countries to support strategic energy planning and inform policy formulation. Activities also improve service and reliability for utility customers, increase energy affordability, encourage transparency of operations, and promote security of energy supply. Simultaneously, the division works to reduce greenhouse gas emissions and promotes Low Emissions Development Strategies (LEDS) through clean energy investment policies and increased energy efficiency and renewable energy investments. Programs include support to capacity building, legislation, regulation, public information campaigns, and demonstration projects.

In addition, the Division manages grants for the Chernobyl Shelter Implementation Fund and Chernobyl Monitoring Account. It is also responsible for infrastructure investments, e.g., to recover from a natural or man-made disaster.

Other Technical Support: TSO also provides strategic, political, and technical advice to field Missions in support of social services that focus on improved health and well-being for the people of the region, inclusive education and youth development; and minority issues including gender, Lesbian, Gay, Bisexual and Transsexual, and People with Disabilities. TSO manages limited regional activities funded by the Bureau for Global Health Bureau.

### 101.3.1.26    Bureau for Latin America and the Caribbean (LAC)
Effective Date:  06/11/2020

**a.**  The **Office of the Assistant Administrator (AA/LAC)** directs and supervises the activities of the Bureau and its overseas organizations. AA/LAC formulates, approves, and authorizes U.S. development assistance programs and projects; presents the LAC Bureau's program and budget to Congress; approves and directs the allocation of resources among LAC Offices in Washington and LAC Missions Overseas; and implements LAC programs and projects. AA/LAC also promotes diversity and increased opportunities for Bureau staff.

The Office of the Assistant Administrator includes the AA, two DAAs, a Special Advisor for Presidential and Bureau Initiatives, a Senior Advisor for Cuba, a Senior Advisor for Transnational Emergencies and Disasters, a Special Assistant, two Secretaries, and four Administrative Officers. The DAAs serve as alter egos to the AA on matters affecting Bureau operations.

**b.**  The **Strategy and Program Office (LAC/SPO)** provides leadership, guidance, and advice to the Bureau on overall development planning, program and budget requirements, policy formulation, broad management implications, and implementation strategies. The Office also provides leadership and assistance to Missions in developing strategies, activity evaluations, and performance management systems, as well as in analyzing country, regional, sector, and activity-level impact of proposed strategies and development assistance activities. The Office:

- Develops and manages the Bureau's program and Operating Expense budget allocation process;

- Provides advice on economic trends, policy concerns, and program effectiveness issues;

- Ensures consistency of programs with Agency and Bureau policies, strategies, and priorities; and

- Serves as the focal point of all Bureau outreach activities.

LAC/SPO is also responsible for management oversight of the design, review, approval, implementation, and central administration of all LAC bilateral and regional activities.

**c.**  The **Office of Regional Sustainable Development (LAC/RSD)** provides technical leadership and liaison, regional expertise, sectoral strategies, and advice in the areas of:

- Economic growth, agriculture, and trade;
- Democracy and governance;
- Education and human resources;
- Population and health; and
- The environment.

The Office designs, implements, and evaluates selected regional projects and is organized into five teams.

1. The **Broad-Based Economic Growth Team** supports economic growth issues including sectoral policy; trade, exports, and markets; agriculture and rural development; micro-enterprise, small business and remittances; financial markets and privatization; legal and regulatory reform; and food security. The team coordinates the technical aspects of food aid programs with BHA and collaborates with the environment team on habitat preservation, biological diversity, environmental protection, and pollution control and abatement.

2. The **Democracy and Governance Team** supports rule of law and human rights; violence and conflict prevention; civil-military relations; participation and decentralization; governance and accountability; civil society; and political processes such as elections support.

3. The **Education and Human Resources Team** supports basic education, secondary and vocational education; education policy reform, teacher training, and participant training; and provides advice and support for education and training functions.

4. The **Population, Health, and Nutrition Team** supports issues related to family planning and reproductive health; child survival; maternal health; HIV/AIDS; health sector policy reform; tropical and infectious diseases; and sustainability of program impacts.

