# Ex. B
# Partnership for Public Service Webpage



FEDERAL POSITION DESCRIPTIONS

# Deputy Administrator (Management and Resources)

Deputy Administrator (Management and Resources) , U.S. Agency for International Development

**Responsibility**

**Management Scope**

In fiscal 2023, USAID's budget was approximately $2.1 billion of which $1.7 billion was allocated for operating expenses.[2] The deputy administrator for management and resources oversees four central bureaus and four independent offices. The management scope of this position varies by administration.

**Primary Responsibilities**

- Serves as the agency's chief operating officer and as the principal deputy and alter ego to the administrator.
- Leads performance and management reforms and reduces wasteful or ineffective programs, policies and procedures.
- Assists the administrator in carrying out the administrator's authority and responsibility for the overall direction, coordination and supervision of agency operations at headquarters and abroad.
- Assists the administrator in directing the agency's participation in the National Security Council, represents the agency at international meetings and performs other representational assignments, including the presentation of the agency's position before congressional committees.
- Provides recommendations to the administrator on important personnel appointments and engages with mission directors and agency bureaus and offices under the deputy's span of control.
- Leads initiatives to engage diverse partners and promotes development through modernized operations and equitable procurement practices.
- Provides oversight and direction to the assistant administrators and assistants to the administrator within the deputy's span of control.[3]
- Represents USAID on the President's Management Council.[4]

- Oversees the following bureaus and offices:
  - The Bureau for Foreign Assistance
  - The Bureau for Legislative and Public Affairs
  - The Bureau for Management
  - The Bureau for Planning, Learning, and Resource Management
  - The Office of Civil Rights
  - The Office of Human Capital and Talent Management
  - The Office of Security
  - The Office of Small and Disadvantaged Business Utilization

## Strategic Goals and Priorities

Depends on the policy priorities of the administration.

## Requirements

- Background in international development, diplomacy and/or foreign assistance.
- Previous agency experience advancing U.S. national security interests and foreign policy priorities.
- Demonstrated ability to develop internal and external partnerships that advance organizational development goals.

## Competencies

- Ability to communicate cross-organizationally in leadership roles.
- Deep understanding of foreign assistance and departmental processes related to personnel preferred.
- Strong management skills and ability to lead diverse teams of stakeholders.

## Past Appointments

- Paloma Adams-Allen (2021 to 2024): President and chief executive officer, Inter-American Foundation; senior director for Global Private Sector Partnerships Initiatives, Winrock International; deputy assistant administrator, Latin America and the Caribbean, USAID.[5]

## AGENCY

United States Agency for International Development

**Mission:** The United States Agency for International Development is the U.S. government's agency that leads international development and humanitarian assistance efforts to partner countries.

## COMPENSATION

Level III $187,300 (5 U.S.C § 5315)[1]

## REPORTS TO

USAID Administrator

## SENATE COMMITTEE

Foreign Relations

## FOOTNOTE

The title for this position was formerly known as Deputy Administrator. This position is traditionally held concurrently with the role of Chief Operating Officer.

1. https://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages/salary-tables/22Tables/exec/html/EX.aspx
2. https://www.usaid.gov/sites/default/files/2023-03/FY%202024%20CBJ%20FINAL_3.9.23_0.pdf
3. [https://www.usaid.gov/sites/default/files/2024-08/101_080624.pdf](https://www.usaid.gov/sites/default/files/2024-08/101_080624.pdf)
4. https://www.usaid.gov/organization/paloma-adams-allen
5. Leadership Directories.

**Partnership for Public Service**

600 14th Street NW

Suite 600

Washington, DC 20005

(202) 775-9111

Partnership for Public Service © 2025