UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOES 1-26,<br><br>　　　Plaintiffs,<br><br>v.<br><br>ELON MUSK,<br>*in his official capacity*,<br>UNITED STATES DOGE SERVICE<br>and<br>THE DEPARTMENT OF<br>GOVERNMENT EFFICIENCY,<br><br>　　　Defendants. | Civil Action No. 25-0462-TDC |

ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that Plaintiffs' Motion for a Preliminary Injunction, ECF No. 17, is GRANTED IN PART and DENIED IN PART. The Motion is granted in that the Court grants and issues the accompanying Preliminary Injunction. The Motion is otherwise denied.

Date: March 18, 2025

　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　THEODORE D. CHUANG
　　　　　　　　　　　　　　　　　United States District Judge