# EXHIBIT A

## Appointment of Jeremy Lewin as an Officer

By virtue of the authority vested in the Administrator of USAID by the laws of the United States, including 5 U.S.C. §§ 301, 2104, 2105 and 3101, and Section 625(a) of the Foreign Assistance Act, I hereby appoint Jeremy Lewin as an officer of the United States.

3/18/2025
Date

*[signature]*

Marco Rubio
Acting Administrator

**U.S. Agency for International Development**
**Delegation of Authority No. ___**

## Delegation of Authority
## Authorities of the Deputy Administrator for Management and Resources

By virtue of the authority vested in the Administrator of the U.S. Agency for International Development by the laws of the United States, including section 621(a) of the Foreign Assistance Act, I hereby delegate to Kenneth S. Jackson, to the extent authorized by law, all authorities vested in or delegated to the Deputy Administrator for Management and Resources, enumerated in Automated Directives System (ADS) 103.3.4.1.

The Administrator may exercise any function or authority delegated herein. The authorities delegated herein may be re-delegated, to the extent authorized by law. This delegation of authority rescinds the relevant portions of Delegation of Authority dated February 2, 2025, to Peter Marocco, but does not modify any other delegation of authority currently in effect.

This delegation will expire as to each authority upon the entry upon duty of a subsequently appointed principal to serve in the respective position, unless sooner revoked.

_3/18/2025_
Date

Marco Rubio
Acting Administrator

**U.S. Agency for International Development**
**Delegation of Authority No. ___**

## Delegation of Authority
### Authorities of the Deputy Administrator for Policy and Programming and Chief Operating Officer

By virtue of the authority vested in the Administrator of the U.S. Agency for International Development by the laws of the United States, including section 621(a) of the Foreign Assistance Act, I hereby delegate to Jeremy Lewin, to the extent authorized by law, all authorities vested in or delegated to the Deputy Administrator for Policy and Programming and the Chief Operating Officer, enumerated in Automated Directives System (ADS) 103.3.4.2 and 103.3.4.3.

The Administrator may exercise any function or authority delegated herein. The authorities delegated herein may be re-delegated, to the extent authorized by law. This delegation of authority rescinds the relevant portions of Delegation of Authority dated February 2, 2025, to Peter Marocco, but does not modify any other delegation of authority currently in effect.

This delegation will expire as to each authority upon the entry upon duty of a subsequently appointed principal to serve in the respective position, unless sooner revoked.

_3/18/2025_
Date

_Marco Rubio_
Marco Rubio
Acting Administrator

## Appointment of Kenneth S. Jackson as an Officer

By virtue of the authority vested in the Administrator of USAID by the laws of the United States, including 5 U.S.C. §§ 301, 2104, 2105 and 3101, and Section 625(a) of the Foreign Assistance Act, I hereby appoint Kenneth S. Jackson as an officer of the United States.

3/18/2025

Date

Marco Rubio
Acting Administrator