UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 1, et al.,<br><br>   *Plaintiffs*,<br><br> v.<br><br>ELON MUSK, *et al.*,<br><br>   *Defendants*. | Case No. 8:25-cv-00462-TDC |

**[PROPOSED] ORDER**

Upon consideration of Defendants' motion for clarification or modification, it is hereby:

ORDERED that Defendants' motion for clarification be and is hereby,

GRANTED.

The Court clarifies that Jeremy Lewin is not within the scope of "Defendants" as defined by the preliminary injunction, ECF No. 75.


Dated: _____        _____
                     HONORABLE JUDGE THEODORE D. CHAUNG
                     UNITED STATES DISTRICT JUDGE