## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**J. DOE 1,** *et al.***,**

*Plaintiffs* **v.**

**ELON MUSK,** *et al.***,**

*Defendants.*

Case No. **8:25-cv-00462-TDC**

## NOTICE REGARDING DEFENDANTS' MOTION FOR CLARIFICATION OR MODIFICATION

On March 19, Defendants filed a Motion for Clarification or Modification, ECF No. 77. In doing so, Defendants did not comply with this Court's Case Management Order, which requires parties to file a "Notice of Intent to File a Motion" prior to filing a Motion. This Notice includes information on "whether the parties have met and conferred." ECF No. 6 at 2. Defendants made no attempt to confer with Plaintiffs regarding their Motion or intent to file a motion. Should this Court be inclined to consider Defendants' Motion, Plaintiffs respectfully request an opportunity to respond to the Motion by 9 A.M. tomorrow, March 21, 2025.

Date: March 20, 2025


*/s/ Norman L. Eisen*
Norman L. Eisen,
[9112170186]
Tianna J. Mays,
[1112140221]
**STATE DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Avenue SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org

Tianna@statedemocracydefenders.org

Mimi Marziani*
Rebecca (Beth)Stevens*
Joaquin Gonzalez*
**MARZIANI, STEVENS & GONZALEZ PLLC**
1533 Austin Highway, Suite 102-402 San Antonio, TX 78218
Tel: (210) 343-5604
mmarziani@msgpllc.com
bstevens@msgpllc.com
jgonzalez@msgpllc.com

*Attorneys for Plaintiffs*
*\*Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below, I electronically served Plaintiffs' Motion for Leave to Supplement the Record with the Clerk of the Court for the United States Court of the District of Maryland by using the CM/ECF system. I also certify that the foregoing document is being served on Defendants' counsel of record and that service will be accomplished via email. This 20th day of March 2025,

*/s/ Norman L. Eisen*
Norman L. Eisen,
[9112170186]
**STATE DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Avenue SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
Tianna@statedemocracydefenders.org