UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

J. DOES 1-26,

    Plaintiffs,

v.

ELON MUSK,
*in his official capacity*,
UNITED STATES DOGE SERVICE
and
THE DEPARTMENT OF
GOVERNMENT EFFICIENCY,

    Defendants.

Civil Action No. 25-0462-TDC

ORDER

Upon consideration of Defendants' Motion for Clarification or Modification, ECF No. 77, the Court informs the parties that based on the information provided with the Motion and pursuant to the plain language of paragraph 1 of the Preliminary Injunction, Jeremy Lewin is bound by the Preliminary Injunction as someone who served as a DOGE Team Lead or DOGE Team Member in relation to USAID from January 20, 2025 forward.

The definition of the class of individuals bound by the injunction was carefully crafted to not include all individuals who could potentially be bound, *see* Fed. R. Civ. P. 65(d)(2), in that it arguably could have included all or most of the personnel at USAID, but it specifically includes all individuals with a past or present affiliation with Defendants or DOGE to address the most likely perpetrators of constitutional violations and to prevent the circumvention of the injunction, whether intentional or not, through the movement of such individuals to other roles. Excluding Lewin from this class would undermine these purposes. Any necessary USAID functions can be

accomplished through other authorized USAID officials in conjunction with the recusal of any enjoined individuals.

Accordingly, it is hereby ORDERED that:

1. Defendants' Motion for Clarification or Modification, ECF No. 77, is DENIED, in that the Court confirms that Jeremy Lewin is bound by the Preliminary Injunction and therefore declines to clarify or modify the Preliminary Injunction so as to exclude him from its coverage.

2. The Court reserves the right to modify the Preliminary Injunction to expand the definition of Defendants should additional personnel actions have the effect of circumventing the Preliminary Injunction.

Date: March 20, 2025

THEODORE D. CHUANG
United States District Judge