UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 1, et al.,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>ELON MUSK, *et al.*,<br><br>　　　　*Defendants*. | Case No. 8:25-cv-00462-TDC |

**NOTICE OF APPEAL**

Defendants Elon Musk, in his official capacity, United States DOGE Service, and the Department of Government Efficiency, now appeal to the United States Court of Appeals for the Fourth Circuit this Court's preliminary injunction entered on March 18, 2025, and the denial of Defendants' motion for clarification or modification. *See* Dkts. 73-75; 79.

Dated:  March 21, 2025　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　YAAKOV M. ROTH
　　　　　　　　　　　　　　　　Acting Assistant Attorney General

　　　　　　　　　　　　　　　　DIANE KELLEHER
　　　　　　　　　　　　　　　　Director, Federal Programs Branch

　　　　　　　　　　　　　　　　CHRISTOPHER R. HALL
　　　　　　　　　　　　　　　　Assistant Branch Director, Federal Programs Branch

　　　　　　　　　　　　　　　　/s/ *Joshua E. Gardner*
　　　　　　　　　　　　　　　　JOSHUA E. GARDNER (FL Bar No. 302820)
　　　　　　　　　　　　　　　　Special Counsel

　　　　　　　　　　　　　　　　JACOB S. SILER
　　　　　　　　　　　　　　　　JAMES J. WEN
　　　　　　　　　　　　　　　　Trial Attorneys
　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch

1100 L. Street, NW
Washington D.C. 20005
(202) 305-7583
joshua.e.gardner@usdoj.gov

Counsel for Defendants

**CERTIFICATE OF SERVICE**

On March 21, 2025, I e-filed this document with the Court, which will email all parties.

*/s/ Joshua E. Gardner*