March 5, 2025   ①

To: Theodore Chuang, U.S. District Judge

[margin note: Elon Musk is all over YouTube about what he's doing]

I am an 80 yr old woman, observing the actions of Elon Musk.
You should take into account that Elon Musk has a form of Autism. These persons of Autism mostly does focus on One Project. With Elon Musk he does that! He's Playing a Game, to Knock out Competition & Eliminating Government Agencies & Collecting All the Public Funds, & embezzling them, by transferring them to DOGE Accounts so he can spend it like he wants to do.
  Elon Musk has Trump & Some people of Congress — Brainwashed!

  Elon Musk has No Comprehension that he is doing any Harm to Anyone. He does Not possess ability to feel Remorse for his actions & Words.
  (Its why his dad told Trump & others, Before this got started) that they needed to leave Elon Musk alone.
  Musk & Trump are Violating Multiple Federal Laws.
  Elon Musk needs to be Stopped!