UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

J. DOES, Plaintiffs                                  25-0462

Against

ELON MUSK, DOGE, et al. Defendants
MARK MARVIN, Petitioner

NOTICE OF BRANZBURG V. HAYES PETITION

For the following reasons, his Application under *Branzburg v. Hayes* (1972, 408 U.S. 665, 92 S.Ct. 2646) should come on before this honorable court (see: *Roberts v. U.S.* 1980, 445 U.S. 552, 557-58, 100 S.Ct. 1358, 1362, citing: *Branzburg v. Hayes*, 1972, 408 U.S. 665, 696, 92 S.Ct. 2646, 2664) and Complaint be dismissed. Petitioner says:

1, Plaintiffs seek injunctive, declaratory, and compensatory judgment etc. against Defendants for actions of defendants regarding the United States Agency For International Development an independent agency of the United States, (USAID) at least in abused theory.

2, The USAID was established as an independent branch of the government in 1961 under President John F. Kennedy, to distribute financial aid to the world. (Public Law 87-195) George Ingram Senior Fellow, Global Economy and Development, Bookings Institution (<u>Institutional architecture of U.S. foreign aid</u>) describes the history of the USAID with a particular headline "USAID as an independent agency" "reporting to the president and the secretary of state." (p. 2) (see p. 3 "independent agency")

3, President Donald Trump by Executive Order 141169 "… 5,200 of 6,200 global programs were abruptly terminated, staff were locked out of facilities and systems, and employees reportedly received directives to destroy classified documents using shredders and 'burn bags.' " (reportedly in order of Judge Chuang, U.S.D.C. MD.)

4, Defendant petition to United States Supreme Court was dismissed with remand to the District Court following partial injunction by this court.

5, Investigation by those including Elon Musk claim to have