# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| J. Doe 1-26, et al., | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 8:25-cv-462-TDC |
| Elon Musk, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: 04/21/2025

/s/ Garry D. Hartlieb
*Attorney's signature*

Garry D. Hartlieb, IL #6322571
*Printed name and bar number*

United States Department of Justice
Civil Division - Federal Programs Branch
1100 L Street Northwest
Washington, D.C. 20005
*Address*

garry.hartlieb2@usdoj.gov
*E-mail address*

(202) 305-0568
*Telephone number*

(202) 616-8470
*FAX number*