AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| J. Doe 1-26, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 8:25-cv-462-TDC |
| Elon Musk, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: 04/22/2025

/s/ Christopher M. Lynch
*Attorney's signature*

Christopher M. Lynch D.C. Bar No. 1049152
*Printed name and bar number*

United States Department of Justice, Civil Division
Federal Programs Branch
1100 L St. NW
Washington, DC 20005
*Address*

Christopher.M.Lynch@usdoj.gov
*E-mail address*

(202) 353-4537
*Telephone number*

(202) 616-8470
*FAX number*