IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

J. Does 1-26 *
**Plaintiff,**
*
v. * Case No. 8:25-cv-0462-TDC
Musk, et al. *
**Defendant.** *

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the __Plaintiffs__

I certify that I am admitted to practice in this Court.

04/22/2025
Date

*Nicole Rubin* (signature)
Signature

Nicole Rubin (30711)
Printed name and bar number

Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery St., 29th Fl., San Francisco, CA 94111
Address

nrubin@lchb.com
Email address

(415) 956-1000
Telephone number

(415) 956-1008
Fax number