UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

J. DOES 4, 7, 22, 27, 28, and 29,
*on behalf of themselves and all others
similarly situated*,

    Plaintiffs,

v.

ELON MUSK,
*in his official capacity*,
UNITED STATES DOGE SERVICE,
THE DEPARTMENT OF
GOVERNMENT EFFICIENCY,
UNITED STATES DEPARTMENT OF
STATE,
UNITED STATES AGENCY FOR
INTERNATIONAL DEVELOPMENT,
DONALD J. TRUMP, *in his official capacity*,
MARCO RUBIO, *in his official capacity*,
PETER MAROCCO, *in his official capacity*,
JEREMY LEWIN, *in his official capacity*,
KENNETH JACKSON, *in his official
capacity*, and
AMY GLEASON, *in her official capacity*,

    Defendants.

Civil Action No. 25-0462-TDC

## ORDER

For the reasons stated during the April 22, 2025 Case Management Conference, it is hereby ORDERED that:

1. Defendants are granted leave to file the Motion to Dismiss proposed in ECF No. 95. The Motion will be deemed timely if filed by **Thursday, May 1, 2025**. Plaintiffs' Opposition to the Motion is due by **Thursday, May 15, 2025**. Any reply brief is due by **Thursday, May 29, 2025**.

2. Plaintiffs are granted leave to file the Motion for Class Certification proposed in ECF No. 91. The Motion will be deemed timely if filed by **Thursday, May 1, 2025**. Defendants' Opposition to the Motion is due by **Thursday, May 15, 2025**. Any reply brief is due by **Thursday, May 29, 2025**.

3. Plaintiffs are granted leave to file the Motion for Expedited Discovery proposed at the April 22, 2025 Case Management Conference. The Motion will be deemed timely if filed by **Friday, April 25, 2025**. Defendants' Opposition to the Motion is due by **Friday, May 2, 2025**.

Date: April 22, 2025

THEODORE D. CHUANG
United States District Judge