# Exhibit 1

J.R. 000001



## Fwd: USAID's Final Mission
1 message

Fri, Mar 28, 2025 at 1

To:

---------- Forwarded message ---------
From: **USAID Office of the Administrator** <usaid_fo@subscribe.usaid.gov>
Date: Fri, Mar 28, 2025 at 1
Subject: USAID's Final Mission
To:

**SENSITIVE BUT UNCLASSIFIED**



**FROM THE OFFICE OF THE ADMINISTRATOR**

J.R. 000002

**MEMORANDUM TO ALL USAID PERSONNEL**

DATE: March 28, 2025

SUBJECT: USAID's Transition to the State Department

Dear USAID Colleagues,

I am writing to share important updates about the future of USAID. Our leadership team is committed to providing as much information as possible in an open, conscientious, and thoughtful manner.

As Secretary Rubio has said, following congressional consultations, the State Department intends to assume responsibility for many of USAID's functions and its ongoing programming. This transfer will significantly enhance efficiency, accountability, uniformity, and strategic impact in delivering foreign assistance programs – allowing our nation and President to speak with one voice in foreign affairs. It will also obviate the need for USAID to continue operating as an independent establishment. Accordingly, the Department will seek to retire USAID's independent operation, consistent with applicable law.

As part of that process, substantially all non-statutory positions at USAID will be eliminated. As a result, USAID personnel globally will be subject to a consolidated Reduction-In-Force ("RIF") action. Within the next few minutes, USAID personnel will begin receiving RIF notices via email. These notices will specify one of two final separation dates: July 1, 2025, or September 2, 2025.

This RIF action is part of a multi-step process for the merger with State:

- In the next three months, we will work closely with the State Department to build their capacities to assume the responsible administration of USAID's remaining life-saving and strategic aid programming.
- During this period, the State Department will assess its needs and conduct a separate and independent hiring process, which will be available for eligible USAID employees. Overseas personnel will be offered safe and fully compensated return travel and other arrangements.
- By July 1, 2025, the State Department will have assumed responsibility for USAID's remaining programming, and many of our colleagues will depart for State or other opportunities.
- The remaining USAID personnel will then supervise the responsible decommissioning of USAID assets and the wind-down of the Agency's independent operations. By September 2, 2025, the Agency's operations will have been substantially transferred to State or otherwise wound down.

We will follow up with additional guidance but please find below some preliminary key information:

- **State Department Hiring Process:** A separate process will be established for hiring personnel into available roles at the State Department. While the details

J.R. 000003

are still being finalized, we are committed to sharing additional information as soon as it becomes available, likely in April or May.

- **Support for Overseas Personnel:** Our top priority is ensuring the continued safety and wellness of our personnel, and the orderly repatriation of colleagues posted overseas. All overseas personnel will receive a USAID-funded return PCS, with a departure date that will be considered as the employee's end-of-tour date. Those with an end-of-tour date beyond summer 2025 are involuntarily curtailed from their assignment.
    - Employees with a RIF date of July 1, will be expected to complete PCS travel NLT June 15, and those with a RIF date of September 2, will be expected to complete PCS travel NLT August 15. For those with an end-of-tour date beyond summer 2025, this is considered an involuntary curtailment from their assignment. If you have specific circumstances that you believe justify a deviation from this procedure (e.g. a child's school calendar or personal/familial health considerations), please reach out to HCTM to request an exception.
    - *As previously stated with the PCS Portal Data call, there will be the opportunity to resubmit your PCS request. Please update your information within the next 72 hours.*
    - While overseas, USAID personnel will remain under Chief of Mission authority, and will retain full access to the Medical Unit, DPO/Pouch, and Post-provided housing until their official departure date. The State Department is committed to offering additional resources and benefits to ensure the safety and security of USAID employees transitioning from service.

- **Continuation of Benefits:** All employees will continue to receive the benefits to which they are entitled. No one will lose earned benefits as a result of this RIF action.
- **Previously RIF'd Personnel:** All personnel who received a first wave RIF notice dated February 23, 2025, will receive a new superseding RIF notice today, along with the rest of the Agency. That notice will specify a new longer-dated notice period, with final separation of either July 1, 2025, or September 2, 2025.
    - These new superseding notices will ensure that those in the first RIF wave have the same notice, severance, and return travel periods as the rest of the Agency's workforce and retain the same eligibility for any potential State Department hiring. Consistent with applicable law, we are committed to treating all USAID personnel fairly and equally.

- **Administrative Leave & Go Forward Options:** We do not intend to place a significant number of employees on involuntary administrative leave. As you can imagine, there will be lots of work to responsibly migrate operations and responsibility to the State Department. We would like to offer every USAID employee the opportunity to participate in that important work, if they so choose. At the same time, we understand that many of you may prefer to take time to focus on your families and future. As we assess the Agency's draw-

J.R. 000004

down staffing needs, we are providing the optional opportunity to indicate your preferred status going forward. A form will be provided tomorrow which will allow you to select one of the following options:

- **Active Duty:** A substantial portion of the Agency will be required to remain on duty to support the successful drawdown of operations and the transfer of programs to the State Department. If you are interested in remaining on active duty in this capacity, we would be grateful for your continued service.
- **Administrative Leave:** If you prefer to step away and focus on next steps, voluntary administrative leave will be available. Unless otherwise instructed, all staff with RIF notices who are not already on administrative leave may opt to cease work activities and request leave.

- **Email and Digital Access:** Email accounts have been reactivated for substantially all personnel on administrative leave and/or those part of the first wave RIF. Personnel should check their USAID email accounts for their Specific Notice of RIF and other important information.
  - We are committed to ensuring personnel, especially in the field, retain access to important employment and security information. We do not anticipate cutting access for a substantial number of USAID personnel.
  - Of course, access to government resources is a privilege, and personnel must continue to follow Agency guidance and applicable rules regarding the use of government systems and handling/dissemination of government information. Violations of Agency guidance and policies may result in disciplinary actions and loss of digital access permissions.

We remain committed to ensuring this process is as smooth, respectful, and transparent as possible keeping our mission and people at the forefront. We know questions will remain and we will soon share a live FAQ document to provide ongoing updates and guidance.

Secretary Rubio, myself, and the rest of the front office are grateful for your continued service to our great nation. I would like to offer a special thank you to those of you who, even amid considerable personal and professional uncertainty, have remained steadfastly committed to serving the Agency and its important mission. You exemplify the very best ideals for public service and will not be forgotten or overlooked in this transition process.

Sincerely,

Jeremy Lewin

PTDO Deputy Administrator & Chief Operating Officer

Update your subscriptions, modify your password or email address, or stop subscriptions at any time on your Subscriber Preferences Page. You will need to use your email address to log in. If you have questions or problems with the subscription service, please visit subscriberhelp.govdelivery.com.

J.R. 000005

This service is provided to you at no charge by United States Agency for International Development.



--

Sensitive But Unclassified (SBU)

J.R. 000006