IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 4 *et al.*, *individually and on behalf of all others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELON MUSK *et al.*,<br><br>*Defendants*. | Case No. 8:25-cv-00462-TDC |

**[PROPOSED] ORDER GRANTING MOTION FOR EXPEDITED DISCOVERY**

Upon consideration of Plaintiffs' Motion for Expedited Discovery and the accompanying memorandum, setting forth the reasoning and authorities in support thereof, the Court finds that the Plaintiffs have shown the requisite good cause to support this request.

Therefore, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that a twenty-eight (28) day discovery period shall begin immediately; and it is further

ORDERED that Defendants must promptly respond to Plaintiffs' discovery requests in general, and must specifically respond to Plaintiffs' Requests for Production and Interrogatories within seven (7) days.

SO ORDERED this day _____ of May 2025.

_____

United States District Judge