# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| J. Does 1-26 </br>*Plaintiff* </br>v. </br>Elon Musk, et al. </br>*Defendant* | Case No. 25-cv-462-TDC |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Amicus Curiae Constitutional Accountability Center.

Date: 04/29/2025

/s/ Miriam Becker-Cohen
*Attorney's signature*

Miriam Becker-Cohen, Bar No. 20935
*Printed name and bar number*

Constitutional Accountability Center
1200 18th St. NW, Suite 501
Washington, DC 20036
*Address*

miriam@theusconstitution.org
*E-mail address*

(202) 296-6889
*Telephone number*

*FAX number*