# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 4, *et al.*,<br><br> *Plaintiffs*,<br><br>v.<br><br>ELON MUSK, *et al.*,<br><br> *Defendants*. | Case No. 8:25-cv-00462-TDC |

## DEFENDANTS' CONSENT MOTION FOR LEAVE
## TO FILE BRIEF IN EXCESS OF PAGE LIMITS

  Defendants respectfully request leave to extend the page limit for their forthcoming motion to dismiss Plaintiffs' Amended Complaint by five additional pages. In particular, Defendants request leave to file a 35-page brief on May 1, 2025. Counsel for Defendants have conferred with Plaintiffs and Plaintiffs consent to this motion.

  As good cause for this request, Defendants offer the following:

  1. On April 17, 2025, Plaintiffs filed a 140-paragraph Amended Complaint alleging violations of the Appointments Clause and separation of powers against eleven defendants, including among others Elon Musk, the United States DOGE Service, the United States Agency for International Development, the United States Department of State, and President Donald Trump. *See* ECF No. 93.

  2. Defendants' deadline to file their motion to dismiss Plaintiffs' Amended complaint is May 1, 2025. *See* ECF No. ECF 105.

1

3. To adequately address the issues raised by Plaintiffs in their Amended Complaint, Defendants respectfully request leave to file a motion to dismiss brief of no more than 35 pages notwithstanding the limit of 30 pages provided in Local Rule 105(3).

4. Defendants respectfully submit that a brief of this length is warranted given the number of allegations in Plaintiffs' Amended Complaint. The five additional pages requested would further the parties' and the Court's shared interest in ensuring that the issues raised in Plaintiffs' Amended Complaint are adequately and thoroughly addressed in the most efficient manner.

5. In accordance with Local Rule 105(9), counsel for Defendants conferred with counsel for Plaintiffs before filing this motion. Counsel for Plaintiffs indicated that they consent to this motion.

6. For these reasons, Defendants respectfully request that the page limit for their forthcoming motion to dismiss be extended by five additional pages for a limit of 35 pages. A proposed order is attached.

Dated: May 1, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

DIANE KELLEHER
Director, Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Branch Director, Federal Programs Branch

JOSHUA E. GARDNER (FL Bar No. 302820)
*By Special Appearance*
Special Counsel

 /s/ *James J. Wen*
JAMES J. WEN (NY Bar No. 5422126)
GARRY D. HARTLIEB (IL Bar. No. 6322571)

CHRISTOPHER M. LYNCH
(DC Bar No. 1049152)
JACOB S. SILER (DC Bar No. 1003383)
*By Special Appearance*
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 532-4142
Email: james.j.wen@usdoj.gov

*Attorneys for Defendants*