UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

J. DOE 4, *et al.*,

　*Plaintiffs*,

v.

ELON MUSK, *et al.*,

　*Defendants*.

Case No. 8:25-cv-00462-TDC

**[PROPOSED] ORDER**

Upon consideration of Defendants' consent motion for leave to file brief in excess of page limits, it is hereby:

ORDERED that Defendants' consent motion for leave to file their motion to dismiss brief in excess of page limits be and is hereby,

GRANTED.

Defendants' motion to dismiss page limit is enlarged to 35 pages.

Dated: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE JUDGE THEODORE D. CHUANG
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

1