UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 4, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> ELON MUSK, *et al.*, <br><br> *Defendants*. | Case No. 8:25-cv-00462-TDC |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Dismiss, and the parties' respective submissions in support thereof and in opposition thereto, it is hereby

ORDERED that Defendants' motion is GRANTED; and

FURTHER ORDERED that this action is DISMISSED.

SO ORDERED.


Dated: _____     _____
                                  HON. THEODORE D. CHUANG
At: Greenbelt, MD                 UNITED STATES DISTRICT JUDGE