UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 4, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELON MUSK, *et al.*, <br><br> *Defendants*. | Case No. 8:25-cv-00462-TDC |

**ORDER**

Upon consideration of Defendants' consent motion for leave to file brief in excess of page limits, it is hereby:

ORDERED that Defendants' consent motion for leave to file their motion to dismiss brief in excess of page limits be and is hereby, GRANTED.

Defendants' motion to dismiss page limit is enlarged to 35 pages.

Dated: May 1, 2025

                                                  /s/
HONORABLE JUDGE THEODORE D. CHUANG
UNITED STATES DISTRICT COURT