UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 4, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>ELON MUSK, *et al.*,<br><br>    *Defendants*. | Case No. 8:25-cv-00462-TDC |

### **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Expedited Discovery, and the parties' respective submissions in support thereof and in opposition thereto, it is hereby

ORDERED that Plaintiffs' Motion is DENIED.

SO ORDERED.


Dated: _____        _____
                                             HON. THEODORE D. CHUANG
At: Greenbelt, MD                            UNITED STATES DISTRICT JUDGE