IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **J. DOE 4,** *et al.*,<br>　　　　　　*Plaintiffs,*<br><br>　　　　v.<br><br>**ELON MUSK,** *et al.*,<br>　　　　　　*Defendants.* | Case No. 8:25-cv-00462-TDC |

**PLAINTIFFS' CONSENT MOTION FOR AN EXTENSION OF PAGES FOR
PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Pursuant to the Court's Case Management Order, ECF No. 6, Section II.A.6 (p. 3), Plaintiffs respectfully request an extension of five (5) pages for their response brief in opposition to Defendants' motion to dismiss, ECF No. 110, in order to match the number of pages in Defendants' memorandum of law in support, ECF No. 110-1, which is thirty-five (35) pages in total. This page extension would allow Plaintiffs to adequately address the multiple arguments raised by Defendants' motion.

Defendants' counsel and Plaintiffs' counsel conferred, and Defendants' counsel consents to the extension of pages. A proposed Order also accompanies this Motion.

Respectfully Submitted,


*/s/ Norman L. Eisen*
Norman L. Eisen, [9112170186]
Tianna J. Mays, [1112140221]
**STATE DEMOCRACY DEFENDERS FUND**

600 Pennsylvania Avenue SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Tianna@statedemocracydefenders.org

Mimi Marziani*
Rebecca (Beth) Stevens*
Joaquin Gonzalez*
**MARZIANI, STEVENS & GONZALEZ PLLC**
1533 Austin Highway, Suite 102-402
San Antonio, TX 78218
Tel: (210) 343-5604
mmarziani@msgpllc.com
bstevens@msgpllc.com
jgonzalez@msgpllc.com
*Attorneys for Plaintiffs*

Richard M. Heimann*
Nicole M. Rubin (30711)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel: (415) 956-1000


*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court for the United States Court of the District of Maryland by using the CM/ECF system. I also certify that the foregoing document is being served on Defendant's counsel of record and that service will be accomplished by the CM/ECF system.

This 13 day of May, 2025,

     /s/ Tianna Mays
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
Tianna@statedemocracydefenders.org