IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **J. DOE 4,** *et al.*, <br>       *Plaintiffs,* <br><br> v. <br><br> **ELON MUSK,** *et al.*, <br><br>       *Defendants.* | Case No. 8:25-cv-00462-TDC |

**[PROPOSED] ORDER**

Plaintiffs' consent motion for an extension of pages for their brief in opposition to Defendants' motion to dismiss, ECF No. 110, is hereby granted. Pursuant to Local Rule 105.3, Plaintiffs brief shall not exceed thirty-five (35) pages, exclusive of (a) affidavits and exhibits, (b) tables of contents and citations, and (c) addenda containing statutes, rules, regulations, and similar material.

Date: May ___, 2025

_____
THEODORE D. CHUANG
United States District Judge