UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

J. DOES 4, 7, 22, 27, 28, and 29,
*on behalf of themselves and all others similarly situated,*

    Plaintiffs,

v.

ELON MUSK,
*in his official capacity,*
UNITED STATES DOGE SERVICE,
THE DEPARTMENT OF
GOVERNMENT EFFICIENCY,
UNITED STATES DEPARTMENT OF
STATE,
UNITED STATES AGENCY FOR
INTERNATIONAL DEVELOPMENT,
DONALD J. TRUMP, *in his official capacity,*
MARCO RUBIO, *in his official capacity,*
PETER MAROCCO, *in his official capacity,*
JEREMY LEWIN, *in his official capacity,*
KENNETH JACKSON, *in his official capacity,* and
AMY GLEASON, *in her official capacity,*

    Defendants.

Civil Action No. 25-0462-TDC

## ORDER

Having reviewed the Notice filed by the Constitutional Accountability Center ("CAC"), ECF No. 107, it is hereby ORDERED that CAC is granted leave to file the Motion for Leave to File *Amicus* Brief in Opposition to Defendants' Motion to Dismiss.

Date: May 13, 2025

THEODORE D. CHUANG
United States District Judge