IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

J. DOE 4, *et al.*,

    *Plaintiffs*,

v.

ELON MUSK, *et al.*,

    *Defendants*.

Case No. 8:25-cv-00462-TDC

## ORDER

Plaintiffs' consent motion for an extension of pages for their brief in opposition to Defendants' motion to dismiss, ECF No. 110, is hereby granted. Pursuant to Local Rule 105.3, Plaintiffs brief shall not exceed thirty-five (35) pages, exclusive of (a) affidavits and exhibits, (b) tables of contents and citations, and (c) addenda containing statutes, rules, regulations, and similar material.

Date: May 13, 2025

THEODORE D. CHUANG
United States District Judge