# EXHIBIT B

(Copy of cited webpage per Case Management Order II.8)

# Founders Online

## From George Washington to the United States Senate, 11 September 1789

### To the United States Senate

Gentlemen of the Senate,                                      New York September 11th 1789.

I nominate for the Department of the Treasury of the United States—

Alexander Hamilton (of New York) Secretary.

Nicholas Eveleigh (of So. Carolina) Comptroller.

Samuel Meridith (of Pensylvania) Treasurer.

Oliver Wolcott Junr (of Connecticut) Auditor.

Joseph Nourse (in office) Register.

For the Department of war—

Henry Knox.

For Judge in the Western Territory, in place of William Barton who declines the appointment.

George Turner.

For Surveyor in the District of Rappahannock, State of Virginia, in place of Staige Davis who declines the appointment—I nominate Peter Kemp.

For Surveyor of Town-Creek in the District of Patuxent, State of Maryland, in place of Robert Young who declines the appointment—I nominate Charles Chilton.

And, in case the nomination of Samuel Meridith should meet the advice and consent of the Senate—I nominate as Surveyor of the Port of Philadelphia—

William McPherson.[1]

                                                              Go: Washington

---

LS, DNA: RG 46, First Congress, Records of Executive Proceedings, President's Messages—Executive Nominations; LB, DLC:GW. This message was delivered to the Senate by Tobias Lear (*DHFC*, 2:38).

1. On 11 Sept. the Senate considered these nominations and confirmed Hamilton, Eveleigh, and Meredith. Discussion of the remaining names was "postponed until to Morrow," when the rest of the nominations, except for Macpherson, were confirmed. Macpherson was confirmed on 18 Sept. (*DHFC*, 2:38–40,42).

---

*Note:* The annotations to this document, and any other modern editorial content, are copyright © The Rector and Visitors of the University of Virginia. All rights reserved.

Back to top

| | |
|---|---|
| SOURCE PROJECT | Washington Papers |
| TITLE | From George Washington to the United States Senate, 11 September 1789 |
| AUTHOR | Washington, George |
| RECIPIENT | United States Senate |
| DATE | 11 September 1789 |
| CITE AS | |

"From George Washington to the United States Senate, 11 September 1789," *Founders Online,* National Archives, https://founders.archives.gov/documents/Washington/05-04-02-0011. [Original source: *The Papers of George Washington*, Presidential Series, vol. 4, *8 September 1789–15 January 1790*, ed. Dorothy Twohig. Charlottesville: University Press of Virginia, 1993, pp. 19–20.]

---

The National Historical Publications and Records Commission (NHPRC) is part of the National Archives. Through its grants program, the NHPRC supports a wide range of activities to preserve, publish, and encourage the use of documentary sources, relating to the history of the United States, and research and development projects to bring historical records to the public.

---

Founders Online is an official website of the U.S. government, administered by the National Archives and Records Administration through the NHPRC, in partnership with the University of Virginia Press, which is hosting this website.