**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| J. DOE 4, *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ELON MUSK, *et al.*,<br><br>                    Defendants. | Civil Action No. 25-462-TDC |

**[PROPOSED] ORDER**

Upon consideration of the motion of Constitutional Accountability Center for leave to file an *amicus curiae* brief in opposition to Defendants' Motion to Dismiss, it is hereby ORDERED that the motion is GRANTED.

Dated: _____

_____
THEODORE D. CHUANG
United States District Judge