UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 4, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>ELON MUSK, *et al.*,<br><br>    *Defendants*. | Case No. 8:25-cv-00462-TDC |

**[PROPOSED] ORDER**

Upon consideration of Defendants' opposition to Plaintiffs' motion for class certification, and Plaintiffs' reply, it is hereby:

ORDERED that Plaintiffs' motion for class certification is hereby, DENIED.


Dated: _____          _____
                                      THEODORE D. CHUANG
                                      UNITED STATES DISTRICT JUDGE