IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 4 *et al.*, *individually and on behalf of all others similarly situated*,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>ELON MUSK *et al.*,<br><br>    *Defendants*. | Case No. 8:25-cv-00462-TDC |

**ORDER DENYING MOTION TO DISMISS**

 Upon consideration of Defendants' Motion to Dismiss, ECF. No. 110, and the Parties' related submissions, it is hereby ORDERED that Defendants' Motion be DENIED.

Date: _____

                _____
                THEODORE D. CHUANG
                United States District Judge