# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 4, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ELON MUSK, *et al.*,<br><br>    Defendants. | Civil Action No. 25-462-TDC |

**ORDER**

Upon consideration of the motion of Constitutional Accountability Center for leave to file an *amicus curiae* brief in opposition to Defendants' Motion to Dismiss, it is hereby ORDERED that the motion is GRANTED.

Dated: 5/15/25

THEODORE D. CHUANG
United States District Judge