**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| J. DOE 4, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELON MUSK, *et al.*,<br><br>*Defendants*. | Case No. 8:25-cv-00462-TDC |

**DEFENDANTS' CONSENT MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMITS**

Defendants respectfully request leave to extend the page limit for their motion to dismiss reply brief by ten additional pages. In particular, Defendants request leave to file a 25-page reply brief on May 29, 2025. Counsel for Defendants have conferred with Plaintiffs and Plaintiffs consent to this motion.

As good cause for this request, Defendants offer the following:

1. On April 17, 2025, Plaintiffs filed a 140-paragraph Amended Complaint alleging violations of the Appointments Clause and separation of powers against eleven defendants, including among others Elon Musk, the United States DOGE Service, the United States Agency for International Development, the United States Department of State, and President Donald Trump. *See* ECF No. 93.
2. Defendants filed their motion to dismiss Plaintiffs' Amended complaint on May 1, 2025. *See* ECF No. ECF 105.
3. Plaintiffs filed their thirty-five page opposition brief on May 15, 2025.

4. To adequately address the issues raised by Plaintiffs in their Amended Complaint and opposition brief, Defendants respectfully request leave to file a motion to dismiss reply brief of no more than 25 pages notwithstanding the limit of 15 pages provided in Local Rule 105(3).

5. Defendants respectfully submit that a brief of this length is warranted given the number of allegations in Plaintiffs' Amended Complaint and the arguments raised in their opposition brief. The ten additional pages requested would further the parties' and the Court's shared interest in ensuring that the issues raised in Plaintiffs' Amended Complaint are adequately and thoroughly addressed in the most efficient manner.

6. In accordance with Local Rule 105(9), counsel for Defendants conferred with counsel for Plaintiffs before filing this motion. Counsel for Plaintiffs indicated that they consent to this motion.

7. For these reasons, Defendants respectfully request that the page limit for their forthcoming motion to dismiss reply brief be extended by ten additional pages for a limit of 25 pages. A proposed order is attached.

Dated: May 27, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

DIANE KELLEHER
Director, Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Branch Director, Federal Programs Branch

/s/Joshua E. Gardner
JOSHUA E. GARDNER (FL Bar No. 302820)
*By Special Appearance*

Special Counsel
GARRY D. HARTLIEB (IL Bar. No. 6322571)
CHRISTOPHER M. LYNCH
(DC Bar No. 1049152)
JACOB S. SILER (DC Bar No. 1003383)
JAMES J. WEN (NY Bar No. 5422126)
*By Special Appearance*
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-7583
Email: joshua.e.gardner@usdoj.gov

*Attorneys for Defendants*