UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 4, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>ELON MUSK, *et al.*,<br><br>    *Defendants*. | Case No. 8:25-cv-00462-TDC |

**[PROPOSED] ORDER**

Upon consideration of Defendants' consent motion for leave to file brief in excess of page limits, it is hereby:

ORDERED that Defendants' consent motion for leave to file their motion to dismiss reply brief in excess of page limits be and is hereby,

GRANTED.

Defendants' motion to dismiss reply brief page limit is enlarged to 25 pages.


Dated: _____          _____
                                      HONORABLE JUDGE THEODORE D. CHAUNG
                                      UNITED STATES DISTRICT COURT