# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

J. DOES 4, 7, 22, 27, 28, and 29,
*on behalf of themselves and all others similarly situated,*

    Plaintiffs,

v.

ELON MUSK,
*in his official capacity,*
UNITED STATES DOGE SERVICE,
THE DEPARTMENT OF GOVERNMENT EFFICIENCY,
UNITED STATES DEPARTMENT OF STATE,
UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT,
DONALD J. TRUMP, *in his official capacity,*
MARCO RUBIO, *in his official capacity,*
PETER MAROCCO, *in his official capacity,*
JEREMY LEWIN, *in his official capacity,*
KENNETH JACKSON, *in his official capacity,* and
AMY GLEASON, *in her official capacity,*

    Defendants.

Civil Action No. 25-0462-TDC

## ORDER

Plaintiffs J. Does 4, 7, 22, 27, 28, and 29 have filed an Amended Complaint which asserts a class action, on behalf of all persons who worked for USAID as an employee or personal services contractor ("PSC") from January 20, 2025 to the present, and Defendants have filed a Motion to Dismiss. In their Motion, Defendants argue that where Plaintiffs are USAID employees and PSCs, their claims against USAID, its officials, and related agencies and their officials are precluded from judicial review by the Civil Service Reform Act of 1978, Pub. L. No. 95–454, 92 Stat. 1111

(codified as amended in scattered sections of 5 U.S.C.), and the Contract Disputes Act of 1978, 41 U.S.C. §§ 7101–7109. However, in their Amended Complaint, Plaintiffs have not identified which named Plaintiffs are employees of USAID and which are PSCs of USAID. Accordingly, to facilitate the assessment of Defendants' arguments in their Motion, it is hereby ORDERED that within **7 days** of the date of this Order, Plaintiffs shall file a second Amended Complaint in which they specifically identify which named Plaintiffs are employees of USAID and which are PSCs, without any other changes to the pleadings.

Date: May 27, 2025

THEODORE D. CHUANG
United States District Judge