UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

J. DOE 4, *et al.*,

    *Plaintiffs,*

v.

ELON MUSK, *et al.*,

    *Defendants.*

Case No. 8:25-cv-00462-TDC

## ORDER

Upon consideration of Defendants' consent motion for leave to file brief in excess of page limits, it is hereby:

ORDERED that Defendants' consent motion for leave to file their motion to dismiss reply brief in excess of page limits be and is hereby,

GRANTED.

Defendants' motion to dismiss reply brief page limit is enlarged to 25 pages.

Dated: May 27, 2025

                              HONORABLE JUDGE THEODORE D. CHUANG
                              UNITED STATES DISTRICT COURT