IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 4 *et al.*, *individually and on behalf of all others similarly situated*,<br><br>          ***Plaintiffs,***<br><br>          **v.**<br><br>ELON MUSK *et al.*,<br><br>          ***Defendants.*** | Case No.  8:25-cv-00462-TDC |

**PLAINTIFFS' CONSENT MOTION FOR LEAVE
TO FILE REPLY BRIEF IN EXCESS OF PAGE LIMITS**

      Plaintiffs respectfully request leave to extend the page limit for their class certification reply brief by five (5) additional pages. In particular, Plaintiffs request leave to file a 20-page reply brief on May 29, 2025. Counsel for Plaintiffs have conferred with counsel for Defendants and Defendants consent to this motion.

      As good cause for this request, Plaintiffs offer the following:

      1.      On May 15, 2025, Defendants filed a 26-page Response in Opposition to Plaintiffs Motion for Class Certification. *See* ECF No. 120.

      2.      Pursuant to the Court's April 22, 2025 Scheduling Order, Plaintiffs' reply brief is due Thursday, May 29, 2025. *See* ECF No. 105.

      3.      To adequately address the issues raised by Defendants in their opposition brief, Plaintiffs respectfully request leave to file a reply brief of no more than 20 pages notwithstanding the limit of 15 pages provided in Local Rule 105(3).

4.  Plaintiffs respectfully submit that a brief of this length is warranted given the arguments raised in Defendants' opposition brief. The five (5) additional pages requested would further the parties' and the Court's shared interest in ensuring that the issues raised are adequately and thoroughly addressed in the most efficient manner.

5.  In accordance with Local Rule 105(9), counsel for Plaintiffs conferred with counsel for Defendants before filing this motion. Counsel for Defendants indicated that they consent to this motion.

6.  For these reasons, Plaintiffs respectfully request that the page limit for their forthcoming class certification reply brief be extended by five additional pages for a limit of 20 pages. A proposed order is attached.

Respectfully submitted,

 /s/ Norman L. Eisen
Norman L. Eisen [9112170186]
Tianna J. Mays [1112140221]
**DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Avenue SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Tianna@statedemocracydefenders.org

Mimi Marziani*
Rebecca (Beth) Stevens*
Joaquin Gonzalez*
**MARZIANI, STEVENS & GONZALEZ PLLC**
1533 Austin Highway
Suite 102-402
San Antonio, TX 78218
Tel: (210) 343-5604

Richard M. Heimann*
Nicole M. Rubin
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor

San Francisco, CA 94111
Tel: (415) 956-1000

\* *Admitted pro hac vice*