IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 4 *et al.*, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>ELON MUSK *et al.*,<br><br>    *Defendants.* | Case No. 8:25-cv-00462-TDC |

**ORDER GRANTING PLAINTIFFS' CONSENT MOTION FOR LEAVE
TO FILE REPLY BRIEF IN EXCESS OF PAGE LIMITS**

Upon consideration of Plaintiffs' consent motion for leave to file brief in excess of page limits, it is hereby:

ORDERED that Plaintiffs' consent motion for leave to file their class certification reply brief in excess of page limits be and is hereby,

GRANTED.

Plaintiffs' class certification reply brief page limit is enlarged to 20 pages.

Date: May 29, 2025

                    /s/
                    HONORABLE JUDGE THEODORE D. CHUANG
                    UNITED STATES DISTRICT COURT