UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 4, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>ELON MUSK, *et al.*,<br><br>    *Defendants*. | Case No. 8:25-cv-00462-TDC |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 101(2)(b), Joshua E. Gardner respectfully moves to withdraw as counsel for Defendants. Good cause exists as Mr. Gardner is leaving the Department of Justice. Defendants are represented by other attorneys from the Department of Justice and will not be prejudiced by this withdrawal.

Dated: May 30, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

DIANE KELLEHER
Director, Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Branch Director, Federal Programs Branch

*/s/Joshua E. Gardner*
JOSHUA E. GARDNER (FL Bar No. 302820)
*By Special Appearance*
Special Counsel

GARRY D. HARTLIEB (IL Bar. No. 6322571)
CHRISTOPHER M. LYNCH
(DC Bar No. 1049152)

JACOB S. SILER (DC Bar No. 1003383)
JAMES J. WEN (NY Bar No. 5422126)
*By Special Appearance*
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 353-4556
Email: jacob.s.siler@usdoj.gov

*Attorneys for Defendants*