UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 4, *et al.*,<br><br>　*Plaintiffs*,<br><br>　v.<br><br>ELON MUSK, *et al.*,<br><br>　*Defendants*. | Case No. 8:25-cv-00462-TDC |

**[PROPOSED] ORDER**

Upon consideration of the Motion to Withdraw Joshua E. Gardner as counsel for Defendants, it is hereby:

ORDERED that the motion is hereby,

GRANTED.

Mr. Gardner is withdrawn as counsel for Defendants in the above-captioned case.

Dated: _____     _____
　　　　　　　　　　　　　　　　　HONORABLE JUDGE THEODORE D. CHAUNG
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT