UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

J. DOE 4, *et al.*,

    *Plaintiffs*,

v.

ELON MUSK, *et al.*,

    *Defendants*.

Case No. 8:25-cv-00462-TDC

## ORDER

Upon consideration of the Motion to Withdraw Joshua E. Gardner as counsel for Defendants, it is hereby:

    ORDERED that the motion is hereby, GRANTED.

    Mr. Gardner is withdrawn as counsel for Defendants in the above-captioned case.

Dated: June 2, 2025

HONORABLE JUDGE THEODORE D. CHUANG
UNITED STATES DISTRICT COURT