AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| J. DOE 1-26, *Plaintiff* ) ) | |
| v. ) | Case No. 8:25-cv-00462-TDC |
| ELON MUSK, et al., *Defendant* ) ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

J.Does 1-26                           .

Date:   06/05/2025

/s/ Norman L. Eisen
*Attorney's signature*

Norman L. Eisen, 9112170186
*Printed name and bar number*

DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE, Suite 15180
Washington, DC 20003
*Address*

Norman@statedemocracydefenders.org
*E-mail address*

(202) 594-9958
*Telephone number*

*FAX number*