AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| J. DOE 1-26, *Plaintiff* ) ) | |
| v. ) | Case No. 8:25-cv-00462-TDC |
| ELON MUSK, et al., *Defendant* ) ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

J.Does 1-26 .

Date: 06/05/2025

/s/ Tianna J. Mays
*Attorney's signature*

Tianna J. Mays, 1112140221
*Printed name and bar number*

DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE, Suite 15180
Washington, DC 20003
*Address*

Tianna@statedemocracydefenders.org
*E-mail address*

(202) 594-9958
*Telephone number*

*FAX number*