IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

J. Does 1-26 *

**Plaintiff,**

*

v.                                          Case No. 25-cv-462-TDC

Elon Musk, et al. *

**Defendant.** *

### ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the  American Foireign Service Association

I certify that I am admitted to practice in this Court.

June 30, 2025
Date

Signature

Aaron S.J. Zelinsky #31541
Printed name and bar number

100 E. Pratt Street, Suite 2440, Baltimore, MD 21202
Address

azelinsky@zuckerman.com
Email address

410-332-0444
Telephone number

410-659-0436
Fax number

EntryofAppearanceCivil (08/2015)