UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOES 4, 7, 22, 27, 28, and 29,<br>*on behalf of themselves and all others similarly situated*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>ELON MUSK,<br>*in his official capacity*,<br>UNITED STATES DOGE SERVICE,<br>THE DEPARTMENT OF<br>GOVERNMENT EFFICIENCY,<br>UNITED STATES DEPARTMENT OF<br>STATE,<br>UNITED STATES AGENCY FOR<br>INTERNATIONAL DEVELOPMENT,<br>DONALD J. TRUMP, *in his official capacity*,<br>MARCO RUBIO, *in his official capacity*,<br>PETER MAROCCO, *in his official capacity*,<br>JEREMY LEWIN, *in his official capacity*,<br>KENNETH JACKSON, *in his official capacity*, and<br>AMY GLEASON, *in her official capacity*,<br><br>　　Defendants. | Civil Action No. 25-0462-TDC |

**ORDER**

Having reviewed the Notice filed by the American Foreign Service Association ("AFSA"), ECF No. 143, it is hereby ORDERED that AFSA is granted leave to file the Motion for Leave to File an *Amicus* Brief in Opposition to Defendants' Motion to Dismiss.

The Motion will be deemed timely if filed within **7 days** of the date of this Order. Defendants' Opposition to the Motion is due within **7 days** of the date of the Motion. No reply brief is necessary.

Date: July 1, 2025



THEODORE D. CHUANG
United States District Judge