UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 4, *el al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELON MUSK, *et al.*, <br><br> Defendants. | Civil Action No. 25-462-TDC |

**ORDER**

Upon consideration of the motion of the American Foreign Service Association for leave to file an amicus curiae brief in opposition to Defendants' Motion to Dismiss, it is hereby ORDERED that the motion is GRANTED.

This \_\_\_\_ day of July, 2025.

_____
HON. THEODORE D. CHUANG
United States District Judge