UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 4, *et al.*,<br><br>　*Plaintiffs*,<br><br>v.<br><br>ELON MUSK, *et al.*,<br><br>　*Defendants*. | Case No. 8:25-cv-00462-TDC |

**[PROPOSED] ORDER**

Upon consideration of the Motion of American Foreign Service Association (AFSA) for Leave to File *Amicus Curiae* Brief in Opposition to Defendants' Motion to Dismiss, along with Defendants' response in opposition thereto, it is hereby:

ORDERED that AFSA's motion is hereby, DENIED.


Dated: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　THEODORE D. CHAUNG
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT