# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

J. DOES 4, 7, 22, 27, 28, and 29,
*on behalf of themselves and all others similarly situated,*

    Plaintiffs,

v.

ELON MUSK,
*in his official capacity,*
UNITED STATES DOGE SERVICE,
THE DEPARTMENT OF GOVERNMENT EFFICIENCY,
UNITED STATES DEPARTMENT OF STATE,
UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT,
DONALD J. TRUMP, *in his official capacity,*
MARCO RUBIO, *in his official capacity,*
PETER MAROCCO, *in his official capacity,*
JEREMY LEWIN, *in his official capacity,*
KENNETH JACKSON, *in his official capacity,* and
AMY GLEASON, *in her official capacity,*

    Defendants.

Civil Action No. 25-0462-TDC

## ORDER

Upon consideration of the Motion of the American Foreign Service Association for leave to file an Amicus Curiae Brief, and Defendants' memorandum in opposition to the Motion, it is hereby ORDERED that the Motion, ECF No. 146, is GRANTED.

Date: July 11, 2025



THEODORE D. CHUANG
United States District Judge