## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

J. DOES 4, 7, 22, 27, 28, and 29, *on behalf of themselves and all others similarly situated*,

        Plaintiffs,

    v.

ELON MUSK, *in his official capacity*,
UNITED STATES DOGE SERVICE,
THE DEPARTMENT OF
GOVERNMENT EFFICIENCY,
UNITED STATES
DEPARTMENT OF STATE,
UNITED STATES AGENCY FOR
INTERNATIONAL DEVELOPMENT,
MARCO RUBIO, *in his official capacity*,
PETER MAROCCO, *in his official capacity*,
JEREMY LEWIN, *in his official capacity*,
KENNETH JACKSON, *in his official capacity*, and
AMY GLEASON, *in her official capacity*,

        Defendants.

Civil Action No. 25-0462-TDC

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that Plaintiffs' Motion for Class Certification, ECF No. 111, is GRANTED IN PART and DENIED IN PART. The Motion is granted in that the Court certifies a class action pursuant to Federal Rule of Civil Procedure 23(b)(2) to resolve the issues identified in the accompanying Memorandum Opinion and which consists of the following persons:

> All persons who, between January 27, 2025 through the present (the "Class Period"), worked at any time for USAID as an employee or personal services contractor and was either a United States citizen or was working in the United States. Specifically excluded from this class are Defendants or any other person

who, during the Class Period, acted as Administrator or Deputy Administrator of USAID.

The Motion is otherwise denied without prejudice to additional requests to certify subclasses or additional issues to be decided on a classwide basis.

Date: August 1 , 2025

THEODORE D. CHUANG
United States District Judge