IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 4 *et al.*, *individually and on behalf of all others similarly situated*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>ELON MUSK *et al.*,<br><br>    *Defendants*. | Case No. 8:25-cv-00462-TDC |

**ORDER**

Upon consideration of Plaintiffs' Request for Modification of Scheduling Order, it is hereby:

ORDERED that Plaintiffs' Request for Modification of Scheduling Order be and is hereby,

GRANTED.  The Scheduling Order is hereby modified as follows:

| **D. Deposition Hours** |
|---|
| Each side shall be limited to 40 hours of depositions of fact witnesses, including parties. |

Date: _____

              _____
              HONORABLE JUDGE THEODORE D. CHAUNG
              UNITED STATES DISTRICT COURT