UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

J. DOES 1-26,

    Plaintiffs,

v.

ELON MUSK,
*in his official capacity*,
UNITED STATES DOGE SERVICE
and
THE DEPARTMENT OF
GOVERNMENT EFFICIENCY,

    Defendants.

Civil Action No. 25-0462-TDC

# ORDER

For the reasons stated during the September 25, 2025 Case Management Conference, it is hereby ORDERED that:

1. Defendants are granted leave to file the Motion to Certify Appeal and for a Stay Pending Appeal proposed in ECF No. 157. The Motion will be deemed timely if filed by **Thursday, October 2, 2025**. Plaintiffs shall file their memorandum in opposition to the Motion by **Thursday, October 16, 2025**. Any reply brief is due by **Thursday, October 30, 2025**.

2. Plaintiffs' request to modify the Scheduling Order, ECF No. 158, is granted. The Scheduling Order, ECF No. 155, is modified such that each side is now limited to 40 hours of depositions of fact witnesses, including parties.

3. The parties are directed to meet and confer on whether an agreement can be reached for a joint record for Plaintiffs' Motion for Partial Summary Judgment proposed in ECF

No. 159.  Plaintiffs are granted leave to file the proposed Motion by **Friday, October 17, 2025**.  Defendants' memorandum in opposition to the Motion is due by **Monday, November 3, 2025**.  Any reply brief is due by **Monday, November 17, 2025**.

Date:  September 26, 2025



THEODORE D. CHUANG
United States District Judge