UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 4, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELON MUSK, *et al.*,<br><br>*Defendants*. | Case No. 8:25-cv-00462-TDC |

### **[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for Stay in Light of Lapse of Appropriations, it is hereby

ORDERED that Defendants' motion is GRANTED. This case shall remain STAYED until Congress has restored appropriations to the Department of Justice.

SO ORDERED.

Dated: _____   _____
                                         HON. THEODORE D. CHUANG
At: Greenbelt, MD                        UNITED STATES DISTRICT JUDGE