UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 4, *et al.*,<br><br>  *Plaintiffs*,<br><br>  v.<br><br>ELON MUSK, *et al.*,<br><br>  *Defendants*. | Case No. 8:25-cv-00462-TDC |

**DEFENDANTS' MOTION FOR CERTIFICATION OF THIS COURT'S AUGUST 13, 2025 MEMORANDUM OPINION AND ORDER FOR INTERLOCUTORY APPEAL AND FOR A STAY OF DISCOVERY**

Pursuant to 28 U.S.C. § 1292(b), Defendants hereby move this Court to certify for interlocutory appeal its memorandum opinion and order denying in part Defendants' motion to dismiss. *See* ECF Nos. 150, 151. Defendants also move this Court to stay any and all discovery pending completion of all § 1292(b) proceedings. The reasons supporting Defendants' motion are set forth in the accompanying memorandum of law.

Dated: October 2, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

DIANE KELLEHER
Director, Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Branch Director, Federal Programs Branch

/s/ Jacob S. Siler
GARRY D. HARTLIEB (IL Bar. No. 6322571)
CHRISTOPHER M. LYNCH
(DC Bar No. 1049152)
JACOB S. SILER (DC Bar No. 1003383)
JAMES J. WEN (NY Bar No. 5422126)
*By Special Appearance*
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 353-4556
Email: jacob.s.siler@usdoj.gov

*Attorneys for Defendants*