UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 4, *et al.*,<br><br>    *Plaintiffs*,<br><br> v.<br><br>ELON MUSK, *et al.*,<br><br>    *Defendants*. | Case No. 8:25-cv-00462-TDC |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for Certification of this Court's August 13, 2025 Memorandum Opinion and Order for Interlocutory Appeal and for a Stay of Discovery, it is hereby **ORDERED:**

1. Defendants' motion is GRANTED

2. Pursuant to 28 U.S.C. § 1292(b), this Court hereby CERTIFIES for interlocutory appeal its Memorandum Opinion and Order of August 13, 2025.

3. In making such certification, this Court hereby "state[s] in writing" that the memorandum opinion and order of August 13, 2025 "involve[] a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation." 28 U.S.C. § 1292(b).

4. All discovery in this case is hereby STAYED pending completion of all § 1292(b) proceedings.

//

//

**SO ORDERED.**

Dated: _____          _____
                                                                    HON. THEODORE D. CHUANG
At: Greenbelt, MD                                             UNITED STATES DISTRICT JUDGE