**U.S. Department of Justice**

Civil Division, Federal Program Branch

October 16, 2025

**VIA CM/ECF**

The Honorable Theodore D. Chuang
United States District Court for the District of Maryland
6500 Cherrywood Lane, Suite 245
Greenbelt, Maryland 20770

RE: Notice of Motion Ripe for Decision in *Doe, et al., v. Musk*, et al., No. 8:25-cv-00462-TDC

Dear Judge Chuang:

Defendants respectfully submit this notice to apprise the Court that the Defendants' Motion for a Stay of Case in Light of Lapse of Appropriations, ECF No. 165, is ripe for decision. Defendants filed that motion on October 1, the first day after funding for the Department of Justice and the majority of other Executive Agencies lapsed. *Id.* at 1. Although Plaintiffs indicated that they opposed the motion, *id.* at 2, they did not file any opposition within the 14-day period provided by the District of Maryland's Local Rules. *See* L.R. 105.2(a). The motion is therefore ripe for decision.

Defendants' need for the relief requested in the stay motion has not changed. Congress has not yet restored appropriations to the Department of Justice or most other Executive agencies. And Plaintiffs have identified no prejudice that would result from delaying case deadlines—including relevant discovery deadlines—during the lapse in appropriations. Defendants therefore respectfully request that the Court grant the motion.

Dated: October 16, 2025        Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

DIANE KELLEHER
Director, Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Branch Director, Federal Programs Branch

*/s/ Jacob S. Siler*
GARRY D. HARTLIEB (IL Bar. No. 6322571)
CHRISTOPHER M. LYNCH (DC Bar No. 1049152)
JACOB S. SILER (DC Bar No. 1003383)
JAMES J. WEN (NY Bar No. 5422126)

        *By Special Appearance*
        Trial Attorneys
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street NW
        Washington, DC 20005
        Phone: (202) 353-4556
        Email: jacob.s.siler@usdoj.gov

        *Attorneys for Defendants*

Cc:    Counsel of Record (via CM/ECF)