# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 4 et al., *individually and on behalf of all others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELON MUSK *et al.*,<br><br>*Defendants*. | Case No. 8:25-cv-00462-TDC |

## [PROPOSED] ORDER DENYING MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL AND STAY OF DISCOVERY

Upon consideration of Defendants' Motion for Certification of this Court's August 13, 2025 Memorandum Opinion and Order for Interlocutory Appeal and For a Stay of Discovery, ECF No. 166, and the Parties' related submissions, it is hereby ORDERED that Defendants' Motion be DENIED.

**IT IS SO ORDERED**.

DATED: _____    _____
                                                                              The Honorable Theodore D. Chuang
                                                                              United States District Judge

3349430.2
DRAFT