UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

J. DOES 1-26,

    Plaintiffs,

v.

ELON MUSK,
*in his official capacity*,
UNITED STATES DOGE SERVICE
and
THE DEPARTMENT OF
GOVERNMENT EFFICIENCY,

    Defendants.

Civil Action No. 25-0462-TDC

## ORDER

In light of Defendants' Notice, ECF No. 168, the Court will consider Defendants' prematurely filed Motion for a Stay in Light of the Lapse of Appropriations. ECF No. 165. Accordingly, is hereby ORDERED that Plaintiffs file a response to Defendants' Motion for a Stay by **Friday, October 24, 2025**.

Date: October 21, 2025

THEODORE D. CHUANG
United States District Judge