UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

J. DOES 1-26,

    Plaintiffs,

v.

ELON MUSK,
*in his official capacity*,
UNITED STATES DOGE SERVICE
and
THE DEPARTMENT OF
GOVERNMENT EFFICIENCY,

    Defendants.

Civil Action No. 25-0462-TDC

## ORDER

Defendants Elon Musk, United States DOGE Service, and the Department of Government Efficiency have filed a Motion for a Stay in Light of Lapse of Appropriations. ECF No. 165. Plaintiffs have filed a response in opposition to the Motion. ECF No. 172. It is hereby ORDERED that the Motion is DENIED because Defendants' need for the stay does not outweigh the prejudice to Plaintiffs. The Court takes no position on whether counsel for the United States Department of Justice are permitted to work on this case because it involves an emergency "involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

Date: October 27, 2025

THEODORE D. CHUANG
United States District Judge