UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 4, *et al.*, *on behalf of themselves and all others similarly situated*,<br><br>　　*Plaintiffs*,<br><br>　v.<br><br>ELON MUSK, *in his official capacity*, et *al.*,<br><br>　　*Defendants*. | Case No. 8:25-cv-00462-TDC |

**[PROPOSED] ORDER**

　　Upon consideration of Defendants' Motion for extension of time to respond to Plaintiffs' first set of discovery requests, it is hereby:

　　ORDERED that Defendants' motion be and is hereby, GRANTED;

　　It is hereby further ORDERED that Defendants' deadline to respond to (1) Plaintiffs' First Set of Interrogatories to Defendants United States Department of State and Marco Rubio; (2) Plaintiffs' First Request for Production of Documents to Defendants United States Department of State and Marco Rubio; (3) Plaintiffs' First Set of Interrogatories to Defendants United States DOGE Service, Department of Government Efficiency, and Amy Gleason; and (4) Plaintiffs' First Request for Production of Documents to Defendants United States DOGE Service, Department of Government Efficiency, and Amy Gleason are hereby due on or before November 20, 2025.

Dated: _____　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE JUDGE THEODORE D. CHAUNG
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE