IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 4 *et al.*, *individually and on behalf of all others similarly situated*,<br><br>    ***Plaintiffs*,**<br><br>    **v.**<br><br>ELON MUSK *et al.*,<br><br>    ***Defendants***. | Case No.  8:25-cv-00462-TDC |

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST SET OF DISCOVERY REQUESTS**

Upon consideration of Defendants' Motion for Extension of Time to Respond to Plaintiffs' First Set of Discovery Requests and Plaintiffs' Response thereto, it is hereby:

ORDERED that the motion be and is hereby DENIED.

Date: _____

_____
HONORABLE JUDGE THEODORE D. CHAUNG
UNITED STATES DISTRICT COURT

1