# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

J. DOES 1-26,

    Plaintiffs,

v.

ELON MUSK,
*in his official capacity*,
UNITED STATES DOGE SERVICE
and
THE DEPARTMENT OF
GOVERNMENT EFFICIENCY,

    Defendants.

Civil Action No. 25-0462-TDC

## ORDER

Defendants Elon Musk, United States DOGE Service, and the Department of Government Efficiency have filed a Motion for an Extension of Time to Respond to Plaintiffs' First Set of Discovery Requests. ECF No. 176. Plaintiffs have filed a response in opposition to the Motion, to which Defendants have filed a reply. ECF Nos. 177, 178.

Upon review of these filings, it is hereby ORDERED that the Motion, ECF No. 176, shall be GRANTED IN PART. Defendants shall respond to Plaintiffs' first set of discovery requests no later than **Wednesday, November 12, 2025**.

Date: November 6, 2025

THEODORE D. CHUANG
United States District Judge