UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 4, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>ELON MUSK, *et al.*,<br><br>    *Defendants*. | Case No. 8:25-cv-00462-TDC |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 101(2)(b), Garry D. Hartlieb respectfully moves to withdraw as counsel for Defendants. Good cause exists as Mr. Hartlieb has concluded his temporary detail with the Federal Programs Branch of the Department of Justice and returned to his home component. Defendants remain represented by other attorneys from the Department of Justice and will not be prejudiced by this withdrawal.

Dated: November 18, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

DIANE KELLEHER
Director, Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Branch Director, Federal Programs Branch

*/s/Garry D. Hartlieb*
GARRY D. HARTLIEB (IL Bar No. 6322571)
*By Special Appearance*
Trial Attorney

GARRY D. HARTLIEB (IL Bar. No. 6322571)
CHRISTOPHER M. LYNCH
(DC Bar No. 1049152)
JACOB S. SILER (DC Bar No. 1003383)
JAMES J. WEN (NY Bar No. 5422126)
*By Special Appearance*
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (757) 441-3173
Email: garry.hartlieb@usdoj.gov

*Attorneys for Defendants*