UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 4, *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>ELON MUSK, *et al.*,<br><br>   *Defendants*. | Case No. 8:25-cv-00462-TDC |

### **[PROPOSED] ORDER**

Upon consideration of the Motion to Withdraw Garry D. Hartlieb as counsel for Defendants, it is hereby:

ORDERED that the motion is hereby, GRANTED.

Mr. Hartlieb is withdrawn as counsel for Defendants in the above-captioned case.


Dated: November _____, 2025

_____
HONORABLE JUDGE THEODORE D. CHUANG
UNITED STATES DISTRICT JUDGE