UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

J. DOES 1-26,

    Plaintiffs,

v.

ELON MUSK,
*in his official capacity*,
UNITED STATES DOGE SERVICE
and
THE DEPARTMENT OF
GOVERNMENT EFFICIENCY,

    Defendants.

Civil Action No. 25-0462-TDC

## ORDER

Defendants have submitted a Notice of Intent to File a Motion for a Protective Order pursuant to Federal Rule of Civil Procedure 26(e). ECF No. 180. For the reasons stated in the November 19, 2025 Case Management Conference, it is hereby ORDERED that:

1. Defendants' objections to the proposed depositions on the basis of relevance and proportionality are OVERRULED.

2. Defendants' objections to the proposed depositions on the basis that they will seek to elicit testimony on the witnesses' mental processes are OVERRULED AS MOOT, as Plaintiffs have agreed that they will not seek such testimony.

3. Defendants are granted leave to file a Motion for a Protective Order based only on the apex doctrine by **Friday, November 21, 2025**. Plaintiffs are granted leave to file a memorandum in opposition to the Motion by **Tuesday, November 25, 2025**. No reply brief is permitted.

4. The parties' briefs on the Motion are limited to five pages each.

Date: November 21, 2025

THEODORE D. CHUANG
United States District Judge