UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

J. DOE 4, *et al.*,

    Plaintiffs,

v.

ELON MUSK, *et al.*,

    Defendants.

Case No. 8:25-cv-00462-TDC

### ORDER

Upon consideration of the Motion to Withdraw Garry D. Hartlieb as counsel for Defendants, it is hereby:

ORDERED that the motion is hereby GRANTED.

Mr. Hartlieb is withdrawn as counsel for Defendants in the above-captioned case.

Dated: November 19, 2025

_____
HONORABLE JUDGE THEODORE D. CHUANG
UNITED STATES DISTRICT JUDGE