**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

J. DOE 4, *et al.*, *individually and on behalf of all others similarly situated*,

*Plaintiffs*,

v.

UNITED STATES DOGE SERVICE, *et al.*,

*Defendants*.

Case No. 8:25-cv-00462-TDC

**DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

Pursuant to Federal Rule of Civil Procedure 26(c)(1), Defendants hereby move this Court for a protective order precluding the depositions of Elon Musk, Peter Marocco, and Jeremy Lewin. The reasons supporting Defendants' motion are set forth in the accompanying memorandum of law.

Dated: November 21, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

DIANE KELLEHER
Director, Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Branch Director, Federal Programs Branch

*/s/ Jacob S. Siler*
CHRISTOPHER M. LYNCH
(DC Bar No. 1049152)
JACOB S. SILER (DC Bar No. 1003383)
JAMES J. WEN (NY Bar No. 5422126)
*By Special Appearance*
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 353-4556
Email: jacob.s.siler@usdoj.gov

*Attorneys for Defendants*