UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

J. DOE 4, *et al.*, *individually and on behalf of all others similarly situated*,

    *Plaintiffs*,

  v.

UNITED STATES DOGE SERVICE, *et al.*,

    *Defendants*.

Case No. 8:25-cv-00462-TDC

**[PROPOSED] ORDER**

    Upon consideration of Defendants' Motion for Protective Order, it is hereby **ORDERED** that Defendants' motion is GRANTED.

**SO ORDERED.**

Dated: _____    _____
                                                                         HON. THEODORE D. CHUANG
At: Greenbelt, MD                                    UNITED STATES DISTRICT JUDGE