IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 4 *et al.*, *individually and on behalf of all others similarly situated*,<br><br>    ***Plaintiffs*,**<br><br>    **v.**<br><br>ELON MUSK *et al.*,<br><br>    ***Defendants*.** | Case No. 8:25-cv-00462-TDC |

## ORDER DENYING DEFENDANTS' MOTION FOR PROTECTIVE ORDER

Upon consideration of Defendants' Motion for Protective Order, it is hereby:

ORDERED that the motion be and is hereby DENIED.

Date: _____

               _____
               HONORABLE JUDGE THEODORE D. CHAUNG
               UNITED STATES DISTRICT COURT