IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 4 *et al.*, *individually and on behalf of all others similarly situated*, <br><br> ***Plaintiffs*,** <br><br> v. <br><br> ELON MUSK *et al.*, <br><br> ***Defendants***. | Case No.  8:25-cv-00462-TDC |

**ORDER**

Upon consideration of the parties' Consent Motion for Modification of Scheduling Order, it is hereby:

ORDERED that  the parties' Consent Motion for Modification of Scheduling Order be and is hereby,

GRANTED.  The Scheduling Order is hereby modified as follows:

| **Previous Scheduling Order Dates** | **New Scheduling Order Dates** |
|---|---|
| December 23, 2025 <br> Rule 26(e)(2) supplementation of disclosures and responses | March 9, 2026 <br> Rule 26(e)(2) supplementation of disclosures and responses |
| January 16, 2026 <br> Completion of Discovery; submission of Post-Discovery Joint Status Report | March 31, 2026 <br> Completion of Discovery; submission of Post-Discovery Joint Status Report |
| January 23, 2026 <br> Requests for admission | April 7, 2026 <br> Requests for admission |
| January 30, 2025 <br> Notice of Intent to File a Pretrial Dispositive Motion | April 14, 2026 <br> Notice of Intent to File a Pretrial Dispositive Motion |

1

Date: _____

_____
HONORABLE JUDGE THEODORE D. CHAUNG
UNITED STATES DISTRICT COURT