## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 4 *et al.*, *individually and on behalf of all others similarly situated*, | |
| **Plaintiffs**, | Case No.  8:25-cv-00462-TDC |
| **v.** | |
| ELON MUSK *et al.*, | |
| **Defendants**. | |

### CONSENT MOTION FOR MODIFICATION OF SCHEDULING ORDER

The parties respectfully move for this Court to grant their Consent Motion for Modification of Scheduling Order, and in support show the following:

On September 4, 2025, the Court entered a Scheduling Order, ECF No. 155. On November 19, 2025, the Court held a Case Management Conference. *See* ECF Nos. 182, 184. During the Case Management Conference, the Court and the parties discussed the need to extend the deadline to complete discovery. ECF No. 190-1, at 20-21. The parties have conferred and agree to extend the discovery deadline to March 31, 2025, and to adjust the other deadlines within the scheduling order accordingly. The parties request the Court enter an updated scheduling order to that effect.

### REQUESTED RELIEF

| Current Scheduling Order Dates | Proposed New Scheduling Order Dates |
|---|---|
| December 23, 2025<br>Rule 26(e)(2) supplementation of disclosures and responses | March 9, 2026<br>Rule 26(e)(2) supplementation of disclosures and responses |

1

| January 16, 2026<br>Completion of Discovery; submission of Post-Discovery Joint Status Report | March 31, 2026<br>Completion of Discovery; submission of Post-Discovery Joint Status Report |
|---|---|
| January 23, 2026<br>Requests for admission | April 7, 2026<br>Requests for admission |
| January 30, 2025<br>Notice of Intent to File a Pretrial Dispositive Motion | April 14, 2026<br>Notice of Intent to File a Pretrial Dispositive Motion |

## CONCLUSION

For the reasons provided herein, the parties ask this Court to grant their Consent Motion for Modification of Scheduling Order.

Respectfully submitted,

/s/ Tianna J. Mays
Norman L. Eisen, [9112170186]
Tianna J. Mays, [1112140221]
Andrew H. Warren*
**DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Avenue SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@democracydefenders.org
Tianna@democracydefenders.org
Andrew@democracydefenders.org

Mimi Marziani*
Rebecca (Beth) Stevens*
Joaquin Gonzalez*
**MARZIANI, STEVENS &
GONZALEZ PLLC**
500 W. 2nd Street, Suite 1900
Austin, TX 78701
Tel: (210) 343-5604
mmarziani@msgpllc.com
bstevens@msgpllc.com
jgonzalez@msgpllc.com

/s/ Christopher M. Lynch (with permission)
CHRISTOPHER M. LYNCH
(DC Bar No. 1049152)
JACOB S. SILER (DC Bar No. 1003383)
JAMES J. WEN (NY Bar No. 5422126)
*By Special Appearance*
Trial Attorney
**U.S. DEPARTMENT OF JUSTICE**
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 353-4537
Email: christopher.m.lynch@usdoj.gov

*Attorneys for Defendants*

Motion: Granted 1/8/26

Theodore D. Chuang
United States District Judge

2

Richard M. Heimann*
Nicole M. Rubin
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel: (415) 956-1000
rheimann@lchb.com
nrubin@lchb.com

*Attorneys for Plaintiffs*
*Admitted pro hac vice