

January 21, 2025

The Honorable Theodore D. Chuang, U.S. District Judge
6500 Cherrywood Lane, Suite 245
Greenbelt, MD 20770
(301) 344-3982

     **Re:**    **Request for Referral to Magistrate Judge Regarding Discovery Issues, *Doe v. Musk*, 25-CV-00462-TDC**

Dear Judge Chuang,

Plaintiffs, by and through their undersigned counsel, respectfully submit this request for referral to a magistrate judge to resolve outstanding discovery issues. Unfortunately, despite Your Honor's repeated direction that the parties "be cooperative with each other," proceed with written discovery and depositions, and generally "cooperate on a reasonable approach to discovery," ECF No. 167 at 10:3-4 & 26:24-25, the discovery process continues to be extremely onerous and significantly delayed.

In addition to the issues that are immediately ripe for consideration, discussed below, new issues continue to emerge. For instance, Defendants are threatening not to attend the 30(b)(6) depositions noticed for next Wednesday, January 28, 2026, arguing that scope of Plaintiffs' proposed topics is too broad, but they have refused (for over two months) to provide specific objections or narrowing proposals, and instead insist that the depositions cannot proceed at all. Moreover, even with the assistance of private investigators, Plaintiffs have struggled to serve deposition subpoenas upon key witnesses in the case, including individuals with whom the Defendants have been in contact. Without judicial intervention, it's difficult to see how Plaintiffs will be able to complete the factual discovery necessary, despite diligent, good faith efforts to do so.

The District's Local Rules provide that "with the consent of the parties, a district judge may designate a full-time magistrate judge to conduct any or all proceedings…" Local Rule 301(4). In their Initial Joint Status Report, the parties confirmed they "consent to proceed before a Magistrate Judge as to discovery disputes..." ECF No. 156. Plaintiffs raised with defense counsel their plans to submit this letter to the Court and did not receive a response.

Outstanding, pending discovery issues include Plaintiffs' request for permission to file a Motion for Alternative Service of Subpoenas on deponents and Plaintiffs' request to obtain a procedure through which the parties may settle claims of privilege, including the presidential

communications and deliberative process privileges which have been raised by Defendants during multiple depositions. These issues were presented to the Court via letter on December 18, 2025. *See* ECF No. 191. These matters are ripe for motions practice and consideration by Your Honor or a magistrate judge.

The myriad discovery issues in this case have essentially brought the litigation to a stand still. To date, Plaintiffs have been able to take only three depositions. In addition to the service challenges, other remaining key witnesses are subject to Defendants' outstanding Motion for Protective Order, which raises objections to deposing Elon Musk, Peter Marocco, and Jeremy Lewin pursuant to the apex doctrine. *See* ECF Nos. 189-190. This motion has been fully briefed and is pending before the Court. Resolution of this motion and the discovery issues raised above are paramount to Plaintiffs' ability to continue to pursue this litigation diligently.

Therefore, Plaintiffs request the Court either (1) expedite these issues such that the case may be timely litigated or, alternatively, (2) refer current and future discovery issues in this case to a magistrate judge.

Respectfully submitted,

/s/ Tianna J. Mays
Norman L. Eisen, [9112170186]
Tianna J. Mays, [1112140221]
Andrew H. Warren*
**DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Avenue SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@democracydefenders.org
Tianna@democracydefenders.org

Mimi Marziani*
Rebecca (Beth) Stevens*
Joaquin Gonzalez*
**MARZIANI, STEVENS & GONZALEZ PLLC**
500 W. 2nd Street, Suite 1900
Austin, TX 78701
Tel: (210) 343-5604
mmarziani@msgpllc.com

bstevens@msgpllc.com
jgonzalez@msgpllc.com

Richard M. Heimann*
Nicole M. Rubin [30711]
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel: (415) 956-1000
rheimann@lchb.com
nrubin@lchb.com
Attorneys for Plaintiffs
*Admitted pro hac vice*