

January 30, 2026

The Honorable Theodore D. Chuang, U.S. District Judge
6500 Cherrywood Lane, Suite 245
Greenbelt, MD 20770
(301) 344-3982

>   Re:   Notice of Intent to File Motion for Voluntary Dismissal of Plaintiff Doe 29 under Rule 41(a)(2), *Doe v. Musk*, 25-CV-00462-TDC

Dear Judge Chuang,

Plaintiffs, by and through their undersigned counsel, respectfully submit this notice letter pursuant to the Court's Case Management Order, ECF No. 6, seeking leave to file a voluntary motion to dismiss J. Doe 29 pursuant to Federal Rule of Civil Procedure 41(a)(2). No other claims, parties, or relief would be affected by J. Doe 29's dismissal.

On February 13, 2025, Plaintiffs moved the Court to allow plaintiffs to proceed under pseudonyms given the public and highly incendiary attacks against USAID personnel, especially by Defendant Musk and President Trump. ECF No. 3-1. The Court granted the motion. ECF No. 24.

On August 18, 2025, the Court certified a single Rule 23(b)(2) class based on Defendants' uniform, agency-wide actions to shutdown USAID—determining that employees and Personal Service Contractors (PSCs) suffered the same injury for purposes of the Appointments Clause and Separation-of-Powers claims, and that these issues "would be answered the same way for both PSCs and the Employee Plaintiffs." ECF No. 152 at 11.

On October 15, 2025, Defendants served Plaintiffs with discovery requests, including a request to identify all plaintiffs by providing "the person's full name, present or last known address, and…the present or last known place of employment."

On November 14, 2025, consistent with the fears expressed in Plaintiffs' request to proceed under pseudonyms, J. Doe 29 determined they were too fearful for their and their family's safety and security to continue as a class representative, specifically because they are in fear of retaliation if the Defendants and/or Defendants' counsel know their identity.

On November 21, Plaintiffs' counsel notified Defendants' counsel that they intended to move forward with the voluntary dismissal of J. Doe 29 and requested Defendants agree to this dismissal pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii). On December 3, 2025, after follow up from Plaintiffs' counsel, Defendants' counsel indicated they would agree to such dismissal with prejudice only. On December 15, 2025, during a meet and confer, after a request from Plaintiffs' counsel, Defendant's counsel indicated they would consider whether they might be able to agree to a voluntary dismissal without prejudice. On January 12, 2026, Plaintiffs' counsel followed up with Defendants' counsel, asking whether Defendants would agree to the previously-requested dismissal without prejudice. On January 15, Defendant's counsel informed Plaintiffs' counsel that Defendants will not agree to a voluntary dismissal without prejudice. Therefore, Plaintiffs now seek dismissal of J. Doe 29 through Fed. R. Civ. Pro. 41(a)(2).

The relevant factors for consideration of a Rule 41(a)(2) voluntarily dismissal (the opposing party's preparations for trial, any excessive delay and lack of diligence on the part of the movant, the explanation for the dismissal, and the current posture of litigation) all demonstrate that Defendants will not suffer prejudice by the dismissal and counsel in favor of Plaintiff's voluntary dismissal of J. Doe 29. *Miller v. Terramite Corp.,* 114 F.App'x. 536, 540 (4th Cir. 2004).

Because Rule 41(a)(2) permits voluntary dismissal by court order and dismissal of Doe 29's claims will not affect the class certification order or the continued representation of PSCs in this case, Plaintiffs intend to file a motion to dismiss J. Doe 29. *Davis v. USX Corp.,* 819 F.2d 1270, 1273 (4th Cir. 1987) ("The purpose of Rule 41(a)(2) is freely to allow voluntary dismissals unless the parties will be unfairly prejudiced").

Plaintiffs request leave to file a 41(a)(2) motion for voluntary dismissal without prejudice. Defendants are opposed to such a motion and believe any dismissal should be with prejudice.

Respectfully submitted,

/s/ Tianna J. Mays
Norman L. Eisen, [9112170186]
Tianna J. Mays, [1112140221]
**DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Avenue SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@democracydefenders.org
Tianna@democracydefenders.org

Mimi Marziani*
Rebecca (Beth) Stevens*
Joaquin Gonzalez*

**MARZIANI, STEVENS & GONZALEZ PLLC**
500 W. 2nd Street, Suite 1900
Austin, TX 78701
Tel: (210) 343-5604
mmarziani@msgpllc.com
bstevens@msgpllc.com
jgonzalez@msgpllc.com


Richard M. Heimann*
Nicole M. Rubin [30711]
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel: (415) 956-1000
rheimann@lchb.com
nrubin@lchb.com
Attorneys for Plaintiffs

*Admitted pro hac vice*