UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

J. DOES 4, 7, 22, 27, 28, and 29, *on behalf of themselves and all others similarly situated*,

    Plaintiffs,

v.

ELON MUSK, *in his official capacity*,
UNITED STATES DOGE SERVICE,
THE DEPARTMENT OF GOVERNMENT EFFICIENCY,
UNITED STATES DEPARTMENT OF STATE,
UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT,
MARCO RUBIO, *in his official capacity*,
PETER MAROCCO, *in his official capacity*,
JEREMY LEWIN, *in his official capacity*,
KENNETH JACKSON, *in his official capacity*, and
AMY GLEASON, *in her official capacity*,

    Defendants.

Civil Action No. 25-0462-TDC

ORDER

For the reasons stated during the February 5, 2026 Case Management Conference, it is hereby ORDERED that:

1. Plaintiffs are granted leave to file the Motion to Authorize Alternative Service of Subpoenas proposed in ECF No. 191.

2. Plaintiffs are granted leave to file the Motion for Voluntary Dismissal of J. Doe 29 proposed in ECF No. 198 by **Friday, February 13, 2026**. If Defendants do not consent to

the Motion, Defendants shall file a memorandum in opposition to the Motion by **Friday, February 27, 2026** and Plaintiffs may file any reply brief by **Friday, March 13, 2026**.

3. Defendants may file objections to Rule 30(b)(6) Deposition Topics by **Friday, March 20, 2026**.

Date: February 6, 2026

THEODORE D. CHUANG
United States District Judge