IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 4 *et al.*, *individually and on behalf of all others similarly situated*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELON MUSK *et al.*, <br><br> *Defendants*. | Case No. 8:25-cv-00462-TDC |

**STIPULATION OF DISMISSAL OF J. DOE 29**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff J. Doe 29 and Defendants, through counsel, hereby jointly stipulate to the dismissal of J. Doe 29 as a party to this case and class representative. Subject to any future modification of the class that would exclude a category of current class members to which J. Doe 29 belongs, J. Doe 29 remains a member of the certified class covered by this lawsuit and will maintain all rights and be bound by the judgment to the same extent as any other unnamed class member.

Dated: February 13, 2026.

| | |
|---|---|
| /s/ Tianna J. Mays <br> Norman L. Eisen, [9112170186] <br> Tianna J. Mays, [1112140221] <br> **DEMOCRACY DEFENDERS FUND** <br> 600 Pennsylvania Avenue SE, Suite 15180 <br> Washington, DC 20003 <br> Tel: (202) 594-9958 <br> Norman@democracydefenders.org <br> Tianna@democracydefenders.org <br><br> Mimi Marziani* <br> Rebecca (Beth) Stevens* <br> Joaquin Gonzalez* <br> **MARZIANI, STEVENS & GONZALEZ** | BRETT A. SHUMATE <br> Assistant Attorney General, Civil Division <br><br> DIANE KELLEHER <br> Director, Federal Programs Branch <br><br> CHRISTOPHER R. HALL <br> Assistant Branch Director, Federal Programs Branch <br><br> /s/ Christopher M. Lynch <br> CHRISTOPHER M. LYNCH <br> (DC Bar No. 1049152) <br> JACOB S. SILER (DC Bar No. 1003383) |

1

500 W. 2nd Street, Suite 1900
Austin, TX 78701
Tel: (210) 343-5604
mmarziani@msgpllc.com
bstevens@msgpllc.com
jgonzalez@msgpllc.com

Richard M. Heimann*
Nicole M. Rubin
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel: (415) 956-1000

*Attorneys for Plaintiffs*

*Admitted pro hac vice

Right column:

JAMES J. WEN (NY Bar No. 5422126)
*By Special Appearance*
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 353-4537
Email: christopher.m.lynch@usdoj.gov

*Attorneys for Defendants*

2