IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

J. DOE 4 *et al.*, *individually and on behalf of all others similarly situated*,

**Plaintiffs**,

v.

ELON MUSK *et al.*,

**Defendants**.

Case No.  8:25-cv-00462-TDC

## PLAINTIFFS' UNOPPOSED MOTION FOR ALTERNATIVE SERVICE

Pursuant to Federal Rule of Civil Procedure 45, Plaintiffs hereby move this Court for an order permitting alternative service of subpoenas for the depositions of Defendant Elon Musk and third-party witness Luke Farritor. Defendants have represented that they do not oppose this motion.[1] The reasons supporting Plaintiffs' motion are set forth in the accompanying memorandum of law.

Dated: February 26, 2026

Respectfully submitted,

/s/ Tianna J. Mays
Norman L. Eisen [09460]
Tianna J. Mays [21597]
Andrew H. Warren*
**DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Avenue SE, Suite 15180
Washington, DC 20003

---

[1] During the February 5, 2026 case management conference, government counsel represented that they would not oppose a motion for alternative service. Government counsel reaffirmed their lack of opposition during a meet and confer with Plaintiffs' counsel on February 12, 2026.

Tel: (202) 594-9958
Norman@democracydefenders.org
Tianna@democracydefenders.org
Andrew@democracydefenders.org

Mimi Marziani*
Rebecca (Beth) Stevens*
Joaquin Gonzalez*
**MARZIANI, STEVENS &
GONZALEZ PLLC**
500 W. 2nd Street, Suite 1900
Austin, TX 78701
Tel: (210) 343-5604
mmarziani@msgpllc.com
bstevens@msgpllc.com
jgonzalez@msgpllc.com


Richard M. Heimann*
Nicole M. Rubin [30711]
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel: (415) 956-1000
rheimann@lchb.com
nrubin@lchb.com

*Attorneys for Plaintiffs*
*Admitted pro hac vice