## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

J. DOE 4 *et al.*, *individually and on behalf of all others similarly situated*,

     **Plaintiffs,**

    **v.**

ELON MUSK *et al.*,

     **Defendants**.

Case No. 8:25-cv-00462-TDC

## DECLARATION OF ANDREW H. WARREN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR ALTERNATIVE SERVICE

I, Andrew H. Warren, pursuant to 28 U.S.C. § 1746, declare as follows:

1.  I am an attorney duly licensed to practice law in the State of Florida and the District of Columbia. I am admitted *pro hac vice* in the above-captioned matter and admitted in other federal courts. I am the Deputy Legal Director of Democracy Defenders Fund, which serves as co-counsel for Plaintiffs and the certified class in this matter. I submit this declaration in support of Plaintiffs' Unopposed Motion for Alternative Service. I have personal knowledge of the facts set forth herein.

2.  Upon information and belief, Defendant Elon Musk's primary residence is located at 109 Stratford Reserve Place, West Lake Hills, Texas 78746. This is based on my review of (i) public reporting, including news articles that link the West Lake Hills address to Musk through a land-use variance request from June 9, 2025; (ii) a pleading in the matter of *Ashley St. Clair v. Elon Musk*, a paternity petition filed on February 21, 2025 in the Supreme Court of New York County in the State of New York, in which the petitioner

identified the West Lake Hills address as Musk's residence; and (iii) sworn statements by Travis County Constable Gavin McGee summarizing conversations he had with individuals at the West Lake Hills property regarding Mr. Musk.

3. According to court records and public reporting, Alex Spiro, a partner in the New York office of law firm Quinn Emanuel Urquhart & Sullivan LLP, has represented Mr. Musk in other litigation. On October 17, 2025, I emailed Mr. Spiro and asked whether he is representing Mr. Musk in this case. Mr. Spiro responded the same day with a question about the case but did not answer as to his representation. I replied the same day, answering Mr. Spiro's question and asking whether he would be willing to accept service of a deposition subpoena. After receiving no further response, I sent a follow-up email to Mr. Spiro on October 21, 2025. On February 12, 2026, I emailed Mr. Spiro again, informing of this Court's decision to deny a protective order seeking to block Mr. Musk's deposition and again asking whether Mr. Spiro is representing. To date, I have received no further response.

4. Multiple media reports have identified that Mr. Musk's government email address is erm71@who.eop.gov.

5. On February 18, 2026, government counsel provided Plaintiffs with the last known contact information of Luke Farritor: a personal address of 6137 Blackstone Road, Lincoln Nebraska, 68526; an email address; and phone number. A private investigator retained by Plaintiffs has identified two residences associated with Mr. Farritor, one of which matches the address of the Lincoln residence provided by government counsel. Upon information and belief based on public reporting and sworn statements by private process server Inmaculada Jackman, the Lincoln residence is Mr. Farritor's family's

home. The Lincoln residence also matches public records of a car registered to Farritor. The second address associated with Mr. Farritor identified by the private investigator is 2460 Agnes Way, Palo Alto, California 94303.

6. On February 26, 2026 at 1:48 pm, a private process server hired by Plaintiffs attempted to serve Mr. Farritor at 6137 Blackstone Road, Lincoln Nebraska, 68526. Plaintiffs have not yet received a copy of the Proof of Service, but the process server reported to Plaintiffs that no one answered the door although there were two vehicles in the driveway, the garage door was open, and someone inside the house moved shades while looking through a porch window at the process server.

7. On February 24, 2026, Rebecca "Beth" Stevens, my co-counsel in this matter, called the number provided by the government. The call went to a voice mailbox that was full, and Ms. Stevens was unable to leave a message. On February 25, 2026, Ms. Stevens sent a text message to the same number, identifying herself counsel in this matter, and asking Farritor to call back. To date, he has not responded.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on February 26, 2026, at Tampa, Florida.

_____
Andrew H. Warren