**Texas Secretary of State**

Contact UsLogout

GENERAL   ADDRESS   VOTING LOCATIONS   EARLY VOTING LOCATIONS

👤 **Name**

Elon Reeve Musk

👤 **Gender**

Male

🏠 **County**

Cameron

🏠 **Precinct**

14

👤 **VUID**

2166983902

📅 **Effective Date of Registration**

2020-07-30

📅 **Valid From Date**

2026-01-01

👤 **Voter Status**

Active

**Next Election**   03/03/2026

🚪 **First Time Voter**

We´re here to help you through the voting process.

📱 Is your voter registration record up to date?

**Where would you like to go next?**



© 2026 Civix. All rights reserved.

P O W E R E D   B Y



# Texas Secretary of State

Contact UsLogout

**GENERAL**     ADDRESS     **VOTING LOCATIONS**     **EARLY VOTING LOCATIONS**

**Residential Address**

26 MEMES
BROWNSVILLE, TX, 78521,

**Mailing Address**

P O BOX 341886
AUSTIN, TX, 78734,

**Next Election**     03/03/2026

**First Time Voter**

We´re here to help you through the voting process.

Is your voter registration record up to date?

**Where would you like to go next?**

Who´s On The Ballot?     ✓ Access Ballot Tracker

© 2026 Civix. All rights reserved.

POWERED BY