AO 88A  (Rev.  12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.    8:25-cv-00462-TDC

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*    Elon Musk

on *(date)*    11/12/2025    .

☐ I served the subpoena by delivering a copy to the named individual as follows: _____

_____    on *(date)* _____    ; or

☑ I returned the subpoena unexecuted because:    Address is a gated property.  I spoke to an adult male through the call box who indicated that he could not assist me with any info.  I left a card on the call box.    .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____    .

My fees are $ _____    for travel and $ _____    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    12/05/2025

_____
*Server's signature*

Chris Dathe, PSC-6008, Certified Private Process Server
_____
*Printed name and title*

1108 Lavaca Street
Suite 110-440
Austin, TX. 78701
_____
*Server's address*

Additional information regarding attempted service, etc.:

*Address attempted is 109 Stratford Reserve Pl., West Lake Hills, Texas 78746 on 11-13-25 @ 10:25 am.