AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

**NEEDS TO BE BILLED**

| | |
|---|---|
| J. DOE 4 et al. | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.  8:25-cv-00462-TDC |
| ELON MUSK et al. | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:           Elon Musk, 109 Stratford Reserve Pl West Lake Hills, TX 78746

*(Name of person to whom this subpoena is directed)*

☑ Testimony: YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: The Churchill Hotel, 1914 Connecticut Ave NW Washington, D.C. 20009 | Date and Time: 01/15/2026 10:00 am |
|---|---|

The deposition will be recorded by this method:   certified shorthand court reporter & video

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: See attached Exhibit A.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:      11/19/2025

*CLERK OF COURT*

                                                OR

_____          /s/ Rebecca (Beth) Stevens
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*      Plaintiffs
J. DOE 4 et al., individually and on behalf of all others similarly situated  , who issues or requests this subpoena, are:
MARZIANI, STEVENS & GONZALEZ PLLC 500 W. 2nd Street, Suite 1900 Austin, TX 78701 Tel: (210) 343-5604   No fax

**Notice to the person who issues or requests this subpoena**

bfalligant@inquestresources.com

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.  8:25-cv-00462-TDC

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Elon Musk on December 9TH, 2026 at 11:19am.

☐ I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* _____ ; or

☑ I returned the subpoena unexecuted because:  **UNABLE TO LOCATE BEFORE COURT DATE** 

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Carlos B. Lopez
Constable Pct. 5, Travis County, Texas

I declare under penalty of perjury that this information is true.

Date: 1/15/26

_____
Gavin McGee #531
*Server's signature*

Gavin McGee
*Printed name and title*

1003 Guadalupe St, Austin, Tx 78701
*Server's address*

Additional information regarding attempted service, etc.:

Austin, Texas
16th day of January 2026

COMPLETED

RECEIVED 2025 DEC -9 AM 11:19
CONSTABLE PRECINCT 5 TRAVIS COUNTY TEXAS

ROSIE CHAVEZ
My Notary ID # 130620354
Expires June 2, 2028



# Carlos B. Lopez, Constable

Travis County Constable
Precinct 5
P.O. Box 1748
Austin, Texas  78767

MARZIANI STEVENS & GONZALEZ
500 W 2ND ST STE 1900
AUSTIN TX 78701

Case No. 825CV00462TD-1
Court: 0 U.S.Dist Court
County: MARYLAND
Plaintiff: J DOE 4 ET AL
Defendant: MUSK,ELON ET AL
Respondent: MUSK,ELON

Dear MARZIANI STEVENS & GONZALEZ

Our records show that there is due $85 (A/R#25120240) for service of process in the above described case.  This office received Subpoena for MUSK,ELON which was assigned to deputy on December 09, 2025 at 1:12 P.M. The service address is 109 STRATFORD RESERVE PL, WEST LAKE HILLS, TX  78746.

Please return this bill or a copy with your check or correspondence to ensure proper credit.  For further information contact me at (512)854-3715 between 8am and 5pm.

Constable Pct 5

*Check the status of service of process at*
***www.Constable5.com***
*Be sure to bookmark the ServiceCheck page.*

Travis County Courthouse ~ 1000 Guadalupe Street, Ste.111,Austin,Texas 78701
(512)854-9100 ~ Fax(512)854-4228 ~ www.Constable5.com

**Case Data**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Cause:** | 825CV00462TD-1 | **Court:** | U.S.Dist 0 | **County:** | MARYLAND | |
| **Issued:** | 11/19/2025 | **Received:** | 12/09/2025 | **Type:** | subpoena | |

**Plaintiff:** J DOE 4 ET AL
**Defendant:** MUSK,ELON ET AL
**Respondent:** MUSK,ELON

**Agent:**
**Attorney:** MARZIANI STEVENS & GONZALEZ
**Division:** Main                     **Fee Due:**        $85.00

## Case History

01/15/2026      @  1325  information
**Responsible party:**      Gavin McGee
**Address:**      109 STRATFORD RESERVE PL WEST LAKE HILLS TX 78746
**Comment:**      See memo          Last Changed: MCGEEG2 01/15/2026 13:26
RTC unable to locate before court date

01/09/2026      @  1514  attempt
**Responsible party:**      Gavin McGee
**Address:**      109 STRATFORD RESERVE PL WEST LAKE HILLS TX 78746
**Comment:**      Not home          Last Changed: MCGEEG2 01/09/2026 15:15
Security: "He's not here right now. I can't help you"

12/31/2025      @  1136  attempt
**Responsible party:**      Gavin McGee
**Address:**      109 STRATFORD RESERVE PL WEST LAKE HILLS TX 78746
**Comment:**      Not home          Last Changed: MCGEEG2 12/31/2025 11:37
Security stated that Mr. Musk was not home at the moment

