## RETURN OF NON-SERVICE

### UNITED STATES DISTRICT COURT
District District of Maryland

Case Number: 8:25-CV-00462-TDC

Plaintiff:
**J. Doe 4 et al.**

vs.

Defendant:
**Elon Musk, et al.**

For:
Stevens & Gonzalez PLLC
500 W. 2nd Street
Suite 1900
Austin, TX 78701

Received by Gerardo Chavez on the 18th day of February, 2026 at 2:00 pm to be served on **Elon Musk, 26 Memes Street, Brownsville, TX 78521**.

I, Aurelio Chavez, do hereby affirm that on the **23rd day of February, 2026** at **9:24 am, I:**

**NON-SERVED** the **Subpoena to Testify at a Deposition in a Civil Action** for the reason that I failed to find **Elon Musk** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
2/19/2026  4:30 pm  Address provided is a small home inside a gated community that appears to be available to SpaceX employees only.  The was no answer at the door and no vehicles in the driveway.
2/20/2026  1:30 pm  No answer at the door.  Several workers at the address stated that none of the current residents/tenants were available.
2/22/2026  11:45 am  No answer at the door and no vehicles visible.
2/23/2026  9:24 am  No answer at the door and no vehicles visible.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

**Aurelio Chavez**
Private Process Server

**Magic Couriers Inc**
**1108 Lavaca Street**
**Suite 110-440**
**Austin, TX 78701**
**(512) 248-8686**

Our Job Serial Number: MCI-2026000438

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9 0a