AO 88A  (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

| | | |
|---|---|---|
| J. DOE 4 et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    8:25-cv-00462-TDC |
| ELON MUSK et al. | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:                          Luke Farritor, 6137 Blackstone Road,
                                      Lincoln, NE 68526
*(Name of person to whom this subpoena is directed)*

☑ Testimony: YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: 1100 New York Ave. NW, Suite 800 Washington, DC 20005 | Date and Time: 11/20/2025 9:00 am |
|---|---|

The deposition will be recorded by this method:    certified shorthand court reporter & video

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: See attached Exhibit A.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    10/31/2025

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | |
| | | /s/ Rebecca (Beth) Stevens |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Plaintiffs J. DOE 4 et al., individually and on behalf of all others similarly situated   , who issues or requests this subpoena, are:
MARZIANI, STEVENS & GONZALEZ PLLC 500 W. 2nd Street, Suite 1900 Austin, TX 78701 Tel: (210) 343-5604

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A  (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.  8:25-cv-00462-TDC

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*  Luke Farritor

on *(date)*  11-5-25  .

☐ I served the subpoena by delivering a copy to the named individual as follows:

_____

_____  on *(date)* _____ ; or

☒ I returned the subpoena unexecuted because:  On November 6, 2025 @ 6:13pm the mother said he was not there and would not be there for ~ long time.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  11-20-25

_____
Server's signature

Inmaculada Jackman - Private Process Server
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc.: