AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 8:25-cv-00462-TDC

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Luke Farritor

on *(date)* 11/19/2025 .

☐ I served the subpoena by delivering a copy to the named individual as follows: _____

_____

_____ on *(date)* _____ ; or

☒ I returned the subpoena unexecuted because: I did 4 attemps and nobody was home. First: 11/19/25 @ 10:45am / Second: 11/19/25 @ 1:10 pm / Third: 11/22/25 @ 9:45pm / fourth: 11/23/25 @ 7pm

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ 125.00 for travel and $ _____ for services, for a total of $ 125.00 .

I declare under penalty of perjury that this information is true.

Date: 11/24/25         _____
                              *Server's signature*

                        Harry Oswaldo Constanza Oliva
                        _____
                              *Printed name and title*

                        2240 Angela CT 07, Campbell CA 95008
                        _____
                              *Server's address*

Additional information regarding attempted service, etc.:

The four times I attempted service lights were on and two car on drive way but did not heard anything.