**U.S. Department of Justice**
Civil Division, Federal Program Branch

March 11, 2026

**VIA CM/ECF**

The Honorable Theodore D. Chuang
United States District Court for the District of Maryland
6500 Cherrywood Lane, Suite 245
Greenbelt, Maryland 20770

RE: *Doe, et al., v. USDS*, No. 8:25-cv-00462-TDC

Dear Judge Chuang:

On March 10, 2026, Plaintiffs submitted a letter requesting a pre-motion conference on their planned motion to expand the discovery period and increase the existing limits on the number and duration of depositions in this matter. *See* ECF No. 208. That letter contained a materially altered, paraphrased version of the statement that Defendants had asked the Plaintiffs to include in the letter to reflect Defendants' position. Defendants' full position, as conveyed to Plaintiffs on March 10, 2026, is as follows:

> Defendants oppose any extension of the discovery deadline or any increase in the number or length of depositions. Plaintiffs have already had a seventh-month discovery period, which was extended by agreement once, and did not "pursue[] the ordinary" discovery using tools available during this time. Order at 5, *In re Musk*, No. 26-1160 (4th Cir. Mar. 4, 2026), Doc. 17. Nor have Plaintiffs provided any basis—for example by identifying the additional witnesses they seek to depose—to increase the number of depositions from the default 10 or the number of hours from the already expanded 40. If any extension is granted, however, Plaintiffs should be limited to depositions and requests that they have already identified where the default deadlines for responses could have been completed by March 31.

Ex. A at 2. Earlier today, Defendants requested that Plaintiffs correct their letter to reflect Defendants' position accurately. Plaintiffs declined and invited Defendants to submit their own statement to the Court. *See id.* at 1.

Respectfully submitted,

*/s/ Jacob S. Siler*

Christopher Lynch
Jacob S. Siler
James Wen

*Counsel for Defendants*

Cc: Counsel of Record (via CM/ECF)