## Siler, Jacob S. (CIV)

**From:** Tianna Mays <tianna@democracydefenders.org>
**Sent:** Wednesday, March 11, 2026 11:06 AM
**To:** Siler, Jacob S. (CIV)
**Cc:** Beth Stevens; Lynch, Christopher M. (CIV); Wen, James J. (CIV); Mimi Marziani; Joaquin Gonzalez; Andrew Warren; Rubin, Nicole M.; Heimann, Richard M.
**Subject:** Re: [EXTERNAL] Doe v. Musk

Jake,

We did not materially misstate your position. Our filing accurately informed the Court of your opposition to our request, consistent with the Court's Case Management Order. While we were not obligated to include your arguments in opposition, we nevertheless summarized your position and included direct quotes.

If you believe additional clarification is necessary, you are of course free to submit your own statement to the Court.

Best,
Tianna

On Wed, Mar 11, 2026 at 10:00 AM Siler, Jacob S. (CIV) <Jacob.S.Siler@usdoj.gov> wrote:

> Tianna,
>
> We have received the letter you filed last night seeking a case management conference. That letter materially misstated our position by omitting several portions of the statement we asked you to include. In particular, you excluded the fact that you have never provided the names of any individuals you seek to depose beyond the 5 you have already taken, the two 30(b)(6) deponents, Musk, Lewin, and Marocco (which would not exceed existing limits). You also omitted our alternative proposal.
>
> We provided that statement to you in good faith to attempt to expedite the Court's resolution of your motion. Your decision to edit our statement to exclude material information about our position is improper. We ask that you refile your letter with our statement unedited. If you refuse to correct our statement by COB today, we will be required to file a correct statement of our position as written.
>
> Best,
>
> Jake

**From:** Siler, Jacob S. (CIV)
**Sent:** Tuesday, March 10, 2026 12:58 PM
**To:** 'Beth Stevens' <bstevens@msgpllc.com>; Lynch, Christopher M. (CIV) <Christopher.M.Lynch@usdoj.gov>; Wen, James J. (CIV) <James.J.Wen@usdoj.gov>
**Cc:** Mimi Marziani <mmarziani@msgpllc.com>; Joaquin Gonzalez <jgonzalez@msgpllc.com>; Tianna Mays <tianna@democracydefenders.org>; Andrew Warren <andrew@democracydefenders.org>; Rubin, Nicole M. <nrubin@lchb.com>; Heimann, Richard M. <rheimann@lchb.com>
**Subject:** RE: [EXTERNAL] Doe v. Musk

Hi Beth,

Defendants oppose any expansion of the discovery period or limits on depositions. We are happy to confer on this, if you would like, but as we are opposed to any extension it may be more efficient for you to just file your letter. If you do, we'd ask that you include the following statement of our position:

> Defendants oppose any extension of the discovery deadline or any increase in the number or length of depositions. Plaintiffs have already had a seventh-month discovery period, which was extended by agreement once, and did not "pursue[] the ordinary" discovery using tools available during this time. Order at 5, *In re Musk*, No. 26-1160 (4th Cir. Mar. 4, 2026), Doc. 17. Nor have Plaintiffs provided any basis—for example by identifying the additional witnesses they seek to depose—to increase the number of depositions from the default 10 or the number of hours from the already expanded 40. If any extension is granted, however, Plaintiffs should be limited to depositions and requests that they have already identified where the default deadlines for responses could have been completed by March 31.

Best,

Jake

Jacob S. Siler

Trial Attorney
Federal Programs Branch

U.S. Department of Justice, Civil Division

1100 L Street, NW

Washington, DC 20005

(202) 353-4556

---

**From:** Beth Stevens <bstevens@msgpllc.com>
**Sent:** Tuesday, March 10, 2026 5:00 AM
**To:** Siler, Jacob S. (CIV) <Jacob.S.Siler@usdoj.gov>; Lynch, Christopher M. (CIV) <Christopher.M.Lynch@usdoj.gov>; Wen, James J. (CIV) <James.J.Wen@usdoj.gov>
**Cc:** Mimi Marziani <mmarziani@msgpllc.com>; Joaquin Gonzalez <jgonzalez@msgpllc.com>; Tianna Mays <tianna@democracydefenders.org>; Andrew Warren <andrew@democracydefenders.org>; Rubin, Nicole M. <nrubin@lchb.com>; Heimann, Richard M. <rheimann@lchb.com>
**Subject:** [EXTERNAL] Doe v. Musk

Jake, Chris, and James,

I hope you are well. I'm writing about a couple of things.

1. The 30(b)(6) depositions are set for March 23rd and March 24th. Please let us know who the 30(b)(6) designees will be.

2. In light of the Fourth Circuit's order last week, we plan to ask the district court for an extension of the discovery deadline to June 30, 2026, and an increase in the deposition number (from 10 to 15) and hours (from 40 to 60). Please let us know if you consent to these. We are glad to confer over a call if that would be helpful. Please just let us know your availability.

Thank you,

Beth

--

**Beth Stevens**

she/her/hers

Founding Partner, MS&G PLLC

bstevens@msgpllc.com

(361)437-9081

**CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED & ATTORNEY WORK PRODUCT**

Emails and attachments received from us may be protected by the attorney-client privilege, as attorney work-product or based on other privileges or provisions of law. If you are not an intended recipient of this email, do not read, copy, use, forward or disclose the email or any of its attachments to others. Instead, immediately notify the sender by replying to this email and then delete it from your system. We strictly prohibit any unauthorized disclosure, copying, distribution or use of emails or attachments sent by us.