## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

J. DOES 4, 7, 22, 27, 28, and 29, *on behalf of themselves and all others similarly situated*,

    Plaintiffs,

    v.

ELON MUSK, *in his official capacity*,
UNITED STATES DOGE SERVICE,
THE DEPARTMENT OF GOVERNMENT
EFFICIENCY,
UNITED STATES DEPARTMENT OF
STATE,
UNITED STATES AGENCY FOR
INTERNATIONAL DEVELOPMENT,
MARCO RUBIO, *in his official capacity*,
PETER MAROCCO, *in his official capacity*,
JEREMY LEWIN, *in his official capacity*,
KENNETH JACKSON,
*in his official capacity*, and
AMY GLEASON, *in her official capacity*,

    Defendants.

Civil Action No. 25-0462-TDC

## ORDER

For the reasons stated during the March 26, 2026 Case Management Conference, it is hereby ORDERED that:

1. Plaintiffs' Unopposed Motion for Alternative Service, ECF No. 206, is GRANTED. Service on Defendant Elon Musk is STAYED absent a further order of the Court.

2. Pursuant to Federal Rule of Civil Procedure 30(a)(2), Plaintiffs are granted leave to take up to 15 depositions, for up to 60 deposition hours.

3. The deadline to complete discovery is extended to **Tuesday, June 30, 2026**.

Date: March 26, 2026

THEODORE D. CHUANG
United States District Judge