**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| J. DOE 4 *et al.*, *individually and on behalf of all others similarly situated*, | |
| ***Plaintiffs,*** | |
| **v.** | Case No.  8:25-cv-00462-TDC |
| ELON MUSK *et al.*, | |
| ***Defendants.*** | |

**ORDER**

Upon consideration of the parties' Consent Motion for Modification of Scheduling Order, it is hereby:

ORDERED that the parties' Consent Motion for Modification of Scheduling Order be and is hereby,

GRANTED. The Scheduling Order is hereby modified as follows:

| Previous Scheduling Order Dates | New Scheduling Order Dates |
|---|---|
| March 9, 2026<br>Rule 26(e)(2) supplementation of disclosures and responses | June 9, 2026<br>Rule 26(e)(2) supplementation of disclosures and responses |
| March 31, 2026<br>Completion of Discovery; submission of Post-Discovery Joint Status Report | June 30, 2026 Completion of Discovery; submission of Post-Discovery Joint Status Report [ECF 215 extends discovery] |
| April 7, 2026<br>Requests for admission | July 7, 2026<br>Requests for admission |
| April 14, 2026<br>Notice of Intent to File a Pretrial Dispositive Motion | July 14, 2026<br>Notice of Intent to File a Pretrial Dispositive Motion |

Date:_____

                              _____
                              HONORABLE JUDGE THEODORE D. CHAUNG
                              UNITED STATES DISTRICT COURT