## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

J. DOE 4 *et al.*, *individually and on behalf of all others similarly situated*,

        ***Plaintiffs,***

        **v.**

ELON MUSK *et al.*,

        ***Defendants.***

Case No.  8:25-cv-00462-TDC

### CONSENT MOTION FOR MODIFICATION OF SCHEDULING ORDER

In light of this Court's Order modifying the deadline to complete discovery, the parties respectfully move this Court to grant their Consent Motion for Modification of Scheduling Order to align other deadlines in the Scheduling Order, and in support show the following:

On March 26, 2026, this Court issued an Order modifying the deadline to complete discovery in this case to June 30, 2026. ECF No. 215. The parties have conferred and agree to adjust the other deadlines within the scheduling order accordingly. The parties request the Court enter an updated scheduling order to that effect.

## REQUESTED RELIEF

| Current Scheduling Order Dates | Proposed New Scheduling Order Dates |
| --- | --- |
| March 9, 2026<br>Rule 26(e)(2) supplementation of disclosures and responses | June 9, 2026<br>Rule 26(e)(2) supplementation of disclosures and responses |
| March 31, 2026<br>Completion of Discovery; submission of Post-Discovery Joint Status Report | June 30, 2026 Completion of Discovery; submission of Post-Discovery Joint Status Report [ECF 215 extends discovery] |
| April 7, 2026<br>Requests for admission | July 7, 2026<br>Requests for admission |
| April 14, 2026<br>Notice of Intent to File a Pretrial Dispositive Motion | July 14, 2026<br>Notice of Intent to File a Pretrial Dispositive Motion |

## CONCLUSION

For the reasons provided herein, the parties ask this Court to grant their Consent Motion

for Modification of Scheduling Order.


Respectfully submitted,

/s/ Norman L. Eisen
Norman L. Eisen, [09460]
Tianna J. Mays, [21597]
Andrew H. Warren*
**DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Avenue SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@democracydefenders.org
Tianna@democracydefenders.org
Andrew@democracydefenders.org

/s/ Christopher M. Lynch
CHRISTOPHER M. LYNCH
(DC Bar No. 1049152)
JACOB S. SILER (DC Bar No. 1003383
JAMES J. WEN (NY Bar No. 5422126)
*By Special Appearance*
Trial Attorneys
**U.S. DEPARTMENT OF JUSTICE**
Civil Division, Federal Programs Branch
1100 L Street NW
Phone: (202) 353-4537
Email: Christopher.m.lynch@usdoj.gov

BRETT A. SHUMATE
Assistant Attorney General, Civil Division



Motion: _Granted  4/25/26_

Theodore D. Chuang
United States District Judge

Mimi Marziani*
Rebecca (Beth) Stevens*
Joaquin Gonzalez*
**MARZIANI, STEVENS & GONZALEZ
PLLC**
500 W. 2nd Street, Suite 1900
Austin, TX 78701
Tel: (210) 343-5604
mmarziani@msgpllc.com
bstevens@msgpllc.com
jgonzalez@msgpllc.com


Richard M. Heimann*
Nicole M. Rubin [30711]
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel: (415) 956-1000
rheimann@lchb.com
nrubin@lchb.com
*Attorneys for Plaintiffs*
*Admitted pro hac vice

DIANE KELLEHER
Director, Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Branch Director,
Federal Programs Branch


*Attorneys for Defendants*

2