

May 4, 2026

The Honorable Theodore D. Chuang, U.S. District Judge
6500 Cherrywood Lane, Suite 245
Greenbelt, MD 20770
(301) 344-3982

     **Re:**    *Doe v. Musk*, **25-CV-00462, Request for Case Management Conference to Resolve Discovery-Related Issues**

Dear Judge Chuang,

The parties respectfully submit this joint notice letter pursuant to the Court's Case Management Order, ECF No. 6, seeking a Case Management Conference to resolve a discovery-related issue.

Previously, Defendants sought a protective order from this Court to prevent the depositions of Elon Musk, Jeremy Lewin, and Peter Marocco. ECF No. 189. After briefing, on February 4, 2026, the Court denied that motion. ECF No. 200. Defendants sought mandamus from the Fourth Circuit Court of Appeals and, after briefing, on March 4, 2026, the Fourth Circuit granted the mandamus relief requested by Defendants. On March 26, 2026, Your Honor granted Plaintiffs' motion for leave to take additional depositions, in order to exhaust alternative means to obtain the evidence sought via the depositions of Messrs. Musk, Lewin and Marocco, as the Fourth Circuit instructed.

Since the Fourth Circuit's ruling, Plaintiffs have taken three additional depositions, including the 30(b)(6) depositions of Defendant United States Agency for International Development (USAID) and Defendant United States Department of State. Two additional depositions are scheduled for the month of May 2026. Based in part on answers provided in the 30(b)(6) depositions, Plaintiffs seek to take the depositions of Steve Davis and Kenneth Jackson. Mr. Davis was a political appointee who served as the functional head of Defendant United States DOGE Service (USDS) prior to the current Acting USDS Administrator, Amy Gleason, and Mr. Jackson is a political appointee at Defendant USAID, who was assigned the duties of Deputy USAID Administrator.

It is Plaintiffs' position that neither of these individuals fall within the apex doctrine and, if Defendants seek to prevent these depositions, Defendants must file a motion for a protective order, as they did for the depositions of Messrs. Musk, Lewin, and Marocco.

Defendants disagree and assert that the reasoning provided by the Fourth Circuit's March 4 Opinion applies equally to Mr. Davis and Mr. Jackson, and oppose Plaintiffs taking those

1

depositions.  It is Defendants' position that if Plaintiffs wish to take these depositions, Plaintiffs must file a motion seeking permission from the Court to take the depositions and it will be Plaintiffs' burden to show that all other avenues for discovery have been exhausted, per the Fourth Circuit's March 4 Opinion.

The parties wish to brief these issues as efficiently as possible. To that end, the parties seek a Case Management Conference to discuss a briefing procedure and schedule with the Court.

Respectfully submitted,

<table>
<tr><td>/s/ Andrew H. Warren</td><td>/s/ Jacob S. Siler</td></tr>
<tr><td>Norman L. Eisen, [09460]</td><td>Christopher M. Lynch</td></tr>
<tr><td>Tianna J. Mays, [21597]</td><td>[DC Bar No. 1049152]</td></tr>
<tr><td>Andrew H. Warren*</td><td>Jacob S. Siler [DC Bar No. 1003383]</td></tr>
<tr><td>**DEMOCRACY DEFENDERS FUND**</td><td>James J. Wen [NY Bar No. 5422126]</td></tr>
<tr><td>600 Pennsylvania Avenue SE, Suite 15180</td><td>*By Special Appearance*</td></tr>
<tr><td>Washington, DC 20003</td><td>Trial Attorney</td></tr>
<tr><td>Tel: (202) 594-9958</td><td>**U.S. DEPARTMENT OF JUSTICE**</td></tr>
<tr><td>Norman@democracydefenders.org</td><td>Civil Division, Federal Programs Branch</td></tr>
<tr><td>Tianna@democracydefenders.org</td><td>1100 L Street NW</td></tr>
<tr><td>Andrew@democracydefenders.org</td><td>Washington, DC 20005</td></tr>
<tr><td></td><td>Phone: (202)-353-4556</td></tr>
<tr><td>Mimi Marziani*</td><td>Email: jacob.s.siler@usdoj.gov</td></tr>
</table>

Mimi Marziani*
Rebecca (Beth) Stevens*
Joaquin Gonzalez*
**MARZIANI, STEVENS & GONZALEZ PLLC**
500 W. 2nd Street, Suite 1900
Austin, TX 78701
Tel: (210) 343-5604
mmarziani@msgpllc.com
bstevens@msgpllc.com
jgonzalez@msgpllc.com

Richard M. Heimann*
Nicole M. Rubin [30711]
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel: (415) 956-1000
rheimann@lchb.com
nrubin@lchb.com

*Attorneys for Plaintiffs*
*Admitted pro hac vice