# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

|  |  |
|---|---|
| J. DOES 4, 7, 22, 27, 28, and 29, *on behalf of themselves and all others similarly situated,*<br><br>    Plaintiffs,<br><br>    v.<br><br>ELON MUSK, *in his official capacity,*<br>UNITED STATES DOGE SERVICE,<br>THE DEPARTMENT OF GOVERNMENT EFFICIENCY,<br>UNITED STATES DEPARTMENT OF STATE,<br>UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT,<br>MARCO RUBIO, *in his official capacity,*<br>PETER MAROCCO, *in his official capacity,*<br>JEREMY LEWIN, *in his official capacity,*<br>KENNETH JACKSON,<br>*in his official capacity,* and<br>AMY GLEASON, *in her official capacity,*<br><br>    Defendants. | Civil Action No. 25-0462-TDC |

## ORDER

For the reasons stated during the May 21, 2026 Case Management Conference, it is hereby ORDERED that:

1. Plaintiffs are granted leave to file the Motion referenced in ECF No. 219. The Motion will be deemed timely if filed by **Thursday, May 28, 2026.**

2. Defendants' memorandum in opposition to the Motion is due by **Thursday, June 4, 2026.**

3. Plaintiffs' reply brief is due by **Thursday, June 11, 2026.**

4. The parties shall meet and confer to narrow the issues discussed in ECF No. 221 and are granted leave to file a Motion to Compel if necessary. If a Motion to Compel is filed, the parties shall also file a Joint Notice proposing a briefing schedule for that Motion.

Date: May 22, 2026

THEODORE D. CHUANG
United States District Judge