**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

J. Does 1-26                                          *

    **Plaintiff,**

                                *

    **v.**                                                         **Case No.** 8:25-cv-0462-TDC

                                *

Musk, et al.

    **Defendant.**                                             *

## MOTION FOR ADMISSION PRO HAC VICE

I, Nicole Rubin                    , am a member in good standing of the bar of this

Court.   I am moving the admission of Lucas Issacharoff

to appear pro hac vice in this case as counsel for J. Doe 1-26                                        .

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| New York State - 10/26/2015 | See Attachment A |
| | |
| | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court  0        time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.   (NOTE:  If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or Norman L. Eisen ,
is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

10. The Movant has obtained approval from the Proposed Admittee to sign on their behalf.

MOVANT

*Nicole Rubin*

Signature

Nicole Rubin (30711)

Printed name and bar number

Lieff Cabraser Heimann & Bernstein LLP

Office name

275 Battery St., 29th Fl
San Francisco, CA 94111

Address

415-956-1000

Telephone number

415-956-1008

Fax Number

nrubin@lchb.com

Email Address

PROPOSED ADMITTEE

*[signature]*

Signature

Lucas Issacharoff

Printed name

Lieff Cabraser Heimann & Bernstein LLP

Office name

250 Hudson St., 8th Fl
New York, NY 10013

Address

212-355-9500

Telephone number

415-956-1008

Fax Number

lissacharoff@lchb.com

Email Address

**ATTACHMENT A**

Lucas Issacharoff Federal Court Admissions

| COURT | ADMISSION DATE |
|---|---|
| Michigan Eastern District Court | 11/27/2017 |
| Michigan Western District Court | 02/24/2026 |
| New York Eastern District Court | 01/06/2017 |
| New York Southern Bankruptcy Court | 10/02/2019 |
| New York Southern District Court | 12/08/2016 |
| The United States Court of International Trade | 01/20/2026 |
| U.S. Court Of Appeals, Second Circuit | 09/27/2019 |