**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| J. DOE 4 *et al.*, *individually and on behalf of all others similarly situated*, <br><br>     Plaintiffs, <br><br>     v. <br><br> ELON MUSK *et al.*, <br><br>     Defendants. | Civil Action No. 25-0462-TDC |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion for leave to depose Kenneth Jackson and Steve Davis, it is hereby ORDERED that:

Plaintiffs' motion for leave to depose Kenneth Jackson and Steve Davis is GRANTED.

Date: _____


_____
THEODORE D. CHUANG
United States District Judge