Docusign Envelope ID: DC26010E-8428-8183-80D7-ABA72033EE7F

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| J. DOE 4, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> ELON MUSK, *et al.*, <br><br> *Defendants.* | Case No. 8:25-cv-00462-TDC |

**DECLARATION OF LUKE FARRITOR**

I, Luke Farritor, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am over 18 years of age, of sound mind, and otherwise competent to make this declaration. This declaration is based on my personal knowledge.

2.      Since February 2026, when knowledge of my work at the U.S. Agency for International Development became publicly known, I have received hundreds of death threats and thousands more harassing messages online targeting me and my family.

3.      At times since February 2026, I have feared for my personal safety and the safety of my family.

4.      Although the harassment and threats are not as frequent as they were in early February 2026, I have serious concerns that the volume would resume if video of my deposition testimony were to become public.

Executed this 1st day of June, 2026.

DocuSigned by:

*Luke Farritor*

05F16CD83DD7427...

LUKE FARRITOR