**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| J. DOE 4, *et al.*, | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) Case No. 8:25-cv-00462-TDC |
| v. | ) |
| | ) |
| ELON MUSK, *et al.*, | ) |
| | ) |
| *Defendants.* | ) |

**[PROPOSED] ORDER**

Upon consideration of third-party witness Luke Farritor's emergency motion for a

protective order, the entire record herein, and for good cause shown, it is hereby:

ORDERED that Mr. Farritor's motion is granted.

SO ORDERED.

Dated: _____          _____

                                             HONORABLE JUDGE THEODORE D. CHUANG
                                             UNITED STATES DISTRICT COURT