## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

J. DOES 4, 7, 22, 27, 28, and 29, *on behalf of themselves and all others similarly situated,*

    Plaintiffs,

    v.

ELON MUSK, *in his official capacity,*
UNITED STATES DOGE SERVICE,
THE DEPARTMENT OF GOVERNMENT
EFFICIENCY,
UNITED STATES DEPARTMENT OF
STATE,
UNITED STATES AGENCY FOR
INTERNATIONAL DEVELOPMENT,
MARCO RUBIO, *in his official capacity,*
PETER MAROCCO, *in his official capacity,*
JEREMY LEWIN, *in his official capacity,*
KENNETH JACKSON,
*in his official capacity,* and
AMY GLEASON, *in her official capacity,*

    Defendants.

Civil Action No. 25-0462-TDC

## ORDER

Third-party witness Luke Farritor has filed an Emergency Motion for a Protective Order to prevent Plaintiffs from accessing the video recording of his deposition, which is opposed. ECF No. 227, 228. Upon review of the filings, the Court finds that Farritor has not demonstrated a basis to deviate from the standard deposition procedures, consistent with Federal Rule of Civil Procedure 32, which generally permit a party to take a video deposition and retain a copy of the video for use within the case. The parties shall meet and confer to discuss and agree upon

reasonable restrictions on the use of all deposition video recordings for any purpose outside of this case.

Accordingly, it is hereby ordered that the Motion, ECF No. 227, is DENIED.

Date: June 4 , 2026

THEODORE D. CHUANG
United States District Judge

2