IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 4 *et al.*, *individually and on behalf of all others similarly situated*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELON MUSK *et al.*, <br><br> *Defendants*. | Case No.  8:25-cv-00462-TDC |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO DEPOSE KENNETH JACKSON AND STEVE DAVIS**

Plaintiffs hereby files this unopposed motion for extension of time to file their reply in support of Plaintiffs' Motion for Leave to Depose Kenneth Jackson and Steve Davis, ECF No. 226, ("the Motion") and provide as follows:

Plaintiffs filed the Motion on May 28. ECF No. 226. Defendants filed their response on June 4, 2026. ECF No. 230 Plaintiffs' reply in support of the Motion (the "Reply") is currently due on Thursday, June 11, 2026. As the Court is aware and the parties discussed during the Case Management Conference ("CMC") on May 21, 2026, the question of whether to allow Plaintiffs to depose Kenenth Jackson and Steve Davis is fact intensive. As discussed during the CMC, Plaintiffs deposed Luke Farritor, a member of the DOGE team at USAID, on June 4, 2026. Plaintiffs are awaiting the transcript of the Farritor deposition, portions of which will be relevant to the' Reply. Plaintiffs anticipate receiving a rush copy of the transcript this week. Additionally, Defendants are scheduled to respond to several interrogatories and document requests on June 12, 2026. That discovery may be relevant to the need for the Jackson and Davis depositions.

Therefore, Plaintiffs request a four (4) day extension of time for counsel to adequately brief the Court on the issues and to file the Reply. Good cause therefore exists to grant an extension. FED. R. CIV. P. 6(b)(1). Defendants do not object to the extension of time, and no party will be prejudiced by the extension.

**CONCLUSION**

For these reasons, Plaintiffs respectfully request that the Court grant this motion and extend the deadline to file the Reply from Thursday, June 11, 2026, to Monday, June 15, 2026.

Respectfully submitted,

Norman L. Eisen, [9112170186]
Andrew H. Warren*
**DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Avenue SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@democracydefenders.org
Andrew@democracydefenders.org

Mimi Marziani*
Rebecca (Beth) Stevens*
Joaquin Gonzalez*
**MARZIANI, STEVENS &
GONZALEZ PLLC**
500 W. 2nd Street, Suite 1900
Austin, TX 78701
Tel: (210) 343-5604
mmarziani@msgpllc.com
bstevens@msgpllc.com
jgonzalez@msgpllc.com

Richard M. Heimann*
Nicole M. Rubin [30711]

Lucas E. Issacharoff*
**LIEFF CABRASER HEIMANN &**
**BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel: (415) 956-1000
rheimann@lchb.com
nrubin@lchb.com
lissacharoff@lchb.com

*Attorneys for Plaintiffs*
*Admitted pro hac vice

## CERTIFICATE OF CONFERENCE

On June 8, 2026, the undersigned counsel conferred via email with counsel for Defendants as to the relief sought in this motion. Defendants' counsel advised that Defendants do not oppose this request.

/s/ Beth Stevens
Rebecca (Beth) Stevens