IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

J. DOE 4 *et al.*, *individually and on behalf of all others similarly situated*,

Plaintiffs,

v.

ELON MUSK *et al.*,

Defendants.

Case No. 8:25-cv-00462-TDC

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR LEAVE TO DEPOSE KENNETH JACKSON AND STEVE DAVIS

Upon consideration of Plaintiffs' Unopposed Motion for Extension of Time to File Reply in Support of Plaintiffs' Motion for Leave to Depose Kenneth Jackson and Steve Davis, it is hereby:

ORDERED that Plaintiffs' Motion is GRANTED; and it is further

ORDERED that Plaintiffs file their reply in support of their Motion for Leave to Depose Kenneth Jackson and Steve Davis on or before Monday, June 15, 2026.

SO ORDERED.

Date: 6/11/26

_____
HONORABLE THEORORE CHUANG
UNITED STATES DISTRICT COURT