IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 4 *et al.*, *individually and on behalf of all others similarly situated*, <br><br> *Plaintiffs,* <br><br> v. <br><br> ELON MUSK *et al.*, <br><br> *Defendants.* | Case No.  8:25-cv-00462-TDC |

## PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE DISCOVERY SCHEDULE

Plaintiffs respectfully submit this unopposed motion for extension of the discovery deadline to September 30, 2026 from the current deadline of June 30, 2026, ECF No. 215. Counsel for the parties have met and conferred, and Defendants consent to the requested extension.

Good cause exists for the requested extension. The parties agree that a three-month extension of the discovery period will permit and is limited to (1) Defendants' completion of certain discovery requests that remain outstanding; (2) taking the depositions of Elon Musk, Peter Marocco, Jeremy Lewin, Steve Davis, and/or Kenneth Jackson, to the extent the Court authorizes them; and (3) Plaintiffs serving a limited number of additional interrogatories identified during the parties' meet-and-confer discussions.

Defendants do not object to the extension of the discovery schedule on these grounds, and no party will be prejudiced by the extension.

Dated: June 29, 2026

Respectfully submitted,

*/s/ Andrew H. Warren*



Motion: Granted 7/7/26

Theodore D. Chuang
United States District Judge

1

Norman L. Eisen, [9112170186]
Andrew H. Warren*
**DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Avenue SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@democracydefenders.org
Andrew@democracydefenders.org

Mimi Marziani*
Rebecca (Beth) Stevens*
Joaquin Gonzalez*
**MARZIANI, STEVENS &
GONZALEZ PLLC**
500 W. 2nd Street, Suite 1900
Austin, TX 78701
Tel: (210) 343-5604
mmarziani@msgpllc.com
bstevens@msgpllc.com
jgonzalez@msgpllc.com

Richard M. Heimann*
Nicole M. Rubin [30711]
Lucas E. Issacharoff*
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel: (415) 956-1000
rheimann@lchb.com
nrubin@lchb.com
lissacharoff@lchb.com

*Attorneys for Plaintiffs*
*Admitted pro hac vice

2