**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| J. DOE 4 *et al.*, *individually and on behalf of all others similarly situated*, | |
| Plaintiffs, | |
| v. | Civil Action No. 25-0462-TDC |
| ELON MUSK *et al.*, | |
| Defendants. | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion to compel Defendants the United States Department of State, Marco Rubio, and the United States Agency for International Development to provide complete responses to Plaintiffs' interrogatories and to produce in full two emails that Defendants have partially redacted based on improper claims of privilege, it is hereby ORDERED that:

1. The State Department and Secretary Rubio SHALL serve complete answers to Interrogatories 1 through 5 that identify, for each, the individual who made the decision, when the decision was made, and how it was memorialized and communicated to those responsible for implementation. To the extent the State Department and Secretary Rubio cannot answer every aspect of an interrogatory, it SHALL state under oath and set forth in detail the efforts made to obtain the information.

2. Defendants SHALL produce DOE4vUSDS_009108 and DOE4vUSDS_009109 without the deliberative process and presidential communications redactions.

Plaintiffs' motion to compel is **GRANTED**.

Date: _____

_____
THEODORE D. CHUANG
United States District Judge