**Doe 4 v. USDS**
**No. 8:25-cv-00462-TDC (D. Md.)**
**Defendants' Privilege Log**
**May 1, 2026**

| Privilege Control Number | DATE | Bates No | FROM | To | CC | Description | Privilege | Privilege Description |
|---|---|---|---|---|---|---|---|---|
| 1 | 1/31/2025 | N/A | Sharon Sadler-Gray | | | Concurrence Memo for [Principal] | Deliberative Process Privilege | Draft memorandum recommending adoption of proposed response to letter from Senator Rand Paul re: reports on programs that impose "need-to-know" controls or access controls beyond those normally required for access to information classified as "confidential", "secret", or "top secret". |
| 2 | 1/30/2025 | N/A | Nicholas Gottlieb | Jason Gray | | Action Memo for Acting Administrator Jason Gray | Deliberative Process Privilege | Action memorandum recommending Acting Administrator Gray take certain personnel actions. |
| 3 | | | | | | | Withdrawn | |
| 4 | | | | | | | Withdrawn | |
| 5 | | | | | | | Withdrawn | |
| 6 | 4/24/2025 | N/A | Mary Tyler Holmes | ▮▮▮▮▮▮ | | USAID Merger Binder Digital ZIP.zip | Deliberative Process Privilege | Withheld attachment to email produced at DOE4vUSDS_007617 is a final draft of a proposal prepared by Mark Kevin Lloyd, Assistant to the Administrator for Conflict Prevention and Stabilization (CPS) Bureau and Assistant to the Administrator for Global Health (GH) Bureau, for Ambassador Howard Van Vranken, State Department Assistance Transition Working Group Coordinator, regarding the transition and integration into the State Department. |
| 7 | 4/10/2025 | N/A | Howard Van Vranken | Jeremy Lewin; Matthew Rhodes | | 2025.04.03 AM to S USAID Reorganization_(002).docx | Deliberative Process Privilege | Withheld attachment to email produced at DOE4vUSDS_008873 is a non-final draft Action Memo prepared by Ambassador Howard Van Vranken, State Department Assistance Transition Working Group Coordinator, for review by Jeremy Lewin and Matthew Rhodes recommending that the Secretary of State approve certain recommendations to restructure certain State Department bureaus and offices. |
| 8 | 4/10/2025 | N/A | Howard Van Vranken | Jeremy Lewin; Matthew Rhodes | | 20250409 - USAID - DoS Staffing Requests by Bureau.xlsx | Deliberative Process Privilege | Withheld attachment to email produced at DOE4vUSDS_008880 is a summary spreadsheet of requestsed State Department positions to be added in proposed reorganization, sent from Ambassador Howard Van Vranken, State Department Assistance Transition Working Group Coordinator, for review by Jeremy Lewin and Matthew Rhodes. |

**Doe 4 v. USDS**
**No. 8:25-cv-00462-TDC (D. Md.)**
**Defendants' Privilege Log**
**May 1, 2026**

| Privilege Control Number | DATE | Bates No | FROM | To | CC | Description | Privilege | Privilege Description |
|---|---|---|---|---|---|---|---|---|
| 9 | 3/6/2025 | N/A | Steven F. Fabry, State Department Deputy Legal Advisor | Frederick Guy, USAID General Counsel | | Re: SCOTUS Ruling -- must pay all prior expenses | Deliberative Process Privilege; Attorney Work Product; Attorney Client Privilege | Multiple email communications with attachments on March 5-6, 2025, between Michael Needham (State Department); Peter Marocco (USAID); Marik String (State Department); Brendan McCommas (State Department); Richard Visek (State Department); Steven Fabry (State Department); Matthew Rhodes (State Department); Daniel Holler (State Department); Maureen Danzot (State Department); James Walsh (State Department); Jeremy Lewin (USAID); Cartwright Weiland (State Department); Kenneth Jackson (USAID); Frederick Guy (USAID); Eric Hamilton (DOJ);  Yaakov Roth (DOJ); Austin Raynor (EOP) regarding how to respond to court order. |
| 10 | 3/19/2025 | N/A | Michael Tierney, USAID Deputy General Counsel | Kenneth Jackson | Frederick Guy, USAID General Counsel | Re: Slightly revised Memo - for your review prior to Ken | Deliberative Process Privilege; Attorney Work Product; Attorney Client Privilege | Three email messages regarding proposed draft guidance for USAID personnel on ongoing operations in light of recent court order. |
| 11 | 3/26/2025 | N/A | Laken Rapier | Peter Marocco; John Rouse; Abigail Turner | | FWD: Documents for Tomorrow | Deliberative Process Privilege | Email and its withheld attachments are either proposed talking points for responses to press inquiries, draft statements for congressional testimony, or non-responsive. |
