**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| J. DOE 4, *et al.*, *individually and on behalf of all others similarly situated*, <br><br> *Plaintiffs*, <br><br>          v. <br> ELON MUSK, *et al.*, <br><br> *Defendants.* | **Case No. 8:25-cv-00462-TDC** |

## <u>MOTION TO SEAL</u>

Pursuant to Local Rule 105.11, Plaintiffs, by and through their undersigned counsel, respectfully move the Court for leave to file under seal portions of Plaintiffs' Motion to Compel. The Motion to Compel and accompanying exhibits contain non-public materials provided to Plaintiffs by Defendants in discovery that Defendants have designated confidential pursuant to the Stipulated Order Regarding Confidentiality of Discovery Material (ECF 185). Plaintiffs move to seal based on Defendants' designations. By filing this Motion to Seal, Plaintiffs do not concede that the materials at issue are properly designated privileged or confidential and expressly reserve all rights to challenge that designation pursuant to Paragraph 4 of the Stipulated Order Regarding Confidentiality of Discovery Material. *Id*.

Plaintiffs are simultaneously publicly filing the Motion to Compel with the information designated confidential or privileged. To the extent that portions of the underlying materials are later unsealed or designated non-confidential, Plaintiffs will not oppose unsealing the relevant portions of the Motion.

Date: July 22, 2026

/s/ Andrew Warren

Norman L. Eisen, [09460]
Andrew H. Warren*
**DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Avenue SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@democracydefenders.org
Andrew@democracydefenders.org

Mimi Marziani*
Rebecca (Beth) Stevens*
Joaquin Gonzalez*
**MARZIANI, STEVENS & GONZALEZ PLLC**
500 W. 2nd Street, Suite 1900
Austin, TX 78701
Tel: (210) 343-5604
mmarziani@msgpllc.com
bstevens@msgpllc.com
jgonzalez@msgpllc.com

Richard M. Heimann*
Nicole M. Rubin [30711]
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel: (415) 956-1000
rheimann@lchb.com
nrubin@lchb.com

*Attorneys for Plaintiffs*
*Admitted pro hac vice