IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

J. DOE 4 *et al.*, *individually and on behalf of all
others similarly situated*,

Plaintiffs,

v.

ELON MUSK *et al.*,

Defendants.

Case No.  8:25-cv-00462-TDC

**JOINT PROPOSED BRIEFING SCHEDULE**

On July 22, 2026, Plaintiffs filed their Motion to Compel, ECF No. 238. Pursuant to the Court's May 22, 2026 Order, ECF No. 223, directing the parties to file a Joint Notice proposing a briefing schedule if Plaintiffs' file a motion to compel, the parties respectfully submit the following joint proposed schedule for briefing on that motion:

1.  Defendants shall file their opposition memorandum on or before August 6, 2026; and

2.  Plaintiffs shall file their reply memorandum on or before August 17, 2026.

The parties respectfully request the Court to adopt this joint proposed schedule.

Dated: July 29, 2026

Motion: *Granted 7/30/26*

Theodore D. Chuang
United States District Judge

Respectfully submitted,

*/s/ Andrew H. Warren*
Norman L. Eisen, [9112170186]
Tianna J. Mays, [1112140221]
Andrew H. Warren*
**DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Avenue SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@democracydefenders.org
Tianna@democracydefenders.org

1

Andrew@democracydefenders.org

Mimi Marziani*
Rebecca (Beth) Stevens*
Joaquin Gonzalez*
**MARZIANI, STEVENS &
GONZALEZ PLLC**
500 W. 2nd Street, Suite 1900
Austin, TX 78701
Tel: (210) 343-5604
mmarziani@msgpllc.com
bstevens@msgpllc.com
jgonzalez@msgpllc.com

Richard M. Heimann*
Nicole M. Rubin [30711]
Lucas E. Issacharoff*
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel: (415) 956-1000
rheimann@lchb.com
nrubin@lchb.com
lissacharoff@lchb.com

*Attorneys for Plaintiffs*
*Admitted pro hac vice