**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| J. DOE 4, *et al.*, *individually and on behalf of all others similarly situated*,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>U.S. DOGE SERVICE, *et al.*,<br><br>        *Defendants*. | Case No. 8:25-cv-00462-TDC |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO SEAL**

On July 22, 2026, Plaintiffs filed a motion seeking leave to file under seal portions of their motion to compel and two underlying exhibits to that motion (Exhibit Nos. 3 and 5). *See* ECF No. 240. The only proffered basis for maintaining those materials under seal was that the two exhibits were "non-public materials" that "Defendants have designated confidential" pursuant to the protective order in this case and that the portions of the motion discussed those exhibits. *See id.* at 1. Plaintiffs simultaneously filed on the public docket a version of their motion to compel that contained redactions for the portions of the motion that discussed the confidential exhibits. *See* ECF No. 238.

Defendants designated the underlying exhibits confidential under this Court's protective order because, in addition to redactions for privilege, they contained the personally identifying information of certain high-ranking individuals within the White House and State Department. *See* ECF No. 185 at 1–2 (protective order). Specifically, those exhibits reveal contact information— including phone numbers and email addresses—for high-ranking current and former government

personnel. Plaintiffs did not confer with Defendants prior to filing their motions to ascertain whether there was any disagreement between the parties on whether Plaintiffs could file their motion to compel publicly or whether further mutually agreeable redactions could be made to the exhibits to resolve Defendants' confidentiality concerns.

Nevertheless, Defendants have no objection to unsealing the entirety of Plaintiffs' Motion to Compel. ECF No. 238. Defendants similarly do not object to the public filing of Exhibit Nos. 3 and 5 to that motion, so long as they are further redacted to protect the email addresses and phone numbers that appear on those documents. To aid the Court, versions of those two exhibits are attached to this response with redactions to protect personally identifying information. Defendants request that the versions of the documents submitted by Plaintiffs with their motion should remain under seal, with the redacted documents attached to this response remaining available to the public.

Going forward, Defendants believe the parties could avoid burdening the Court with similar disputes by conferring in advance of any future motions to seal.

Dated: August 5, 2026                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

DIANE KELLEHER
Director, Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Branch Director, Federal Programs Branch

CHRISTOPHER M. LYNCH
Chief Litigation Counsel, Federal Programs Branch

*/s/ Jacob S. Siler*
JACOB S. SILER (DC Bar No. 1003383)
JAMES J. WEN (NY Bar No. 5422126)

*By Special Appearance*

2

Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 353-4556
Email: jacob.s.siler@usdoj.gov

*Attorneys for Defendants*