**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| J. DOE 4, *et al.*, *individually and on behalf of all others similarly situated*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>U.S. DOGE SERVICE, *et al.*,<br><br>    *Defendants*. | Case No. 8:25-cv-00462-TDC |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion to Seal, it is hereby **ORDERED** that Plaintiffs' Motion is GRANTED in part and DENIED in part.  It is further **ORDERED** that the versions of Exhibit Nos. 3 and 5 that were attached to Plaintiffs' Motion to Compel (ECF Nos. 239-4 and 239-6) shall remain under seal. Plaintiffs' Motion to Compel (ECF Nos. 238 and 239) shall be placed on the public docket.

**SO ORDERED.**

Dated: _____

At: Greenbelt, MD

_____
HON. THEODORE D. CHUANG
UNITED STATES DISTRICT JUDGE