# Exhibit 3

| | |
|---|---|
| **From:** | Needham, Michael A |
| **Sent:** | Fri, 31 Jan 2025 15:31:43 +0000 |
| **To:** | Miller, Katie R. EOP/WHO |
| **Subject:** | RE: Make that call |



Steve says he agrees with the Secretary DPP ███████████████
DPP ████████████████████ Secretary has been trying to reach Elon but has not been able to.

-----Original Message-----
From: Miller, Katie R. EOP/WHO < PII ████████████ >
Sent: Friday, January 31, 2025 10:07 AM
To: Needham, Michael A < PII ██████████ >
Subject: Re: Make that call

PII ███████

Sent from my iPhone

> On Jan 31, 2025, at 10:05 AM, Needham, Michael A < PII ████████████ > wrote:
>
> Can you give me Steve's number? Sorry
>
> -----Original Message-----
> From: Miller, Katie R. EOP/WHO < PII █████████████ >
> Sent: Friday, January 31, 2025 9:41 AM
> To: Needham, Michael A < PII ████████ >
> Subject: Make that call
>
> [You don't often get email from PII ████████████ Learn why this is important at
https://aka.ms/LearnAboutSenderIdentification ]
>
> To Steve Davis asap
> Sent from my iPhone

D-2026-00002    A-00001063886