# Exhibit 5

**From:** Needham, Michael A
**Sent:** Sat, 1 Feb 2025 20:12:12 +0000
**To:** Wong, Alex EOP/NSC
**Subject:** Re: Impending USAID personnel actions

Secretary is calling Waltz now

Get Outlook for iOS

SENSITIVE BUT UNCLASSIFIED

**From:** Wong, Alex EOP/NSC <PII ▬▬▬▬▬▬▬>
**Sent:** Saturday, February 1, 2025 2:30:11 PM
**To:** Needham, Michael A <PII ▬▬▬▬▬▬>
**Subject:** FYI: Impending USAID personnel actions

[You don't often get email from PII ▬▬▬▬▬  Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Mike,

I hope the travels are going smoothly. I just got a call from the DOGE General Counsel James Burnham. He relayed to me that DPP PCP



Please call if you'd like to discuss, but wanted to make sure you are in the loop.

Alex

DOE4vUSDS_009109

D-2026-00002    A-00001063885