## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

J. DOE 4, *et al., individually and on behalf of all others similarly situated,*

    *Plaintiffs,*

              v.

ELON MUSK, *et al.,*

    *Defendants.*

**Case No. 8:25-cv-00462-TDC**

## ORDER

Plaintiffs have filed a Motion to Seal an unredacted version of their Motion to Compel, including certain unredacted exhibits in support thereof. The Motion to Compel and accompanying exhibits contain non-public materials provided to Plaintiffs by Defendants in discovery that Defendants have designated confidential pursuant to the Stipulated Order Regarding Confidentiality of Discovery Material, ECF No. 185.

Accordingly, it is hereby ORDERED that:

Plaintiffs' motion to seal is GRANTED.

Date: August 6, 2026

THEODORE D. CHUANG
United States District Judge