# EXHIBIT 22

Gmail

Andrew Warren <andrew@democracydefenders.org>

## Letter re Discovery Deficiencies

**Beth Stevens** <bstevens@msgpllc.com> Wed, May 6, 2026 at 2:07 PM
To: "Lynch, Christopher M. (CIV)" <Christopher.M.Lynch@usdoj.gov>
Cc: Andrew Warren <andrew@democracydefenders.org>, "Siler, Jacob S. (CIV)" <Jacob.S.Siler@usdoj.gov>, "Wen, James J. (CIV)" <James.J.Wen@usdoj.gov>, Joaquin Gonzalez <jgonzalez@msgpllc.com>, Mimi Marziani <mmarziani@msgpllc.com>, "Rubin, Nicole M." <nrubin@lchb.com>, "Heimann, Richard M." <rheimann@lchb.com>, Zsa'Queria Martin <zsaqueria@democracydefenders.org>

Chris,

Thank you for your April 27 response to our letter setting out the deficiencies in Defendants' responses to Plaintiffs' written discovery requests. We disagree with your position that Plaintiffs have waived any objection to Defendants' discovery responses served before March 31, 2026, as Local Rule 104.8(a) does not operate as the automatic bar you describe. *See Tucker v. Ohtsu Tire & Rubber Co.,* 191 F.R.D. 495, 497 (D. Md. 2000) ("[A]n absolute rule requiring [dismissal of a motion to compel] without first determining whether the opposing party would suffer any real prejudice if the motion is granted would be too harsh a construction of the local rule." (citing Fed. R. Civ. P. 1)). Plaintiffs further disagree with Defendants' characterizations of the parties' April 21 meet and confer, the parties' prior conferrals and agreements, and the substance of Defendants' responses. Plaintiffs will address those issues accordingly, before the court. Plaintiffs intend to proceed with a motion to compel addressing some or all of the deficiencies identified in our letter dated April 15, 2026.

Thank you,

Beth

--
**Beth Stevens**
she/her/hers
Founding Partner, MS&G PLLC
bstevens@msgpllc.com
(361)437-9081

MS &G
Marziani, Stevens & Gonzalez PLLC

**CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED & ATTORNEY WORK PRODUCT**
Emails and attachments received from us may be protected by the attorney-client privilege, as attorney work-product or based on other privileges or provisions of law. If you are not an intended recipient of this email, do not read, copy, use, forward or disclose the email or any of its attachments to others. Instead, immediately notify the sender by replying to this email and then delete it from your system. We strictly prohibit any unauthorized disclosure, copying, distribution or use of emails or attachments sent by us.

[Quoted text hidden]