**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| J. DOE 4, *et al.*, *on behalf of themselves and all others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DOGE Service, *et al.*,<br><br>*Defendants*. | Case No. 8:25-cv-00462-TDC |

**DEFENDANTS' NOTICE OF FILING OF THE UNITED STATES DEPARTMENT OF STATE'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFFS' INTERROGATORIES NUMBERED 1–5**

Pursuant to the Court's Order granting in part Plaintiffs' Motion to Compel, ECF No. 250, Defendants hereby provide notice that they are filing, as Exhibit A to this Notice, Defendants Supplemental Objections and Responses to Plaintiffs' Interrogatories Numbered 1–5 to Defendants United States Department of State and Marco Rubio. The filing of that document will constitute service of those Supplemental Objections and Responses on Plaintiffs through the Court's CM/ECF system.

Dated: September 17, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

DIANE KELLEHER
Director, Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Branch Director, Federal Programs Branch

CHRISTOPHER M. LYNCH
(DC Bar No. 1049152)
Chief Litigation Counsel

*/s/ Jacob S. Siler*____

JACOB S. SILER (DC Bar No. 1003383)
JAMES J. WEN (NY Bar No. 5422126)
*By Special Appearance*
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 353-4556
Email: jacob.s.siler@usdoj.gov

*Attorneys for Defendants*