Democracy Defenders Fund

September 30, 2026

The Honorable Theodore D. Chuang, U.S. District Judge
6500 Cherrywood Lane, Suite 245
Greenbelt, MD 20770
(301) 344-3982

**Re: Notice of Intent to File Joint Motion to Dissolve the March 18, 2025 Preliminary Injunction/Requesting Indicative Ruling Under Rule 62.1.**

Dear Judge Chuang,

Pursuant to this Court's Case Management Order, Plaintiffs file this notice on behalf of all parties to request leave to file the attached Joint Motion to Dissolve the March 18, 2025, Preliminary Injunction and Request for Indicative Ruling Under Rule 62.1.

As described in the attached motion, the parties seek dissolution of the preliminary injunction because it remains inoperative from the Fourth Circuit's stay, the case has changed since the issuance of the injunction, and Plaintiffs are prepared to seek final judgment at the close of discovery rather than pursuing preliminary relief.

The parties have conferred on the motion and seek to file it jointly, and they agree that there is no need for a pre-motion conference on the matter.

For convenience, should the Court wish to file the motion on the docket directly, a proposed order has also been included.

Respectfully submitted,

Norman L. Eisen, [9112170186]
Tianna J. Mays, [1112140221]
Andrew H. Warren*
**DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Avenue SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@democracydefenders.org
Tianna@democracydefenders.org

Andrew@democracydefenders.org

Mimi Marziani*
Rebecca (Beth) Stevens*
Joaquin Gonzalez*
**MARZIANI, STEVENS &**
**GONZALEZ PLLC**
500 W. 2nd Street, Suite 1900
Austin, TX 78701
Tel: (210) 343-5604
mmarziani@msgpllc.com
bstevens@msgpllc.com
jgonzalez@msgpllc.com

Richard M. Heimann*
Nicole M. Rubin [30711]
Lucas E. Issacharoff*
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel: (415) 956-1000
rheimann@lchb.com
nrubin@lchb.com
lissacharoff@lchb.com

*Attorneys for Plaintiffs*
*Admitted pro hac vice