**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

J. DOE 4, *et al.*, *on behalf of themselves and all others similarly situated*,

Plaintiffs,

v.

MUSK, *in his official capacity*, *et al*.

Defendants.

Case No. 8:25-cv-00462-TDC

**[PROPOSED] ORDER**

This matter came before the Court on the parties' joint motion pursuant to Federal Rule of Civil Procedure 62.1, asking this Court to indicate its willingness to accept a limited remand from the Court of Appeals and to dissolve the preliminary injunction entered by this Court on March 18, 2025 (ECF No. 75). Having considered the parties' motion, the Court finds that if the United States Court of Appeals for the Fourth Circuit remands this case for that purpose, the Court will accept the limited remand and grant the relief requested.

**IT IS, THEREFORE, ORDERED BY THE COURT** that if this case is remanded to the District Court by the Court of Appeals, this Court will grant the parties' joint motion pursuant to Rule 62.1 of the Federal Rules of Civil Procedure and dissolve the preliminary injunction entered by this Court on March 18, 2025.

Date: ____________________

______________________________
THEODORE D. CHUANG
United States District Judge