IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| J. DOE 4 *et al.*, *individually and on behalf of all others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELON MUSK, *in his official capacity*, *et al.*,<br><br>*Defendants*. | Case No. 8:25-cv-00462-TDC |

**CONSENT MOTION FOR MODIFICATION OF SCHEDULING ORDER**

The parties respectfully move this Court to grant their Consent Motion for Modification of Scheduling Order, and in support show the following:

On July 7, 2026, this Court issued an Order modifying the deadline to complete discovery in this case to September 30, 2026. ECF No. 237. After September 30, absent any additional motions to compel, the outstanding discovery issues before this Court will be the questions of whether to allow the depositions of Kenneth Jackson, Steve Davis, Elon Musk, Jeremy Lewin, and/or Pete Marocco. *See* ECF Nos. 226, 230, 235. The parties do not plan to engage in any additional discovery, outside of those possible depositions and any timely motions related to discovery requests made during the discovery period. Therefore, the parties agree to allow the discovery period to end except that, if they are permitted to move forward, the above-referenced depositions may occur after September 30. The parties additionally request that the corresponding deadlines - submission of Post-Discovery Joint Status Report, and the required Notice of Intent to File a Pretrial Dispositive Motion, be re-set to a future date that the parties propose after the

above-referenced depositions are either taken or denied, including potential review. The parties have conferred and agree to this proposal. The parties therefore request the Court enter an order to that effect.

## CONCLUSION

For the reasons provided herein, the parties ask this Court to grant their Consent Motion for Modification of Scheduling Order.

Respectfully submitted,

Dated:

*/s/ Andrew Warren*
Norman L. Eisen, [9112170186]
Andrew H. Warren*
Tianna J. Mays, [1112140221]
**DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Avenue SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@democracydefenders.org
Tianna@democracydefenders.org
Andrew@democracydefenders.org

Mimi Marziani*
Rebecca (Beth) Stevens*
Joaquin Gonzalez*
**MARZIANI, STEVENS & GONZALEZ PLLC**
500 W. 2nd Street, Suite 1900
Austin, TX 78701
Tel: (210) 343-5604
mmarziani@msgpllc.com
bstevens@msgpllc.com
jgonzalez@msgpllc.com

Richard M. Heimann*
Nicole M. Rubin [30711]
Lucas E. Issacharoff*
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

DIANE KELLEHER
Director, Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Branch Director,
Federal Programs Branch

CHRISTOPHER M. LYNCH
Chief Litigation Counsel,
Federal Programs Branch

*s/ Jacob S. Siler*
JACOB S. SILER (DC Bar No. 1003383)
JAMES J. WEN (NY Bar No. 5422126)

By Special Appearance
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 353-4556
Email: jacob.s.siler@usdoj.gov

*Attorneys for Defendants*

275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel: (415) 956-1000
rheimann@lchb.com
nrubin@lchb.com
lissacharoff@lchb.com

*Attorneys for Plaintiffs*
*Admitted pro hac vice