**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| J. DOE 4 *et al.*, *individually and on behalf of all others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELON MUSK, *in his official capacity*, *et al.*,<br><br>*Defendants*. | Case No. 8:25-cv-00462-TDC |

**[PROPOSED] ORDER ON CONSENT MOTION FOR MODIFICATION OF SCHEDULING ORDER**

Upon consideration of the parties' Consent Motion for Modification of Scheduling Order, and for good cause shown, it is hereby ORDERED that:

The Consent Motion for Modification of Scheduling Order is GRANTED.

Dated: ____________________

_____________________________________________
THEODORE D. CHUANG, United States District Judge