**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

J. DOE 4 *et al.*, *individually and on behalf of all others similarly situated,*

*Plaintiffs*,

v.

ELON MUSK, *in his official capacity*, *et al.*,

*Defendants*.

Case No. 8:25-cv-00462-TDC

**ORDER**

Upon consideration of the parties' Consent Motion for Modification of the Scheduling Order, and for good cause shown, it is hereby ORDERED that:

The Consent Motion proposed in ECF No. 254 for Modification of the Scheduling Order is GRANTED in that the depositions referenced in the Motion may occur after September 30, 2026 and the parties shall propose a joint Scheduling Order for the remaining deadlines referenced in the Motion within **14 days** of completing the depositions.

Dated: 10/1/26

THEODORE D. CHUANG
United States District Judge