**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

J. DOE 4, *et al.*,

*Plaintiffs*,

v.

U.S. DOGE Service, *et al.*,

*Defendants*.

Case No. 8:25-cv-00462-TDC

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants respectfully submit this notice to alert the Court of a recent development at the United States Supreme Court that bears on Plaintiffs' pending motion for leave to depose Steven Davis, *see* ECF No. 226, a former Senior Advisor to the United States DOGE Service ("USDS") who served as that entity's highest-ranking political appointee and its functional head, *see* ECF No. 230 at 3. On October 13, 2026, the Supreme Court granted *certiorari* in *U.S. DOGE Service v. U.S. District Court for the District of Columbia*, No. 25-1103. That petition presented the question whether a district court and the U.S. Court of Appeals correctly applied separation-of-powers principles in permitting discovery requests propounded to USDS, including a deposition of USDS's head. *See* Petition at (I), *U.S. DOGE Service v. U.S. District Court for the District of Columbia*, No. 25-1103, *available at* https://www.supremecourt.gov/DocketPDF/25/25-1103/401464/20260320153005145_USDS%20v%20Dist.%20Ct.%20Cert%20Petition%20final.pdf. The Supreme Court's grant of *certiorari* is another reason supporting denial of Plaintiff's request to depose Mr. Davis. *See* ECF No. 230 at 6.

Dated: October 14, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

DIANE KELLEHER
Director, Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Branch Director, Federal Programs Branch

CHRISTOPHER M. LYNCH
Chief Litigation Counsel, Federal Programs Branch

*/s/ Jacob S. Siler*
JACOB S. SILER (DC Bar No. 1003383)
JAMES J. WEN (NY Bar No. 5422126)

*By Special Appearance*
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 353-4556
Email: jacob.s.siler@usdoj.gov

*Attorneys for Defendants*