**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

J. DOES 4, 7, 22, 27, 28, and 30,

Plaintiffs,

v.

ELON MUSK,
*in his official capacity*,
UNITED STATES DOGE SERVICE,
THE DEPARTMENT OF GOVERNMENT EFFICIENCY,
UNITED STATES DEPARTMENT OF STATE,
UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT,
MARCO RUBIO, *in his official capacity*,
PETER MAROCCO, *in his official capacity*,
JEREMY LEWIN, *in his official capacity*,
KENNETH JACKSON, *in his official capacity*, and
AMY GLEASON, *in her official capacity*,

Defendants.

Civil Action No. 25-0462-TDC

**ORDER**

Upon review of the parties' Notice of Intent to file a Joint Motion, ECF No. 253, the Court will accept for filing the Joint Motion to Dissolve the March 18, 2025 Preliminary Injunction, ECF No. 253-1, which shall be separately docketed as a Motion.

Date: 10/30/26

THEODORE D. CHUANG
United States District Judge