5. The **Environment Team** supports technical areas related to:

   - Environmental protection;
   - Conservation of tropical forests;
   - Urban and industrial pollution;
   - Energy;
   - Pest and pesticide management;
   - Global climate change; and
   - Coastal resource management.

The Team implements Regulation 216, an environmental regulatory function; and collaborates closely with staff responsible for the broad-

based economic growth area in agricultural resource management and environmental regulatory policy related to hemispheric free trade objectives to ensure that production, growth, and income objectives are efficiently pursued.

**d.** The **Geographic Offices** coordinate country-related matters, including:

- Policy and strategy;
- Project, non-project, and food aid development, analysis, monitoring, implementation, and review;
- Personnel and budgeting;
- External relations and information; and
- Donor coordination.

The Geographic Offices manage USAID/W participation in the development process; conduct analyses and review activities for program impact and country performance; and coordinate with other donors. The Offices provide coordination and backstopping support for Missions and also coordinate support for country strategic plan development, review, and approval. There are three Geographic Offices for LAC.

1. The **Office of South American Affairs (LAC/SA)** supports programs in Argentina, Bolivia, Brazil, Chile, Colombia, Ecuador, Paraguay, Peru, Uruguay, and Venezuela.
2. The **Office of Caribbean Affairs (LAC/CAR)** supports programs in Barbados, Dominican Republic, Guyana, Haiti, Jamaica, and Caribbean Regional Programs.

3. The **Office of Central American and Mexican Affairs (LAC/CAM)** supports programs in Belize, Costa Rica, El Salvador, Guatemala, Honduras, Mexico, Nicaragua, Panama, and Central American Regional Programs.

4. The **Office of Cuban Affairs (LAC/CUBA)** supports programs in Cuba.

## 101.3.1.27    Bureau for the Middle East (ME)
Effective Date: 02/17/2016

**a.** The **Office of the Assistant Administrator (AA/ME)** directs and supervises the activities of the Bureau and its overseas organizations. AA/ME formulates, approves, and authorizes U.S. development assistance programs and projects; presents the Middle East Bureau's program and budget to Congress; and approves and directs the allocation of resources among Middle East Offices and Missions. AA/ME implements Middle East programs and projects; monitors performance under loan and grant agreements, contracts, and other operating

agreements; and takes or recommends required remedial action. The AA serves as the USAID representative on joint commissions, subcommittees, and working groups involved in the Middle East region.

**b.** The **Office of Technical Support (ME/TS)**, housed in the ME Bureau, supports both the ASIA and ME bureaus, regional platforms and field missions with technical staff focused on the unique transformational development issues confronting the Asia and Middle East regions. For these regions, ME/TS produces technical analyses, develops strategies and sectoral policy guidance, designs programs, monitors and evaluates country progress, and reaches out to the agency, interagency and to the public on technical issues. ME/TS teams encompass and interconnect the health, education, democracy, economic growth, environment, conflict management, humanitarian, and security sectors.

For both bureaus, ME/TS is the principal point of contact with other U.S. Government agencies, international donors, and bilateral and multilateral organizations on strategic technical priorities and concerns. Within the U.S. Government, at the direction of Bureau leadership, ME/TS engages with other US Government functional or technically-focused agencies and offices, including the:

- State Department's Bureaus of  Oceans and International Environmental and Scientific Affairs (OES);

- Democracy, Human Rights and Labor (DRL);

- Economics Bureau (EB);

- International Narcotics and Law Enforcement (INL);

- Functional teams in the Director of Foreign Assistance (F);

- Coordinating offices for technical issues such as HIV/AIDS, reconstruction and stabilization, and counter-terrorism;

- The Departments of Commerce, Justice, Treasury, Defense; and

- The National Security Council on interagency sectoral initiatives.

Within USAID, ME/TS sits on sectoral councils and is the principal point of contact on technical issues related to the region's foreign assistance planning and program implementation with technical bureaus (Health; Democracy, Conflict, and Humanitarian Assistance; Economic Growth, Education and Environment).