12/29/2025      @  1345  attempt
**Responsible party:**      Gavin McGee
**Address:**      109 STRATFORD RESERVE PL WEST LAKE HILLS TX 78746
**Comment:**      Not home          Last Changed: MCGEEG2 12/31/2025 11:36
Security stated that Mr. Musk was not home at the moment

12/29/2025      @  1114  information
**Responsible party:**      Gavin McGee
**Address:**      109 STRATFORD RESERVE PL WEST LAKE HILLS TX 78746
**Comment:**      See memo          Last Changed: MCGEEG2 12/29/2025 11:20
Email response from plaintiff attorney: "I'm sorry for the delay in getting back to you. This case is definitely still active. I am working on getting instructions as to what to do here. We are nearly certain this is Mr. Musk's Austin address, so I'm not sure why the guard is saying that. I will get back with you asap."

**Case Data**

---

| 12/19/2025 | @ 1124 attempt | | |
|---|---|---|---|

**Responsible party:** Gavin McGee

**Address:** 109 STRATFORD RESERVE PL WEST LAKE HILLS TX 78746

**Comment:** Not home          Last Changed: MCGEEG2 12/19/2025 11:25

---

| 12/18/2025 | @ 1226 information | | |
|---|---|---|---|

**Responsible party:** Gavin McGee

**Address:** 109 STRATFORD RESERVE PL WEST LAKE HILLS TX 78746

**Comment:** See memo          Last Changed: MCGEEG2 12/18/2025 12:28
Email sent to Brian Falligant 'bfalligant@inquestresources.com'

---

| 12/16/2025 | @ 1225 attempt | | |
|---|---|---|---|

**Responsible party:** Gavin McGee

**Address:** 109 STRATFORD RESERVE PL WEST LAKE HILLS TX 78746

**Comment:** Not home          Last Changed: MCGEEG2 12/16/2025 17:41

---

| 12/15/2025 | @ 1424 attempt | | |
|---|---|---|---|

**Responsible party:** Gavin McGee

**Address:** 109 STRATFORD RESERVE PL WEST LAKE HILLS TX 78746

**Comment:** Not home, left card          Last Changed: MCGEEG2 12/15/2025 14:26
This time, the man said "there is no one here by that name" when I asked for "Mr. Musk". This is the first time the man has told me this.

---

| 12/11/2025 | @ 1348 attempt | | |
|---|---|---|---|

**Responsible party:** Gavin McGee

**Address:** 109 STRATFORD RESERVE PL WEST LAKE HILLS TX 78746

**Comment:** Not home          Last Changed: MCGEEG2 12/11/2025 13:50
The man who answers the gate access box confirmed that he got my business card.

---

| 12/11/2025 | @ 1123 information | | |
|---|---|---|---|

**Responsible party:** Gavin McGee

**Address:** 109 STRATFORD RESERVE PL WEST LAKE HILLS TX 78746

**Comment:** See memo          Last Changed: MCGEEG2 12/11/2025 11:24
Spoke to plaintiff attorney on the phone to see if his office had contact info for his team so that they might assist me in getting a time and place for the respondent to be served.

---

| 12/10/2025 | @ 1253 attempt | | |
|---|---|---|---|

**Responsible party:** Gavin McGee

**Address:** 109 STRATFORD RESERVE PL WEST LAKE HILLS TX 78746

**Comment:** Not home, left card          Last Changed: MCGEEG2 12/10/2025 12:56
Asked if a team member could reach out to me to schedule a time and place to serve the respondent. Taped business card to gate entry access box.

---

· **Case Data**

---

| 12/09/2025 | @ 1556 attempt |
|---|---|

**Responsible party:**    Gavin McGee

**Address:**    109 STRATFORD RESERVE PL WEST LAKE HILLS TX
78746

**Comment:**    Not home, left card                Last Changed: MCGEEG2 12/09/2025 16:07

Spoke to a man through the gate access box. He stated that the respondent was not home at the moment and that no one at the house was allowed to accept paperwork on his behalf.

---

| 12/09/2025 | @ 1500 transfer |
|---|---|

**Responsible party:**    Gavin McGee

**Address:**    109 STRATFORD RESERVE PL WEST LAKE HILLS TX
78746

**Comment:**                Last Changed: MCGEEG2 12/09/2025 15:59

---

| 12/09/2025 | @ 1312 assign |
|---|---|

**Responsible party:**    Samantha Liedtke

**Address:**    109 STRATFORD RESERVE PL WEST LAKE HILLS TX
78746

**Comment:**    Billed 12/09/2025 CONTREJ2                Last Changed: CONTREJ2 12/09/2025 13:12

---