| 12 | | N/A | | | | Two Microsoft Word documents titled "Termination Justifications" | Attorney Work Product | The documents are summaries with mental impressions originating from the USAID General Counsel's office which refer to and contemplate pending litigation actions. |
| 13 | 4/11/2025 | N/A | Howard Van Vranken | Jeremy Lewin; Matthew Rhodes | | 2025.04.03 AM to S USAID Reorganization at OOB 4-11-25.docx | Deliberative Process Privilege | Withheld attachment to email produced at DOE4vUSDS_009526 is a non-final draft Action Memo prepared by Ambassador Howard Van Vranken, State Department Assistance Transition Working Group Coordinator, for review by Jeremy Lewin and Matthew Rhodes recommending that the Secretary of State approve certain recommendations to restructure certain State Department bureaus and offices. |
| 14 | 1/31/2025 | DOE4vUSDS_ 009101 | Matthew Hopson | Kenneth Jackson | | Copies of chats sent on January 30, 2025, between 7:26 pm and 7:29 pm. | Deliberative Process Privilege | Withheld portion of chats provide recommendations on items for Mr. Jackson to consider and additional recommended assessments that should be done as Mr. Jackson considers whether to grant enhanced access for individual to USAID security system. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | **Doe 4 v. USDS**<br>**No. 8:25-cv-00462-TDC (D. Md.)**<br>**Defendants' Privilege Log**<br>**May 1, 2026** | | | | | |
| **Privilege Control Number** | **DATE** | **Bates No** | **FROM** | **To** | **CC** | **Description** | **Privilege** | **Privilege Description** |
| 15 | 1/31/2025 | DOE4vUSDS_009108 | Michael A Needham | Katie R. Miller | | RE: Make that call | Deliberative Process Privilege | Withheld portion of email summarizes a deliberative conversation between Mr. Needham and Mr. Davis about the proposed timing of finalizing decisions, policies, and or announcements to be made by Secretary Rubio related to USAID. |
| 16 | 2/1/2025 | DOE4vUSDS_009109 | Alex Wong | Michael A. Needham | | Re: Impending USAID personnel actions | Deliberative Process Privilege; Presidential Communications Privilege | Withheld portion of initial email summarizes presidential communications related to planned imminent personnel actions at USAID and proposed considerations for implementation of those planned personnel actions. |
| 17 | 2/4/2025 -- 2/6/2025 | DOE4vUSDS_008836 -- DOE4vUSDS_008872 | Michael A. Needham | Joshua Dorosin; Peter Marocco; Marik String; Jeremy Lewin; Daniel Holler; Steven Fabry; Brendan McCommas | James Burnham | Re: URGENT DRAFT USAID GUIDANCE | Deliberative Process Privilege; Attorney Client Privilege | The referenced pages are four versions of an email chain redacted to remove deliberative information and material protected by the attorney-client privilege. The initial email in the chain is request for legal advice regarding the implications of proposed USAID guidance to individuals within the State Department's Office of Legal Adviser, including Josh Dorosin and Steven Fabry. Subsequent emails in the chain include the responsive legal advice from Mr. Dorosin, disclosure of which would reveal client confidences, and proposals to revise the draft guidance. The unredacted portions of these documents contain the final version of the guidance that was eventually posted on USAID's website. |
| 18 | 4/9/2025 -- 4/10/2025 | DOE4vUSDS_008873 -- DOE4vUSDS_008878 | Howard Van Vranken | Jeremy Lewin; Matthew Rhodes | | Re: [External]Re: [External]Re: Initial position list | Deliberative Process Privilege | The redacted portions of these emails summarize initial and final recommendations received by Ambassador Van Vranken from various bureaus on requested positions to be created to accomplish duties recommended to be transferred from USAID to the State Department and legacy activities remaining within USAID and analysis of those recommendations. The attachment, which is withheld in full, is described at Entry No. 7. |
| 19 | 4/9/2025 | DOE4vUSDS_00880 -- DOE4vUSDS_008881 | Howard Van Vranken | Jeremy Lewin; Matthew Rhodes | | Initial Position List | Deliberative Process Privilege | The redacted portions of this email summarizes initial and final recommendations received by Ambassador Van Vranken from various bureaus on requested positions to be created to accomplish duties recommended to be transferred from USAID to the State Department and legacy activities remaining within USAID and analysis of those recommendations. The attachment, which is withheld in full, is described at Entry No. 8. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | **Doe 4 v. USDS**<br>**No. 8:25-cv-00462-TDC (D. Md.)**<br>**Defendants' Privilege Log**<br>**May 1, 2026** |