ME/TS's main counter parts in the field are the technical staff in USAID missions and the regional platform offices (OMEP, RDMA). ME/TS provides the bureaus and field missions with technical advice for country strategic and operational planning, program design, evaluation and implementation. ME/TS links the ASIA and ME bureaus and their field missions with links to USAID pillar bureaus for services, support, research and training, and with access to relevant US or international organizations and initiatives.

ME/TS produces evidence-based analysis to monitor and evaluate progress and to communicate with the public, constituency groups, Congress (with LPA), and other stakeholders on technical matters. In coordination with the Office of Strategic Planning and Operations (ASIA/SPO), ME/TS plans and manages the Asia and Near East Central Program, including preparing the Operational Plan and annual Performance Reports and leading implementation of regional and cross-cutting activities. The Office advises the Administrative Management Support Team on skill requirements and personnel qualifications for all Bureau technical positions, assignments, and recruitment.

c.  The two **Geographic Offices** provide liaison and backstopping functions for Middle East field posts. The Geographic Offices coordinate and lead the review and approval of all proposed assistance in presence countries, and the strategy development as well as the review and approval of all proposed assistance in non-presence countries, from the standpoint of suitability to the country or area development situation and contribution to the achievement of results as specified in the strategy. The Offices work in tandem with SPO for interagency review and for approval by F of operational plans and budgets. The Offices also coordinate and lead the review and follow-up of country program strategies, Annual Report Reviews, field Congressional Presentation input, Congressional Notifications, and other documentation presented for USAID/Washington review and approval.

The Offices serve as the USAID/Washington principal point of contact with the Agency's external audiences and respond to stakeholder inquiries and requirements for information. The Offices interact with Department of State geographic offices to ensure mutual understanding and meshing of foreign policy goals, program objectives, and individual agency administrative requirements, and to coordinate USAID participation and representation in USAID/Washington at multilateral and other donor meetings on area countries, particularly the annual Consultative Group Meetings. Other frequent interactions include those with the U.S. Office of Management and Budget, the Treasury Department, the National Security Council, the Department of Defense, and other U.S. Federal departments and agencies, as well as bilateral and multilateral donors, Congress (with LPA), and the Embassies of Middle Eastern countries.

1.  The **Office of Middle East Affairs (ME/MEA)** provides effective and efficient headquarters guidance and support to USAID activities and programs in five countries in the Middle East Region. The MEA portfolio

includes the politically sensitive programs in Egypt, Jordan, Lebanon, West Bank, and Gaza. ME/MEA also backstops the Syria program and serves as the liaison with the Southern Syria Assistance Platform (SSAP) based in Jordan and the Syria Transition Assistance Response Team (START) based in Turkey. ME/MEA is the principal point of contact and coordination with the Department of State's Bureau for Near East and the National Security Council (NSC) for the above Middle East programs.

2. The **Office of North African and Arabian Affairs (ME/NAA)** provides headquarters guidance and support to current USAID program activities in Iraq, Libya, Morocco, Tunisia, and Yemen. ME/NAA is the principal point of contact for program, policy, and assistance coordination with the Department of State's Bureau for Near Eastern Affairs, the Department of Defense, and the National Security Council for the above Middle East bilateral programs, as well as regional matters involving Algeria, Gulf Cooperation Council countries (Kuwait, Saudi Arabia, Bahrain, United Arab Emirates, Oman, Qatar), and Iran.

d. The **USAID/Yemen Mission** is temporarily renamed the Yemen Support Office (YSO) and has a duty station in Washington, D.C. while the situation in Yemen remains non-permissive.

## 101.3.2    Overseas Organizations
Effective Date: 02/08/2001

USAID manages a wide variety of U.S. foreign economic and humanitarian assistance programs in the developing world, Central and Eastern Europe, and the new independent states of the former Soviet Union.