| **Privilege Control Number** | **DATE** | **Bates No** | **FROM** | **To** | **CC** | **Description** | **Privilege** | **Privilege Description** |
| 20 | 2/21/2025 -- 2/22/2025 | DOE4vUSDS_ 008882 -- DOE4vUSDS_ 008895 | Frederick Guy | Michael A. Needham | | Re: Proposed USAID "Fork" Buy-out | Deliberative Process Privilege; Attorney Work Product; Attorney Client Privilege | These pages consist of three versions of an email chain that include communications among Peter Marocco, Michael A. Needham, Frederick Guy, and Jeremy Lewin. Mr. Guy was USAID's general counsel at the time of the communications. The redacted materials contain a recommendation from Mr. Marocco to be proposed to Secretary Rubio, along with an analysis of the advantages and disadvantages of the proposal from Mr. Marocco and other stakeholders, including Mr. Lewin and Mr. Needham. The redactions also reflect requests for legal advice made to Mr. Guy and Brendan McCommas, an attorney within the State Department, and return communications from Mr. Guy that reveal the content of client confidences and deliberations. |
| 21 | 2/23/2025 | DOE4vUSDS_ 008896; DOE4vUSDS_ 008900 | Jeremy Lewin | Michael A. Needham | Peter Marocco; Joel Borkert; Kenneth Jackson; Daniel Holler; Matthew Rhodes | Re: Fw: NYT: Trump Appointees Fire Hundreds at U.S.A.I.D. Working on Urgent Aid | Deliberative Process Privilege | Redacted sentence contains pre-decisional information about planned RIF actions. |
| 22 | 2/3/2025 | DOE4vUSDS_ 008903 -- DOE4vUSDS_ 008907 | Laken Rapier | Peter Marocco | Alexander Pfeiffer; Michelle Exner; Sergio Gor; Steven Cheung; Katie Miller; Daniel Holler; William Martin; Joel Borkert | Re: STATE /USAID Foreign Assistance COMMS | Deliberative Process Privilege | Redacted information on these pages consist of talking points proposed to White House officials related to recent activities at USAID |
| 23 | 6/12/2025 | DOE4vUSDS_ 009808 -- DOE4vUSDS_ 008910 | Leslie Marbury | Allyson Algeo | Rebecca Ruffing; John Butler; Troy Tillis; Emily York; Shemaine Bakir; Saajida Hoover; David Ballard | Re: Notes and action items from call today | Deliberative Process Privilege | Redacted information on these pages consists of proposals and recommended timelines for implementation of reduction in force actions in South Africa and Botswana. |
| 24 | 6/10/2025 | DOE4vUSDS_ 008911 -- DOE4vUSDS_ 008912 | Leslie Marbury | Troy Tillis | John Greg Butler; Shemaine Bakir | Re: Botswana FSN RIF and Severance Update | Deliberative Process Privilege | Redacted information on these pages consists of proposals and recommended implementation of reduction in force actions in Botswana. |
| 25 | 2/7/2025 | DOE4vUSDS_ 008925 -- DOE4vUSDS_ 008927 | American Embassy in Mozambique | USAID | | MOZAMBIQUE: REQUEST FOR EXCEPTIONS FOR MISSION-CRITICAL STAFFING: 1) CORE STAFFING FOR DRAWDOWN; (2) FOR LIFESAVING PROGRAMS WITH WAIVERS; AND (3) SUPPORT FOR USAID FAMILIES WITH SCHOOL-AGED CHILDREN | Deliberative Process Privilege | The information redacted from this cable attached to an email chain proposes exceptions to placement of USAID employees on administrative leave in Mozambique and analyzes the effect of certain leave actions. |
| 26 | 4/20/2025 | DOE4vUSDS_ 009102 -- DOE4vUSDS_ 009107 | Laken Rapier | | | CBS Sunday Morning_4.20.25_LAR | Deliberative Process Privilege | The information redacted from two copies of the same Word document consist of talking points for responses to a media inquiry. |
| 27 | 3/26/2025 | DOE4vUSDS_ 009194 | Bruce McPherson | Jeremy Lewin | | Google chat messages with subject "g0dnW8AAAAE-MBI-FLAT:2025-03-26T05:18:56.534824" | Attorney Client Privilege; Attorney Work Product | Google chat messages discussing geeneral counsel review of materials relating to RIFs including mental impressions of counsel |
| 28 | 2/14/2025 | DOE4vUSDS_ 009397 | Jeremy Lewin and Nancy Mausolf | Jeremy Lewin and Nancy Mausolf | Luke Farritor; ▮▮▮▮; Ken Jackson | Google chat messages with subject "gAAAAfqEwx4A-MBI-FLAT:2025-02-13T03:35:34.157551" | Attorney Client Privilege | Google chats discussing communications with counsel regarding certain matters in litigation |