### 101.3.2.1    USAID Bilateral Country Missions
Effective Date:  02/08/2001

USAID bilateral country Missions are established when the U.S. assistance program is continuing, ranging from minor programs with a single focus to major programs with multiple types of assistance within several sectors. Missions are categorized as small, medium, full, and full support depending on the scope and complexity of their programs, and their program and staff levels. Responsibility for establishing and achieving strategic objectives lies with the organization. Essential services such as program development, problem analysis, project design, program/budget documentation, implementation monitoring, financial management, and administrative/logistical support are provided internally at full and full support Missions and most medium Missions. Small Missions receive support as needed from full support Missions or Regional Service Centers.

### 101.3.2.2    Offices of the USAID Representative
Effective Date: 07/31/2003

Overseas bilateral Missions that have two or fewer U.S. direct hire employees are titled as Offices of the USAID Representative. Their principal officer is the USAID Representative. These Offices have the same characteristics as small bilateral Missions and look to full and full support Missions for many essential services.

### 101.3.2.3    USAID Centers for Multi-Country Programs and Support
Effective Date: 10/15/2007

USAID centers for multi-country programs administer USAID activities and provide support involving multiple countries. Examples include:

**a.** Regional Platform Missions,

**b.** Regional Program Missions, and

**c.** Regional Service Centers (RSCs).

### 101.3.2.4    USAID Bureau for Humanitarian Assistance Presence
Effective Date:  06/11/2020

The Bureau for Humanitarian Assistance (BHA) represents the Agency at the World Food Programs office in Italy and maintains programs both with and without U.S. direct hire presence throughout the world where humanitarian assistance is needed.

### 101.3.2.5    USAID Representation Offices
Effective Date: 02/08/2001

USAID Representation offices are maintained by the Center for Transformational Partnership in four international organizations:

**a.** Office of AID Coordination/Geneva,

**b.** Development Assistance Committee/Paris,

**c.** Office of Development Cooperation/Tokyo, and

**d.** European Commission Coordination/Belgium.

### 101.3.2.6    Field Offices of the Inspector General
Effective Date: 02/08/2001

The field offices of the Office of the Inspector General carry out a comprehensive program of audits and investigations. These Offices include

**a.** Regional Inspector General for Audit offices, and

**b.** Investigative Field Offices.

### 101.3.3    Overall Organizational Approaches for USAID
Effective Date: 01/15/2021

To meet the challenges of the twenty first century, USAID is organized to provide assistance to countries so that its resource allocations are aligned with its policies (see **ADS 200**) and strategic objectives (see **ADS 201**).

### 101.3.3.1    Country Focus
Effective Date: 10/15/2007

USAID uses the following models to implement country programs (see **ADS 201**):

- **Model A (No Specific Country Framework, Strategic Plan, Operational Plan, and In-Country USDH Staff)**. Model A represents the least amount of USAID country-level management effort and may be adequate when the nature and scope of activities require limited coordination and oversight. In this model specific activities are implemented but are not governed by country-level SOs. All activities are governed by regional or sector Strategic Plans and Operational Plans of USAID Washington Operating Units or presence country Missions.

- **Model B (Specific Country Framework but No Country Strategic Plan or Operational Plan)**. In Model B, Bureaus improve coordination and effectiveness by means of sub-bureau planning frameworks with country-level goals. All activities, including planning, implementation, and reporting, must be managed under a Regional or Pillar Bureau Strategic Plan by the Operating Unit responsible for that plan.

- **Model C (Country-level Strategic Plan and Operational Plan, Annual Report Prepared outside of Country, but No In-country USDH Staff)**.  Bureaus choose Model C when additional visibility and higher USAID management intensity are useful and when dedicated staff can be assigned to manage achievement of the SOs. This model includes a country-level Strategic Plan and Operational Plan, with one or more Strategic Objectives and corresponding operating year budget (OYB) representing funding for the SOs.

- **Model D (Country-level Strategic Plan and Operational Plan, Project OYB Funding, and In-Country USDH Staff)**. Model D represents the traditional "presence" country approach, where full-time, in-country staff conducts the full range of planning, achieving, and assessing and learning functions.

### 101.3.3.2    Allocation of USAID Resources
Effective Date: 02/03/2006

USAID allocates its resources according to the Core Strategic Goal (see **ADS 201**) that

best characterizes the country program and a strategic budgeting approach encompassing program performance and country need. The approach aligns budgetary availabilities with staffing needs on the basis of Mission Management Assessments and workforce modeling.

### 101.3.3.3    Policy Framework for Bilateral Foreign Aid
Effective Date: 01/15/2021

The USAID Policy Framework is the Agency's highest-level policy document, intended to guide decision-making throughout the Agency.  The Policy Framework articulates the Agency's purpose and principles, which should be carried out consistently in programming and all Agency activities.  It operates as a roadmap, providing details for the entire Agency in approaches to development, program implementation, and prioritization. The Policy Framework acknowledges other USG foreign policy priorities and international development policy and commitments made by the Agency, and helps translate those policies in a manner applicable to USAID.  Principles and guidance from the Policy Framework should be reflected in Agency policy and planning tools, including Country Development Cooperation Strategies (CDCSs), annual budgets, and project design.  It should also serve broadly as the basis for dialogue about USAID's development priorities, when relevant.

The current Agency Policy Framework can be found here: **https://www.usaid.gov/policy/policy-framework**.

### 101.4        MANDATORY REFERENCES

### 101.4.1      External Mandatory References
Effective Date: 08/07/2015

**a.    5 U.S.C. Section 1402**

**b.    41 USC, Sec. 1702**

**c.    Chief Financial Officer Act of 1990**

**d.    Department of State Delegation of Authority No. 293, as amended**

**e.    Executive Order - Planning for Federal Sustainability in the Next Decade**

**f.    Executive Order 12163, "Administration of Foreign Assistance and Related Functions," as amended March 31, 1999**

**g.    Executive Order 12866, Regulatory Planning and Review**

**h.    Executive Order 13327, Federal Real Property Asset Management**

08/07/2024 Partial Revision

**i.**      **Executive Order 13392, Improving Agency Disclosure of Information**

**j.**      **Executive Order 13450, Improving Government Program Performance**

**k.**      **Executive Order 13576, Delivering an Efficient, Effective and Accountable Government**

**l.**      **Foreign Affairs Reform and Restructuring Act of 1998, as contained in Public Law 105-277, 112 Stat. 2681-761 et seq., October 21, 1998**

**m.**      **Foreign Assistance Act of 1961, as amended**

**n.**      **GPRA Modernization Act of 2010**

**o.**      **Memorandum M-12-18, Managing Government Records Directive**

**p.**      **OMB Circular A-50**

**q.**      **OMB Memorandum, Clarifying Chief Acquisition Officer Roles and Responsibilities, October 18, 2012**

**r.**      **OMB Memorandum 12-02, Suspension and Debarment of Federal Contractors and Grantees**

**s.**      **National Defense Authorization Act for Fiscal Year 1996**

**t.**      **Reorganization Plan and Report submitted pursuant to Section 1601 of the Foreign Affairs Reform and Restructuring Act of 1998, as contained in Public Law 105-277**

### 101.4.2      Internal Mandatory References
Effective Date: 01/06/2021

**a.**      **ADS 101maa, Agency Leadership Councils: Establishment, Governance, and Function**

**b.**      **ADS 201, Program Cycle Operational Policy**

**c.**      **Policy Framework for Bilateral Foreign Aid, January 2006**

### 101.5      ADDITIONAL HELP
Effective Date: 11/22/2021

**a.**      **ADS 101saa, Statutory, Regulatory, and Other Mandated Management Officials**

*Text highlighted in yellow indicates that the material is new or substantively revised.*      173

**b.**    **ADS 101sab, Agency Coordinators**

**c.**    **ADS 101sac, Charter Template**

**101.6**    **DEFINITIONS**
Effective Date: 06/25/2021

See the **ADS Glossary** for all ADS terms and definitions.

**Agency Leadership Councils (ALCs)**
Agency Leadership Councils provide an Agency-wide platform for leadership, oversight, and coordination in instances where the resources and decision-making authority for a technical focus area are dispersed across multiple Washington operating units (i.e., pillar or regional bureaus).

**Assistant Administrator**
The principal officer and advisor in USAID Bureaus who administer programs within delegated authorities and in accordance with policies and standards established by the Administrator. Assistant Administrators are presidentially appointed. (**Chapter 101**)

**Assistant to the Administrator**
The principal officer and advisor in a USAID Bureau or Independent Office who administers programs within delegated authorities and in accordance with policies and standards established by the Administrator. The Assistant to the Administrator designation is made at the Administrator's discretion rather than presidential appointment. (**Chapter 101**)

**Diversity**
The variety of similarities and differences within the workforce that include, but are not limited to, the following: race, ethnicity, sex, sexual orientation, gender, gender identity, gender expression, sex characteristics, disability, native or indigenous origin, age, generation, culture, religion, belief system, marital status, parental status, socio-economic status, appearance, language and accent, education, geography, nationality, lived experience, job function, personality type, and thinking style. (**Chapter 101** and **110**)

**Equity**
The consistent and systematic fair, just, and impartial treatment of all individuals, including individuals who belong to underserved communities that have been denied such treatment, including (but not limited to) Black, Latinx, and Indigenous and Native American persons, Asian Americans and Pacific Islanders and other persons of color, members of religious minorities, lesbian, gay, bisexual, transgender, queer, and intersex (LGBTQI+) persons, persons with disabilities, persons who live in rural areas, and persons otherwise adversely affected by persistent poverty or inequality. (**Chapter 101** and **110**)

**Inclusion**
A dynamic state in which diversity is leveraged to create a fair, healthy, and high-performing organization or community. An inclusive environment is safe, respectful, engaging, celebratory, and motivating and values the unique contributions of each employee as we strive to fulfill USAID's mission. (**Chapter 101** and **110**)

**Leadership Council Secretariat**
The Secretariat for each Agency Leadership Council (ALC) will be housed in the Bureau/Independent Office (B/IO) and Center/Office responsible for the technical focus area.  Each ALC Secretariat has a mandate that includes preparing and tracking the ALC recommendations and  coordinating input from the sector technical working group (TWG) prior to submission to PLR/BRM.

**participation**
The active engagement of partners and customers in sharing ideas, committing time and resources, making decisions, and taking action to bring about a desired development objective. (**Chapter 101**)

**partner**
An organization or individual with which/whom the Agency collaborates to achieve mutually agreed-upon objectives and secure participation of ultimate customers. Partners can include host country governments, private voluntary organizations, host country and international NGOs, universities, other U.S. Government agencies, United Nations and other multilateral organizations, professional and business associations, and private businesses and individuals. (**Chapter 101** and **201**)

**partnership**
An association between USAID, its partners and customers based on mutual respect, complementary strengths, and shared commitment to achieve mutually agreed upon objectives.  (**Chapter 101** and **102**)

**sustainable development**
Continued economic and social progress that rests on four key principles: improved quality of life for both current and future generations; responsible stewardship of the natural resource base; broad-based participation in political and economic life; and effective institutions that are transparent, accountable, responsive, and capable of managing change without relying on continued external support. The ultimate measure of success of sustainable development programs is to reach a point where improvements in the quality of life and environment are such that external assistance is no longer necessary and can be replaced with new forms of diplomacy, cooperation, and commerce. (**Chapter 101**)

**Technical Working Groups (TWGs)**
Technical Working Groups serve as a primary tool for bringing together sector professionals from across the Agency for learning, strategy development, and implementation coordination. TWGs' findings and other outputs serve as inputs to

08/07/2024 Partial Revision

Agency Leadership Councils (ALCs) or operating units by providing background, context, and technical recommendations on decisions elevated to an ALC-level or requests for consideration of items to be taken up at the ALC-level.

101_080724